UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RIDGEWELL'S, INC.,
5525 Dorsey Lane
Bethesda, MD 20816

    Counter-Plaintiff,

v.

MARK A. SIEGEL
2134 Leroy Place, N.W.
Washington, D.C. 20008

JUDITH S. SIEGEL
2134 Leroy Place, N.W.
Washington, D.C. 20008

    Counter-Defendants.

Case No. 1:05CV01717
Judge: John Garrett Penn

## COUNTER COMPLAINT FOR DAMAGES

Counter-Plaintiff, Ridgewell's, Inc. ("Ridgewell's"), a corporation, by and through its attorneys, Jeffrey M. Schwaber, and Stein, Sperling, Bennett, DeJong, Driscoll & Greenfeig, P.C., hereby counter-sues Mark A. Siegel ("Mr. Siegel") and Judith S. Siegel ("Mrs. Siegel") (collectively "Counter-Defendants"), and as grounds therefor states as follows:

1.    Ridgewell's is a corporation in the catering business, delivering fine cuisine, artistically presented, and elegantly served in the Washington Metropolitan area since 1928.

2.    On or about December 3, 2004, Ridgewell's and Counter-Defendants entered into a contract ("Contract") to cater the wedding reception of Counter-Defendants' daughter at The

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.
ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/340-2020

Corcoran Gallery of Art on April 2, 2005 (the "Siegel Wedding Reception"). A copy of the Contract is attached hereto and incorporated herein as Exhibit 1.

3. Counter-Defendants agreed to pay the total Contract sum, initially in the amount of $40,973.40 to Ridgewell's for the Siegel Wedding Reception which included the costs for food, equipment, staff and set-ups.

4. Counter-Defendants gave to Ridgewell's an initial deposit of $9,500.00 on December 3, 2004.

5. Additional periodic payments towards the balance under the Contract were to be made to Ridgewell's on December 28, 2004, February 15, 2005, and March 28, 2005.

6. Pursuant to the Contract, payment of the full amount of any unpaid balance was required three (3) days prior to the date of the event.

7. Counter-Defendants made total payments in the amount of $27,000.00 prior to the date of the event, but thereafter failed to pay the balance due in the amount of $13,513.86, notwithstanding their contractual obligation to do so.

8. On April 2, 2005, Ridgewell's provided catering services to the Counter-Defendants at the Siegel Wedding Reception pursuant to the Contract.

9. On April 6, 2005, Ridgewell's sent Counter-Defendants an invoice showing $11,313.86 as the balance due to it under the Contract, which now included a $2,200.00 credit for the sushi as a courtesy due to inadvertent inclusion among the appetizers of certain sushi that was not what had been ordered. A copy of the invoice is attached hereto and incorporated herein as Exhibit 2.

10. To date, Counter-Defendants have refused to pay their outstanding balance due to Ridgewell's for services rendered.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

## COUNT I
### (Breach of Contract – Mr. and Mrs. Siegel)

11. Ridgewell's hereby incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

12. Counter-Defendants entered into a valid written Contract with Ridgewell's to provide catering services for the Siegel Wedding Reception.

13. Counter-Defendants materially breached the Contract by, among other thing, failing to pay the outstanding balance of $11,313.86 when due, despite request by Ridgewell's.

14. Ridgewell's invoice provides, in pertinent part, as follows: "Unpaid invoices over thirty (30) days are subject to a service charge of 1 ½ % per month, plus costs of collection including reasonable attorney's fees not to exceed 20%."

15. Counter-Defendants' material breach of the Contract proximately caused Ridgewell's to suffer substantial damages, including but not limited to the amount Ridgewell's had to pay for food, equipment and set-ups for the Siegel Wedding Reception as specified in the Contract.

16.

WHEREFORE, Counter-Plaintiff Ridgewell's, Inc., respectfully requests that this Honorable Court enter judgment in its favor and against Counter-Defendants Mark A. Siegel and Judith S. Siegel, for compensatory damages in an amount to be determined after discovery in this matter, but not less than Eleven Thousand, Three-Hundred Thirteen Dollars and Eighty-six Cents ($11,313.86), plus statutory post-judgment interest, attorneys' fees, costs, and such other and further relief as this Honorable Court deems just and proper.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

## COUNT II
### (Defamation – Mr. Siegel)

17. Ridgewell's hereby incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

18. At the time of and since the Siegel Wedding Reception, in an effort to disparage Ridgewell's in this community, Mr. Siegel made and published certain false and defamatory statements including, but not limited stating that Ridgewell's was a "bunch of morons," that Ridgewell's served dairy products despite agreeing not to do so, that Ridgewell's breached a contract with the Siegels, and that Ridgewell's employees were trying to steal his wine.

19. Mr. Siegels' statements were defamatory in tending to injure Ridgewell's in its catering business, and further in impugning it to be a business that is dishonest and that cannot deliver services as promised.

