THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT, please add the appearance of Ivonne C. Lindley, of Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., on behalf of the Defendants.

    By:    / S /
    Jeffrey M. Schwaber (DC Federal Bar No. 419681)
    Ivonne C. Lindley (DC Federal Bar No. 485577)
    25 West Middle Lane
    Rockville, MD 20850
    (301) 340-2020
    (301) 838-3250 (facsimile)

    Attorneys for Ridgewell's, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250-1.Notice.Appearance.doc