*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**MARK A. SIEGEL, et. al.,**

        **Plaintiffs,**

    v.                                    Civil Action No. 05-1717 (JGP)

**RIDGEWELL'S INC.,**

        **Defendant.**

## ORDER

This case came before the Court for an initial scheduling conference on November 8, 2005. Upon consideration of the parties' **Meet and Confer Statement** filed on November 1, 2005, it is hereby

**ORDERED:**

1. Defendant shall file its pre-discovery dispositive motion on or before November 21, 2005. Plaintiffs shall file their opposition on or before November 29, 2005. Defendant shall file its reply on or before December 2, 2005.

2. Each party may take a total of six (6) depositions. The parties shall limit interrogatories to not more than twenty-five (25) per party. The parties shall complete all discovery on or before May 31, 2006.

3. The parties shall disclose any experts they intend to call as witnesses, and file reports on those witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2). Plaintiffs shall provide their expert disclosure report on or before January 31, 2006. The defendant shall provide its expert disclosure report on or before February 28, 2006.

4. A status hearing shall be held on **December 6, 2005 at 3:00 p.m.,** in Courtroom 15.

**Date: November 10, 2005**                                             **JOHN GARRETT PENN**
                                                                        **United States District Judge**