THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### NOTICE REGARDING DISCOVERY

I hereby certify that on the 11th day of November, 2005 a copy of Defendant's Notice of Intention to Take Oral Deposition *Duces Tecum* of Mark Siegel, and that on the 15th day of November, 2005 copies of Defendant's Notice of Intention to Take Oral Deposition *Duces Tecum* of Craig D. Baron, Defendant's Notice of Intention to Take Oral Deposition *Duces Tecum* of Judith S. Siegel and Defendant's Notice of Intention to Take Oral Deposition *Duces Tecum* of Rebecca Baron Siegel were sent via facsimile and first class mail, postage prepaid, to the following person(s):

    Nathan Lewin (D.C. Bar No. 38299)
    Alyza D. Lewin (D.C. Bar No. 445506)
    Lewin & Lewin, LLP
    1828 L Street, N.W., Suite 901
    Washington, DC 20036

I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.

By: /s/ Ivonne C. Lindley
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 838-3250 (facsimile)

Attorneys for Ridgewells, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2005, a copy of the foregoing Notice Regarding Discovery was sent via facsimile and mailed, first class, postage prepaid, to the following person(s):

Nathan Lewin (D.C. Bar No. 38299)
Alyza D. Lewin (D.C. Bar No. 445506)
Lewin & Lewin, LLP
1828 L Street, N.W., Suite 901
Washington, DC 20036

/s/ Ivonne C. Lindley
Ivonne C. Lindley

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\194NOT.RE.DISC.doc