# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, a copy of the foregoing *Plaintiffs' Memorandum in Response to Defendant's Motion to Dismiss "Doe" Plaintiffs* was sent by facsimile transmission to the following:

Jeffrey M. Schwaber
Ivonne C. Lindley
25 West Middle Lane
Rockville, MD 20850
(301) 838-3250 (facsimile)

_____
Alyza D. Lewin