UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, | ) |
| *Plaintiffs/ Counter-Defendants,* | ) ) ) Civil Action No. 05-1717 (JGP) |
| v. | ) ) |
| RIDGEWELL'S, INC. | ) ) |
| *Defendant/ Counter-Plaintiff.* | ) ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Plaintiffs hereby move this Court for leave to file their First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiffs have amended their complaint to include two additional named plaintiffs. The "Doe" plaintiffs named in the earlier complaint have been removed. The identification of the additional named plaintiffs promotes judicial efficiency and will not prejudice the defendant or cause any undue delay in the proceedings. Several additional revisions have also been made in the First Amended Complaint.

For the foregoing reasons, Plaintiffs hereby request that the Court grant leave to file the Plaintiffs' First Amended Complaint.

Respectfully submitted,

Date:   November 29, 2005

Nathan Lewin (DC Bar No. 38299)
Alyza D. Lewin (DC Bar No. 445506)
Lewin & Lewin, LLP
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
202-828-1000

*Attorneys for the Plaintiffs-Counter
Defendants*