# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARK A. SIEGEL,** *et al.,* | ) | |
| | ) | |
| *Plaintiffs/ Counter-Defendants,* | ) | |
| | ) | **Civil Action No. 05-1717 (JGP)** |
| **v.** | ) | |
| | ) | |
| **RIDGEWELL'S, INC.** | ) | |
| | ) | |
| *Defendant/ Counter-Plaintiff.* | ) | |
| | ) | |

## PLAINTIFFS' STATEMENT OF POINTS AND AUTHORITIES

Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Date:   November 29, 2005

Nathan Lewin (DC Bar No. 38299)
Alyza D. Lewin (DC Bar No. 445506)
Lewin & Lewin, LLP
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
202-828-1000

*Attorneys for the Plaintiffs-Counter Defendants*