UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, | ) |
| *Plaintiffs/ Counter-Defendants,* | ) |
| v. | ) Civil Action No. 05-1717 (JGP) |
| RIDGEWELL'S, INC. | ) |
| *Defendant/ Counter-Plaintiff.* | ) |

**ORDER**

Upon review of Plaintiffs' Motion for Leave to File First Amended Complaint, leave to file First Amended Complaint is hereby GRANTED.

Dated:

                                                                                           Hon. John Garrett Penn
                                                                                           United States District Judge