## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, a copy of *Plaintiffs' Interrogatories to Defendant Ridgewell's Inc.* and *Plaintiffs' First Request for Production of Documents to Defendant Ridgewell's Inc.* were served by United States first-class mail, postage prepaid, and facsimile transmission to the following:

Jeffrey M. Schwaber
Ivonne C. Lindley
25 West Middle Lane
Rockville, MD 20850
(301) 838-3250 (*facsimile*)

_____
Nathan Lewin