THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter Defendant,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

**DEFENDANT'S REPLY
TO "PLAINTIFFS' MEMORADUM IN RESPONSE TO
DEFENDANT'S MOTION TO DISMISS 'DOE' PLAINTIFFS"**

    Defendant, by and through its attorneys, Jeffrey M. Schwaber, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., hereby responds to "Plaintiffs' Memorandum in Response to Defendant's Motion to Dismiss 'Doe' Plaintiffs," as follows:

    Defendant does not concede that "Ridgewell's is now on notice that other individual plaintiffs may join in the future as they learn of the litigation and want to recover tort damages against." Plaintiffs can seek leave to add new parties pursuant to the Rules and subject to any appropriate response by Ridgewell's at such time.

    However, at this time Defendant will withdraw its "Motion to Dismiss Plaintiffs John Doe 1-25 and Plaintiffs Jane Doe 1-25" in light of Plaintiffs' proposed First Amended Complaint that names actual individual plaintiffs and drops the John and Jane Does/

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

By:       / S /
       Jeffrey M. Schwaber (DC Federal Bar No. 419681)
       Ivonne C. Lindley (DC Federal Bar No. 485577)
       25 West Middle Lane
       Rockville, MD 20850
       (301) 340-2020
       (301) 838-3250 (facsimile)

Attorneys for Ridgewell's, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250-1.Reply.DismissDoes.doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

2