THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## NOTICE REGARDING DISCOVERY

I hereby certify that on the 20th day of December, 2005 a copy of Defendant's Amended Notice of Intention to Take Oral Deposition *Duces Tecum* of Craig D. Baron and Defendant's Amended Notice of Intention to Take Oral Deposition *Duces* Tecum of Rebecca Siegel Baron were sent via facsimile and first class mail, postage prepaid, to the following person(s):

    Nathan Lewin (D.C. Bar No. 38299)
    Alyza D. Lewin (D.C. Bar No. 445506)
    Lewin & Lewin, LLP
    1828 L Street, N.W., Suite 901
    Washington, DC 20036

I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

    STEIN, SPERLING, BENNETT, DE JONG,
    DRISCOLL & GREENFEIG, P.C.

By:     /s/
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of December, 2005, a copy of the foregoing Notice Regarding Discovery was sent via facsimile and mailed, first class, postage prepaid, to the following person(s):

> Nathan Lewin (D.C. Bar No. 38299)
> Alyza D. Lewin (D.C. Bar No. 445506)
> Lewin & Lewin, LLP
> 1828 L Street, N.W., Suite 901
> Washington, DC 20036

/s/
Jeffrey M. Schwaber
Ivonne C. Lindley

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250 NOT.RE.DISC.doc

2