THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:05CV01717<br>Judge: John Garrett Penn |
| RIDGEWELL'S, INC., | |
| Defendant/Counter-Plaintiff. | |

## NOTICE REGARDING DISCOVERY

I hereby certify that on the 16th day of January, 2006 a copy of Defendant Ridgewells, Inc.'s Response to Request for Production of Documents and Ridgewells' Answers to Interrogatories were sent via facsimile and overnight mail, to the following person(s):

> Nathan Lewin (D.C. Bar No. 38299)
> Alyza D. Lewin (D.C. Bar No. 445506)
> Lewin & Lewin, LLP
> 1828 L Street, N.W., Suite 901
> Washington, DC 20036

I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.

By: _____
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\194-2NOT.RE.DISC.doc