## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**MARK A. SIEGEL, et. al.,**

        **Plaintiffs,**

                                                               Civil Action No. 05-1717 (JGP)

    v.

**RIDGEWELL'S INC.,**

        **Defendant.**

## ORDER

Upon consideration of plaintiffs **Motion for Leave to File First Amended Complaint [#11]**, and for good cause shown, leave to file First Amended Complaint is hereby **GRANTED**.

**SO ORDERED**.

Date: January 24, 2006                                          **JOHN GARRETT PENN**
                                                                      **United States District Judge**