UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>RIDGEWELL'S INC., )<br>)<br>*Defendant/Counter-Plaintiff* )<br>) | Case No. 1:05CV01717 |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO SERVE
PLAINTIFFS' AND DEFENDANT'S EXPERT WITNESS REPORTS**

Plaintiff hereby moves by undersigned counsel to extend the discovery deadlines for service of Plaintiffs' and Defendant's Expert Witness Reports to and including February 15, 2006, and March 15, 2006, respectively. Counsel for both parties have conferred and agreed upon these extended dates.

Dated: January 30, 2006

_____
NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 828-1000
(202) 828-0909 fax

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: January ____, 2006

_____
HON. JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE