*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**MARK A. SIEGEL, et. al.,**

        **Plaintiffs,**

        **Civil Action No. 05-1717 (JGP)**

    **v.**

**RIDGEWELL'S INC.,**

        **Defendant.**

## ORDER

Upon consideration of **Plaintiffs' Consent Motion for Extension of Time to Serve Plaintiffs' and Defendant's Expert Witness Reports [#20]**, and for good cause shown, it is hereby

**ORDERED** that the discovery deadlines for service of plaintiffs' and defendant's expert witness reports are extended to and including February 15, 2006, and March 15, 2006, respectively.

**Date: February 1, 2006**

        **JOHN GARRETT PENN**
        **United States District Judge**