THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### NOTICE REGARDING DISCOVERY

I hereby certify that on the 10th day of February, 2006 a copy of Defendant's Second Amended Notice of Intention to Take Oral Deposition *Duces* Tecum of Judith Siegel was mailed, first class mail, postage prepaid to the following person(s):

    Nathan Lewin (D.C. Bar No. 38299)
    Alyza D. Lewin (D.C. Bar No. 445506)
    Lewin & Lewin, LLP
    1828 L Street, N.W., Suite 901
    Washington, DC 20036

I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

    STEIN, SPERLING, BENNETT, DE JONG,
    DRISCOLL & GREENFEIG, P.C.

By: _____
    Jeffrey M. Schwaber (D.C. Bar No. 419681)
    Ivonne C. Lindley (D.C. Bar No. 485577)
    25 West Middle Lane
    Rockville, MD 20850
    (301) 340-2020
    Attorneys for Ridgewells, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\194-3NOT.RE.DISC.doc