UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>RIDGEWELL'S INC., )<br>)<br>*Defendant/Counter-Plaintiff* )<br>) | Case No. 1:05CV01717 |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFFS' AND DEFENDANT'S EXPERT WITNESS REPORTS**

Plaintiff hereby moves by undersigned counsel to extend the discovery deadlines for service of Plaintiffs' and Defendant's Expert Witness Reports to and including February 22, 2006, and March 22, 2006, respectively. Counsel for both parties have conferred and agreed upon these extended dates.

Dated: February 14, 2006

_____/ s /_____
NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
(202) 828-1000
(202) 828-0909 fax

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: February ____, 2006

_____
HON. JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE