UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARK A. SIEGEL, et. al.,**

        **Plaintiffs,**

        **v.**                                    Civil Action No. 05-1717 (JGP)

**RIDGEWELL'S INC.,**

        **Defendant.**

## ORDER

Upon consideration of **Plaintiffs' Consent Motion for Extension of Time to Serve Plaintiffs' and Defendant's Expert Witness Reports [#24]**, and for good cause shown, it is hereby

**ORDERED** that the discovery deadlines for service of plaintiffs' and defendant's expert witness reports are extended to and including February 22, 2006, and March 22, 2006, respectively.

**Date: February 15, 2006**                                    **JOHN GARRETT PENN**
                                                                            **United States District Judge**