## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARK A. SIEGEL,** *et al.,* | ) | |
| | ) | |
| *Plaintiffs/Counter-Defendants,* | ) | **Case No. 05-1717 (JGP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RIDGEWELL'S INC.,** | ) | |
| | ) | |
| *Defendant/Counter-Plaintiff* | ) | |
| | ) | |

## NOTICE REGARDING EXPERT WITNESS REPORTS

I hereby certify that on February 22, 2005, a copy of the following documents:

1.    Summary of Expert Testimony of Rabbi Leonard D. Gordon;

2.    CV of Rabbi Leonard Gordon;

3.    Expert Report prepared by Stan V. Smith regarding Rebecca Siegel Baron;

4.    Expert Report prepared by Stan V. Smith regarding Craig Baron;

5.    Expert Report prepared by Stan V. Smith regarding Judith Siegel;

6.    Expert Report prepared by Stan V. Smith regarding Mark Siegel;

7.    Expert Report prepared by Stan V. Smith regarding Melissa Patack;

8.    Expert Report prepared by Stan V. Smith regarding Michael Berenbaum;

9.    CV of Stan V. Smith, Ph.D.;

10.    Complete Service and Billing Policy – 2005 APL from Stan V. Smith; and

11.    List of Cases in the Last Four Years Wherein Stan V. Smith has Testified.

were served by Federal Express overnight delivery to the following:

Jeffrey M. Schwaber
Ivonne C. Lindley
25 West Middle Lane
Rockville, MD 20850

I will retain the originals of these documents in my possession without alternation, until the case is concluded in this court, the time for noting an appeal has expired, and any appeal noted has been decided.

Dated: February 22, 2006

_____/s/_____
NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 901
Washington, D.C.  20036
(202) 828-1000
(202) 828-0909 fax

*Attorneys for Plaintiffs*