UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, )<br>)<br>*Plaintiffs/ Counter-Defendants*, )<br>)<br>v. )<br>)<br>RIDGEWELL'S, INC. )<br>)<br>*Defendant/ Counter-Plaintiff.* )<br>)<br>_____ ) | Civil Action No. 05-1717<br>Judge: John Garrett Penn |

**NOTICE REGARDING DISCOVERY**

I certify that on March 3, 2006, copies of Plaintiffs' Notice of Intention to Take Deposition on Oral Examination Pursuant to Fed. Rule Civ. Proc. 30(b)(6) of Corporate Employee Designated by Defendant Corporation and Plaintiffs' Notice of Intention to Take Oral Deposition *Duces Tecum* of Toby Nann were faxed and mailed, first class mail, postage prepaid to the following:

    Jeffrey M. Schwaber (D.C. Bar No. 419681)
    Ivonne C. Lindley (D.C. Bar No. 485577)
    Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
    25 West Middle Lane
    Rockville, MD  20850
    301-838-3250 *facsimile*

I will retain the originals of these documents in my possession without alternation, until the case is concluded in this court, the time for noting an appeal has expired, and any appeal noted has been decided.

Dated: March 3, 2006

_____
NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
(202) 828-1000
(202) 828-0909 fax

*Attorneys for Plaintiffs*