THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## NOTICE REGARDING DISCOVERY

I hereby certify that on the 10th day of March, 2006 a copy of Defendant's Notice of Intention to Take Oral Deposition and of Jeffrey A. Wohlberg and Subpoena was served by agreement via facsimile and mail, first class mail, postage prepaid to the following person(s):

> Nathan Lewin (D.C. Bar No. 38299)
> Alyza D. Lewin (D.C. Bar No. 445506)
> Lewin & Lewin, LLP
> 1828 L Street, N.W., Suite 901
> Washington, DC 20036

I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.

By:    /s/
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc.