THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

**CONSENT MOTION
TO EXTEND DEFENDANT'S DEADLINE
TO PROVIDE EXPERT DISCLOSURE REPORTS**

Defendant, by and through its counsel, hereby requests that the Court enter an Order extending Defendant's deadline to provide its expert disclosure report(s) to March 31, 2006. Counsel for the parties have conferred and agreed upon this date.

Dated: March 22, 2006

        STEIN, SPERLING, BENNETT, DE JONG,
        DRISCOLL & GREENFEIG, P.C.

    By:     /s/
        Jeffrey M. Schwaber (D.C. Bar No. 419681)
        Ivonne C. Lindley (D.C. Bar No. 485577)
        25 West Middle Lane
        Rockville, MD 20850
        (301) 340-2020
        Attorneys for Ridgewells, Inc.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020