THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

**<u>ORDER</u>**

Upon consideration of Defendant's Consent Motion to Extend Defendant's Deadline to Provide Expert Disclosure Reports [#29], and for good caused shown, it is hereby

ORDERED that the discovery deadline for service of Defendant's expert witness reports is extended to and including March 31, 2006.

Date: _____        _____
                                                                                  John Garrett Penn
                                                                                  United States District Judge