THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

**CONSENT MOTION
TO EXTEND DEADLINES**

Counsel for the parties have conferred and agreed to request that the Court enter an Order extending the following discovery deadlines:

(1) Defendant/Counter-Plaintiff shall provide its expert disclosure report(s) on or before April 31, 2006.

(2) The parties shall complete discovery by July 31, 2006.

Dated: March 29, 2006

        STEIN, SPERLING, BENNETT, DE JONG,
        DRISCOLL & GREENFEIG, P.C.

    By:    /s/
        Jeffrey M. Schwaber (D.C. Bar No. 419681)
        Ivonne C. Lindley (D.C. Bar No. 485577)
        25 West Middle Lane
        Rockville, MD 20850
        (301) 340-2020
        Attorneys for Ridgewells, Inc.