THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## NOTICE REGARDING DISCOVERY

I hereby certify that on the 14th day of April, 2006 a copy of the following documents were served by first class mail, postage prepaid on Nathan Lewin (D.C. Bar No. 38299), Alyza D. Lewin (D.C. Bar No. 445506), Lewin & Lewin, LLP, 1828 L Street, N.W., Suite 901, Washington, DC 20036:

1. Defendant's First Set of Interrogatories to Plaintiff Mark A. Siegel,
2. Defendant's First Request for Production of Documents to Plaintiff Mark A. Siegel,
3. Defendant's First Set of Interrogatories to Plaintiff Judith Siegel,
4. Defendant's First Request for Production of Documents to Plaintiff Judith Siegel,
5. Defendant's First Set of Interrogatories to Plaintiff Rebecca Siegel Baron,
6. Defendant's First Request for Production of Documents to Plaintiff Rebecca Siegel Baron,
7. Defendant's First Set of Interrogatories to Plaintiff Craig Baron,
8. Defendant's First Request for Production of Documents to Plaintiff Craig Baron,
9. Defendant's First Set of Interrogatories to Plaintiff Michael Berenbaum,

10. Defendant's First Request for Production of Documents to Plaintiff Michael Berenbaum,

11. Defendant's First Set of Interrogatories to Plaintiff Melissa Patack,

12. Defendant's First Request for Production of Documents to Plaintiff Melissa Patack,

I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

> STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.
>
> By: _____
> Jeffrey M. Schwaber (D.C. Bar No. 419681)
> Ivonne C. Lindley (D.C. Bar No. 485577)
> 25 West Middle Lane
> Rockville, MD 20850
> (301) 340-2020
> Attorneys for Ridgewells, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.NOTICE.DISC.int.rpd.doc