THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

   Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

   Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## NOTICE OF DISCOVERY REGARDING EXPERT REPORTS

I hereby certify that on the 28th day of April, 2006 a copy of the following documents pursuant to Fed. R. Civ. Pro. Rule 26(a)(2) were served by first class mail, postage prepaid on Nathan Lewin (D.C. Bar No. 38299), Alyza D. Lewin (D.C. Bar No. 445506), Lewin & Lewin, LLP, 1828 L Street, N.W., Suite 901, Washington, DC 20036:

   1.   Expert Report of Rabbi William D. Rudolph.

   2.   Curriculum Vitae of Rabbi William D. Rudolph.

I will retain the originals of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.

By:    / s /
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020