THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### DEFENDANT'S NOTICE OF SERVICE
### OF OFFER OF JUDGMENT
### <u>PURSUANT TO FRCP 68</u>

I hereby certify that a copy of Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68 was sent via facsimile on the 18th day of June, 2006 and by first class mail, postage prepaid, on the 19th day of June, 2006, to the following person(s):

    Nathan Lewin (D.C. Bar No. 38299)
    Alyza D. Lewin (D.C. Bar No. 445506)
    Lewin & Lewin, LLP
    1828 L Street, N.W., Suite 901
    Washington, DC 20036

I will retain the original of this document in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

                    Respectfully submitted,

                    STEIN, SPERLING, BENNETT, DE JONG,
                      DRISCOLL & GREENFEIG, P.C.

By:         /s/        
        Jeffrey M. Schwaber (D.C. Bar No. 419681)
        Ivonne C. Lindley (D.C. Bar No. 485577)
        25 West Middle Lane
        Rockville, MD 20850
        (301) 340-2020
        (301) 838-3250 (facsimile)

        Attorneys for Ridgewell's, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.NOTICE.OFFFERJDMT.doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

2