# EXHIBIT 1

.einsperling.com

message contains information from the law firm of Stein, Sperling, et al. that may be privileged, confidential or otherwise protected from disclosure. Unless you
the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If
you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

**From:** Lynda Prior [mailto:lynda@lewinlewin.com]
**Sent:** Thursday, April 27, 2006 9:53 AM
**To:** Ivonne C. Lindley
**Subject:** RE: Siegel et al v. Ridgewells

Dear Ivonne:  I haven't forgotten about you, just working on coordinating dates here in this office is hard enough ☺ !
Since May 19th didn't work for Jeff, we're looking at sometime in July for the Berenbaum/Patack depositions.  I just don't have specific dates yet from Michael because he's not sure of his travel plans this far in advance -- but it looks like sometime in July for sure.  Also, here's the dates Stan Smith's office gave me for a deposition in Chicago - do any of the dates work for you?

June 20 at 12:30pm CT/1:30pm ET
June 26 at 11:30am CT/12:30pm ET
July 10 at 3pm CT/4pm ET

*LYNDA K. PRIOR*
**Lewin & Lewin LLP**
1828 L Street, N.W.
Suite 901
Washington, D.C.  20036
(202) 828-0818 (direct)
(202) 828-0909 (fax)

**NOTICE:** This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (202) 828-1000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

**From:** Ivonne C. Lindley [mailto:ILindley@steinsperling.com]
**Sent:** Wednesday, April 26, 2006 5:52 PM
**To:** Lynda Prior
**Cc:** Crystal G. Vereen; Jeff M. Schwaber
**Subject:** Siegel et al v. Ridgewells

Hello Lynda,

I am writing to follow up on our telephone conversation on April 19th.  It was my understanding that you would be getting back to me with dates for scheduling the depositions of Mr. Berenbaum, Ms.

04/27/2006



Patack and the Plaintiffs' experts.    I need to know possible dates as soon as possible so I can prepare and send out notices.   You can call me or call Crystal Vereen at 301-838-3263 to discuss possible dates.

Thank you.

Ivonne


Ivonne C. Lindley, Esq.
Stein, Sperling, Bennett,
   De Jong, Driscoll & Greenfeig
25 West Middle Lane
Rockville, Maryland 20850
Direct Line (301) 838-3217
Facsimile (301) 354-8117
ilindley@steinsperling.com
www.steinsperling.com

This message contains information from the law firm of Stein, Sperling, et al. that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

A

## Ivonne C. Lindley

**From:**   Ivonne C. Lindley
**Sent:**   Tuesday, May 09, 2006 2:44 PM
**To:**     'Lynda Prior'
**Cc:**     Jeff M. Schwaber; Crystal G. Vereen
**Subject:** RE: Melissa Patack's Deposition

Thank you.  We will send you a notice of deposition for Michael Berenbaum for June 28th, 1:00 p.m.

Regarding Melissa Patack, we cannot agree to take a party's deposition by telephone.  There are over 2 1/2 months left until the close of discovery.  We must be able to find a date within that time period.

In light of the amount of time it already has taken to try to coordinate Ms. Patack's deposition, I think we need to set the deposition this week on a mutually agreed date.   Jeff is available on the following dates:   June 7, 9, 23 or July 6, and 18.   We also can take her deposition in the morning of June 28th prior to Mr. Berenbaum's deposition.  I will hold these dates until end of business Thursday.

Thank you for your attention to this.

Ivonne

Ivonne C. Lindley, Esq.
Stein, Sperling, Bennett,
   De Jong, Driscoll & Greenfeig
25 West Middle Lane
Rockville, Maryland 20850
Direct Line (301) 838-3217
Facsimile (301) 354-8117
ilindley@steinsperling.com
www.steinsperling.com

This message contains information from the law firm of Stein, Sperling; et al. that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

---

**From:** Lynda Prior [mailto:lynda@lewinlewin.com]
**Sent:** Tuesday, May 09, 2006 1:45 PM
**To:** Ivonne C. Lindley
**Subject:** Melissa Patack's Deposition

Ivonne:  Melissa will not be coming to DC for some time.  Will you consider doing her deposition by telephone in California?  Go ahead and schedule Michael's deposition for June 28th early afternoon would be perfect.

05/09/2006

B

*LYNDA K. PRIOR*
**Lewin & Lewin LLP**
1828 L Street, N.W.
Suite 901
Washington, D.C.  20036
(202) 828-0818 (direct)
(202) 828-0909 (fax)

**NOTICE:** This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (202) 828-1000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

05/09/2006

B

## Ivonne C. Lindley

| | |
|---|---|
| **From:** | Ivonne C. Lindley |
| **Sent:** | Friday, May 26, 2006 5:53 PM |
| **To:** | 'Lynda Prior' |
| **Cc:** | Jeff M. Schwaber; Crystal G. Vereen |
| **Subject:** | RE: [Possible SPAM] RE: Ridgewells |

Hello Lynda,

We cannot agree to take off the June 28th date noticed for Ms. Patack's depostion until she has confirmed another available date. I look forward to hearing from you.

Have a nice weekend.

