**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK A. SIEGEL, *et al.*,

      Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

      Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

**ORDER**

Upon consideration of Defendant's Motion to Compel Deposition of Plaintiff Melissa

Patack and for Attorneys' Fees [#34], any response thereto, and for good caused shown, it is this

_____ day of _____, 2006 hereby,

ORDERED that the Motion be GRANTED, and it further is

ORDERED that Plaintiff Melissa Patack shall appear in Washington, D.C. for a

deposition on or before the _____ day of _____, 2006, and it further is

ORDERED that Plaintiff Melissa Patack shall pay to Defendant $_____ in

attorneys' fees associated with having to file the Motion to Compel as well as the efforts to

depose Ms. Patack without court intervention.

Date: _____    _____
John Garrett Penn
United States District Judge