UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,  )
                           )
  *Plaintiffs*             )   Case No. 1:05CV01717
                           )
  v.                       )
                           )
RIDGEWELL'S INC.,          )
                           )
  *Defendant/Counter-Plaintiff*  )
                           )

PARTIES' JOINT MOTION FOR EXTENSION OF TIME
FOR TAKING DEPOSITIONS

The parties hereby jointly move this Court to extend the time for taking depositions up to and including August 8, 2006, only to allow for the deposition of Rabbi William Rudolph.

Dated:  July 28, 2006

    /s/ Nathan Lewin
NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 901
Washington, D.C.  20036
(202) 828-1000
(202) 828-0909 fax

*Attorneys for the Plaintiffs-Counter Defendants*

      /s/ Jeffrey M. Schwaber
JEFFREY M. SCHWABER (DC Bar No. 419681)
IVONNE C. LINDLEY (DC Bar No. 485577)
**STEIN, SPERLING, BENNETT,**
     **DE JONG**, et al
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 838-3250 fax

*Attorneys for Defendant-Counter Plaintiff*


IT IS SO ORDERED:
Dated: July ____. 2006

HON. JOHN GARRETT PENN
United States District Judge