THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### MOTION TO ENTER ADDITIONAL SCHEDULING ORDER AND TO REQUEST PRE-TRIAL CONFERENCE

Defendant Ridgewell's, Inc. ("Ridgewells"), by and through its attorneys, Jeffrey M. Schwaber, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., hereby respectfully requests that this Court issue a supplemental Scheduling Order in this matter, setting deadlines for filing post-discovery motions, and setting a pre-trial conference in this matter, in support thereof states as follows:

1. Discovery in this matter was scheduled to be completed by July 31, 2006.

2. By Consent Order entered July 31, 2006, discovery was extended to August 8, 2006 to allow Defendant's expert to be deposed.

3. Ridgewells would like this matter to stay on track to proceed to trial as soon as possible.

4. Accordingly, Ridgewells requests a scheduling Order with the following deadlines:

    a. Post-discovery motions filed on or before Friday, September 29, 2006;

    b. Oppositions to post-discovery motions filed within 11 days of the date of service pursuant to LCvR 7.

    c. Replies, if any, to be filed within 5 days of the date of service pursuant to LCvR 7.

    d. Pre-trial conference scheduled on or before Friday, December 1, 2006.

5. This proposed Scheduling Order would allow ample time prior to the requested Pre-trial conference date during which the Court could decide any motions.

6. Entering this proposed Scheduling Order will keep this case moving forward and on track for trial.

For these reasons, Ridgewells respectfully requests that this Court enter the attached proposed Scheduling Order in this matter, and schedule a pre-trial conference to occur on a date cleared on the Court's docket and with counsel for the parties, before Friday, December 1, 2006.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

By:     /s/
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 838-3250 (facsimile)

Attorneys for Ridgewell's, Inc.

## CERTIFICATION OF GOOD FAITH

Counsel for the Defendant/Counter Plaintiff hereby certifies pursuant to LCvR 7 that prior to filing this motion he has in good faith conferred or attempted to confer with the counsel for the Plaintiffs regarding obtaining a consent scheduling order without court action.

/s/
Jeffrey M. Schwaber

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.Motion.Sched Order.rev.doc