THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> RIDGEWELL'S, INC., <br><br> Defendant/Counter-Plaintiff. | Case No. 1:05CV01717 <br> Judge: John Garrett Penn |

## **ORDER**

UPON CONSIDERATION of Ridgwells' Motion to Enter Supplemental Scheduling Order and to Request Pre-Trial Conference, and any response thereto, it is by the United States District Court for the District of Columbia this _____ day of _____, 2006, hereby

ORDERED that the Motion be GRANTED, and it further is

ORDERED that a Scheduling Order is entered as follows:

a. Post-discovery motions filed on or before Friday, September 29, 2006;

b. Oppositions to post-discovery motions filed within 11 days of the date of service pursuant to LCvR 7.

c. Replies, if any, filed within 5 days of the date of service pursuant to LCvR 7.

d. Pre-trial conference scheduled at _____ a.m./p.m. on the _____ day of _____, 2006.

IT IS SO ORDERED.

_____
Senior Judge John Garrett Penn,
United States District Court for the District
of Columbia