UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, </br></br> *Plaintiffs/Counter-Defendants,* </br></br> v. </br></br> RIDGEWELL'S INC., </br></br> *Defendant/Counter-Plaintiff* | Case No. 05-1717 (JGP) |

### DECLARATION OF MELISSA PATACK

MELISSA PATACK hereby affirms under penalty of perjury:

1. I am an attorney for the Motion Picture Association of America. I reside in Los Angeles, California.

2. I am a friend of Judith Siegel and Mark Siegel. I attended the wedding of their daughter, Rebecca, to Craig Baron held at the Corcoran Gallery of Art in Washington, D.C. on April 2, 2005.

3. I joined the Siegel lawsuit against Ridgewell's, Inc. in November 2005 as a plaintiff because I attended the Siegel-Baron wedding and felt that I had been injured by Ridgewell's actions at that wedding.

4. I have participated fully as party in the litigation. I personally prepared responses to all of the interrogatories and document production requests that were served on me. I was also prepared to be deposed by telephone but Ridgewell's counsel declined my attorney's request for a telephone deposition.

5. I am prepared to be deposed by Ridgewell's counsel in California (at Ridgewell's expense), or by video conference (also at Ridgewell's expense).

1

6. My husband is Michael Berenbaum. He is a consultant on the development of museums and a university professor and often needs to travel for his work. We have two young children, Joshua Berenbaum, age 7 ½ ; and Mira Berenbaum, age 6. My husband and I arrange our business travel so as to ensure that at any given time only one of us is traveling and one parent remains home with our children.

7. Due to the combination of my work travel schedule, my husband's work travel schedule, and our family's vacation schedule, I was not able to travel to Washington, D.C. to be deposed in *Siegel v. Ridgewell's* prior to the close of discovery on July 31, 2006.

8. I continue to believe that I have a valid claim against Ridgewell's. However, I recognize that because I was unable to travel to Washington, D.C. to be deposed, I have no choice other than to request that my claim be dismissed. I am, therefore, prepared to withdraw as a plaintiff and to forego any recovery I might receive as a plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2006

*[signature]*
MELISSA PATACK