UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC. ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

ORDER
_____

Upon review of Defendant's Motion To Compel the Deposition of Melisa Patack and For Attorneys' fees, the motion is hereby DENIED.

Dated: _____          _____
                                Hon. John Garrett Penn
                                United States District Judge