UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/Counter-Defendants,* ) | Case No. 1:05CV01717 |
| ) | |
| v.  ) | |
| ) | |
| RIDGEWELL'S INC., ) | |
| ) | |
| *Defendant/Counter-Plaintiff.* ) | |

**MOTION OF PLAINTIFF MELISSA PATACK
TO BE DROPPED AS A PLAINTIFF**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, plaintiff Melissa Patack moves by undersigned counsel to be dropped as a plaintiff because she is unable, on account of family and professional obligations, to travel from her home in California to the District of Columbia for an *in personam* deposition.

The grounds for this relief are set out in the Declaration of Melissa Patack dated August 2, 2006, submitted in support of this Motion and in a Memorandum of Law as well as in opposition to the defendant's Motion To Compel the Deposition of Plaintiff Melissa Patack.

Dated: August 3, 2006                Respectfully submitted,

                                     /s/ Nathan Lewin
                                     NATHAN LEWIN (D.C. Bar No. 38299)
                                     ALYZA D. LEWIN (D.C. Bar No. 445506)
                                     **LEWIN & LEWIN, LLP**
                                     1828 L Street, N.W., Suite 901
                                     Washington, D.C.  20036
                                     (202) 828-1000
                                     (202) 828-0909 fax

                                     *Attorneys for Plaintiffs/Counter-Defendants*