UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, | ) |
| | ) |
| *Plaintiffs/ Counter-Defendants,* | ) |
| | ) Civil Action No. 05-1717 (JGP) |
| v. | ) |
| | ) |
| RIDGEWELL'S, INC. | ) |
| | ) |
| *Defendant/ Counter-Plaintiff.* | ) |
| | ) |

**ORDER**

Upon review of the Motion of Plaintiff Melissa Patack To Be Dropped As A Plaintiff, Plaintiff's motion is GRANTED and Melissa Patack is hereby dropped as a party.

Dated: _____

_____
Hon. John Garrett Penn
United States District Judge