UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, | ) |
|     *Plaintiffs/ Counter-Defendants,* | ) ) |
| v. | )    Civil Action No. 05-1717 (JGP) ) |
| RIDGEWELL'S, INC. | ) ) |
|     *Defendant/ Counter-Plaintiff.* | ) ) |

**ORDER**

Upon review of the Memorandum of Law in Opposition filed by Plaintiff and corresponding motions, the Court hereby GRANTS the Motion of Plaintiff for Attorneys' Fees for responding to the defendant's Motion to Compel the Deposition of Melissa Patack and in preparing the Motion of Plaintiff Melissa Patack To Be Dropped As a Plaintiff.

Dated:                                                               _____

                                                                                           Hon. John Garrett Penn
                                                                                            United States District Judge