UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC. ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

**PLAINTIFFS' COUNTER-MOTION TO ENTER ADDITIONAL
SCHEDULING ORDER AND TO REQUEST PRE-TRIAL CONFERENCE**

Plaintiffs, by and through their attorneys, Nathan Lewin and Alyza D. Lewin of Lewin & Lewin, LLP, respectfully request that this Court issue a supplemental Scheduling Order in this matter, setting deadlines for filing post-discovery motions, and setting a pre-trial conference in this matter. The dates proposed by Defendant in *Defendant's Motion to Enter Additional Scheduling Order* are not acceptable to Plaintiffs because Plaintiffs' counsel, Mr. Nathan Lewin, has long-standing travel plans and is scheduled to be traveling abroad during the dates that Defendant has proposed as the deadlines for dispositive motions. Plaintiffs, therefore, propose alternative dates as set forth below.

(1) Discovery in this matter is scheduled to be completed on August 8, 2006.

(2) Plaintiffs' lead counsel, Mr. Nathan Lewin, will be traveling to Israel from September 17, 2006, to October 18, 2006, where he will be observing the Jewish High Holidays of *Rosh Hashana* (September 22-24), *Yom Kippur* (October 1-2), and *Sukkot/Shemini Atzeret* (October 6-15).]

(3) Mr. Lewin is also scheduled to be traveling abroad from December 4, 2006 until December 28, 2006.

(4) Both parties apparently intend to file dispositive motions. More time than the eleven days provided by the local rules for routine motions will be required to respond adequately to these significant motions.

(5) Accordingly, Plaintiffs request a scheduling order with the following deadlines:

    (a)    Dispositive motions to be filed on or before Monday, October 30, 2006;

    (b)    Responses to dispositive motions to be filed on or before Tuesday, November 21, 2006;

    (c)    Replies, if any, to be filed on or before December 5, 2006;

The Court would set a date for oral argument on the motions (excluding December 4-28) if the Court chooses to hear such argument. The Court could set a date in January or February 2007 for a pre-trial conference.

This proposed scheduling order would keep the matter on track, moving forward to trial in a timely fashion while also accommodating Plaintiffs' counsel's long-standing travel plans. It would also provide such time as the Court believes appropriate for consideration of the dispositive motions and responses and for a hearing on the motions.

For the foregoing reasons, Plaintiffs respectfully request that this Court enter the attached proposed Scheduling Order in this matter.

Dated:  August 7, 2006                                          Respectfully submitted,


                                                                 / s / Nathan Lewin
                                                                NATHAN LEWIN (D.C. Bar No. 38299)
                                                                ALYZA D. LEWIN (D.C. Bar No. 445506)
                                                                **LEWIN & LEWIN, LLP**
                                                                1828 L Street, N.W., Suite 901
                                                                Washington, D.C.  20036
                                                                (202) 828-1000
                                                                (202) 828-0909 fax

                                                                *Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFCATION OF GOOD FAITH

Counsel for the Defendant/Counter Plaintiff hereby certifies pursuant to LCvR 7 that prior to filing this counter motion, he has in good faith conferred or attempted to confer with the counsel for the Defendants regarding obtaining a consent scheduling order without court action.

/ s / Nathan Lewin
Nathan Lewin