UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, | ) |
| | ) |
| *Plaintiffs/ Counter-Defendants,* | ) |
| | ) Civil Action No. 05-1717 (JGP) |
| v. | ) |
| | ) |
| RIDGEWELL'S, INC. | ) |
| | ) |
| *Defendant/ Counter-Plaintiff.* | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Counter-Motion to Enter Supplemental Scheduling Order and to Request Pre-Trial Conference, and any response thereto, it is by the United States District Court for the District of Columbia this _____ day of _____, 2006, hereby

ORDERED that the Motion be GRANTED, and it further is

ORDERED that a Scheduling Order is entered as follows:

(a) Post-discovery motions filed on or before Monday, October 30, 2006;

(b) Oppositions to post-discovery motions filed on or before Tuesday, November 21, 2006; and

(c) Replies, if any, filed on or before December 5, 2006.

IT IS SO ORDERED.

Dated:

_____
Senior Judge John Garrett Penn
United States District Court for the
District of Columbia