# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### RIDGEWELLS' RESPONSE TO
### "MOTION OF PLAINTIFF MELISSA PATACK TO BE DROPPED AS A PLAINTIFF"

Defendant Ridgewell's, Inc., by and through its attorneys, Jeffrey M. Schwaber, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., hereby opposes Plaintiffs' "Motion of Plaintiff Melissa Patack to be Dropped as a Plaintiff" (Docket No. 39) for the reasons set forth in Defendant's "Motion to Compel Deposition of Plaintiff Melissa Patack and for Attorneys' Fees" (Docket No. 34).

        STEIN, SPERLING, BENNETT, DE JONG,
        DRISCOLL & GREENFEIG, P.C.

By: _____/ s /_____
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.Response.PatackWithdrawal.doc