THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### RIDGEWELLS' OPPOSITION TO
### "PLAINTIFFS' COUNTER-MOTION TO ENTER ADDITIONAL SCHEDULING ORDER AND TO REQUEST PRE-TRIAL CONFERENCE"

Defendant Ridgewell's, Inc., ("Ridgewells") by and through its attorneys, Jeffrey M. Schwaber, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., hereby opposes "Plaintiffs' Counter-Motion to Enter Additional Scheduling Order and to Request Pre-Trial Conference" (Docket No. 40) and in support thereof states as follows:

1.    Plaintiffs filed this case against Ridgewells almost one year ago on August 29, 2005.

2.    Plaintiffs' attempt to continue to delay this case is evidenced by their effort preemptively to seek to extend the time to respond to dispositive motions before they even have seen any such motions. How can Plaintiffs know at this juncture that the eleven days for responding to motions pursuant to the rules will be insufficient time to respond?

3.    Ridgewells has allowed Plaintiffs several extensions throughout this litigation, but does not want to delay a trial in this matter any more than is necessary.

4.    Discovery now has concluded, and all parties should be ready to move forward.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

5.  Plaintiffs did not file an opposition to Ridgewells' "Motion For Order Entering Additional Scheduling Order" (Docket No. 37). Ridgewells' proposed Scheduling Order would allow ample time for the Court to decide any motions, would accommodate Mr. Lewin's schedule, and would keep this case moving forward and on track for trial.

\* \* \*

For these reasons, and the reasons stated in Ridgewells' "Motion For Order Entering Additional Scheduling Order" (Docket No. 37), Ridgewells respectfully requests that this Court enter the attached proposed Scheduling Order in this matter, and schedule a pre-trial conference to occur on a date cleared on the Court's docket and with counsel for the parties, before Friday, December 1, 2006.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

By: _____/ s /_____
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.Response.SchedOrder.doc