# EXHIBIT 1

TRIAL TESTIMONY ON INTANGIBLE DAMAGES
BY STAN V. SMITH ALLOWED IN THE FOLLOWING CASES
As of August 14, 2006

I HAVE TESTIFIED AT TRIAL (OR MY TESTIMONY WAS RULED ADMISSIBLE OR A MOTION TO EXCLUDE MY
TESTIMONY WAS DENIED PRIOR TO THE SETTLING OF A CASE) AS TO LOSS OF ENJOYMENT OF LIFE IN THE
FOLLOWING CASES:  CASES INVOLVING APPELLATE DECISIONS ARE STARRED (***).  FEDERAL COURT CASES ARE
LISTED BOTH UNDER FEDERAL AND IN THE STATE IN WHICH THEY WERE TRIED.

Post-Daubert are testimonies provided after the June 28, 1993 Daubert ruling.  They are denoted with "Post-Daubert Testimony"
after the Attorney line.


## FEDERAL

Torno v. 2SI, LLC, a South Carolina corporation and AMW Cuyuna Engine Co., Inc., et al.
U.S. District Court, Eastern District of Michigan, Southern Division
Case No. 03-74091
Judge Sean Cox
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
Attorney: Robert H. Darling
Post-Daubert Testimony


Cynthia Snodgrass, et al. v. Centerpoint Energy d/b/a Reliant Energy
U. S. District Court, Eastern District of Arkansas
8th U.S. Judicial Circuit
Case No. 4:03CV866
Judge James M. Moody
Law Firms: Grotefeld & Denenberg; Chicago, IL
           Bassett Law Firm; Fayetteville, AR
Attorneys: Steve C. Silvey, Grotefeld & Denenberg
           W. Dale Garrett, Basset Law Firm
Post-Daubert Testimony


Jane Doe f/k/a Esther Combs (Elsa Garcia) v. Joseph Combs and Evangeline Combs and Baptist Childrens Home and Family
Ministries
U.S. District Court, Northern District of Indiana
7th U.S. Judicial Circuit
Case No. 2:98 CV-583 PS
Judges Jerry Smith, Gary Wade, thomas Woodall
Law Firm: Herman Law Office; Bingham Farms, MI
Attorney: Gregg E. Herman
Post-Daubert Testimony


Citizens Bank of Batesville, AR, as special administrator of Estates of William C. Pearrow v. United States of America and Janine A.
Reed
U. S. District Court, Eastern District of Arkansas
8th U.S. Judicial Circuit
Case No. l:01CV104JMM
Judge James M. Moody
Law Firm: Davidson & Shell; Batesville, AR
Attorney: J. Scott Davidson
Post-Daubert Testimony


Dorn v. Burlington Northern and Santa Fe Railway Company
U.S.District Court for the District of Montana, Billings Division
9th U.S. Judicial Circuit
No. CV-99-168-BLG-JDS
Judge Richard Cebull
Law Firm: Hoyt & Blewett; Great Falls, MT
Attorney: Alexander Blewett III
Post-Daubert Testimony


Meismer, Guardian for Cyphers & Rohm v. Fuji Heavy Industries Co., Ltd., & Subaru of America, Inc.
U. S. District Court for the District of Montana, Missoula Division
9th U.S. Judicial Circuit
Cause No. CV 97-186-M-LBE
Judge Donald W. Molloy
Law Firm: Beck & Richardson Law Office; Bozeman, MT; 406-586-8700
Attorneys: Monte Beck
Post-Daubert Testimony


Dempsey, et al. v. Shiley Incorporated, et al.
U.S. District Court for Western District of Pennsylvania
3rd U.S. Judicial Circuit
Civil Action No. 96-1745
U. S. Magistrate Judge Francis X. Caiazza
Law Firm: Capretz & Radcliffe; Newport Beach, CA
Attorney: Peter A. Martin
Post-Daubert Testimony

Smith v. Ingersoll-Rand, Co.
U. S. District Court for the District of New Mexico
10th U.S. Judicial Circuit
Civil No. 94-1083 MV/DJS
Judge Martha Vazquez
Law Firm: Espinosa Sitterly Aguilar, P.C.; Albuquerque, NM
Attorney: Esteban A. Aguilar
Post-Daubert Testimony


Sinthasomphone v. City of Milwaukee, et al.
U. S. District Court for Eastern District of Wisconsin
7th U.S. Judicial Circuit
Civil Action No. 91-CV-1121
Judge Terence T. Evans
Law Firm: Slattery Hausman & Hoefle; Milwaukee, WI
Attorney: Steven J. Snedeker
Post-Daubert Testimony


McDougal, Gibson, & Gibson v. Winn-Dixie Louisiana, Inc.
United States District Court for Southern Dist. of MS, Western
          Division
5th U.S. Judicial Circuit
Civil Action No. 5:92-85BrN
Federal Judge David Bramlette
Law Firm: Paul Snow & Associates; Jackson, MS
Attorney: Paul Snow
Post-Daubert Testimony


Garcia v. United States of America
United States District Court, District of Arizona
9th U.S. Judicial Circuit
Case No. CIV-91-1952-PHX-WPC
Judge William Copple
Law Firm: Johnston Maynard Grant Parker; Phoenix, AZ
Attorney: Logan Johnston
Post-Daubert Testimony


Lytel v. Roos
United States District Court for Northern District of GA, Atlanta
          Division
11th U.S. Judicial Circuit
Civil Action File No. 1:91-CV-2585-JTC
Judge Jack T. Camp
Law Firm: Calabro & Jennette; Atlanta, GA
Attorney: Larry F. Jennette, Jr.
Post-Daubert Testimony


Fagan v. The City of Vineland
United States District Court, District of New Jersey
3rd U.S. Judicial Circuit
Consolidated Civil Action No. 90-310 (WGB)
Judge William G. Bassler
Law Firm: Eisenstat Gabage Berman & Furman; Vineland, NJ
Attorney: Gerald M. Eisenstat & Harry Furman


Peterson v. United States of America
United States District Court for District of Alaska
9th U.S. Judicial Circuit
Case No. A 89-49 Civil
Judge James Von der Hoyt
Law Firm: Jensen, Harris & Roth; Anchorage, AK
Attorney: Scott A. Sterling


Ray v. David Mfg. Co. & Gilmore & Tatge Mfg. Co., Inc.
United States Dist. Court for the Eastern Dist. of Texas,
          Beaumont Div.
5th U.S. Judicial Circuit
Civil Action No. B-87-1285-CA
Judge Joe Fisher
Law Firm: Fisher, Gallagher, Perrin & Lewis; Houston, TX
Attorney: Price Ainsworth


Urseth v. City of Dayton, et al.
United States District Court for Southern Dist. of Ohio, Western Division
6th U.S. Judicial Circuit
Case No. C-3-84-103
Judge Walter H. Rice
Law Firm: Moorman, Wist & Kemmer; Tipp City, OH
Attorney: Robert J. Moorman

\*\*\* Lucien Sherrod, et al. v. Berry, et al.
United States District Court, Northern District of IL, Eastern Division
7th U.S. Judicial Circuit
Case No. 80 C 4117
Judge George N. Leighton
Law Firms: Horwitz, Horwitz & Associates, Ltd.;
        Semmelman & Bertucci, Ltd.
Attorneys:  Andrew J. Horwitz;  Douglas Rallo


## ALASKA


Zollman v. City of Soldotna, Alaska
Superior Crt. for the St. of AK, Third Judicial Dist. at Kenai
Case No. 3KN-92-696-CI
Judge Jonathan H. Link
Law Firm: Jensen Harris & Roth; Anchorage, AK
Attorneys: Scott Sterling & Kenneth Jensen
Post-Daubert Testimony


Peterson v. United States of America
United States District Court for District of Alaska
Case No. A 89-49 Civil
Judge James Von der Hoyt
Law Firm: Jensen, Harris & Roth; Anchorage, AK
Attorney: Scott A. Sterling


Baptiste v. Blumenshine
Superior Court State of Alaska, 1st Judicial District at Juneau
Case No. 1JU-90-928CI
Judge Larry R. Weeks
Law Firm: Loren Domke Law Office; Juneau, AK
Attorney: Loren Domke


