# EXHIBIT 4

AFFIDAVIT

This is to certify that I am currently a Vice President of the National Association of Forensic Economists (NAFE) and national co-chair for the next, annual meetings of that group in conjunction with the American Economic Association. The following are facts and opinions related to the proper calculation of lost enjoyment of life (hedonic) damages and the methods used by Professor Stan Smith:

1.) Stan Smith and I outlined the methodology of hedonic calculations in the book Economic/Hedonic Damages: The Practice Book for Plaintiff and Defense Attorneys. (Cincinnatti: Anderson, 1990) and in the article "Hedonic Damages and Personal Injury--A Conceptual Approach," Journal of Forensic Economics (December 1989).

2.) While no one has surveyed the 600 or so members of NAFE to determine opinions and methods regarding hedonic calculations, it is my personal knowledge that many colleagues in NAFE, including other national officers of this group, use the general methodology developed by Stan Smith and me.

3.) I have testified using this methodology on several occasions during the last few years. These testimonies have been in federal and/or state courts of West Virginia, Ohio, Tennessee, and South Carolina.

_____     May 16, 1991
Michael L. Brookshire, Ph.D.              Date
Professor of Economics
University of West Virginia


Sworn and subscribed by Michael L. Brookshire
before me a Notary Public in and for the county of
Kanawha, State of West Virginia, this 16th day of
May             ; 19 91.

                                    Naomi Mallory
                                    Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
NAOMI MALLORY
CHARLESTON NATIONAL BANK
P. O. BOX 1113
CHARLESTON, WV 25324
My Commission Expires April 23, 2000