UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARK A. SIEGEL, et. al.,**

        **Plaintiffs,**

        v.                                Civil Action No. 05-1717 (JGP)

**RIDGEWELL'S INC.,**

        **Defendant.**

**ORDER**

Presently before the Court is defendant's **Motion to Enter Additional Scheduling Order and to Request Pre-trial Conference [#37]**, which was filed on August 1, 2006. Local Civil Rule 7(b) provides that a Motion can be deemed conceded "[w]ithin 11 days of the date of service or at such other time as the Court may direct" when "an opposing party [has failed to] serve and file a memorandum of points and authorities in opposition to the motion." LCvR7(b). As of the undersigned date of this Order, plaintiffs have not filed a response. The Motion is deemed conceded.

    Accordingly, it is hereby

    **ORDERED** that the Motion to Enter Additional Scheduling Order and to Request Pre-trial Conference [#37] shall be **GRANTED**. And it is further

    **ORDERED** that post-discovery Motions shall be filed on or before September 29, 2006; Oppositions to post-discovery Motions shall be filed on or before October 12, 2006; and Replies, if any, shall be filed on or before October 18, 2006.

**DATE: September 13, 2006**                                          **JOHN GARRETT PENN**
                                                                       **United States District Judge**