UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARK A. SIEGEL, et. al.,**

        **Plaintiffs,**

        **v.**                              Civil Action No. 05-1717 (JGP)

**RIDGEWELL'S INC.,**

        **Defendant.**

**ORDER**

On September 13, 2006, the Court entered in error an Order granting Motion to Enter Additional Scheduling Order and to Request Pre-trial Conference [#48] and an Order for Pretrial Conference [#49].  It only came to the Court's attention after entering those Orders that plaintiffs' counsel would be out of the country for the scheduled dates.  Those Orders are vacated.  Accordingly, and upon consideration of defendant's Motion to Enter Additional Scheduling Order and to Request Pre-trial Conference [#37], and Plaintiff's Counter-Motion to Enter Additional Scheduling Order and to Request Pre-Trial Conference [#40], it is hereby

    **ORDERED** that the Court's September 13, 2006 Order granting Motion to Enter Additional Scheduling Order and to Request Pre-trial Conference [#48] and Order for Pretrial Conference[#49] are vacated.  And it is further

    **ORDERED** that post-discovery Motions shall be filed on or before October 30, 2006; Oppositions to post-discovery Motions shall be filed on or before November 21, 2006; and Replies, if any, shall be filed on or before December 5, 2006.

**DATE: September 13, 2006**                                        **JOHN GARRETT PENN**
                                                                              **United States District Judge**