THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

      Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

      Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## JOINT REQUEST FOR ORDER FOR PRETRIAL CONFERENCE

The parties jointly request that the Court enter an Order for Pretrial Conference with the following dates that have been agreed to by all parties:

1)  Pretrial conference scheduled on January 30, 2007 in the morning (because Mr. Lewin teaches a law school class in the afternoon);

2)  Pretrial statement filed on or before January 26, 2007;

3)  Meeting of counsel to discuss pretrial statement on or before January 19, 2007.

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.

By: _____ / s / _____
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 838-3250 (facsimile)

Attorneys for Ridgewell's, Inc.

LEWIN & LEWIN, L.L.P.

By: _____/ s /_____

Nathan Lewin (D.C. Bar No. 38299)
Alyza D. Lewin (D.C. Bar No. 445506)
1828 L Street, N.W., Suite 901
Washington, DC 20036

Attorneys for the Plaintiffs

C:\Documents and Settings\cgv\Local Settings\Temporary Internet Files\OLK8E2\250 Order PT Consent.doc