THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Ridgewell's Inc. ("Ridgewells"), by their attorneys, Jeffrey M. Schwaber, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., pursuant to Fed. R. Civ. P. 7 and Fed. R. Civ. P. 56, hereby moves for Summary Judgment in its favor on the grounds that there is no genuine issue as to any material fact and that as a matter of law Ridgewells is entitled to judgment as follows:

    1.    Judgment against each Plaintiff on the First Claim pursuant to the District of Columbia Consumer Protection Act (DCCPA) in their Amended Complaint;

    2.    Judgment against Plaintiffs Melissa Patack and Michael Berenbaum on their Third Claim of Battery in their Amended Complaint;

    3.    Judgment against each Plaintiff on their Fourth Claim of Negligent Infliction of Emotional Distress in their Amended Complaint; and

    4.    Judgment against Mark and Judith Siegel as to Count I, in Ridgewells' Counter Complaint.

In support of this Motion, the Court is respectfully referred to Ridgewells' Memorandum of Points and Authorities filed simultaneously herewith and adopted herein by reference.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

                                          STEIN, SPERLING, BENNETT, DE JONG,
                                              DRISCOLL & GREENFEIG, P.C.

By:           /s/
        Jeffrey M. Schwaber (D.C. Bar No. 419681)
        Ivonne C. Lindley (D.C. Bar No. 485577)
        25 West Middle Lane
        Rockville, MD 20850
        (301) 340-2020
        (301) 838-3250 (facsimile)

Attorneys for Ridgewell's, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.MOTION.SMJ.final.doc

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020