THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, Memorandum of Points and Authorities, and any response and replies thereto, it is by the United States District Court for the District of Columbia this _____ day of _____, 200____, hereby

    ORDERED that the Motion be GRANTED, and it further is,

    ORDERED that judgment is entered in favor of Ridgewells and against each Plaintiff on the First Claim pursuant to the District of Columbia Consumer Protection Act (DCCPA) in their Amended Complaint; and it further is,

    ORDERED that judgment is entered in favor of Ridgewells and against Plaintiffs Melissa Patack and Michael Berenbaum on their Third Claim of Battery in their Amended Complaint; and it further is,

    ORDERED that judgment is entered in favor of Ridgewells and against each Plaintiff on their Fourth Claim of Negligent Infliction of Emotional Distress in their Amended Complaint; and it further is,

ORDERED that judgment is entered in favor of Ridgewells and against Counter Defendants Mark and Judith Siegel as to Count I, in Ridgewells' Counter Complaint in the amount of $11,000.00.

IT IS SO ORDERED.

_____
Senior Judge John Garrett Penn,
United States District Court for the District of Columbia

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.MOTION.ORDER.SMJ.doc