# EXHIBIT 5

1

1       IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3   --------------------------------x

4   MARK A. SIEGEL, et al.,           :

5                 Plaintiffs  :

6       v.                            :   Case No.

7   RIDGEWELLS, INC.,                 :   1:05CV01717

8       Defendant/Counter-Plaintiff  :

9   --------------------------------x

10

11      Videotaped Deposition of TOBY NANN SILBERSTEIN

12              Washington, D.C.

13          Tuesday, April 4, 2006

14              9:39 a.m.

15

16

17

18

19

20   Job No. 1-74839

21   Pages 1 - 226

22   Reported By:  Jacquelyn C. Jarboe, R.P.R.



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

224

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2         I, Jacquelyn C. Jarboe, Registered

3    Professional Reporter, the officer before whom the

4    foregoing deposition was taken, do hereby certify that

5    the foregoing transcript is a true and correct record

6    of the testimony given; that said testimony was taken

7    by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12        IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 18th day of

14   April, 2006.

15

16   My commission expires:

17   April 30, 2009

18

19

20   _Jacquelyn E. Jarboe_

21   NOTARY PUBLIC IN AND FOR THE

22   DISTRICT OF COLUMBIA

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

47

| | | | |
|---|---|---|---|
| 1 | Q | And it's your testimony that you sent that | 10:26:48 |
| 2 | to him? | | 10:26:51 |
| 3 | A | Yes. | 10:26:51 |
| 4 | Q | Do you have a copy of what you sent him? | 10:26:52 |
| 5 | A | No. | 10:26:54 |
| 6 | Q | What did you do with a copy of what you sent | 10:26:55 |
| 7 | him? | | 10:26:57 |
| 8 | A | When he told us that we were not getting the | 10:26:58 |
| 9 | event, I made it dormant in our system, and I threw | | 10:27:03 |
| 10 | everything away. | | 10:27:08 |
| 11 | Q | Now, you say you made it dormant in your | 10:27:11 |
| 12 | system.  This was done on a computer, wasn't it? | | 10:27:13 |
| 13 | A | Yes. | 10:27:16 |
| 14 | Q | So it could still be retrieved from the | 10:27:16 |
| 15 | computer, couldn't it? | | 10:27:19 |
| 16 | A | Unfortunately, no. | 10:27:20 |
| 17 | Q | Why not? | 10:27:21 |
| 18 | A | Because when they called me back and said, | 10:27:22 |
| 19 | you know, that they were relooking at doing the event, | | 10:27:26 |
| 20 | that it was now going to be held at the Corcoran, and | | 10:27:34 |
| 21 | I guess Sue Fisher wasn't returning calls as promptly | | 10:27:38 |
| 22 | as they needed it to be, they came back to revisit the | | 10:27:44 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

48

| | | |
|---|---|---|
| 1 | event with me, not as a kosher event, but as a | 10:27:48 |
| 2 | kosher-style event.  And we talked about the meat | 10:27:57 |
| 3 | being kosher and there being no dairy.  And what I did | 10:28:08 |
| 4 | then was I resurrected the dormant contract and | 10:28:18 |
| 5 | started reworking it. | 10:28:24 |
| 6 | Q    And the dormant contract is not on your | 10:28:28 |
| 7 | computer system? | 10:28:30 |
| 8 | A    No. | 10:28:31 |
| 9 | MR. SCHWABER:  Objection. | 10:28:32 |
| 10 | MR. LEWIN:  I'll ask counsel to please | 10:28:33 |
| 11 | search for -- | 10:28:34 |
| 12 | MR. SCHWABER:  Portions of it have been | 10:28:35 |
| 13 | produced and were shown to Mr. Keener.  The witness | 10:28:36 |
| 14 | can show you that.  There is no such thing as that | 10:28:39 |
| 15 | contract, it was a work in progress. | 10:28:42 |
| 16 | MR. LEWIN:  I understand. | 10:28:43 |
| 17 | MR. SCHWABER:  But she can reflect an | 10:28:44 |
| 18 | earlier version versus a later version in some of the | 10:28:45 |
| 19 | documents you have. | 10:28:49 |
| 20 | BY MR. LEWIN: | 10:28:50 |
| 21 | Q    But it's your testimony that you sent to | 10:28:51 |
| 22 | Mr. Siegel a completed contract for a kosher event | 10:28:53 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

54

| | | |
|---|---|---|
| 1 | A    We were talking about their daughter's | 10:35:42 |
| 2 | wedding.  I really don't know. | 10:35:44 |
| 3 | BY MR. LEWIN: | 10:35:47 |
| 4 | Q    And they told you that their in-laws to be | 10:35:47 |
| 5 | were kosher, is that correct, at the meeting? | 10:35:49 |
| 6 | A    Earlier, yes. | 10:35:52 |
| 7 | Q    At the meeting, when you met face to face? | 10:35:52 |
| 8 | A    I don't remember. | 10:35:56 |
| 9 | Q    Did you have a discussion of what hors | 10:35:57 |
| 10 | d'oeuvres could be served to satisfy kosher | 10:35:59 |
| 11 | requirements? | 10:36:03 |
| 12 | A    To -- to -- the word you just used -- to | 10:36:14 |
| 13 | fulfill a kosher requirement, nothing coming out of | 10:36:19 |
| 14 | our kitchen will fulfill that.  It is not a kosher | 10:36:23 |
| 15 | kitchen.  Kosher style, like vegetarian style or | 10:36:26 |
| 16 | family style or anything like that, we do do out of | 10:36:34 |
| 17 | our kitchen. | 10:36:37 |
| 18 | Q    Did you use the word "kosher style" in that | 10:36:39 |
| 19 | meeting? | 10:36:41 |
| 20 | A    Yes. | 10:36:42 |
| 21 | Q    Could you tell us the context in which you | 10:36:45 |
| 22 | used the word "kosher style"? | 10:36:47 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

