UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC., ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Plaintiffs respectfully request that this Court grant summary judgment in their favor on the issue of liability under the District of Columbia Consumer Protection Procedures Act and on the counterclaims filed by the Defendant based on the undisputed facts stated in the Declaration of Alyza D. Lewin dated October 30, 2006, and attachments thereto, and the Rule 56 Statement dated October 30, 2006. For the reasons set forth more fully in Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment, there is no genuine issue as to any material fact in this case and the Plaintiffs are entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c).

Dated: October 30, 2006

/s/ Nathan Lewin
NATHAN LEWIN (D.C. Bar No. 38299)
ALYZA D. LEWIN (D.C. Bar No. 445506)
**LEWIN & LEWIN, LLP**
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
(202) 828-1000
(202) 828-0909 fax

*Attorneys for Plaintiff*