# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC., ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

## ORDER

After review of the parties' papers and consideration of their respective arguments, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED, and summary judgment is hereby entered for the Plaintiffs on liability under the District of Columbia Consumer Protection Procedures Act. The counterclaims of the Defendant are hereby dismissed.

Dated:

                                                                 The Honorable John Garrett Penn
                                                                 United States District Court
                                                                 District of Columbia