# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC. ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

## DECLARATION OF ALYZA D. LEWIN

1. I am an attorney admitted to practice in New York and in the District of Columbia and am a member of the Bar of this Court. I, together with Mr. Nathan Lewin, represent the plaintiffs in this case. I submit this Declaration in support of Plaintiffs' Motion for Summary Judgment.

2. The documents attached to this Declaration are transcripts of testimony provided during discovery in this case and an affidavit from David Seigal, a member of the Siegel-Baron wedding party.

3. The attached materials include the following:

(a) Exhibit 1 – Deposition Transcript of Rebecca Siegel Baron (February 7, 2006).

(b) Exhibit 2 – Deposition Transcript of Judith S. Siegel (March 21, 2006).

(c) Exhibit 3 – Deposition Transcript of Mark A. Siegel (January 19, 2006).

(d) Exhibit 4 – Deposition Transcript of Craig Baron (February 7, 2006).

(e) Exhibit 5 – Excerpts from Deposition Transcript of Toby Nann Silberstein (April 4, 2006).

(f)     Exhibit 6 – Excerpt from Deposition Transcript of Rabbi William D. Rudolph (August 8, 2006).

(g)     Exhibit 7 – Excerpt from Deposition Transcript of Rabbi Jeffrey A. Wohlberg (May 9, 2006).

(h)     Exhibit 8 – Excerpt from Deposition Transcript of Rabbi Leonard Gordon (June 8, 2006).

(i)     Exhibit 9 – Excerpts from Deposition Transcript of Nomi Mummert (July 31, 2006).

(j)     Exhibit 10 – Excerpts from Deposition Transcript of David C. Keener (March 30, 2006).

(k)     Exhibit 11 – Excerpt from Deposition Transcript of Thomas Keon (July 26, 2006).

(l)     Exhibit 12 – Affidavit of David Seigal dated October 30, 2006.

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2006

_____
ALYZA D. LEWIN