20. Mr. Siegel knowingly made the aforementioned false and defamatory statements about Ridgewell's.

21. In the alternative, Mr. Siegel negligently made the aforementioned false and defamatory statements about Ridgewell's.

22. Mr. Siegel published these false and defamatory statements about Ridgewell's to others, including, but not limited to, media in this area, who reasonably understood the statements to be defamatory.

23. When he published the false and defamatory statements about Ridgewell's, Mr. Siegel acted with knowledge of the falsity of the statements and with intent to hurt Ridgewell's business, including its chances of obtaining other catering contracts in the community.

24. In fact, Mr. Siegel repeatedly and publicly stated his intention to "put Ridgewell's out of business."

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

4

25. Upon information and belief, Mr. Siegel caused the issuance of press materials containing material, false and defamatory statements about Ridgewell's.

26. As a result of the false and defamatory statements published by Mr. Siegel, the character and reputation of Ridgewell's was harmed and its standing in the community, particularly in the Jewish community, was impaired.

27. As a direct and proximate result of the false and defamatory statements published by Mr. Siegel, Ridgewell's has suffered a loss of prospective income which it could have earned from potential catering customers in this community.

WHEREFORE, Counter-Plaintiff Ridgewell's, Inc., respectfully requests that this Honorable Court enter judgment in its favor and against Counter-Defendant Mark A. Siegel, for compensatory damages in an amount to be determined after discovery in this matter, but not less than Five Hundred Thousand Dollars ($500,000.00), plus statutory post-judgment interest, costs, and such other and further relief as this Honorable Court deems just and proper.

## COUNT III
(Intentional Interference with Prospective Economic Advantage – Mr. Siegel)

28. Ridgewell's hereby incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

29. Mr. Siegel knew that Ridgewell's had business expectancies with other consumers in the Washington Metropolitan area.

30. Such expectancies included, *inter alia*, to provide catering services to other consumers.

31. Mr. Siegel, by his actions more fully described hereinabove, has intentionally and improperly caused other consumers in this community to question Ridgewell's abilities to

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

provide Kosher catering service, and otherwise to refrain from using Ridgewell's for catering services.

32. Mr. Siegel's actions were calculated to cause damage to Ridgewell's, and to "put Ridgewell's out of business," and in fact have caused harm, losses, and damage to Ridgewell's.

WHEREFORE, Counter-Plaintiff Ridgewell's, Inc., respectfully requests that this Honorable Court enter judgment in its favor and against Counter-Defendant Mark A. Siegel, for compensatory damages in an amount to be determined after discovery in this matter, but not less than Five Hundred Thousand Dollars ($500,000.00), plus statutory post-judgment interest, costs, and such other and further relief as this Honorable Court deems just and proper.

Dated: September 29, 2005.

Respectfully submitted,

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

By: _____/s/_____
Jeffrey M. Schwaber (Bar No. 419681)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020

Attorneys for Ridgewell's, Inc.

## JURY DEMAND

Counter-Plaintiff hereby requests a jury trial.

_____/s/_____
Jeffrey M. Schwaber

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/340-2020

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250-3.CounterComplaint.doc

6

# EXHIBIT 1



Mr. & Mrs. Mark Siegel
2134 Leroy Place, NW
Washington, DC  20008

Date of Event:        Saturday, April 02, 2005
Location of Event:    Corcoran Gallery of Art
Time of Event:        7:00 PM - 1:00 AM
Number of Guests:     250
Event I.D. Number:    285355
Event Name:           Siegel Wedding Reception

Primary Phone: (202) 223-8490
E-mail:        MSiegel@ncen.com

### SIEGEL WEDDING RECEPTION

### AS YOUR GUESTS LEAVE THE CEREMONY
Waiters To Pass A Selection Of Hors D'oeuvres
Specialty Station Opens

### CROSTINI WITH ROASTED TENDERLOIN
Topped With A Creamy Horseradish Sauce

### CHICKEN SATE
Strips Of Chicken Breast Threaded On Bamboo Skewers Lightly Grilled
Offered With Peanut Dipping Sauce

### STUFFED MUSHROOM CAPS
Filled With A Mixture Of Sauteed Spinach And Sweet Onions
Served Warmed

5525 Dorsey Lane  Bethesda MD  20816
tel 301 652 1515  fax 301 907 3733  www.ridgewells.com



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

### SMOKED SALMON CANAPES
Smoked Norwegian Salmon On Black Bread Garnished With Capers

### HOISIN DUCK CUPS
Oriental Hoisin Duck And Baby Leeks Presented In Delicate Phyllo Cups

### TUNA TARTARE CONES
Piped With Ginger Wasabi Mayonnaise
Served In Ceramic Bowls With Black And White Sesame Seeds

* * * *

### SUSHI STATION
Your Guests Will Enjoy Both Sushi And California Rolls

### MADE TO ORDER
Assorted Freshly Rolled Sushi, Sashimi And Maki To Include
Yellow Fin Tuna ~ Salmon ~ Crisp Veggie Assortment
Pickled Ginger ~ Wasabi ~ Soy Scallion Sauce