Ivonne

Ivonne C. Lindley, Esq.
Stein, Sperling, Bennett,
    De Jong, Driscoll & Greenfeig
25 West Middle Lane
Rockville, Maryland 20850
Direct Line (301) 838-3217
Facsimile (301) 354-8117
ilindley@steinsperling.com
www.steinsperling.com

This message contains information from the law firm of Stein, Sperling, et al. that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

---

**From:** Lynda Prior [mailto:lynda@lewinlewin.com]
**Sent:** Friday, May 26, 2006 5:51 PM
**To:** Ivonne C. Lindley
**Subject:** [Possible SPAM] RE: Ridgewells
**Importance:** Low

Hi Ivonne: I just spoke with Melissa. Melissa and Mike have small children and the children do not travel with them. Michael Berenbaum will be the only one traveling to DC the week of June 28. We'll have to schedule Melissa for another time and I know she's going on vacation sometime in July. I'll have to get back to you with some dates in July. Okay? Thanks and enjoy your long weekend! Lynda

*LYNDA K. PRIOR*
**Lewin & Lewin LLP**
1828 L Street, N.W.
Suite 901
Washington, D.C. 20036

05/26/2006

C

(202) 828-0818 (direct)
(202) 828-0909 (fax)

NOTICE: This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (202) 828-1000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

**From:** Ivonne C. Lindley [mailto:ILindley@steinsperling.com]
**Sent:** Friday, May 26, 2006 4:57 PM
**To:** Lynda Prior
**Cc:** Jeff M. Schwaber
**Subject:** Ridgewells

Lynda

I am writing to confirm that we have agreed to Plaintiffs' request for another extension on their deadline to respond to Defendant's discovery requests.   As we discussed, this will be the last extension we can allow in light of the upcoming depositions.

Also, I wanted to let you know that we will need to start Ms. Patack's deposition on June 28th at 11am instead of at 10 am.  We will start Mr. Berenbaum's deposition after Ms. Patack's.

Thank you and have a nice weekend.

Ivonne

Ivonne C. Lindley, Esq.
Stein, Sperling, Bennett,
   De Jong, Driscoll & Greenfeig
25 West Middle Lane
Rockville, Maryland 20850
Direct Line (301) 838-3217
Facsimile (301) 354-8117
ilindley@steinsperling.com
www.steinsperling.com

This message contains information from the law firm of Stein, Sperling, et al. that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

05/26/2006

# MEMORANDUM

TO:          ICL

FROM:      ALYZA LEWIN

DATE:       June 21, 2006

RE:          RIDGEWELLS/SIEGEL

---

Hi Ivonne its Alyza Lewin. I'm sorry I missed you. A couple of things I know you sent Linda an email I have been trying to deal and firm up Michael and Melissa and I got a call from Michael today and it turns out he ended up with an emergency change in plans and is not going to be able to make it into D.C. until 5:00 a.m. on Thursday morning the 29th so he's no longer available at all on the 28th and wanted to know whether we could do the deposition instead on Thursday the 29th at 11:00 a.m. If we can't do it on Thursday the 29th at 11:00 a.m. he will make a special trip back to Washington the week of July 24th to do it then. Now I understand that the 24th and the 25th of July had tentatively been penciled in for the deposition of your expert, unfortunately my father is not available and he would like to take that deposition so we need to come up with another day for Rabbi Rudolph's deposition, for your expert's deposition but in the mean time if we could do Michael Berenbaum's deposition on the 24th or 25th of July that would work and let me know if that works for you. As for Melissa Patack it looks like she is just not going to be able to make it in for a deposition before the close of discovery she has two young kids at home and the combination of Michael's travel schedule and her work just doesn't allow for it so what we would like to do is remove her and withdraw her name as a Plaintiff in the case and I would like to do that with your consent and if you agree then we would just file a consent motion to remove Melissa Patack as a party in the case so then we don't need to worry about trying to schedule her deposition here in D.C. So if you could get back to me on all of that – on what date works for you on Michael's deposition, the consent of Melissa's withdrawal, and new dates for deposition of your expert that would be great. I appreciate it. Thank you so much. I am out of the office at the moment but you can call and leave a message with Linda and I will get back to you. Thank you so much, talk to you soon. Bye bye.

/cgv
L:\CLIENTS\R\Ridgewells\Siegel.008\correspondence\opposing counsel\6.21.06 alyzavmmessage.doc

D

# LEWIN&LEWIN LLP

Nathan Lewin
nat@lewinlewin.com

Alyza D. Lewin
alyza@lewinlewin.com

1828 L Street, N.W.
Suite 901
Washington, D.C. 20036
(202) 828-1000 phone
(202) 828-0909 fax
www.lewinlewin.com

June 26, 2006

**VIA FACSIMILE (301-354-8117)**
**AND FIRST CLASS MAIL**

Ivonne C. Lindley, Esq.
Stein, Sperling, Bennett,
        De Jong, Driscoll & Greenfeig
25 West Middle Lane
Rockville, Maryland 20850

Dear Ivonne,

        Thank you for your e-mail this morning. The purpose of this letter is to confirm that Michael Berenbaum is available for a deposition in Washington, D.C. on Thursday, June 29, at 10:30 a.m. I am assuming that his deposition will be held at the firm of Wiley Rein and Fielding. Please confirm the location.

        With regard to Melissa Patack, as I informed you last week, we requested your consent to Ms. Patack's withdrawal as a plaintiff. She will not be available to travel to Washington, D.C. to be deposed on June 28 or on any other date before discovery closes in this case and has requested to be dropped as a plaintiff.

        If Rabbi Rudolph is not available for a deposition on July 24, please let me know on what date he is available. In addition, as we discussed in the past, we plan to depose Mr. Tom Keon and the chef of Sushi Chalet a/k/a Sushi USA, Inc. (the outside contractor that prepared the sushi for the Siegel wedding). Please let me know on what dates Mr. Keon is available and whether we will have to subpoena the sushi chef or you will arrange for his availability.

        Thank you.

Sincerely yours,

Alyza D. Lewin

E