## ARIZONA


Addelia & Hoover v. Mercy Healthcare Arizona, Inc., et al.
Superior Court of Arizona, County of Maricopa
No. CV2003-012907
Judge Robert L. Gottsfield
Law Firm: Harris Palumbo Powers & Cunningham; Phoenix, AZ
Attorney: Frank I. Powers
Post-Daubert  Testimony


Garcia v. United States of America
United States District Court, District of Arizona
Case No. CIV-91-1952-PHX-WPC
Judge William Copple
Law Firm: Johnston Maynard Grant Parker; Phoenix, AZ
Attorney: Logan Johnston
Post-Daubert  Testimony


Doty v. Grain Dealers
Court: Arbitrators
Case No. 227805
Judge: Panel of 3 Arbitrators in Tucson applying Arizona law
Law Firm: Dennis L. Parrott, Ltd.; Tucson, AZ
Attorney: Dennis L. Parrott


## ARKANSAS


Regions Trust, Administrator of Estate of Newbold v. Arkansas Pyrotechnic Productions, Inc, et al.
Circuit Court of Pope County, Arkansas, Civil Division
Case No. CIV 2001-207
Judge Dennis C. Sutterfield
Law Firm= McMath Woods; Little Rock, AR
Attorney: Mart Vehik


Cynthia Snodgrass, et al. v. Centerpoint Energy d/b/a Reliant Energy
U. S. District Court, Eastern District of Arkansas, 8th U.S. Judicial Circuit
8th U.S. Judicial Circuit
Case No. 4:03CV866
Judge James M. Moody
Law Firms: Grotefeld & Denenberg; Chicago, IL

Bassett Law Firm; Fayetteville, AR
Attorneys:   Steve C. Silvey, Grotefeld & Denenberg
             W. Dale Garrett, Basset Law Firm
Post-Daubert Testimony

French, Representative of Estate of McMillan v. Lord, et al.
Circuit Court of Crawford County, Arkansas, Civil Division
Case No. CV-2002-173
Judge John Jennings
Law Firm: Milligan Law Offices; Fort Smith, AR
Attorney: Phillip J. Milligan
Post-Daubert Testimony

Samuel Davenport, et al. v. Ford, et al.
Circuit Court, Monroe County, Arkansas; Clarendon
NO. CIV-2000-104 (S)
Judge Harvey Yates
Law Firm: Nix Patterson & Roach; Texarkana, TX
Attorney: Brady Paddock
Post-Daubert Testimony

Winkler, Administrator of Estate of Hall v. Dr. John P. Bethell, et al.
Circuit Court of Pulaski County, Arkansas, Third Division
No. Civil 2003-1767
Judge James Moody, Jr.
Law Firm: O'Neil & Fitzhugh; N. Little Rock, AR
Attorney: Bennie O'Neil
Post-Daubert Testimony

Cavender v. St. Vincent Infirmary Medical Center, et al.
Circuit Court of Pulaski County, Arkansas, Fifth Division
No. CV-00-2588
Judge Willard Proctor, Jr.
Law Firm: Boyd Law Firm; Little Rock, AR
Attorney: Charles P. Boyd
Post-Daubert Testimony

Roach v. PPG Industries, Inc., et al.
Circuit Court of Washington County, Arkansas
Case No. CIV-2001-507-4
Judge Michael Mashburn
Law Firm: Odom & Elliott; Fayetteville, AR
Attorney: Don R. Elliott
Post-Daubert Testimony

Citizens Bank of Batesville, AR, as special administrator of Estates of William C. Pearrow v. United States of America and Janine A. Reed
U. S. District Court, Eastern District of Arkansas
Case No. I:01CV104JMM
Judge James M. Moody
Law Firm: Davidson & Shell; Batesville, AR
Attorney: J. Scott Davidson
Post-Daubert Testimony

Vanderpool & Scoggins v. Monsour's Inc., and Clugston
Circuit Court of Benton County, Arkansas
No. CIV 2001-554-1
Judge Tom J. Keith
Law Firm: Odom & Elliott; Fayetteville, AR
Attorneys: Bobby Odom & Don Elliott
Post-Daubert Testimony

Edwards v. Harper, et al.
Circuit Court of Ashley County, AR, Hamburg
No. CIV-2001-109-2
Judge Samuel Pope
Law Firm: Gibson & Hashem; Monticello, AR
Attorney: Cliff C. Gibson, III
Post-Daubert Testimony

## CALIFORNIA

Aguayo v. Viking Tire Co.
Riverside County Superior Crt, Indio Branch, Indio, CA
Case No. I-65959
Judge William T. Low
Law Firm: Law Office of Jack H. Anthony; Santa Ana, CA

Attorney: Jack H. Anthony

McColm v. Carter-Hawley Hale Stores, Inc.
California Superior Court, City & County of San Francisco
Case No. 890203
Judge Lenard Louie
Law Firm: Patricia McColm Law Office; San Francisco, CA
Attorney: Patricia McColm

Rose v. Sarkisian, et. al.
Superior Court of the State of California, County of Los Angeles
        (Los Angeles)
Case No. C 579515
Judge Edward Kakita
Law Firm: Agnew & Brusavich; Torrance, CA
Attorney: Bruce Brusavich

Jafarian v. Drs......Kim
Superior Court, Orange County, CA
Case No. 422-004
Judge Luis Cardenas
Law Firm: Roslyn J. Stewart Law Office; Torrance, CA
Attorney: Roslyn J. Stewart

Zabojnik v. Burman, et al.
Superior Court of State of California, County of Los Angeles (Los
        Angeles)
Case No. NWC 01923 (Consolidated with NWC 03100)
Judge
Law Firm: Law Offices of Barry Bernstein; Woodland Hills, CA
Attorney: Barry Bernstein

## CONNECTICUT

Trahan v. Salem Subway Restaurant, et al.
Superior Court, Complex Litigation Docket at Middletown
Docket No. X04-CV-03-0103536-S
Arbitrator William Davis
Law Firm: Silver Golub & Teitell; Stamford, CT
Attorney: Ernest F. Teitell
Post-Daubert Testimony

## FLORIDA

St. John v. Daimler/Chrysler Corporation, et al.
Circuit Court of Fifteenth Judicial Circuit in and for Palm Beach County, Florida
Case No: CL98-011378 AD
Judge Timothy McCarthy
Law Firm: Ricci Hubbard Leopold Frankel & Farmer; West Palm Beach, FL
Attorney: Theodore Leopold

In the Matter for Relief of Arnett T. Goins, Minnie L. Langley,
et al. Rosewood Claimants v. State of Florida, Respondent
House of Representatives
Case No. HB 591
Judge: Special Senate Master Mr. David Kerns & Special House
        Master Mr. Richard Hixson for Florida
Law Firm: Holland & Knight; Tallahassee, FL
Attorney: Steve Hanlon
Post-Daubert Testimony

White v. American Automobile Insurance Co., Newhouse & White Bros
Circuit Court of 15th Judicial Circ. of Florida, Palm Beach County
Case No. 1358CA(L)
Judge James Minnet
Law Firm: Ricci & Roberts; West Palm Beach, FL
Attorney: Edward M. Ricci

Drakos v. Greenblatt
Circ. Crt of the 15th Judicial Circuit, Palm Beach County, FL
Case No. CL-88-11921-AD
Judge Timothy Poulton
Law Firm: Frank, Mallory, Shooster; Sunrise, FL
Attorney: Frank M. Shooster

## GEORGIA

Brown v. Sidney Dorsey, et al.
Superior Court of Gwinnett County, State of Georgia
Civil Action File No.: 02-A-12722-7
Judge Melodie Snell Conner
Law Firm: Casey Gilson Leibel; Atlanta, GA
Attorney: Steven K. Leibel; George Shingler; Guy Weiss
Post-Daubert Testimony

Mitchell v. City of Atlanta, et al.
State Court of Fulton County, State of Georgia
Civil Action No. 01VS013477H
Judge Albert Thompson
Law Firm: Beauchamp & Assoc.; Albany, GA
Attorney: Robert M. Beauchamp
Post-Daubert Testimony

Liggins v. Georgia Department of Public Safety & Georgia State Patrol
Superior Court of Baldwin County, State of Georgia
Civil Action File No. 95-CV-32330-E
Judge James Cline
Law Firm: Leibel Law Office; Atlanta, GA
Attorney: Steven K. Leibel
Post-Daubert Testimony