55

| | | |
|---|---|---|
| 1 | A    Okay, kosher style was that we would do meat | 10:36:48 |
| 2 | and that we could buy kosher meat and they were being | 10:36:53 |
| 3 | charged for kosher meat, and that there would be no | 10:36:57 |
| 4 | dairy.  But that the items are being cooked and | 10:37:01 |
| 5 | prepared in our kitchens, which are regular kitchens. | 10:37:05 |
| 6 | Q    If you used the word "kosher style," could | 10:37:13 |
| 7 | you please tell us as best as you can recall the | 10:37:15 |
| 8 | specific conversation, what was said by whom, to whom, | 10:37:18 |
| 9 | in which the word "kosher style" was used. | 10:37:21 |
| 10 | MR. SCHWABER:  Objection.  Asked and | 10:37:26 |
| 11 | answered.  You can go ahead. | 10:37:27 |
| 12 | A    Whom said what, what went where, the | 10:37:31 |
| 13 | conversations between the Siegels and myself were very | 10:37:36 |
| 14 | machine-gunned, not that it was pointed at me, but the | 10:37:42 |
| 15 | way that they spoke, it was very, very rapid, | 10:37:47 |
| 16 | very -- more words than you can sometimes keep up | 10:37:52 |
| 17 | with.  So who said what at this point, I wouldn't | 10:37:57 |
| 18 | know. | 10:38:03 |
| 19 | When we were discussing the wedding and | 10:38:05 |
| 20 | we -- they didn't want a kosher-kosher wedding from | 10:38:09 |
| 21 | us, they had discussed doing, you know, well, can | 10:38:14 |
| 22 | you -- can you do this, can you -- you know, can you | 10:38:20 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

56

1    promise us kosher meat.  That I can do.  Anybody can          10:38:29

2    buy kosher meat.                                              10:38:34

3         And I went as far as saying we will keep all            10:38:38

4    dairy out of whatever we're making, which is something       10:38:42

5    that we do quite often, a lot of times it isn't just         10:38:47

6    for kosher reasons, people have allergies, people are        10:38:50

7    allergic to milk, they don't want garlic in their            10:38:53

8    food.  So I knew that what they were asking was              10:38:58

9    possible out of our kitchens.                                10:39:06

10   BY MR. LEWIN:                                                 10:39:07

11        Q    And are you familiar with the fact that            10:39:08

12   there are conservative Jews who keep kosher and eat in       10:39:09

13   restaurants from dishes that are not kosher or food          10:39:16

14   that has been cooked in pots that are not kosher?            10:39:20

15        A    Yes.                                                10:39:24

16        Q    And you are a member of Ohr Kodesh, you            10:39:26

17   said; is that correct?                                       10:39:30

18        A    Yes.                                                10:39:31

19        Q    Did you know of people who are members of          10:39:34

20   Ohr Kodesh who kept kosher to that degree?                   10:39:35

21        A    Yes.                                                10:39:39

22        Q    And did you recognize that as a form of           10:39:40

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

59

| | | |
|---|---|---|
| 1 | to provide a kosher meal knowing that it was coming | 10:42:15 |
| 2 | out of our kitchen. | 10:42:22 |
| 3 | Q    So you would not describe that kind of meal | 10:42:24 |
| 4 | as kosher? | 10:42:26 |
| 5 | A    Right. | 10:42:27 |
| 6 | Q    And you told that to the Siegels, that you | 10:42:28 |
| 7 | could not describe that kind of meal as kosher? | 10:42:30 |
| 8 | A    Anything cooked out of our kitchens is not a | 10:42:33 |
| 9 | kosher meal. | 10:42:37 |
| 10 | Q    Okay. | 10:42:39 |
| 11 | Did you prepare for the Siegels either as a | 10:42:41 |
| 12 | result of that meeting or prior to that meeting a menu | 10:42:46 |
| 13 | for them to consider for the wedding reception? | 10:42:51 |
| 14 | A    I did a kosher menu, yes.  Then we revised, | 10:42:57 |
| 15 | made it a nonkosher wedding menu, and that they came | 10:43:04 |
| 16 | in to discuss with me. | 10:43:10 |
| 17 | Q    Did you send them that menu before they came | 10:43:12 |
| 18 | to discuss it with you, or did you prepare that after | 10:43:14 |
| 19 | they came to discuss it with you? | 10:43:17 |
| 20 | A    They would have gotten something before that | 10:43:23 |
| 21 | evening that they were coming in, or else I don't | 10:43:28 |
| 22 | think they would have come in with -- you know, with | 10:43:33 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

78

| | | |
|---|---|---|
| 1 | (A brief recess was taken.) | 11:08:32 |
| 2 | THE VIDEOGRAPHER:  This marks the beginning | 11:21:27 |
| 3 | of tape 2 in the deposition of Ms. Silberstein.  We're | 11:21:28 |
| 4 | back on the record.  The time is 11:21 a.m. | 11:21:33 |
| 5 | BY MR. LEWIN: | 11:21:47 |
| 6 | Q    Ms. Nann, at the wedding reception itself, | 11:21:47 |
| 7 | you got to the point where you told us that you got to | 11:21:50 |
| 8 | the table and there was a big crowd there.  Now, what | 11:21:53 |
| 9 | did you do next? | 11:21:56 |
| 10 | A    I fought my way through and saw, in fact, | 11:21:59 |
| 11 | that there was shrimp on the sushi, and we removed the | 11:22:05 |
| 12 | platter as quickly as we could. | 11:22:09 |
| 13 | Q    How did you know there was shrimp on the | 11:22:12 |
| 14 | sushi? | 11:22:14 |
| 15 | A    Shrimp is very noticeable, you can tell what | 11:22:15 |
| 16 | it looks like. | 11:22:17 |
| 17 | Q    So did you call for help to remove the | 11:22:22 |
| 18 | platters or did you do it yourself, the sushi | 11:22:24 |
| 19 | platters? | 11:22:28 |
| 20 | A    I removed them.  There probably was somebody | 11:22:28 |
| 21 | else there to help, maybe a staff person. | 11:22:35 |
| 22 | Q    And did you replace those platters with | 11:22:37 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