* * * *

### DELI DELIGHTS
Baskets Brimming With Miniature Finger Rolls
Filled With Pastrami With Deli Mustard
Turkey With Herb Mayonnaise
Corned Beef With Spicy Mustard



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

### SEASONAL FRESH VEGETABLE BASKET
A Mosaic Of Assorted Fresh Vegetables To Include Cucumber Wheels
Carrots, Celery, Broccoli, Cauliflower, Red And Green Pepper Strips
Offered With Ranch Dip

* * * *

### A DIP INTO THE MEDITERRANEAN
Your Guests Will Enjoy A Variety Of Middle Eastern Delights

### RED PEPPER HUMMUS AND EGGPLANT SALAD
A Savory Dip Made Of Chick Peas, Tahini, Fresh Lemon Juice And Roasted Garlic
Eggplant Salad Made With Grilled Eggplant And Potted Herbs
Accompanied By Pita Triangles

### ARTICHOKE HEARTS
Spring Artichoke Hearts Are Marinated In Tarragon And Lemon

### MIXED HERB SPICE CURED OLIVES
A Rainbow Of Green, Purple, Black And Burgundy Olives

### SALAMI AND SAUSAGE
Served With Crusty Bread Medallions

### COLORFUL ROASTED VEGETABLES
Colorful Display Of Grilled Marinated Vegetables To Included:
Eggplant, Zucchini, Yellow Squash, Tomato, Red And Yellow Peppers
Onion And Carrots



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

* * * *

### ORIENTAL EXPRESS STATION

**SZECHUAN SESAME BEEF**
Tender Beef Marinated In A Light Oriental Sauce

**TERIYAKI CHICKEN STIR FRY**
Stir-fried Marinated Chicken Is Tossed With Snow Pea Pods, Sweet Red Peppers
Scallions, Bamboo Shoots And Mushrooms
All Prepared In A Flavorful Oriental Sauce

**PAD THAI NOODLES**
Delicate Noodles, Stir-fried With Red Chilis, Crushed Peanuts
Bean Sprouts, Scallions, And Egg

**FRIED RICE**
Long Grained Rice Seasoned With Soy And Cilantro
Stir Fried With Julienned Vegetables

**DIM SUM**
Steamed Wontons Filled With Julienne Of Oriental Vegetables

* * * *

### GUESTS INVITED FOR DINNER AND DANCING
In The Grand Ballroom



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

### FOR THE MOTZI
A Beautiful Braided Challah Loaf

\* \* \* \*

### FIRST COURSE TO BE SERVED PLATED:

TOSSED SALAD OF MIXED GREENS
Assorted Lettuces Of Romaine, Endive, Bibb And Watercress
With Button Mushrooms And Tender Hearts Of Palm
Drizzled With Balsamic Vinaigrette
Served With A Poppy Seed Twist

\* \* \* \*

### FRENCH SERVICE OF MAIN COURSE:

DUAL ENTREE
Herb Crusted Salmon Medallion
Seared Beef Tenderloin With Crushed Peppercorns
Served With Bourbon Mushroom Sauce
Wild Mushroom Rissotto
Blue Lake Green Beans Sauteed With Slivered Almonds

GOURMET BREAD BASKETS
Brimming With Hand Made Olive Bread, Toasted Focaccia Rusks
Sliced Peasant And Crusty Sourdough Breads
Served With Margarine



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

* * * *

### FOR A SWEET ENDING

* * * *

#### FOR EACH TABLE
Yours Guests Will Enjoy Strawberries Dipped In Chocolate
Petit Fours Fresh Strawberries And Florentine Cookies

#### REFRESHING RASPBERRY SORBET
Scoops Of Homemade Raspberry Sorbet
Garnished With Fresh Mint

#### IT'S TIME TO CUT THE CAKE

#### BEAUTIFULLY DECORATED WEDDING CAKE
Devils Food Cake Iced With Creamy Buttercream
Served On A Pool Of Chocolate Sauce

* * * *

#### COFFEE AND TEA SERVICE
Freshly Brewed Decaffeinated Coffee And Assorted Teas
Served With Non Dairy Creamer, Sugar, Equal And Sweet & Low

* * * *



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

## FOR THE BAR
Client To Provide All Alcoholic And Nonalcohlic Beverages
Ridgewells To Provide Lemons, Limes Cocktail Fruits And Ice Cubes



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

**FOOD:**

Menu as described to include only the freshest of ingredients, prepared with unparalleled care and creativity.