Jerry Lytel, individually, and Jerry Lytell, as Administrator and Personal Representative of the Estate of Charmaine Lytell v. Herbert Roos
United States District Court for Northern District of GA, Atlanta
           Division
Civil Action File No. 1:91-CV-2585-JTC
Judge Jack T. Camp
Law Firm: Calabro & Jennette; Atlanta, GA
Attorney: Larry F. Jennette, Jr.
Post-Daubert Testimony

William L. Pippin, Jr., v. Hennessy Cadillac, Inc.
Superior Court of Fulton County, State of Georgia
Civil Action File No. D-66356
Judge Thelma Wyatt Cummings
Law Firm: Doffermyre Shields Canfield & Knowles; Atlanta, GA
Attorney: Robert E. Shields

Lorenz v. Bean
Superior Court for County of Fulton, State of Georgia
Civil Action No. D96834
Judge Frank M. Eldridge
Law Firm: Johnson & Cooper; Marietta, GA
Attorney: Lance Cooper
Post-Daubert Testimony

Bentley v. BMW, Inc. et al.
Georgia Superior Court, Mitchell County
Case No. 87-V-430
Judge Willard Chason
Law Firm: Agnew & Schlam; Columbus, GA
Attorney: Paul E. Schlam

Wood, Garrett v. Apac-Georgia, Inc, Gervin & Vajda
State Court for County of Fulton, State of Georgia
Civil Action File No. 179220
Judge Albert L. Thompson
Law Firm: Smolar, Roseman & Barnes; Atlanta, GA
Attorney: Yehuda Smolar

## HAWAII

June Wolken-Vierra v. Shell Oil Co., et al.
Circuit Court of Second Circuit, State of Hawaii, Maui
Civil No. 94-0157 (2)
Judge Shackley Raffetto
Law Firm: Goodheart Law Office; Honolulu, HI
Attorney: Michael Goodheart
Post-Daubert Testimony

Robert W. Conrad, special administrator of the Estate of Craig and Cameron Conrad, et al. v. John C. Lamb, et al
Circuit Court of 3rd Circuit, State of Hawaii
Civil No. 89-369 (Hilo)
Judge Shunichi Kimura

Law Firm: Lerma & Goya; Hilo, HI
Attorney: Dwayne Stephen Lerma

## IDAHO

Blankenship & Lueker v. Sigler, M.D., St. Mary's Hospital, et al.
District Court of the Second Judicial District of the State of Idaho, in and for the County of Idaho (Grangeville)
Case No. CV 31730
Judge George R. Reinhardt, III
Law Firm: Clark & Feeney; Lewiston, ID
Attorneys: Paul Thomas Clark & Connie W. Taylor
Post-Daubert Testimony

Edgar v. Wes Olson Trucking, Inc., et al.
District Court of First Judicial District of the State of Idaho, in & for County of Bonner, Sandpoint
Case No. CV 98-00712
Judge James F. Judd
Law Firm: Clark & Feeney; Lewiston, ID
Attorneys: Ron T. Blewett & Connie W. Taylor
Post-Daubert Testimony

Shawver v. Safeco Insurance Company of America, et al.
Underinsured Motorist Arbitration, Lewiston, ID
Case No.: None
Arbitrators Edwin L. Litteneker, Walter H. Bithell, Marc Lyons
Law Firm: Aherin Rice & Anegon; Lewiston, ID
Attorney: Darrell Aherin
Post-Daubert Testimony

Hasenoehrl v. Schwan's Sales Enterprises, Inc.
District Court of 2nd Judicial District of State of Idaho, County
    of Lewis, Nez Perce
Case No. CV 94-140
Arbitrator Stanley D. Moore
Law Firm: Aherin Rice & Anegon; Lewiston, ID
Attorney: Darrell Aherin
Post-Daubert Testimony

## ILLINOIS

VanSleet v. Jimmy'Z Masonry Corp, et al.
Circuit Court of Cook County, Illinois, County Department Law Division
No. 02 L 007186
Mediator Fred Lane
Law Firm: Pierce Law Office; Barrington, IL
Attorney: Christopher C. Pierce
Post-Daubert Testimony

Gillespie v. Cler
Circuit Court of the Eighteenth Judicial Circuit, DuPage County
No. 01 L 00305
Judge Stephen Culliton
Law Firm: Eichler & Associates; Chicago, IL
Attorney: John F. Eichler
Post-Daubert Testimony

Jane Doe f/k/a Esther Combs (Elsa Garcia) v. Joseph Combs and Evangeline Combs and Baptist Childrens Home and Family Ministries
U.S. District Court, Northern District of Indiana
7th U.S. Judicial Circuit
Case No. 2:98 CV-583 PS
Judge
Law Firm: Herman Law Office; Bingham Farms, MI
Attorney: Gregg E. Herman
Post-Daubert Testimony

Gober v. Soztneps, Inc., et al.
Circuit Court of the 19th Judicial Circuit, McHenry County, IL
    (Woodstock)
91 LA 479
Judge Haskell Pitluck
Law Firm: Stevens & Associates; Chicago, IL
Attorney: Thomas Stevens
Post-Daubert Testimony

Phyllis Shaw executrix & personal representative of Edith Henson, et al. v. Magna Trust Co.

Circuit Court for 3rd Judicial Circuit, Madison County, IL
No. 92-L-1237
Judge Nicholas G. Byron
Law Firm: Brown & James; St. Louis, MO
Attorney: Robert Cockerham
Post-Daubert Testimony

*** Estate of Duncavage v. Allen
Appellate Court of Illinois, 1st District, 2nd Division
Case No. 85-2625
Illinois Department of Insurance; Claim No. 37-5200221182
Judge Edwin M. Berman
Law Firm: Cichocky & Armstrong; Chicago, IL
Attorney: Jon A. Duncan

Drumgoole v. Harnischfeger Corp., et al.
Circuit Court of Cook County, IL
Case No. 85 L 12041
Judge John V. Virgilio
Law Firm: Sheldon A. Harris Law Office; Chicago, IL
Attorney: Sheldon A. Harris

Shields v. Luckey Trucking, Inc. & Rients
Circuit Court of 7th Judicial Court, Sangamon County, IL
No. 90-L-335
Judge Sue E. Myerscough
Law Firm: Delano Law Offices, P.C.; Springfield, IL
Attorney: Charles H. Delano, III

Martin & McFarland v. Valley Industries, Inc., Auto Shack, Ford Motor Co., Auffenberg Lincoln Mercury, Inc., Hanger & Kannewurf
Circuit Court, 20th Judicial Circuit of Illinois, St. Clair County
Case No. 89-L-148
Judge Jerome F. Lopinot
Law Firm: Carey Law Offices; Belleville, IL
Attorney: Jack Carey

Qualls v. Valley Industries, Inc., et al.
Circuit Court, 20th Judicial Circuit, St. Clair County, Illinois
Case No. 89-L-1090
Judge Jerome F. Lopinot
Law Firm: Gray & Ritter; St. Louis, MO
Attorney: Stephen R. Woodley

Miller v. American Central Transport, Inc.
Circuit Court, 20th Judicial Circuit, St. Clair County, IL
Cause No. 90-L-826
Judge Roger Scrivner
Law Firm: Bassett Law Office; Wood River, IL
Attorney: Merle C. Bassett

Porter v. Illinois Central Gulf Railroad
Circuit Court, 3rd Judicial Circuit, Madison County, IL
Case No. 86-L-507
Judge Nicholas G. Byron
Law Firm: Schlichter Law Assoc.; St. Louis, MO
Attorney: Jerome J. Schlichter

Saldana v. Dynapac Mfg., Inc. & Howell Tractor & Equipment Co.
Circuit Court of Cook County, IL, County Dept. Law Division
Case No. 84 L 15330
Judge E. C. Johnson
Law Firm: Sheldon A. Harris Law Office; Chicago, IL
Attorney: Sheldon A. Harris

Ferguson v. Vest; Doctors' Clinic of Alton, Ltd., & Mucci, M.D.
Circuit Court, 3rd Judicial Circuit, Madison County, IL
Case No. 87-L-207
Judge Nicholas G. Byron
Law Firm:   Bassett Law Office; Wood River, IL
            Mateyka & Hill, P. C.; Granite City, IL
Attorneys:  Merle Bassett;  William J. Mateyka