79

1    anything else?                                          11:22:41

2       A    We brought those platters down to the          11:22:41

3    kitchen --                                              11:22:43

4       Q    Did you personally accompany the platters      11:22:44

5    down to the kitchen?                                    11:22:46

6       A    Yes.  We brought the platters down to the      11:22:47

7    kitchen, and --                                         11:22:49

8       Q    The kitchen was in the basement of the --      11:22:54

9       A    The kitchen is in -- three stories down.       11:22:55

10           We brought them down to the kitchen, picked    11:22:58

11   off whatever was left of the shrimp.  There was        11:23:05

12   another whole tray getting ready to go out, and we     11:23:11

13   picked off all of the shrimp from there.  And anything 11:23:17

14   that I didn't -- I didn't recognize or Julee Staley    11:23:25

15   didn't recognize as just tuna or -- or salmon,         11:23:29

16   anything -- anything that we thought was a             11:23:38

17   questionable item, because neither one of us saw them  11:23:44

18   beforehand, we took off.                               11:23:50

19      Q    You say neither one -- first of all,           11:23:55

20   Ms. Staley was there that evening?                      11:23:58

21      A    Yes.                                            11:24:00

22      Q    Who else was there besides the list of, you    11:24:02

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

132

| | | |
|---|---|---|
| 1 | Q    Even though you were telling the Siegels | 12:30:47 |
| 2 | that you were going to see to it that the event that | 12:30:49 |
| 3 | they were having was not going to contain nonkosher | 12:30:54 |
| 4 | items? | 12:30:57 |
| 5 | MR. SCHWABER:  Objection.  That's not what | 12:31:00 |
| 6 | she said. | 12:31:01 |
| 7 | A    No. | 12:31:02 |
| 8 | BY MR. LEWIN: | 12:31:05 |
| 9 | Q    No, meaning that -- meaning what? | 12:31:05 |
| 10 | A    Well, there were nonkosher items, because it | 12:31:10 |
| 11 | wasn't a Kosher event. | 12:31:14 |
| 12 | Q    Were there any items that were being served | 12:31:16 |
| 13 | that were not kosher apart from the form of their | 12:31:23 |
| 14 | preparation? | 12:31:28 |
| 15 | MR. SCHWABER:  Objection. | 12:31:29 |
| 16 | A    And you'll have to rephrase the question. | 12:31:32 |
| 17 | BY MR. LEWIN: | 12:31:34 |
| 18 | Q    Apart from the utensil in which they are | 12:31:35 |
| 19 | prepared and on which they were served, were there to | 12:31:41 |
| 20 | your understanding to be any items at that wedding | 12:31:44 |
| 21 | event that were not kosher? | 12:31:46 |
| 22 | A    Everything else was not kosher except the | 12:31:50 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

133

| | | |
|---|---|---|
| 1 | meat and no dairy products.  Everything was made in | 12:31:54 |
| 2 | our offices, with our regular staff.  And with | 12:31:58 |
| 3 | everything else, we don't buy -- we don't buy | 12:32:06 |
| 4 | kosher -- on a whole, we don't buy kosher items. | 12:32:08 |
| 5 | There are items that we have that are kosher, but this | 12:32:12 |
| 6 | wasn't a kosher event. | 12:32:16 |
| 7 | MR. LEWIN:  Okay, do you want to take a | 12:32:21 |
| 8 | lunch break?  We're going to go for a couple more | 12:32:22 |
| 9 | hours, so -- | 12:32:25 |
| 10 | MR. SCHWABER:  Really? | 12:32:26 |
| 11 | MR. LEWIN:  Yes, I think it's going to take | 12:32:26 |
| 12 | that long.  So if you want to take a break for half an | 12:32:27 |
| 13 | hour we can come back a little after 1:00, 1:15. | 12:32:30 |
| 14 | MR. SCHWABER:  Okay.  Without holding you to | 12:32:33 |
| 15 | a precise minute, just for scheduling, you figure you | 12:32:35 |
| 16 | need two full more hours of testimony? | 12:32:37 |
| 17 | MR. LEWIN:  I think it will be from -- if we | 12:32:39 |
| 18 | start at 1:15 we'll go till about 3:15 or 3:30, we | 12:32:40 |
| 19 | should be finished by then. | 12:32:41 |
| 20 | MR. SCHWABER:  Okay. | 12:32:41 |
| 21 | THE VIDEOGRAPHER:  We're going off the | 12:32:46 |
| 22 | record.  The time is 12:32 p.m. | 12:32:47 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

149

1    A    I don't remember if I came straight out and    13:56:04

2    said that.    13:56:06

3    Q    What do you remember that you did say?    13:56:10

4    A    I told him that we could do kosher meat and    13:56:12

5    keep all dairy out of the food, that the food is still    13:56:17

6    prepared in our facilities.    13:56:25

7    Q    And what did he say in response?    13:56:27

8    MR. SCHWABER:  She hadn't finished.    13:56:29

9    BY MR. LEWIN:    13:56:30

10    Q    Oh, go ahead, I'm sorry.    13:56:31

11    A    And that it is not a kosher event, that we    13:56:33

12    can -- you know, then, I guess I did, we could do it    13:56:40

13    as a kosher-style where there would be kosher meat and    13:56:43

14    no dairy at the event.    13:56:46

15    Q    What did he say in response to that?    13:56:50

16    A    That's fine.    13:56:52

17    Q    And what was said prior to the time that you    13:56:56

18    said to him we could do such and such an event, how    13:57:00

19    did that come up in the discussion?    13:57:05

20    A    What type an event.    13:57:12

21    Q    How did the subject come up in the    13:57:14

22    discussion you had with Mark Siegel?    13:57:15

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

190

| | | |
|---|---|---|
| 1 | MR. LEWIN: We'll mark this separately. | 15:05:18 |
| 2 | I've got another couple of pages, Ridgewells 12 | 15:05:19 |
| 3 | through 14. | 15:05:25 |
| 4 | (Nann Exhibit 29 was marked for | 15:06:07 |
| 5 | identification and was attached to the original | 15:06:07 |
| 6 | transcript.) | 15:06:07 |
| 7 | BY MR. LEWIN: | 15:06:08 |
| 8 | Q    Is that your handwriting on Exhibit 29? | 15:06:09 |
| 9 | A    Yes. | 15:06:11 |
| 10 | Q    And were those notes that you made from | 15:06:11 |
| 11 | discussions with Judith Siegel? | 15:06:13 |
| 12 | A    Yes. | 15:06:18 |
| 13 | Q    Her telephone number is up at the very top | 15:06:19 |
| 14 | of the first page of Exhibit 29? | 15:06:22 |
| 15 | A    Mm-hmm. | 15:06:25 |
| 16 | Q    Is that yes? | 15:06:26 |
| 17 | A    Yes, sorry. | 15:06:26 |
| 18 | Q    Now, on the risotto, page 13, Ridgewells 13, | 15:06:28 |
| 19 | it says "Wild mushroom risotto, kosher broth." Was | 15:06:38 |
| 20 | that Judith Siegel's request, that the risotto be made | 15:06:45 |
| 21 | with kosher broth? | 15:06:49 |
| 22 | A    No. | 15:06:51 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