Please note: There are 190 each hors'd to be passed during the cocktail recpetion. Stations will have a staff person in attendance to replenish the stations up until the end of the reception time.

The quantities to be adjusted proportionately if the count increases or decreases.

**SETUPS:**

Client to provide all alcoholic and nonalcoholic beverages for the bar and for dinner. Ridgewells to provide lemons, limes, cocktail fruits and ice cubes.

**EQUIPMENT:**

Each piece is carefully selected from Ridgewells' private inventory to beautifully enhance your event. Tables, chairs, linens, china, glassware, stemware, silverware, and appropriate kitchen equipment have been included in this proposal.

**SERVICE PERSONNEL:**

Service personnel will include: 3 Bartenders, 24 French Service Servers, 4 Kitchen Assistants, 1 Kitchen Supervisor, 2 Pantrys, 1 Server Supervisor, and 2 Warehouse Driver/pick Ups.

The service time within this proposal is an estimate based on your scheduled event time, as well as set-up and clean-up. Should there be changes in the time of the function, or number of guests, additional charges will be reflected in your final invoice

**SALES TAXES:**

All applicable sales taxes will be charged unless customer can present a valid tax



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

exemption certificate for the jurisdiction of the event location. Please forward a copy of your exemption certificate to your Ridgewells' event designer.

Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355



### ESTIMATED SUMMARY OF COSTS
Based on 250 Guests

Ridgewells Charges:

| | | |
|---|---|---|
| Food | $ | 16,621.15 |
| Setups | | 58.80 |
| Equipment | | 12,923.45 |
| Staff | | 11,370.00 |
| Ridgewells Subtotal: | $ | 40,973.40 |

Other Charges:

| | | |
|---|---|---|
| Adjustments & Discounts | | -4,421.43 |
| Taxes Excluding Delivery Charge | | 3,325.65 |
| Grand Total: | $ | 39,877.62 |
| Delivery | | 100.00 |
| Fuel Surcharge | | 15.00 |
| Balance Due: | $ | 39,992.62 |

Requested Deposit Due: Tuesday, December 28, 2004 in the Amount of: $9,500.00
Requested Deposit Due: Tuesday, February 15, 2005 in the Amount of: $9,000.00
Requested Deposit Due: Monday, March 28, 2005 in the Amount of: $9,000.00
Toby Nann
Date Prepared: 12/02/2004

**CONFIRMATION & DEPOSIT:**

Please sign this agreement in the space provided below and return it with the amount due indicated above to: Ridgewells, Inc., Attn: Accounting Department. The rates and charges utilized in preparing this estimate are guaranteed upon execution of this agreement, and for 30 days from the date the agreement was prepared. Any changes must be made at least 5 working days prior to your event. These changes will be reflected in your final bill. Payment of an events unpaid balance is required 3 days prior to the date of the event, or guaranteed by credit card. Failure to do so may result in the cancellation of this agreement. You may charge your deposit and any balance due to your VISA, MASTERCARD, DISCOVER, or AMERICAN EXPRESS.

ACCEPTED BY: _Judith S. S_____  DATE: _12-/3/04_
CARD PREFERENCE: VISA/**MASTERCARD**/AMEX/DISCOVER (Please Circle One)
Expiration Date: _____  Amount Charged: $ _9,500_
Account Name: _Judith S. Siegel_  Phone: (202) _453 5431_
Account Number: _____

# EXHIBIT 2



# Invoice
for billing inquiries, please call 301 907 3721

ridgewells

MARK SIEGEL
2134 LEROY PLACE, N.W.
WASHINGTON, DC 20008

| | |
|---|---|
| ACCOUNT# | 514357 |
| INV DATE | 04/06/05 |
| INVOICE # | 285355 |
| SALES PERSON | TN |

amount paid  _____

please detach and return with payment

FUNCTION DATE:   4/2/2005   INVOICE # 285355
EVENT ID:        285355

| | |
|---|---:|
| FOOD | $ 17,323.60 |
| KOSHER MEAT | 500.00 |
| SETUPS | 58.80 |
| REGULAR EQUIPMENT | 7,287.97 |
| STAFF | 12,454.68 |

(FULL CREDIT GIVEN FOR SUSHI INCLUDED IN
FOOD COST ABOVE)                                    $ (2,200.00)

## terms

Due on receipt

Please reference invoice number when submitting payment

Unpaid invoices over thirty (30) days are subject to a service charge of 1½% per month, plus costs of collection including reasonable attorney's fees not to exceed 20%

| | |
|---|---:|
| TOTAL | $ 35,425.05 |
| SALES TAX | 3,232.77 |
| DELIVERY | 156.04 |
| DEPOSIT | (27,500.00) |
| BALANCE | $ 11,313.86 |

5525 Dorsey Lane  Bethesda MD 20816
tel 301 652 1515  fax 301 986 8735  www.ridgewells.com