*** Lucien Sherrod, et al. v. Berry, et al.
United States District Court, Northern District of IL, Eastern
    Division
Case No. 80 C 4117
Judge George N. Leighton

Law Firms:  Horwitz, Horwitz & Associates, Ltd.;
            Semmelman & Bertucci, Ltd.
Attorneys:  Andrew J. Horwitz;  Douglas Rallo

## INDIANA

Burger v. Win-Holt Equipment Corp.
State of Indiana, Huntington County Circuit Court (Huntington)
Cause No. 35C01-9402-CP-00069
Judge Mark McIntosh
Law Firm: Plummer Law Office; Wabash, IN
Attorney: Alfred H. Plummer III
Post-Daubert Testimony

Jane Doe f/k/a Esther Combs (Elsa Garcia) v. Joseph Combs and Evangeline Combs and Baptist Childrens Home and Family Ministries
U.S. District Court, Northern District of Indiana
Case No. 2:98 CV-583 PS
Judges Jerry Smith, Gary Wade, thomas Woodall
Law Firm: Herman Law Office; Bingham Farms, MI
Attorney: Gregg E. Herman
Post-Daubert Testimony

## IOWA

Walker v. Nichols & Farm Bureau Mutual Ins. Co.
Iowa District Court for Polk County
Ruling No. CL 088 52437
Judge Jack D. Levin, 5th District
Law Firm: Wieslander Law Firm; Altoona, IA
Attorney: Frank G. Wieslander
Post-Daubert Testimony

## LOUISIANA

Quick v. Myers Welding & Fabricating, Inc.
38th Judicial District Crt., Parish of Cameron, State of
      Louisiana (Cameron)
No. 10-13147
Judge Ward Fontenot
Law Firm: Badon & Ranier; Lake Charles, LA
Attorney: Drew Ranier
Post-Daubert Testimony

*** Dabog v. Deris, et al.
Court of Appeal, Fifth Circuit, State of LA on Remand From the
      Louisiana Supreme Court, No. 93-C-0572
No. 92-CA-590
Judge Charles Grisbaum, Jr.
Law Firm: Morris Bart & Associates; New Orleans, LA
Attorney: Terry B. Loup
Post-Daubert Testimony

*** Laing v. American Honda Motor Co.
Court of Appeal, Second Circuit, State of Louisiana
No. 25,159-CA
Judge D. Milton Moore, III
Law Firm: Unglesby & Koch; Baton Rouge, LA
Attorney: Lewis Unglesby
Post-Daubert Testimony

LeBert v. Penn & Sons
14th Judicial District Court, Parish of Calcasieu, State of LA
No. 92-2821
Judge Gregory Lyons
Law Firm: Badon & Ranier; Lake Charles, LA
Attorney: Kenneth E. Badon
Post-Daubert Testimony

*** Theriot, et al. v. Starks, Sulphur Electric Co., et al.
38th Judicial District Court, Parish of Cameron, State of LA
      (Cameron)
No. 10-12574
Judge Ward Fontenot
Law Firm: Badon & Ranier; Lake Charles, LA
Attorney: Drew Ranier
Post-Daubert Testimony

Hall, et al. v. Dufrene, et al
29th Judicial District Court, Parish of St. Charles, Louisiana
No. 37,172 Div. E
Judge J. T. Chaisson
Law Firm: Gordon Hackman, P.L.C.;Boutte, LA
Attorney: Gordon Hackman

Diez, Sr. v. Luther's Bar BQ & Home Insurance
24th Judicial Dist. Court, Div. D., Parish of Jefferson
No. 387-611
Judge Walter E. Kolin
Law Firm: James Minge & Assoc.; New Orleans, LA
Attorney: Dennis P. Couvillion

Boyd v. Hartford Accident & Indemnity Co., et al.
St. of Louisiana, Parish of LaFourche, 17th Judicial Dist. Court
Versus No: 66,142
Judge Randolph H. Parro
Law Firm: O'Neal Law Offices; Monroe, LA
Attorney: Hodge O'Neal, III

Berrera, et al, v. Hyundai Motors America Corp., et al,
25th Judicial Dist. Crt., Parish of Plaquemines, St.of LA, Div. B
Number: 32-724
Judge William A. Roe
Law Firm: Ballay & Braud; Belle Chasse, LA
Attorney: Charles Ballay

David v. Cajun Printing, Inc., et al,
23rd Judicial Circuit, Parish of St. James, LA
Civil Action No. 19535
Judge Guy Holdridge
Law Firm: Unglesby Law Offices; Baton Rouge, LA
Attorney: Lewis O. Unglesby

Black v. Parish, Allen-Bradley Co., et al
24th Judicial Dist. Court, Div. C. Parish of Jefferson, St. of LA
No. 377-334
Judge Joseph F. Grefer
Law Firm: James Minge & Assoc.; New Orleans, LA
Attorney: Dennis P. Couvillion

Normand v. Gerald, et al
21st Judicial Dist. Crt, Parish of Livingston, St. of LA, Div."B"
No. 51,037
Judge Bruce Bennett
Law Firm: Unglesby Law Offices; Baton Rouge, LA
Attorney: Lewis O. Unglesby

Arceneaux v. Aetna Casualty & Surety Co.
32nd Jud. Dist. Crt., Parish of Terrebonne, State of LA
No. 92,318
Judge Wilmore Broussard, Jr.
Law Firm: St. Martin, Lirette, Shea & Watkins; Houma, LA
Attorney: Carolyn A. McNabb

Gibson & James v. Central Mutual Ins. Co., et al,
Civil District Court for Parish of Orleans, St. of LA, Div. C
No. 89-12170 Docket #4
Judge Richard Garvey
Law Firm: Minge & Associates; New Orleans, LA
Attorney: Robert L. Manard

Gautreaux v. Cooper T. Smith Stevedoring
23rd Judicial Dist. Court, Parish of Ascension, State of LA
Civil Action No. 44,276
Judge John L. Goldsmith
Law Firm: Unglesby Law Offices; Baton Rouge, LA
Attorney: Lewis O. Unglesby

Pourciau, et ux v. Threeton, et ux
21st Judicial Dist. Crt, Parish of Tangipahoa, St. of LA, Div. B
Nos. 83870, 86804, & 86995
Judge Bruce Bennett
Law Firm: Dué, Smith & Cabellero; Simpson & Schwartz; Amite, LA
Attorneys: Paul H. Dué; Joseph H. Simpson

MASSACHUSETTS

Vinal v. New England Telephone & Telegraph Co.
Middlesex Superior Court, Gorham St., Lowell, MA
Civil Action No. 91-0564
Judge Wendie Gershengorn
Law Firm: Kinson & Wallace; Chelmsford, MA
Attorney: Edward F. Wallace
Post-Daubert Testimony


MICHIGAN


Torno v. 2SI, LLC, a South Carolina corporation and AMW Cuyuna Engine Co., Inc., et al.
U.S. District Court, Eastern District of Michigan, Southern Division
Case No. 03-74091
Judge Sean Cox
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
Attorney: Robert H. Darling
Post-Daubert Testimony


Moore v. Taiwan Buffet
State of Michigan in the Circuit Court for the County of Macomb
Case No. 04-3767-NI
Judge Nanci Grant
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
Attorney: Robert H. Darling
Post-Daubert Testimony


Dedivanovic v. A.C.I.A.
State of Michigan in the Circuit Court for the County of Wayne
Civil Action No. 03-313949-CK
Arbitrators Daniel Flaggman, John McSorley & Tom Hardy;
Law Firm= Dailey & Stearn; Farmington Hills, MI
Attorney: Brian Dailey
Post-Daubert Testimony


Lankton & Schultz v. Granger Container Service, Inc., et al.
State of Michigan in Circuit Court for the County of Ingham
File No. 02-12-NI
Judge James R. Giddings
Law Firm: Nolan Thomsen & Villas; Eaton Rapids, MI
Attorney: Lawrence P. Nolan
Post-Daubert Testimony


Stevenson v. Pulte Homes of Michigan, Corp, et al.
State of Michigan in the Circuit Court for the County of Oakland
Case No.: 02-038422 NO
Judge David Van Antwerp
Law Firm: Sommers Schwartz Silver & Schwartz; Southfield, MI
Attorney: Robert H. Darling
Post-Daubert Testimony