191

1    Q    So why did you write kosher broth there?    15:06:54

2    A    Because I looked up the recipe in the system    15:06:56

3    and it says chicken stock, so if it was something    15:07:00

4    being done with chicken, which is considered the same    15:07:04

5    as a meat, and every meat product is supposed to be    15:07:05

6    kosher for the wedding, then we needed to use kosher    15:07:10

7    broth.  We could have used, I guess, vegetable broth,    15:07:13

8    also.    15:07:16

9    Q    The people who to your knowledge keep kosher    15:07:25

10    but eat shrimp, I think you said before that to your    15:07:29

11    knowledge there were people who keep kosher and eat    15:07:31

12    shrimp; is that correct?    15:07:35

13    MR. SCHWABER:  Objection.  That    15:07:36

14    mischaracterizes what she said.    15:07:36

15    BY MR. LEWIN:    15:07:38

16    Q    Did you say that?    15:07:39

17    A    I guess so.    15:07:47

18    Q    Would those people care whether there was    15:07:48

19    kosher broth in the wild mushroom risotto?    15:07:52

20    A    Since I don't know the people that were at    15:07:56

21    her event, for all I know these people could have gone    15:07:57

22    out that morning and had bacon and eggs and they keep    15:08:01

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

210

1    him with an option for a strictly kosher wedding and          15:38:26

2    he turned that down and went to Sue Fisher initially,        15:38:29

3    right?                                                       15:38:37

4         A    Yes.                                               15:38:37

5         Q    Did he talk to you about that being too           15:38:37

6    expensive?                                                   15:38:39

7         A    He spoke about the wedding being too              15:38:40

8    expensive, that's why they went to Sue for the              15:38:43

9    kosher -- for her kosher event.                             15:38:46

10        Q    When they came back, when the Siegels came        15:38:51

11   back to you, you were asked questions by Mr. Lewin          15:38:54

12   about what triggered a conversation about using kosher      15:38:55

13   meat and nondairy product.  Did it have anything to do      15:38:59

14   with bringing the price down?                               15:39:02

15        A    Most definitely.  Every single thing that we      15:39:05

16   worked on that I was badgered about had to do with          15:39:07

17   money, had to do with the price of something, had to        15:39:11

18   do with wanting -- wanting more and not paying for it,      15:39:15

19   or what can they do so that they'd be able to have          15:39:21

20   this grand event and show off to their in-laws how to       15:39:25

21   do a proper wedding without having to pay for what it       15:39:32

22   was that they were asking for.                              15:39:42

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

211

1    Q    Did they tell you they didn't want -- did he   15:39:44

2    tell you, Mr. Siegel, that he didn't want to pay for   15:39:44

3    the mashgiach when he came back the second time, and   15:39:46

4    he didn't need a strictly kosher wedding?   15:39:51

5    A    Yes, yes, they had -- Mr. Siegel had said   15:39:54

6    that their -- his in-laws -- his in-laws kept kosher   15:39:56

7    but they would eat out, so that if we -- if we had   15:40:03

8    kosher meat they would eat it out, that there wouldn't   15:40:11

9    have to be supervision, that there wouldn't have to   15:40:16

10    be, you know, any of the additional charges, that   15:40:20

11    since they would eat out in a restaurant, eating out   15:40:26

12    with Ridgewells would be the same.   15:40:30

13    Q    In a kosher wedding that Ridgewells puts   15:40:31

14    on -- and you've been involved with several?   15:40:34

15    A    Yes.   15:40:37

16    Q    Can you have unkosher wine?   15:40:37

17    A    No.   15:40:39

18    Q    Can you have shrimp?   15:40:39

19    A    No.   15:40:40

20    Q    Can you have unkosher meat?   15:40:40

21    A    No.   15:40:42

22    Q    Could you mix kosher meat with dairy   15:40:42

# EXHIBIT 6

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4

5    *    *    *    *    *    *    *    *

6    MARK A. SIEGEL, et al         *

7              Plaintiffs          *      ORIGINAL

8         vs.                      *   Case No. 1:05cv01717

9    RIDGEWELLS, INC.              *

10             Defendant/          *

11             Counter Plaintiff*

12   *    *    *    *    *    *    *    *

13

14

15        DEPOSITION OF RABBI JEFFREY A. WOHLBERG

16                 Washington, D.C.

17                Tuesday, May 9, 2006

18                    9:35 a.m.

19

20   Job No. 1-77765

21   Pages 1 - 127

22   Reported by:  Leslie L. Schneider


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF RABBI JEFFREY A. WOHLBERG
CONDUCTED ON TUESDAY, MAY 9, 2006

125

1    CERTIFICATE OF NOTARY

2        I, LESLIE L. SCHNEIDER, the reporter

3    before whom the aforegoing deposition was taken, do

4    hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly sworn by

6    me; that said deposition is a true record of the

7    testimony given by said witness.

8        I further certify that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to the action in which this deposition was

11   taken; and, further, that I am not a relative or

12   employee of any attorney or counsel employed by the

13   parties hereto, nor financially or otherwise

14   interested in the outcome of this action.

15

16

17                  *Leslie L. Schneider*

                    Leslie L. Schneider

18                  Notary Public in and for

                    the District of Columbia

19

20

21

22   My commission expires November 14, 2008.

DEPOSITION OF RABBI JEFFREY A. WOHLBERG
CONDUCTED ON TUESDAY, MAY 9, 2006

33

1      Q    Do you recall whether it was Mark who you

2  asked?

3      A    I don't recall that either.  I spoke to

4  Mark and to Judy so I'm not sure, and to the kids.

5  My guess is that it was with Mark because I had the

6  more lengthy conversations with him, but the first

7  concern was to find a date and that took us a little

8  while.