Grant v. Sears Roebuck & Co, et al.
State of Michigan Circuit Court for the County of Manistee (Manistee)
Case No.I 01-10300-NI
Judge James M. Batzer
Law Firm:  Smith & Johnson; Traverse City, MI
          Trucks & Associates; Clare, MI
Attorneys:  Timothy P. Smith
            Jay F. Trucks
Post-Daubert Testimony


Victor v. Cares
State of Michigan, Kent County Circuit Court, Grand Rapids
Case No: 01-05524-NI
Judge Dennis C. Kolenda
Law Firm: Eardley Law Office; Ata, MI
Attorney: John F. Eardley
Post-Daubert Testimony


Winnick v. Steele & Robertson-Morrison,  Inc., et al.
State of Michigan in Circuit Court for County of Washtenaw
File No. 00 - 218 - NI
Judge Timothy P. Connors
Law Firm: Ponte Law Office; Chelsea, MI
Attorney: Robert Ponte

Post-Daubert Testimony

<u>Lee v. Pastor</u>
State of Michigan 46th Circuit Court - Kalkaska County (Kalkaska)
File No: 00-7008-NI (D)
Judge Alton T. Davis
Law Firm: Smith & Johnson; Traverse City, MI
Attorney: Timothy P. Smith
Post-Daubert Testimony

<u>Pomroy v. Skeans, et al.</u>
State of Michigan, Circuit Court for the County of Oakland, Pontiac
Case No. 96-5170211-NI
Judge Steven Andrews
Law Firm: Simkins & Simkins; Northville, MI
Attorney: Charles N. Simkins
Post-Daubert Testimony

<u>Smith v. The Detroit Edison Company, et al.</u>
State of Michigan in the Circuit Court for the County of Wayne (Detroit)
File No. 96-618824
Judge John A. Murphy
Law Firms: Berkey Law Office; Bloomfield Hills, MI
          Wrobel Law Office; Rochester, MI
Attorneys: Jon H. Berkey & Tony Yezbick
          Kenneth J. Wrobel, Jr.
Post-Daubert Testimony

<u>Sharpe v. Huron Valley Hospital, et al.</u>
State of Michigan in Circuit Court for County of Oakland (Pontiac)
Case No: 90 395899 NH
Judge Robert Templin
Law Firm: Pearlman & Pianin; Southfield, MI
Attorney: Michael Pianin
Post-Daubert Testimony

<u>Scott v. Southfield Public Schools, et. al</u>
State of Michigan in Circuit Court for County of Oakland (Pontiac)
Case No. 97-539278-NI
Judge Denise Langford Morris
Law Firm: Thurswell Chayet & Weiner; Southfield, MI
Attorney: Harvey Chayet
Post-Daubert Testimony

<u>Kordenbrock v. Hamco Management, et. al</u>
State of Michigan in the Circuit Court for the County of Ingham (Lansing)
Civil Action No. 92-71556-NZ
Judge William Collette
Law Firm: Simkins & Simkins; Northville, MI
Attorney: Charles N. Simkins
Post-Daubert Testimony

<u>Morgan v. Enterprise Rental Car</u>
State of Michigan, Third Circuit Court, County of Wayne (Detroit)
Circuit Court 94 400 564
Judge Michael Callahan
Law Firm: Crawforth McManus Tenbrunsel & Ulrich; Detroit, MI
Attorney: Robert Tenbrunsel
Post-Daubert Testimony

<u>Ottoman v. General Motors Corporation</u>
State of Michigan in Circuit Court for County of Wayne (Detroit)
C/A No. 93-330879 NP
Judge Carole Youngblood
Law Firm: Crawforth McManus Tenbrunsel & Ulrich; Detroit, MI
Attorney: Robert Tenbrunsel
Post-Daubert Testimony

<u>Kechkaylo v. Cox & Gerig's Trucking & Leasing</u>
State of Michigan in the Circ. Crt. for County of Berrien (St.
    Joseph)
Case No. 93-3518-NI-T
Judge Ronald J. Taylor
Law Firm: Simkins & Simkins; Northville, MI
Attorneys: Charles N. Simkins & Danielle McCluskey-Schink
Post-Daubert Testimony

Ervin v. Bomer
State of Michigan, Circuit Court for the County of Kalamazoo
   (Kalamazoo)
File No. B92-2126-NZ
Judge John N. Foley
Law Firm: Simkins & Simkins; Northville, MI
Attorneys: Charles N. Simkins & Anne T. Craig
Post-Daubert Testimony


Burns v. Sarson & Martin Leasing Co.
Circuit Court for County of Genesee, Flint, MI (Flint)
Civil Action No. 93-20705-NZ
Judge Valdemar L. Washington
Law Firm: Simkins & Simkins; Northville, MI
Attorneys: Charles N. Simkins & Anne T. Craig
Post-Daubert Testimony


Morrow/Yeager v. Michigan Department of Transportation (MDOT)
St. of Michigan in the Crt. of Claims, Circ. Court, Counnty of Eaton
   (Charlotte)
File No. 91-13687-CM
Judge G. Michael Hocking
Law Firm: Nolan Reincke Thomsen & Villas; Eaton Rapids, MI
Attorney: Lawrence P. Nolan
Post-Daubert Testimony


**MISSISSIPPI**

Tennin & Alexander v. Ford Motor Company & World Rental Car Sales
Circuit Court of the First Judicial District of Hinds County, Mississippi
Cause No. 251-02-96CIV
Judge Winston L. Kidd
Law Firm: Perkins Law Office; Jackson, MS
Attorney: Felicia Perkins


Jones v. Mississippi Beta Sig EP Alumni Association, Inc., & Sigma Phi Epsilon Fraternity
Circuit Court of the First Judicial District of Hinds County, Mississippi
No. 251-98-939 CIV
Judge Tommie Green
Law Firm: Bell Flechas & Gaggini; Jackson, MS
Attorney: Gerald Gaggini


Pope, a Minor, Individually and by Vivian Raspberry, his Guardian, Natural Mother and Adult Next Friend v. Campbell, et al.
Circuit Court of Attala County, Mississippi (Kosciusko)
Civil Action No. 99-00008-CV-M
Judge Clarence E. ("Cem") Morgan, III
Law Firm: Allred Law Firm; Jackson, MS
Attorney: Ottowa E. Carter Jr.


*** Kansas City Southern Railway Company, Inc. v. Johnson
Supreme Court of Mississippi
No. 1999-CA-00505-SCT, cite 798 So2d 374 (2001)
Judges: Pittman, C.J., Banks, P.J., Mills, Waller, Cobb and Diaz concur, McRae, P.J. specially concurs w/separate written opinion
   joined by Diaz and Easley, JJ
Law Firm: Byrd & Assoc.; Jackson, MS
Attorney: Isaac K. Byrd, Jr., & Precious T. Martin


Johnson v. Kansas City Southern Railway Company; William L. Cook, III
Circuit Court of the First Judicial District of Hinds County, Mississippi (Jackson)
No. 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CIV
Judge L. Breland Hilburn
Law Firm: Byrd & Assoc.; Jackson, MS
Attorney: Isaac K. Byrd, Jr.
Post-Daubert Testimony


Brown v. The City of Jackson
Circuit Court of First Judicial Dist. of Hinds Cnty, Mississippi (Jackson)
Cause No. 251-94-248CIV
Judge James E. Graves, Jr.
Law Firm: Byrd & Assoc.; Jackson, MS
Attorney: Isaac K. Byrd, Jr.
Post-Daubert Testimony


Butler v. K. M. Leasing, Inc., et al
Circuit Court of Hinds County, Mississippi, 2nd Judicial District (Raymond)
Case No. 5361
Judge L. Breland Hilburn
Law Firm: Boone Law Office; Cleveland, MS

Attorney: Levi Boone, III
Post-Daubert Testimony


Griffin v. Feduccia, et al.
Circuit Court of Neshoba County, Mississippi (Philadelphia)
No. 94-0022
Judge Marcus Gordon
Law Firm: Williamson Law Office; Philadelphia, MS
Attorney: Edward Williamson
Post-Daubert Testimony