9      Q    Now, did Mark tell you it was kosher?

10     A    My recollection is yes.  When he told me

11  when and where he was going to hold the wedding,

12  where the wedding would take place, I knew that

13  that's not a hotel that has a kosher dining room, for

14  example, so I said what are you going to do about the

15  dinner and he said we're going to have a kosher

16  dinner and we're using Ridgewells, something of that

17  nature.

18     Q    And did you agree at that point to stay

19  for the dinner?

20     A    I don't remember, but when he told me

21  we're having a kosher dinner, I know we talked about

22  it a little bit.

# EXHIBIT 7

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

---

## PLAINTIFF MELISSA PATACK'S ANSWERS
## TO DEFENDANT'S FIRST SET OF INTERROGATORIES

TO:    RIDGEWELL'S, INC.
        c/o Jeffrey M. Schwaber (D.C. Bar No. 419681)
        Ivonne C. Lindley (D.C. Bar No. 485577)
        Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
        25 West Middle Lane
        Rockville, MD 20850

FROM:    MELISSA PATACK
          c/o Nathan Lewin (D.C. Bar No. 38299)
          Alyza D. Lewin (D.C. Bar No. 445506)
          Lewin & Lewin, LLP
          1828 L Street, N.W., Suite 901
          Washington, DC 20036

## INTERROGATORIES

### INTERROGATORY NO. 1:

State your full name, home and business address, marital status, date of birth,

social security number, age, any other names by which you have been known, current

occupation, and names and ages of children.

## ANSWER TO INTERROGATORY NO.3:

Yes.

## INTERROGATORY NO. 4:

Please state whether you ate any sushi at Siegel Wedding Reception, and, if so, identify the type of fish that was in the sushi you ate.

## ANSWER TO INTERROGATORY NO. 4:

No.

## INTERROGATORY NO. 5:

Please state whether you ate any dairy products, including cream cheese, at the Siegel Wedding Reception and describe with particularity the basis for your statement.

## ANSWER TO INTERROGATORY NO. 5:

No.

## INTERROGATORY NO. 6:

Precisely state each and every fact that supports or relates to your allegation that Defendant served sushi at the Siegel Wedding Reception that contained octopus and eel as stated in the Complaint ¶26 and please identify the source of that information.

INTERROGATORY NO. 9:

Describe what you were told or heard at about any arrangements allegedly made to have the Siegel Wedding Reception only include kosher food.   As to each contact or communication, please identify the date and time, the nature of the contact or communication (*e.g.* mail, facsimile, telephone call, in person, e-mail), the location of the contact or communication (if in person), the substance of the contact or communication, and the identity of any and all witnesses to the contact or communication.

ANSWER TO INTERROGATORY NO. 9:

Prior to our attendance at the wedding my husband Michael Berenbaum told me the wedding would be kosher.

INTERROGATORY NO. 10:

State each and every fact that supports or relates to your allegation made in ¶32 of the Complaint that at the Siegel Wedding Reception "many guests were prevented from enjoying their meals," including identifying the source of that information and the identity of each such person allegedly affected.

ANSWER TO INTERROGATORY NO. 10:

I saw that Judith and Mark Siegel, as well as the parents of the groom and many of their friends and family, were distressed.

INTERROGATORY NO. 11:

State each and every fact that supports or relates to your allegation made in ¶32 of the Complaint that at the Siegel Wedding Reception "some guests refused to eat entrees at the dinner," including identifying the source of that information and the identity of each such person allegedly affected.

ANSWER TO INTERROGATORY NO. 11:

I do not personally know whether guests refused to eat entrees.

INTERROGATORY NO. 12:

List each and every fact that supports or relates to your allegation that you made in ¶54 of the Complaint that you were a victim of "offensive contacts" committed by the Defendant.

ANSWER TO INTERROGATORY NO. 12:

I was offended to hear that shrimp, eel and octopus were being served at a kosher wedding.

INTERROGATORY NO. 13:

Precisely state each and every fact that supports or relates to your allegation made in ¶56 of the Complaint that you were a victim of a "physical impact and incurred harm

that is serious and verifiable," and describe with particularity the harm that you allege is "serious" and "verifiable".

## ANSWER TO INTERROGATORY NO. 12:

My understanding is that guests at the wedding who would not knowingly eat shrimp, eel or octopus mistakenly ate those foods. Their harm was serious and verifiable. Paragraph 56 does not allege that I personally ate shrimp, eel or octopus.

## INTERROGATORY NO. 13:

Describe with particularity the "severe emotional injury" you allege you suffered as a result of the Defendant's alleged conduct, including stating any expenses you have incurred for treatment of any such severe emotional injury.

## ANSWER TO INTERROGATORY NO. 13:

My emotional harm derived from knowing my friends were very upset.

## INTERROGATORY NO. 14:

Do you contend Defendant acted in a manner that was "reckless"? If so, state each act and fact upon which you base that contention.

## ANSWER TO INTERROGATORY NO. 14:

Yes. The actions of the defendant in failing to fulfill their obligations and commitment for this once-in-a-lifetime event and in failing to respect religious observance were extremely reckless.

## INTERROGATORY NO. 15:

Do you contend Defendant acted in a manner that was "willful and intentional"? If so, state every fact upon which you base that contention.

## ANSWER TO INTERROGATORY NO. 15:

Ridgewell's bought and prepared non-kosher food for a kosher wedding. I believe that is willful and intentional.

## INTERROGATORY NO. 16:

Describe all of your contacts and communications (oral, electronic, and written) with Plaintiff Mark A. Siegel prior and subsequent to the Siegel Wedding Reception regarding any of the allegations in the Complaint. As to each contact or communication, state the date and time, the nature of the contact or communication (*e.g.* mail, facsimile, telephone call, in person, e-mail), the location of the contact or communication (if in person), the substance of the contact or communication, and the identity of all witnesses to the contact or communication.

or damages claimed by any party, specifying as to each and every such person the category of which he or she has personal knowledge.

## ANSWER TO INTERROGATORY NO. 23:

I am not aware of any persons with personal knowledge of material facts of this case.