Steele v. Inn of Vicksburg, Inc. & Pitzer
Circuit Court of Warren County, Mississippi
No. 15,293
Judge Frank Vollar
Law Firm: Walker Walker & Green; Jackson, MS
Attorney: William Walker, Jr.
Post-Daubert Testimony


Walton, Garrett & Garrett v. Paracelsus Health Care Corp. of
Pasadena, Senatobia Community Hospital & Toohig, M.D.
Circuit Court of Tate County, Mississippi
No. CV-93-236-C-T
Judge George Carlton
Law Firm: Morris Morris & Associates; Cleveland, MS
Attorney: Thomas Morris
Post-Daubert Testimony


Lunsford v. Gulfport School District, et al.
Circuit Court of Harrison County, MS, First Judicial District
Civil Action No. 93-22, 589
Judge Kosta Vlahos
Law Firm: Wittman & Rafferty; Gulfport, MS
Attorney: Donald J. Rafferty
Post-Daubert Testimony


Rigdon v. APAC-Mississippi, Inc.
Circuit Court of the First Judicial District, Hinds County, MS
Civil Action No. 92-73-201
Judge Robert Gibbs
Law Firm: Witherspoon & Compton; Meridian, MS
Attorney: Robert Compton
Post-Daubert Testimony


McDougal, Gibson, & Gibson v. Winn-Dixie Louisiana, Inc.
United States Dist. Court for Southern Dist. of MS, Western
    Division
Civil Action No. 5:92-85BrN
Federal Judge David Bramlette
Law Firm: Paul Snow & Associates; Jackson, MS
Attorney: Paul Snow
Post-Daubert Testimony


Young v. McDonald's Corp. & LTM Enterprises, Inc.
Circuit Court for The First Judicial District of Hinds County, MS
Civil Action No. 91-68-357
Judge James E. Graves, Jr.
Law Firm: Langston & Frazer; Jackson, MS
Attorneys: Shane F. Langston & Roe Frazer


Lewis, et al. v. Mississippi Baptist Medical Center, et al.
Circuit Court of the 1st Judicial District, Hinds County, MS
Case No. 90-64-340
Judge Robert Gibbs
Law Firm: David Nutt & Associates; Jackson, MS
Attorney: Harry Rayburn


King v. H. C. Bailey Management Co.
Circuit Court of 1st Judicial District of Hinds County, MS
No. 91-67-203
Judge James E. Graves, Jr.
Law Firm: Langston & Frazer; Jackson, MS
Attorney: T. Roe Frazer II


Berry v. Westwick II, Ltd.
Circuit Court of 1st Judicial Dist. of Hinds County, MS
C. #91-67-455

Judge Francis S. Bowling
Law Firm: Waycaster & Warren; Jackson, MS
Attorney: Jim Warren


Brown v. Pieklik
Circuit Court of 1st Judicial Dist. of Hinds County, MS
Cause No. 37,864
Judge Robert Gibbs
Law Firm: Byrd & Assoc.; Jackson, MS
Attorney: Isaac Byrd, Jr.


Robertson v. McKenzie Trucking & McKenzie
Circuit Court of DeSoto County, Mississippi
Cause No. CV90-406-C/D
Judge George C. Carlson, Jr.
Law Firm: Gerald W. Chatham Law Office; Hernando, MS
Attorney: Gerald W. Chatham


Gray v. Duckworth, McGowan, & Lufkin Industries, Inc.
Circuit Court of 1st Judicial District of Hinds County, MS
No. 90-64-164CV
Judge James E. Graves, Jr.
Law Firm: Dockins & Sweet; Jackson, MS
Attorney: Dennis C. Sweet, III


Ladd, Dorman, et al. v. Cox Development Co. & Ladd Homebuilders &
Graham
Circuit Court of Neshoba County, Mississippi (Philadelphia)
No. 6744
Judge Francis S. Bowling, Special Circuit Judge
Law Firm: Roy O. Parker & Assoc.; Tupelo, MS
Attorney: Roy O. Parker


Tighe, Jr. v. Crosthwait, M.D., Jackson Heart Clinic, Tyler,
M.D., & Cardiovascular Surgical Clinic
Circuit Court of 1st Judicial District of Hinds County, MS
No. 38,055
Judge James E. Graves, Jr.
Law Firm: Liston & Lancaster; Winona, MS
Attorney: John W. Chapman


Nelson v. Griner Drilling Service, Inc.
Amite County Circuit Court (Liberty) MS
No. 3683
Judge Richard T. Watson
Law Firm: Clyde Ratcliff Law Office; McComb, MS
Attorney: Clyde Ratcliff, McComb, MS


McCraw v. Pierce & Capital City Beverages
Circuit Court of Hinds County, Mississippi, 1st Jud. District
No. 37,701
Judge L. Breland Hilburn
Law Firm: Liston & Lancaster; Winona, MS
Attorney: William Liston


Autry v. Morgan, Hailey, et al.
Circuit Court of Benton County, Ashland, MS
Civil Action File No. 1902
Judge William Lamb
Law Firm: Tollison & Alexander; Oxford, MS
Attorney: Grady Tollison


## MISSOURI

Myers v. Union Electric Company
Circuit Court of the City of St. Louis, State of Missouri
Cause No. 862-00043, Division No. 6
Judge Robert H. Dierker, Jr.
Law Firm: Newman & Bronson; St. Louis, MO
Attorney: Mark Bronson


## MONTANA

Martinez v. Les Schwab Tire Centers of Montana, Inc., et al.
Montana Fourth Judicial District Court, Missoula County
Cause No. DV-99-88271

Judge Douglas Harkin
Law Firm: Beck Amsden & Ruggiero; Bozeman, MT
Attorneys: Monte Beck & John L. Amsden
Post-Daubert Testimony

Wolverton v. Les Schwab Tire Centers of Montana, Inc., et al.
Montana Fourth Judicial District Court, Missoula County
Cause No. DV-99-88271
Judge Douglas Harkin
Law Firm: Beck Amsden & Ruggiero; Bozeman, MT
Attorneys: Monte Beck & John L. Amsden
Post-Daubert Testimony

Dorn v. Burlington Northern and Santa Fe Railway Company
U.S. District Court for the District of Montana, Billings Division
No. CV-99-168-BLG-JDS
Judge Richard Cebull
Law Firm: Hoyt & Blewett; Great Falls, MT
Attorney: Alexander Blewett III
Post-Daubert Testimony

Mickelson v. Montana Rail Link, Inc.
Montana Fourth Judicial District Court, Missoula County
Cause No. 76643
Judge Ed McLean
Law Firm: Hoyt & Blewett; Great Falls, MT
Attorney: Alexander Blewett III
Post-Daubert Testimony

Pengra v. State of Montana ex rel. Dept. of Corrections, & Jane & John Does 1-5
Montana First Judicial District Court, Lewis and Clark County
Cause No. ADV 98-88
Judge Dorothy McCarter
Law Firm: Small Hatch Doubek & Pyfer; Helena, MT; 406-442-7830
Attorney: Richard Pyfer
Post-Daubert Testimony

Meismer, Guardian for Cyphers & Rohm v. Fuji Heavy Industries Co., Ltd., & Subaru of America, Inc.
U. S. District Court for the District of Montana, Missoula Division
Cause No. CV 97-186-M-LBE
Judge Donald W. Molloy
Law Firm: Beck & Richardson Law Office; Bozeman, MT; 406-586-8700
Attorneys: Monte Beck
Post-Daubert Testimony

Maurer v. Clausen Distributing, Inc.
Montana First Judicial District, County of Lewis and Clark
Cause No. CDV 94-003
Judge Thomas C. Honzel
Law Firm: Beck & Richardson Law Office; Bozeman, MT; 406-586-8700
Attorney: John Richardson
Post-Daubert Testimony

**NEVADA**

***Banks v. Sunrise Hospital
Court of Appeal, Eighth Judicial District Court, Clark County, State of Nevada Supreme Court, No. 38801
No. 2002-NMCA-084
Judge Michael A. Cherry
Law Firms: Massi Law Office and Myers & Gomel
Attorneys: Patricia J. Bowling (Massi Law Office) and Jeffrey R. Gomel (Myers & Gomel)
Post-Daubert Testimony