## INTERROGATORY NO. 24:

Set forth a detailed itemization of your claim for any damages in this case.

## ANSWER TO INTERROGATORY NO. 24:

The value of my claim for damages has been itemized and appraised by the plaintiffs' expert witness.

Dated: June 6, 2006

_Melissa Patack_

Melissa Patack

Dated:

NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
(202) 828-1000

*Attorneys for Plaintiffs*

# EXHIBIT 8



Mr. & Mrs. Mark Siegel
2134 Leroy Place, NW
Washington, DC  20008

Date of Event:      Saturday, April 02, 2005
Location of Event:  Corcoran Gallery of Art
Time of Event:      7:00 PM -  1:00 AM
Number of Guests: 250
Event I.D. Number: 285355
Event Name:         Siegel Wedding Reception

Primary Phone: (202) 223-8490
E-mail:          MSiegel@ncen.com

## SIEGEL WEDDING RECEPTION

### AS YOUR GUESTS LEAVE THE CEREMONY
Waiters To Pass A Selection Of Hor s D'oeuvres
Specialty Station Opens

### CROSTINI WITH ROASTED TENDERLOIN
Topped With A Creamy Horseradish Sauce

### CHICKEN SATE
Strips Of Chicken Breast Threaded On Bamboo Skewers Lightly Grilled
Offered With Peanut Dipping Sauce

### STUFFED MUSHROOM CAPS
Filled With A Mixture Of Sauteed Spinach And Sweet Onions
Served Warmed

5525 Dorsey Lane  Bethesda MD  20816
tel 301 652 1615  fax 301 907 3733  www.ridgewells.com



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

### SMOKED SALMON CANAPES
Smoked Norwegian Salmon On Black Bread Garnished With Capers

### HOISIN DUCK CUPS
Oriental Hoisin Duck And Baby Leeks Presented In Delicate Phyllo Cups

### TUNA TARTARE CONES
Piped With Ginger Wasabi Mayonnaise
Served In Ceramic Bowls With Black And White Sesame Seeds

\* \* \* \*

### SUSHI STATION
Your Guests Will Enjoy Both Sushi And California Rolls

### MADE TO ORDER
Assorted Freshly Rolled Sushi, Sashimi And Maki To Include
Yellow Fin Tuna ~ Salmon ~ Crisp Veggie Assortment
Pickled Ginger ~ Wasabi ~ Soy Scallion Sauce

\* \* \* \*

### DELI DELIGHTS
Baskets Brimming With Miniature Finger Rolls
Filled With Pastrami With Deli Mustard
Turkey With Herb Mayonnaise
Corned Beef  With Spicy Mustard



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

## SEASONAL FRESH VEGETABLE BASKET
A Mosaic Of Assorted Fresh Vegetables To Include Cucumber Wheels
Carrots, Celery, Broccoli, Cauliflower, Red And Green Pepper Strips
Offered With Ranch Dip

\* \* \* \*

## A DIP INTO THE MEDITERRANEAN
Your Guests Will Enjoy A Variety Of Middle Eastern Delights

### RED PEPPER HUMMUS AND EGGPLANT SALAD
A Savory Dip Made Of Chick Peas, Tahini, Fresh Lemon Juice And Roasted Garlic
Eggplant Salad Made With Grilled Eggplant And Potted Herbs
Accompanied By Pita Triangles

### ARTICHOKE HEARTS
Spring Artichoke Hearts Are Marinated In Tarragon And Lemon

### MIXED HERB SPICE CURED OLIVES
A Rainbow Of Green, Purple, Black And Burgundy Olives

### SALAMI AND SAUSAGE
Served With Crusty Bread Medallions

### COLORFUL ROASTED VEGETABLES
Colorful Display Of Grilled Marinated Vegetables To Included:
Eggplant, Zucchini, Yellow Squash, Tomato, Red And Yellow Peppers
Onion And Carrots



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

\* \* \* \*

## ORIENTAL EXPRESS STATION

### SZECHUAN SESAME BEEF
Tender Beef Marinated In A Light Oriental Sauce

### TERIYAKI CHICKEN STIR FRY
Stir-fried Marinated Chicken Is Tossed With Snow Pea Pods, Sweet Red Peppers
Scallions, Bamboo Shoots And Mushrooms
All Prepared In A Flavorful Oriental Sauce

### PAD THAI NOODLES
Delicate Noodles, Stir-fried With Red Chilis, Crushed Peanuts
Bean Sprouts, Scallions, And Egg

### FRIED RICE
Long Grained Rice Seasoned With Soy And Cilantro
Stir Fried With Julienned Vegetables

### DIM SUM
Steamed Wontons Filled With Julienne Of Oriental Vegetables

\* \* \* \*

## GUESTS INVITED FOR DINNER AND DANCING
In The Grand Ballroom



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

### FOR THE MOTZI
A Beautiful Braided Challah Loaf

\* \* \* \*

### FIRST COURSE TO BE SERVED PLATED:

TOSSED SALAD OF MIXED GREENS.
Assorted Lettuces Of Romaine, Endive, Bibb And Watercress
With Button Mushrooms And Tender Hearts Of Palm
Drizzled With Balsamic Vinaigrette
Served With A Poppy Seed Twist

\* \* \* \*

### FRENCH SERVICE OF MAIN COURSE:

DUAL ENTREE
Herb Crusted Salmon Medallion
Seared Beef Tenderloin With Crushed Peppercorns
Served With Bourbon Mushroom Sauce
Wild Mushroom Rissotto
Blue Lake Green Beans Sauteed With Slivered Almonds

GOURMET BREAD BASKETS
Brimming With Hand Made Olive Bread, Toasted Focaccia Rusks
Sliced Peasant And Crusty Sourdough Breads
Served With Margarine



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

\* \* \* \*

## FOR A SWEET ENDING

\* \* \* \*

### FOR EACH TABLE
Yours Guests Will Enjoy Strawberries Dipped In Chocolate
Petit Fours Fresh Strawberries And Florentine Cookies

### REFRESHING RASPBERRY SORBET
Scoops Of Homemade Raspberry Sorbet
Garnished With Fresh Mint

### IT'S TIME TO CUT THE CAKE

### BEAUTIFULLY DECORATED WEDDING CAKE
Devils Food Cake Iced With Creamy Buttercream
Served On A Pool Of Chocolate Sauce

\* \* \* \*

### COFFEE AND TEA SERVICE
Freshly Brewed Decaffeinated Coffee And Assorted Teas
Served With Non Dairy Creamer, Sugar, Equal And Sweet & Low

\* \* \* \*



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

FOR THE BAR
Client To Provide All Alcoholic And Nonalcohlic Beverages
Ridgewells To Provide Lemons, Limes Cocktail Fruits And Ice Cubes



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

**FOOD:**

Menu as described to include only the freshest of ingredients, prepared with unparalleled care and creativity.