Cohill v. Charleston Place Owners Association, et al.
District Court, Clark County, Nevada
Case No. A446373
Judge Kenneth Corry
Law Firm: Gillock Markley & Killebrew; Las Vegas, NV
Attorney: Gerald I. Gillock
Post-Daubert Testimony

Neve v. Sunrise Hospital and Medical Center, et al.
District Court, Clark County, Nevada
Case No. A466762
Judge Jessie Walsh
Law Firm: Titolo Law Office; Las Vegas, NV
Attorney: Timothy R. Titolo

Post-Daubert Testimony

Christiansen v. Walgreen Co., et al.
District Court, Clark County, Nevada (Las Vegas)
Case. No.: A414587, Dept. No.: Dept. IX
Judge Jennifer P. Togliatti
Law Firm: Titolo Law Office; Las Vegas, NV
Attorney: Timothy R. Titolo
Post-Daubert Testimony

Knee v. G.B. Supply, Inc., et al.
District Court, Clark County, Nevada (Las Vegas)
Case No. A364911
Judge Gene Porter
Law Firm: Titolo Law Office; Las Vegas, NV
Attorney: Timothy R. Titolo
Post-Daubert Testimony

Patterson v. Sierra Ready Mix Limited, Liability Co, et al.
District Court, Clark County, Nevada (Las Vegas)
Case No.: A371096, Dept.No.: XII, Docket NO.: U
Judge James C. Mahan
Law Firm: Titolo Law Office; Las Vegas, NV
Attorney: Timothy R. Titolo
Post-Daubert Testimony

Drake v. Noe M. Murillo, et al.
District Court, Clark County, Nevada (Las Vegas)
Case No. A385489
Judge Michael L. Douglas
Law Firm: Titolo Law Office; Las Vegas, NV
Attorney: Timothy R. Titolo
Post-Daubert Testimony

Wright v. The Vons Companies, Inc., et al.
District Court, Clark County, Nevada (Las Vegas)
Case No.: A374381, Dept. NO.: VII
Judge Mark Gibbons
Law Firm: Titolo Law Office; Las Vegas, NV
Attorney: Timothy R. Titolo
Post-Daubert Testimony

Gootkind v. Chinander, et al.
District Court, Clark County, Nevada (Las Vegas)
Case No. A3326765, Dept. No. XI, Docket No. "S"
Judge Michael Douglas
Law Firm: Simkins & Simkins; Northville, MI
Attorney: Charles N. Simkins
Post-Daubert Testimony

**NEW JERSEY**

Flaherty v. Thyssen Krup Elevator Corporation, et al.
Superior Court of New Jersey, Ocean County - Law Division
Docket No. OCN-L-3797-02 Civil Action
Judge Peterson
Law Firm: Starkey Kelly Bauer & Kenneally; Toms River, NJ
Attorney: Daniel M. Hurley
Post-Daubert Testimony

Trotter v. R. W. Vogel Construction Co., et al.
Superior Court of New Jersey, Law Division - Ocean County
Docket No.: L-2901-99
Judge Marlene Lynch Ford
Law Firm: Starkey Kelly Blaney & White; Toms River, NJ
Attorney: William V. Kelly
Post-Daubert Testimony

Trotter v. R. W. Vogel Construction Co., et al.
Superior Court of New Jersey, Law Division - Ocean County
Docket No.: OCN-L- 2901-98
Judge Marlene Lynch Ford
Law Firm: Carluccio Leone Dimon Doyle & Sacks; Toms River, NJ
Attorney: Daniel J. Carluccio
Post-Daubert Testimony

Schiano v. LoSapio

Superior Court of New Jersey, Law Division - Ocean County, Tom
Docket No. OCN-L-2901-98/2552-98
Judge Frank A. Buczynski
Law Firm: Carluccio Leone Dimon Doyle & Sacks; Toms River, NJ
Attorney: Daniel J. Carluccio


Colleran v. Edward Bowler, et al.
Superior Court of New Jersey, Law Division - Monmouth County
Docket No. MON-L-3090-98
Judge Joseph Quinn
Law Firm: Gill & Chamas; Woodridge, NJ
Attorney: Raymond A. Gill, Jr.
Post-Daubert Testimony


Atwood v. Carmela Micale
Non-Binding Arbitration, Superior Court of New Jersey, Law Division - Middlesex County
Docket No.: L-507-00
Arbitrator: John Camassat
Law Firm: Maze Law Office; Woodbridge, NJ
Attorney: Andrew S. Maze
Post-Daubert Testimony


Skjoldal v. Sicomac Carriers, Inc., et al.
Superior Court of New Jersey, Law Division: Monmouth County
Docket No.: MON-L-7681-94
Judge Alexander Lehrer
Law Firm: Rudnick Addonizio & Pappa; Hazlet, NJ
Attorney: Martin M. Rudnick
Post-Daubert Testimony


Fagan v. The City of Vineland
United States District Court, District of New Jersey
Consolidated Civil Action No. 90-310 (WGB)
Judge William G. Bassler
Law Firm: Eisenstat Gabage Berman & Furman; Vineland, NJ
Attorney: Gerald M. Eisenstat & Harry Furman


## NEW MEXICO


***Couch v. Astec Industries, et al.
Court of Appeals of New Mexico, Sandoval County
No. 2002-NMCA-084
Judge Louis P. McDonald
Law Firm: Plotsky & Dougherty; Albuquerque, NM
Attorney: David L. Plotsky
Post-Daubert Testimony


Dixon/**Aaron** v. Buena Vista Retirement Center
Ninth Judicial District Court County of Curry, State of New Mexico (Clovis)
No. D-905-CV-0097000180
Judge Stephen Quinn
Law Firm: Garrett Law Firm; Clovis, NM
Attorney: Michael Garrett
Post-Daubert Testimony


Smith v. Ingersoll-Rand, Co.
U. S. District Court for the District of New Mexico
Civil No. 94-1083 MV/DJS
Judge Martha Vazquez
Law Firm: Espinosa Sitterly Aguilar, P.C.; Albuquerque, NM
Attorney: Esteban A. Aguilar
Post-Daubert Testimony


Ray v. City of Albuquerque, et al.
2nd Judicial Dist. Court, Cnty. of Bernalillo, St. of New Mexico, (Albuquerque)
No. CV-93-5711
Judge Susan Conway
Law Firm: Michael G. Rosenberg & Associates; Albuquerque, NM
Attorney: Michael G. Rosenberg
Post-Daubert Testimony


## NORTH DAKOTA

Gessner v. Ward County Water Management District
State of North Dakota in District Court, County of Ward, Northwest Judicial District, Minot
Civil No. 94-C-0912
Judge Everett Nels Olson

Law Firm: Wegner Fraase Nordeng Johnson & Ramstad; Fargo, ND
Attorney: Craig E. Johnson
Post-Daubert Testimony

Baehm v. Steen
State of North Dakota in District Court, County of Ward, Northwest Judicial District, Minot
Civil No. 90-1100
Judge Jon Kerian
Law Firm: Farhart Lian Maxson Howard Sorensen Louser & Zent; Minot, ND
Attorney: Steven C. Lian
Post-Daubert Testimony

Werner v. Pueringer Distributing, Inc.
State of North Dakota in District Court, County of Ward, Northwest Judicial District, Minot
Civil No. 91-0892
Judge Wallace D. Berning
Law Firm: Farhart Lian Maxson Howard Sorensen Louser & Zent; Minot, ND
Attorney: Steven C. Lian
Post-Daubert Testimony

**OHIO**

Armstrong, et al. v. Brown, jr., et al.
Common Pleas Court, Trumbull County, Ohio
No. 96-CV-2000,
Judge John Stuard
Law Firm: Simkins & Simkins; Northville, MI
Attorney: Charles N. Simkins
Post-Daubert Testimony

Goodwin, Executrix of Estate of Crowl v. Meridia Hillcrest Hospital, et al.
Court of Common Pleas, Cuyahoga County, Ohio
Case No. 353396
Judge Nancy Fuerst
Law Firm: Hildebrand Williams & Farrell; Fairview Park, OH
Attorney: Patrick M. Farrell
Post-Daubert Testimony

Johnson, et al. v. Thaxton, et al.
Court of Common Pleas of Delaware County, Ohio
Case No. 97-CVC-01-104
Judge Everett H. "Kip" Krueger
Law Firm: Boone Law Office; Columbus, OH
Attorney: Timothy J. Boone
Post-Daubert Testimony