Please note: There are 190 each hors'd to be passed during the cocktail recpetion. Stations will have a staff person in attendence to replenish the stations up until the end of the reception time.

The quantities to be adjusted proportionately if the count increases or decreases.

**SETUPS:**

Client to provide all alcoholic and nonalcoholic beverages for the bar and for dinner. Ridgewells to provide lemons, limes, cocktail fruits and ice cubes.

**EQUIPMENT:**

Each piece is carefully selected from Ridgewells' private inventory to beautifully enhance your event. Tables, chairs, linens, china, glassware, stemware, silverware, and appropriate kitchen equipment have been included in this proposal.

**SERVICE PERSONNEL:**

Service personnel will include: 3 Bartenders, 24 French Service Servers, 4 Kitchen Assistants, 1 Kitchen Supervisor, 2 Pantrys, 1 Server Supervisor, and 2 Warehouse Driver/pick Ups.

The service time within this proposal is an estimate based on your scheduled event time, as well as set-up and clean-up. Should there be changes in the time of the function, or number of guests, additional charges will be reflected in your final invoice

**SALES TAXES:**

All applicable sales taxes will be charged unless customer can present a valid tax

Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

exemption certificate for the jurisdiction of the event location. Please forward a copy
of your exemption certificate to your Ridgewells' event designer.

Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355



## ESTIMATED SUMMARY OF COSTS
### Based on 250 Guests

Ridgewells Charges:

| | | | |
|---|---|---|---|
| Food | | $ | 16,621.15 |
| Setups | | | 58.80 |
| Equipment | | | 12,923.45 |
| Staff | | | 11,370.00 |
| Ridgewells Subtotal: | | $ | 40,973.40 |

Other Charges:

| | | | |
|---|---|---|---|
| Adjustments & Discounts | | | -4,421.43 |
| Taxes Excluding Delivery Charge | | | 3,325.65 |
| Grand Total: | | $ | 39,877.62 |
| Delivery | | | 100.00 |
| Fuel Surcharge | | | 15.00 |
| Balance Due: | | $ | 39,992.62 |

Requested Deposit Due: Tuesday, December 28, 2004 in the Amount of: $9,500.00
Requested Deposit Due: Tuesday, February 15, 2005 in the Amount of: $9,000.00
Requested Deposit Due: Monday, March 28, 2005 in the Amount of: $9,000.00
Toby Nann
Date Prepared: 12/02/2004

### CONFIRMATION & DEPOSIT:

Please sign this agreement in the space provided below and return it with the amount due indicated above to: Ridgewells, Inc., Attn: Accounting Department. The rates and charges utilized in preparing this estimate are guaranteed upon execution of this agreement, and for 30 days from the date the agreement was prepared. Any changes must be made at least 5 working days prior to your event. These changes will be reflected in your final bill. Payment of an events unpaid balance is required 3 days prior to the date of the event, or guaranteed by credit card. Failure to do so may result in the cancellation of this agreement. You may charge your deposit and any balance due to your VISA, MASTERCARD, DISCOVER, or AMERICAN EXPRESS.

ACCEPTED BY: _Judith S. Sy_____    DATE: _12-13/04_

CARD PREFERENCE: VISA/MASTERCARD/AMEX/DISCOVER (Please Circle One)

Expiration Date: _____    Amount Charged: $ _9,500_

Account Name: _Judith S. Siegel_    Phone: (_202_) _453 5431_

Account Number: _4_____

# EXHIBIT 9

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - - - - -+

5    MARK A. SIEGEL, et al,            |

6       Plaintiff/Counter-Defendants, |

7    vs.                               |   Civil No.:

8    RIDGEWELL'S, INC.,                |   1:05-CV-01717

9       Defendant/Counter-Plaintiff.  |

10   - - - - - - - - - - - - - -- - +

11       Videotaped Deposition of Ridgewell's, Inc.

12          Through its Designated Representative

13                DAVID C. KEENER

14                Washington, D.C.

15                March 30th, 2006

16                  9:36 a.m.

17

18

19

20   Job No.: 1-74835

21   Pages: 1 - 144

22   Reported by:  Laurie Bangart-Smith



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

144

1

2

3   CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

4        I, Laurie Bangart-Smith, Registered
Professional Reporter, the officer before whom the

5   foregoing deposition was taken, do hereby certify
that the foregoing transcript is a true and

6   correct record of the testimony given; that said
testimony was taken by me stenographically and

7   thereafter reduced to typewriting under my
supervision; and that I am neither counsel for,

8   related to, nor employed by any of the parties to
this case and have no interest, financial or

9   otherwise, in its outcome.

10       IN WITNESS WHEREOF, I have hereunto set
my hand and affixed my notarial seal this 12th

11  day of APRIL, 2006.