*** Lewis v. Alfa Laval Separation, Inc.
Court of Appeals of Ohio, Fourth District, Lawrence County
No. 96 CA 44
Judges J. Kline & J. Harsha
Law Firm: Greene Law Office
Attorney: Angela Greene
Post-Daubert Testimony

Potter v. Scott, et al.
Common Pleas Court, Franklin Cnty, State of Ohio
Case No. 96CVC09-6945
Arbitrators: Timothy D. Gerrity, Richard Ovestrud, Christopher L. Lardiere
Law Firm: Carlile Patchen & Murhpy; Columbus, OH
Attorney: Larry Sturtz
Post-Daubert Testimony

Reader v. Mallory
Court of Common Pleas of Franklin County, Ohio (Columbus)
Case No. 94CVA01-399
Judge William L. Millard
Law Firm: Paxton & Assoc.; Columbus, OH
Attorney: Robert C. Paxton, II
Post-Daubert Testimony

Kirila v. CNA Insurance Company
UIM Arbitration, Trumbull County, Ohio (Warren)
Judge: Panel of 3 Arbitrators:  Attorney James L. Pazol,
                Attorney Martin P. White, Attorney Donald E. Worthing
Law Firm: Rice Law Office; Hubbard, OH
Attorney: Ronald J. Rice
Post-Daubert Testimony

Schwochow v. Chung, M.D., et al
Sandusky County Court of Common Pleas, Fremont, Ohio
Case No. 92-CV-348
Judge J. Sargeant, Jr.
Law Firm: McGehee & Pianelli; Houston, TX
Attorney: Jack E. McGehee
Post-Daubert Testimony

Beaver v. Belles, M.D.
Common Pleas Court of Miami County, Ohio, General Division
Case No. 92-289
Judge Robert J. Lindeman
Law Firm: Weisbrod Law Office; Troy, OH
Attorney: Alfred J. Weisbrod
Post-Daubert Testimony

Reeser, et al. v. Weaver Bros., Inc.
Court of Common Pleas, Darke County, Ohio
Case No. 48621
Judge Lee A. Bixler
Law Firm: Sunderland & Moore; Vandalia, OH
Attorney: Stephen E. Klein

Urseth v. City of Dayton, et al.
United States District Court for Southern Dist. of Ohio, Western Division
Case No. C-3-84-103
Judge Walter H. Rice
Law Firm: Moorman, Wist & Kemmer; Tipp City, OH
Attorney: Robert J. Moorman

## OKLAHOMA

Hawkins v. Wal-Mart Stores, Inc.
District Court of Kay County, State of Oklahoma (Newkirk)
Case No. C-93-6B
Judge Neal Beekman
Law Firm: Rodgers Law Office; Blackwell, OK
Attorney: James Rodgers
Post-Daubert Testimony

## PENNSYLVANIA

Dempsey, et al. v. Shiley Incorporated, et al.
U.S. District Court for Western District of Pennsylvania
Civil Action No. 96-1745
U. S. Magistrate Judge Francis X. Caiazza
Law Firm: Capretz & Radcliffe; Newport Beach, CA
Attorney: Peter A. Martin
Post-Daubert Testimony

## SOUTH DAKOTA

Ames, Pugh v. Coss, et al.
State of SD, County of Hand, Circuit court, 3rd Judicial Circuit
CIV. 90-11
Judge Jon R. Erickson
Law Firm: Heidepriem, Widmayer, Zell & Jones; Miller, SD
Attorney: Bradley G. Zell

## TENNESSEE

Speed, et ux v. Hughes, et al
Hamilton County Circuit Court, State of Tennessee
Case No. 89-CV-911
Judge Robert M. Summitt
Law Firm: Patrick, Beard & Richardson; Chattanooga, TN
Attorney: Gary R. Patrick

## TEXAS

Cammerino v. First Transit, Inc., et al.
District Court, A-14th Judicial District Court, Dallas County, Texas
Cause No. 03-00352
Judge Mary Murphy
Law Firm: Tucker Law Offices; Dallas, TX

Attorney: Glenn D. Tucker
Post-Daubert Testimony


Tuch v. King, M.D., et al.
District Court, 131st Judicial District, Bexar County, Texas (San Antonio)
Cause No. 97-CI-08661
Judge John D. Gabriel
Law Firm: Rutherford Rutherford & Bettersworth; San Antonio, TX
Attorney: Daniel Rutherford
Post-Daubert Testimony


Stanford v. Albertsons, Inc. & Skaggs-Albertson's
District Court of Travis County, Texas, 201st Judicial District (Austin)
No. 94-12303
Judge Paul R. Davis
Law Firm: Anderson Law Office; Austin, TX
Attorney: John T. Anderson
Post-Daubert Testimony


Pocase v. Cullen/Frost Bank
District Court of Bexar County, Texas, 73rd Judicial District
    (San Antonio)
Cause No. 94-C-04811
Judge John D. Gabriel
Law Firm: Gibbins Winckler & Harvey; Austin, TX
Attorneys: Robert Gibbins & Neil Bonavita
Post-Daubert Testimony


Garrett v. Lockett, M.D.
345th Judicial District Court, Travis County, State of Texas
No. 455,290
Judge James R. Meyers
Law Firm: Mounger & Campbell; Houston, TX
Attorney: Don Campbell


Klekar v. Southern Pacific Transportation Co. & Englebert
District Court of Harris County, Texas
Case No. 88-057280
Judge Eugene Chambers
Law Firm: Stephens & Clark; Houston, TX
Attorney: Joe B. Stephens


Ray v. David Mfg. Co. & Gilmore & Tatge Mfg. Co., Inc.
United States Dist. Court for the Eastern Dist. of Texas,
    Beaumont Div.
Civil Action No. B-87-1285-CA
Judge Joe Fisher
Law Firm: Fisher, Gallagher, Perrin & Lewis; Houston, TX
Attorney: Price Ainsworth


**VERMONT**


Gray v. Gifford Memorial Hospital, Inc. & Burgee, M.D.
State of Vermont, Orange Superior Court, Orange County
Docket No. S27-91 OeC
Judge Alan W. Cheever
Law Firm: Caldbeck & Schweitzer; Shelburne, VT
Attorney: Gareth Caldbeck


**WISCONSIN**


Sinthasomphone v. City of Milwaukee, et al.
U. S. District Court for Eastern District of Wisconsin
Civil Action No. 91-CV-1121
Judge Terence T. Evans
Law Firm: Slattery Hausman & Hoefle; Milwaukee, WI
Attorney: Steven J. Snedeker
Post-Daubert Testimony


Ketter, et al. v. Kotila, et al.
State of Wisconsin Circuit Court, Oneida County, Rhinelander
Case No. 95 CV 82, Case Code No.30104
Judge Mark A. Mangerson
Law Firm: Grischke & Bremer; Wausau, WI
Attorney: Alan F. Grischke
Post-Daubert Testimony

Gallenberger  v. Midwest Emergency Physicians, et al.
State of Wisconsin Circuit Court, Langlade County (Antigo)
Case No: 94-CV-97
Judge Mark A. Mangerson
Law Firm: Sommer Olk Schroeder & Payant, Rhinelander, WI
Attorney: Richard E. Sommer
Post-Daubert  Testimony


Grant  &  Aetna  Insurance  Co. v. Halberg Realty & Miljean Bldg Co.
State of Wisconsin, Circuit Court of Milwaukee County
Case No. 190-CV-011497
Judge Frank T. Crivello
Law Firm: Cunningham Lyons & Cabaniss; Milwaukee, WI
Attorney: Thomas W. Cunningham
Post-Daubert  Testimony


Stenman  v. Larson  Picture  Frame, Inc.
Circuit Court Branch I, Douglas County Courthouse, Superior, WI
Case No. 90 CV 147
Judge Michael T. Lucci
Law Firm: Marcovich Cochrane and Milliken; Superior, WI
Attorney: Toby E. Marcovich


O'Brien  v. Duluth,  Missabe  & Iron Range  Railway  Co.
State of Wisconsin Circuit Court Douglas County
Case No. 90-CV-250
Judge Joseph A. McDonald
Law Firm: Marcovich Cochrane and Milliken; Superior, WI
Attorney: Toby Marcovich


END