12

13

14  My commission expires:  March 14th, 2011

15

16       _Laurie Bangart-Smith_

17  _____

18  LAURIE BANGART-SMITH
NOTARY PUBLIC IN AND FOR

19  THE DISTRICT OF COLUMBIA

20

21

22

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

97

1    prepare.  If you'll turn to Page 6 -- let me see          11:23:40

2    what number that is.  That is Number 3, Exhibit           11:23:44

3    Number 3.  On page 6 you specify Shlomo's Meat            11:23:48

4    Market, and then later in that Answer to                  11:23:58

5    Interrogatory Number 7, you say that you purchased        11:24:00

6    from Katz Kosher Supermarket, from Kosher Mart,           11:24:04

7    from Shalom Kosher Market.  These are all in the          11:24:09

8    Washington area, correct?                                 11:24:14

9         A    Uh-huh.                                         11:24:15

10             MR. SCHWABER:  Is that a yes?                    11:24:17

11             THE WITNESS:  Yes.                               11:24:18

12   BY MR. LEWIN:                                              11:24:20

13        Q    So who makes the decision as to which           11:24:21

14   vendor you're going to buy it from?                       11:24:26

15        A    It depends on who's working the party           11:24:29

16   more.  I would say ultimately it's Tony Tucker's          11:24:34

17   decision, who was the Purchasing Agent.                   11:24:38

18        Q    And in this case do you remember any            11:24:45

19   discussions with him about who was going to be            11:24:47

20   purchasing the kosher meat?                               11:24:49

21        A    Unfortunately, I don't remember specific        11:24:52

22   conversations, no, but I'm looking at this                11:24:54

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

98

1   invoice, and we did buy kosher meats.                    11:24:58

2        Q      Looking at Exhibit 7, does that appear       11:25:03

3   to be the invoice for the kosher meat that was           11:25:07

4   purchased for the Siegel wedding reception?              11:25:10

5        A      Yes, it does, yes.                           11:25:14

6        Q      Now, at the very top there's a number,       11:25:16

7   162307.  What is that number --                          11:25:19

8        A      That I don't know.                           11:25:23

9        Q      -- handwritten in there?                     11:25:24

10       A      I don't know.                                11:25:26

11       Q      Do you recognize the handwriting?            11:25:27

12       A      No, I don't.                                 11:25:31

13       Q      Towards the bottom of the page is            11:25:35

14  another number, 50300.101.  What's that number?         11:25:37

15       A      I don't know.                                11:25:44

16       Q      On the right-hand side there seems to be     11:25:49

17  a signature and under it the word "kosher."  Whose       11:25:50

18  signature is that?                                       11:25:56

19       A      Lenny Johnson.                               11:25:57

20       Q      Who is he?                                   11:25:58

21       A      At the time he was the Director of           11:26:00

22  Kitchen Operations.                                      11:26:02

# EXHIBIT 10

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4    MARK A. SIEGEL, et al.,          )  ORIGINAL

 5          Plaintiffs,                )

 6     vs.                             )  Case No.

 7    RIDGEWELLS, INC.,                )  1:05CV01717

 8          Defendant/Counter-Plaintiff )  Pages 1-81

 9              -     -     -     -     -

10        VIDEOTAPED DEPOSITION OF REBECCA BARON

11                     WASHINGTON, D.C.

12                   FEBRUARY 7, 2006

13    The videotaped deposition of REBECCA BARON was

14    convened on Tuesday, February 7, 2006,

15    commencing at 1:18 p.m., at the offices of Wiley

16    Rein & Fielding, 1776 K Street, Northwest,

17    Washington, D.C. 20006, before Paula G. Satkin,

18    Registered Professional Reporter and Notary

19    Public.

20    Job No. 1-70183

21              -     -     -     -     -

22
```



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

81

CERTIFICATE OF NOTARY PUBLIC

1  
2   I, Paula G. Satkin, the officer before whom the

3   foregoing proceedings were taken, do hereby

4   certify that the witness whose testimony appears

5   in the foregoing proceeding was duly sworn by

6   me; that the testimony of said witness was taken

7   by me in stenotype and thereafter reduced to

8   typewriting under my direction; that said

9   proceedings is a true record of the testimony

10  given by said witness; that I am neither counsel

11  for, related to, nor employed by any of the

12  parties to the action in which these proceedings

13  were taken; and, further, that I am not a

14  relative or employee of any attorney or counsel

15  employed by the parties hereto, nor financially

16  or otherwise interested in the outcome of the

17  action.

18  My commission expires August 31, 2010.

19  

20  _____

21  PAULA G. SATKIN

Notary Public in and for the

22  District of Columbia

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

33

1          Q.    And did they take it off of a

2    plate that she was holding?

3          A.    I don't know.  I wasn't there, so

4    I don't know.

5          Q.    Okay.

6          A.    I just know a couple people

7    cracked jokes about the fact that, you know,

8    they tried to get in a few bites before it was

9    thrown away.

10          Q.    Did you ever see any shrimp?

11          A.    No.

12          Q.    Okay.  So.

13          A.    But I didn't see any of the hors

14    d'oeuvres.  I never saw any of the stations.  I

15    didn't see the sushi boat, at all.

16          Q.    By the time you got up there and

17    did what brides do, you just didn't get over

18    there?

19          A.    I don't even know sort of in my

20    mind where over there was.  As soon as I got up

21    there, there were so many people around me that

22    I know that there were a couple stations in the

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

34

1    middle and other stations on the side.  I

2    honestly never saw any of the stations.  I never

3    saw them.  I was sort of surrounded the whole

4    time, really.

5          Q.    So is it fair to say that you,

6    yourself didn't ingest any of the offending

7    sushi?

8                MR. LEWIN:  Objection to the form

9    of that question.

10                THE WITNESS:  Well, I do know that

11    during the cocktail hour one of my friend's

12    mothers handed me a small appetizer plate that

13    had three rolls on them, three pieces, you know,

14    not pieces of sushi, but three rolls, and I

15    think I ate a few them, I have no idea what was

16    in them.

17    BY MR. SCHWABER:

18          Q.    But that was after you had already

19    heard about the problem?

20          A.    Yes.

21          Q.    Okay.  And were you concerned

22    eating them?

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

61

1    when one of those women who I referenced walked

2    by and I think she said, you know, can you

3    please explain like the severity of the

4    situation and he said something to them.    I

5    don't know what he said.

6          Q.    Have you sought any counsel for

7    anyone, professional counsel -- by professional

8    I'll define it as from a doctor a mental health

9    professional, a social worker or a Rabbi or any

10   other member of the clergy as a result of what

11   happened at your wedding?

12         A.    No.

13         Q.    Forgive me for prying and I

14   promise I won't very far at all, but in light of

15   the allegations of infliction of emotional

16   distress on you in this case, I need to ask what

17   was the loss you sought Rabbi Wohlberg's

18   counseling for?

19         A.    My dog and my grandfather died

20   within a week of each other and I just didn't

21   really get it.    I sort of sought counseling from

22   him to find out why he believed in God and why I