1 (Pages 1 to 4)

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, et al.,          )

Plaintiffs,          )

vs.                    ) Case No.

RIDGEWELLS, INC.,          ) 1:05CV01717

Defendant/Counter-Plaintiff ) Pages 1-81

- - - - -

VIDEOTAPED DEPOSITION OF REBECCA BARON

WASHINGTON, D.C.

FEBRUARY 7, 2006

The videotaped deposition of REBECCA BARON was convened on Tuesday, February 7, 2006, commencing at 1:18 p.m., at the offices of Wiley Rein & Fielding, 1776 K Street, Northwest, Washington, D.C. 20006, before Paula G. Satkin, Registered Professional Reporter and Notary Public.

Job No. 1-70183

- - - - -

**Page 2**

APPEARANCES

ON BEHALF OF THE PLAINTIFF:

NATHAN LEWIN, ATTORNEY AT LAW

ALYZA D. LEWIN, ATTORNEY AT LAW

LEWIN & LEWIN, LLP

1828 L Street, Northwest

Suite 901

Washington, D.C. 20036

(202) 828-1000

ON BEHALF OF THE DEFENDANTS/COUNTER-PLAINTIFF:

JEFF SCHWABER, ATTORNEY AT LAW

IVONNE CORSINO-LINDLEY, ATTORNEY AT LAW

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

25 West Middle Lane

Rockville, MD 20850

(301) 340-2020

**Page 3**

ALSO PRESENT:

Scott Pickering, Videographer

Scott Forman, Videographer

Craig Baron

**Page 4**

CONTENTS

REBECCA BARON      EXAMINATION

BY MR. SCHWABER.....................6

EXHIBITS

REBECCA BARON EXHIBIT NO:     PAGE NO:

Rebecca Baron Exhibit Number 1........6

** Exhibits retained by counsel.

2 (Pages 5 to 8)



5

1  PROCEEDINGS
2
3      THE VIDEOGRAPHER:  Here begins
4  tape number one in the deposition of Rebecca
5  Baron, in the matter of Mark A. Siegel, et al.
6  versus Ridgewells Inc. Incorporated, in the
7  United States District Court for the District of
8  Columbia, Case Number 1:05CV01717.  Today's date
9  is February 7, 2006.  The time is now 1:18 p.m.
10      The video operator today is Scott
11  Pickering of L.A.D. Reporting and Digital
12  Videography.
13      This video deposition is being
14  taken place at the office of Wiley Rein &
15  Fielding at 1776 K Street, Northwest,
16  Washington, D.C.
17      Would counsel please identify
18  themselves and state whom they represent.
19      MR. SCHWABER:  Jeff Schwaber and
20  Ivonne Lindley for the Defendant and
21  Counter-Plaintiff Ridgewells, Inc.
22      MR. LEWIN:  Nathan Lewin and Alyza

6

1  D. Lewin of Lewin & Lewin, LLP representing the
2  Plaintiffs.
3      THE VIDEOGRAPHER:  Would the
4  reporter please swear in the witness.
5  Whereupon--
6
7      REBECCA BARON
8  a witness, called for examination, having been
9  first duly sworn, was examined and testified as
10  follows:
11
12      EXAMINATION BY COUNSEL FOR
13      DEFENDANTS/COUNTER-PLAINTIFF
14
15  BY MR. SCHWABER:
16      Q.  Good afternoon, Mrs. Baron.  Let
17  me show you what I've had marked as Rebecca
18  Baron Exhibit 1.
19      (Rebecca Baron Exhibit Number 1
20  was marked for identification.)
21  BY MR. SCHWABER:
22      Q.  This is a copy of the amended

7

1  notice of the Intention to take your deposition
2  here today.  Have you seen this document before?
3      A.  Yes.
4      Q.  Okay.  You sat through the
5  deposition of your husband that was just
6  completed a few minutes ago; correct?
7      A.  Correct.
8      Q.  And you were here for the entirety
9  of that deposition?
10      A.  Yes.
11      Q.  Let me start with the instructions
12  about the procedure for a deposition.  Do you
13  want me to repeat any of them or do you feel
14  comfortable that you recall everything I went
15  through with your husband?
16      A.  I recall what you went through.
17      Q.  Okay.  Have you ever had your
18  deposition taken before?
19      A.  No.
20      Q.  Your deposition is going to be
21  very short in light of the overlap in a lot of
22  information that I now have, but if at any point

8

1  prior to its conclusion you need a break, just
2  let me know.
3      A.  Okay.
4      Q.  One thing I need to make sure you
5  agree with is other than the photographs and the
6  videotape or DVD made from the videotape of your
7  wedding, do you agree with your husband's
8  characterization of Craig Baron Exhibit 2 as the
9  universe of documents that have been produced by
10  either you or your husband in response to either
11  of your deposition notices?
12      A.  Yes.  That being said, I changed
13  law firms in June and I was given a CD ROM of my
14  personal e-mails and so my new law firm — I
15  couldn't transfer them to my new system, so my
16  new law firm copied my wedding file from that
17  CD.  So I don't know that that's the entire
18  universe of e-mails that ever had anything to do
19  with our wedding.
20      Q.  So what you've produced as
21  Exhibit 2 is what you just described as having
22  been copied by your new law firm?

Case 1:05-cv-01717-RJL   VIDEOTAPED DEPOSITION OF REBECCA BARON   Filed 03/30/2006   Page 3 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

3 (Pages 9 to 12)

**9**

1   A.   What I produced was all my e-mails
2   in my wedding file from my e-mails.  But that's
3   not -- I put e-mails in that file.  That's not
4   to say that there weren't other communications
5   between me and my husband or me and my father
6   that related to the wedding that are not here.
7       Q.   I understand what you're saying,
8   but is it fair to say that to the extent others
9   exist, they're no longer in your possession,
10  custody and control?
11      A.   Yes, they're inaccessible because
12  I left O'Melveny & Myers.
13      Q.   Okay.  Where are you now?
14      A.   Morris & Cohen, LLP.
15      Q.   Okay.  Did -- is it conceivable
16  that you had e-mails on your system at O'Melveny
17  that are not part of the wedding file, but may
18  still exist somewhere on the O'Melveny server?
19      A.   When I asked the question to
20  O'Melveny IT people, my e-mails no longer exist.
21  The only reason why I have the wedding file is
22  because prior to my leaving the firm I requested

**10**

1   from one of the IT people that they transfer my
2   personal e-mails onto the desk so that I have a
3   record of that, but my other e-mails, as far as
4   I understand, no longer exist.
5       Q.   Are you aware of any documents
6   that were once in existence -- I understand your
7   testimony is kind of in the generic, but are you
8   aware of any specific documents that were once
9   in existence that you don't see as part of
10  Exhibit 2?
11      A.   No.
12      Q.   So you're just saying it's
13  conceivable there are some?
14      A.   It's conceivable that there were
15  e-mails relating to our wedding that were
16  correspondence between me and either my husband
17  or my parents that related to the wedding that
18  are not here, but as far as I understand are no
19  longer accessible.  These were all the documents
20  I had in my wedding file.
21      Q.   And are there any documents in
22  hard copy form that you have in your possession

**11**

1   other than what was contained on your wedding
2   file?
3       A.   No.  All those were produced.
4   Like the contracts that I had that weren't part
5   of the wedding file, I had hard copies of and I
6   produced them here.
7       Q.   Okay.  So you've gone through your
8   hard copies, so to speak, of any documents in
9   your home?
10      A.   Yes.
11      Q.   Okay.  Are there any documents in
12  existence that relate in your belief to any of
13  the categories we requested that you're not
14  producing -- that you're consciously not
15  producing for any reason?
16      A.   No.
17      Q.   Okay.  What is your job now?
18      A.   I'm an attorney.
19      Q.   What kind of attorney?
20      A.   I do private equity and mergers
21  and acquisitions work, transactional corporate.
22      Q.   Okay.  And when did you graduate

**12**

1   law school?
2       A.   May 2001.
3       Q.   From where?
4       A.   Georgetown.
5       Q.   And -- that's where I graduated.
6       Have you been doing transactional
7   work since then?
8       A.   Yes.
9       Q.   Okay.  And you've been with two
10  law firms?
11      A.   I -- well, it's a little
12  complicated.  When I was a summer associate I
13  split my summer between Dickstein & Shapiro and
14  a firm at that time was called O'Sullivan,
15  Graev, G-R-A-E-V, and Karbell, K-A-R-B-E-L-L.  By
16  the time I actually started as a first year
17  associate, O'Sullivan, Graev & Karbell had
18  become O'Sullivan.  That was in September of
19  2001.  In August 2002 O'Sullivan merged with
20  O'Melveny & Myers.  So, really, you know, I just
21  worked for one law firm, but it ended up having
22  three different names.

Case 1:05-cv-01717-RJL   Document 53-8   Filed 10/30/2006   Page 4 of 33
VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

4 (Pages 13 to 16)



13

1   Q.   Okay.  Did you work here for
2   Dickstein or in New York?
3   A.   Here for about six weeks as a
4   summer associate.
5   Q.   Okay.  And were you in a
6   particular department?
7   A.   No.  I just did whatever they gave
8   me.
9   Q.   But since you've begun full-time
10  employment as an attorney you've always done
11  transactional work?
12  A.   Yes.
13  Q.   Have you ever participated in a
14  deposition as a lawyer?
15  A.   No.
16  Q.   Do you draft the M and A
17  documentation?
18  A.   Yes.
19  Q.   Okay.  But if a deal goes bad at
20  any point that's transferred to a different
21  department?
22  A.   I don't litigate.

14

1   Q.   You don't litigate?
2   A.   No.
3   Q.   Even if it's a deal you're working
4   on?
5   A.   Sometimes litigators would call
6   and ask me questions with respect to certain
7   items, but I never participated in any form of
8   litigation.
9   Q.   Okay.  I'm going to cut to the
10  chase on a couple of specific issues involved in
11  this lawsuit and ask you as it relates to
12  discovery of any problem with what was served at
13  the wedding, when did you first become aware of
14  any problem?
15  A.   I was on the second floor of the
16  Corcoran having my dress bustled and my mother
17  informed me that there was shrimp on the sushi
18  platter.
19  Q.   Okay.  And had your mother come
20  back into the room where you were from the
21  reception, as you understood it?
22  A.   I believe that the wedding

15

1   planner, Michelle Hodges, first made an attempt
2   at bustling my dress and when it became clear
3   that she wasn't going to be able to get it done
4   in a timely manner, and I was sort of anxious to
5   join the party, I had someone go get my mother
6   who was already at the cocktail reception and
7   she came back to the second floor to help
8   Michelle with my dress, and that's when I found
9   out.
10  Q.   Okay.  And when your mother came
11  in -- so she came in there because she was asked
12  to come help bustle your dress?
13  A.   Yes.
14  Q.   And was that the first time you
15  had seen her since you left the chupah?
16  A.   Yes.
17  MS. LEWIN:  C-H-U-P-A-H.
18  BY MR. SCHWABER:
19  Q.   How did you greet your mother?
20  Did you hug each other?
21  A.   I don't remember.
22  Q.   Okay.  Did she comment about

16

1   anything other than the problem you just
2   described, prior to telling you about that?
3   A.   I'm sorry, what was the question?
4   Q.   When she first came into the room
5   did she congratulate you on your wedding or
6   anything like that?
7   A.   I don't believe so.  She was in a
8   fairly frenzied state.  I believe she went
9   straight to the back of my dress, because I also
10  wanted to go join the party, and I think she
11  knew -- had some concerns about how long it was
12  going to take because it was a complicated
13  procedure.  I'm pretty sure she went straight to
14  the back of my dress and just started bustling
15  it, but she seemed sort of frantic.
16  Q.   How would you describe your --
17  this may be an unfair question, but to the best
18  of your ability how would you describe your
19  emotional state at the time you sent for your
20  mother to help bustle your dress?
21  MR. LEWIN:  Objection.
22  THE WITNESS:  Before I knew about

Case 1:05-cv-01717-RJL   VIDEOTAPED DEPOSITION OF REBECCA BARON   Document 65-16   Filed 10/30/2006   Page 5 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

5 (Pages 17 to 20)

17

1  what happened?
2  BY MR. SCHWABER:
3      Q.   Yes.
4      A.   I was excited.  That's why I
5  wanted her to come, so that they could fix my
6  dress faster because I had told Craig just go
7  ahead and go up, there is no reason for both of
8  us to miss the cocktail hour, this might take a
9  while.  I was just excited and wanted to join
10  the party.
11      Q.   Had you spent some time alone with
12  Craig after the reception?
13      A.   Craig and I went back into the
14  room where we signed the ketubah after the
15  ceremony, yes.
16          MR. LEWIN:  K-E-T-U-B-A-H.
17  BY MR. SCHWABER:
18      Q.   So to make sure I'm clear, you had
19  previously signed the ketubah before the
20  ceremony?
21      A.   Yes, we signed the ketubah in a
22  room on the main floor of the Corcoran in a

18

1  gallery toward the back.  And when Craig and I
2  came back down the aisle, after it was over, we
3  went back into that room where we were hoping to
4  spend time alone together.
5      Q.   It didn't work out that way?
6      A.   No.
7      Q.   Were others in the room?
8      A.   For part of it.
9      Q.   Okay.  And then did you leave that
10  room to go get your dress bustled, or was it in
11  the same room?
12      A.   I left the room.  The Rabbi came
13  in to take off his microphone, Toby came in for
14  a brief period to give us some hors d'oeuvres.
15  We spoke with her for a few minutes and then she
16  eventually left.  The time was sort of eaten up
17  a little bit.  We only wanted to spend about
18  10 minutes in the room so we could join the
19  party.  We only had a few minutes really at that
20  point, I think I said to Craig it may take a
21  while for this dress to happen, so why don't we
22  just call it a day, really, and just go back and

19

1  have someone take care of the dress.  That's
2  when we went to the second floor.  At that
3  point, he left me there and went to the cocktail
4  hour.
5      Q.   Okay.  And you were there with
6  Michelle and quickly realized that you wanted
7  more help?
8      A.   I was there with Michelle.
9  Michelle had written instructions for the dress,
10  it didn't look like it was helping.  My mother
11  had been with me at the store, so she learned
12  how to do it just in case.  And so when it
13  wasn't really happening I had someone go get my
14  mother.
15      Q.   Okay.  And were you emotional?
16      A.   Was I emotional?  I was happy.  I
17  was -- I mean, I had got married a few minutes
18  before.  I was happy.
19      Q.   Were you -- was the dress issue,
20  I'll call it the issue, the issue of just you
21  realizing Michelle wasn't getting it done that
22  quickly, did you get upset about that?

20

1      A.   Huh-uh.  No.  I actually even said
2  to them why don't we just forget it, I just want
3  to go up.  I didn't really care if I was
4  standing in the corner of the room.  I didn't
5  really care if they were bustling it while the
6  people were greeting me, but I wanted to see all
7  the people that had come into town to see us.
8      Q.   Okay.  And when your mom came in,
9  while you don't recall the specifics of what was
10  said about other subjects, you do remember her
11  telling you there was a problem with the food?
12      A.   Yes.
13      Q.   And what specifically do you
14  remember her telling you?
15      A.   She said — I don't know the exact
16  wording, but she basically said that there has
17  been — she used the word incident, she said
18  there's been an incident upstairs.  I said what
19  are you talking about?  She said there was
20  shellfish on the sushi platter.  And I said to
21  her something to the effect, possibly using
22  different language, are you kidding me?  And she

Case 1:05-cv-01717-RJL    Document 54-16    Filed 10/30/2006    Page 6 of 33
VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

6 (Pages 21 to 24)

21

1     said I'm not kidding.
2          Q.   And when you say you used
3     different language, do you recall cussing?
4          A.   It's possible.
5          Q.   Okay.  And she said I'm not
6     kidding you, and then did the conversation
7     continue?
8          A.   I responded, but I don't recall
9     what she responded with.  I responded to her.
10         Q.   You responded to her saying I'm
11    not kidding?
12         A.   Yes.
13         Q.   What did you say?
14         A.   Something to the effect of we're
15    going to have to figure out a way to deal.
16         Q.   What did you mean by that?
17         A.   What I meant by that was in
18    a million years I never ever would have thought
19    that happened.  I recognized the drama that it
20    probably created while I wasn't around for it.
21    I also recognized that we had 250 guests that
22    had flown in from all over the country and all

22

1     over the world, and as difficult it might be, we
2     were going to have to figure out a way that
3     night to get through it.
4          Q.   Was it your hope at that moment
5     when you said we're going to have to figure out
6     a way to deal with this, to figure out a way to
7     not let it ruin the evening?
8          A.   I think at that point -- and just
9     understand in my mind I have to separate the
10    ceremony from the reception, because I have very
11    positive and wonderful memories of the ceremony,
12    but the reception is sort of a different story.
13    I think at that point I sort of realized that at
14    least within the realms of our family that the
15    reception was already ruined, but for the
16    purposes of celebrating sort of like the moment
17    and beauty of what had happened, that we were
18    going to have to figure out a way to go on with
19    the evening, I mean in the best way that we
20    could, really.
21         Q.   When you decided at least in your
22    mind at that moment as you described it that the

23

1     reception was already ruined, what made you come
2     to that conclusion in your mind?
3          A.   I had known since, for a very long
4     time since Craig and I had met that his family
5     was kosher and that he was raised in a kosher
6     home, and that I was not, and when Craig and I
7     realized in our relationship that we were going
8     to get married, which was well before we got
9     engaged, we had discussions about whether or not
10    I would be willing to keep a kosher home.  And
11    Craig went through the reasons with me as to why
12    it was important to keep a kosher home and we
13    agreed that was something I would be
14    willing to do and that he would, you know, teach
15    me, basically, and we would set the rules that
16    were appropriate for us and that when we got
17    married we would keep a kosher home.
18         So I knew how important it was to
19    him and I knew how important it was to his
20    family.  I knew that one of his best reasons for
21    wanting to keep a kosher home, although he had
22    eaten unkosher food, the main reason really is

24

1     because of his family.  Because he said to me
2     very specifically, I want my parents to feel
3     comfortable eating in our home.  I want my
4     sister and her family to feel comfortable eating
5     in our home.  So I knew how they felt about it.
6     I knew how they felt about, you know, pork and
7     shellfish and, you know, keeping kosher
8     generally.  So I knew how important it was to
9     them and I also knew that by serving shellfish
10    at their son's wedding -- by the serving of
11    shellfish at their son's wedding, it's just sort
12    of something that is so unfathomable to them
13    that that's something that would occur that it
14    would be extremely upsetting.
15         My mother could have basically
16    told me there was a roasting pig in the middle
17    of the room and it would have been the same to
18    me as the fact that, you know, she said there
19    was shellfish and it just --
20         Q.   Did you ask her before you came to
21    the thought process you just described, did you
22    ask her whether the shellfish had been removed?

Case 1:05-cv-01717-RJL   Document 54-6   Filed 10/30/2006   Page 7 of 33
VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

7 (Pages 25 to 28)

**25**

1    A.   No, but at some point fairly early
2  on people made it clear to me that it had been.
3    Q.   Did you ask her who had seen it or
4  who had eaten it?
5    A.   I don't remember asking her who
6  had seen it or who had eaten it, but she did
7  make it clear to me that Craig's mother and
8  Craig's sister had seen it. I just don't know
9  if that was at the moment that she was bustling
10  my dress or as she was walking me back into the
11  cocktail hour. She relayed to me what their
12  reaction had been to seeing the shellfish.
13    Q.   Okay. To help you pinpoint that
14  in time that's why I asked you about what caused
15  you to come to the conclusion in your mind that
16  the reception had been ruined. As I understand
17  your testimony, and correct me if I'm wrong, the
18  focal point of your upset was the perceived
19  devastation of this realization to your
20  husband's family; right?
21    A.   That was my first thought.
22    Q.   Right. That's what I'm getting

**26**

1  at.
2    A.   Yes. My first thought was to
3  Craig and to his family.
4    Q.   So from that, does that refresh
5  your recollection that you would have known at
6  the point that you had that thought that Craig's
7  mother and sister had seen it?
8      MR. LEWIN: Objection.
9  BY MR. SCHWABER:
10    Q.   Had seen the shellfish? In other
11  words, when you came to the thought process, the
12  first thought about how this ruined the party,
13  is it conceivable you looking back on that
14  you could have come to that thought if you
15  didn't know that Craig's mother had already seen
16  the sushi?
17      MR. LEWIN: Objection.
18      THE WITNESS: As soon as my mother
19  said the words shrimp on the sushi boat, no one
20  needed to tell me what my mother-in-law's or my
21  sister-in-law's reactions were, what those
22  reactions were. I knew in my head the -- I knew

**27**

1  in my head the sort of level of drama that that
2  would cause, knowing my husband and his family
3  and the way that he was raised. But that being
4  said, at some point later people did relay to me
5  what their reactions were.
6  BY MR. SCHWABER:
7    Q.   And were their reactions
8  consistent with what you would have predicted
9  them to be as you heard them?
10    A.   Yes.
11    Q.   Did you personally observe
12  reactions that night from your mother-in-law or
13  sister-in-law?
14    A.   When you say reactions, what do
15  you mean by reactions?
16    Q.   In other words, you just told me
17  people relayed to you later on what their
18  reactions were when they saw the sushi.
19      Did either your mother-in-law or
20  your sister-in-law or your father-in-law, for
21  that matter, relay to you themselves what their
22  reactions were on the night of your wedding?

**28**

1    A.   My mother-in-law, no. I had very
2  little contact with my mother-in-law the night
3  of my wedding. My sister-in-law, my
4  father-in-law, yes.
5    Q.   Let's take them one at a time.
6  Let's start with your sister-in-law. What do
7  you recall her telling you?
8    A.   The one thing I remember with my
9  sister-in-law was that when we finally like sat
10  down to eat dinner on the first floor during the
11  reception, my sister-in-law came over to me and
12  she's not much of a drinker by any means,
13  occasionally she'll have a glass of wine. She
14  came over to me and said what do you want to
15  drink? I was fuming. I said nothing, I'm fine.
16  She said, no, no, no, I'm getting you a drink.
17  What do you want to drink and she came back with
18  a cosmo.
19    Q.   Okay. So from that I gather that
20  she observed you being upset and she knew why
21  you were upset?
22    A.   Yes.

8 (Pages 29 to 32)

---

29

1    Q.   But did you -- other than her
2 bringing you a drink, presumably to try to calm
3 you, did she did she speak with you about the
4 sushi?
5    A.   I don't recall specifically
6 speaking to her about the sushi at that time. I
7 know that we spoke about it -- I at least know
8 that we spoke about it the next day at the
9 brunch.
10    Q.   Okay. And what do you recall
11 about that conversation?
12    A.   I recall that my sister-in-law
13 told me that when she saw the shrimp that she
14 physically had -- she physically was taking the
15 pieces of shrimp and putting them onto plates to
16 have it be removed.
17    Q.   Did she tell you -- did she
18 discover it on her own or had she been told
19 about it?
20    A.   She saw it. She came up -- like
21 she processed with the rest of the wedding party
22 and they all went upstairs, you know, after the

30

1 ceremony, and that's when she saw it.
2    Q.   Okay. So is it your
3 understanding, obviously you weren't there, but
4 is it your understanding that she saw it before
5 knowing about it? Did she see the shrimp on the
6 sushi bar before she had been told there was
7 shrimp on the sushi bar?
8    A.   It is my understanding from what
9 other people have told me that when my
10 sister-in-law came upstairs and saw the shrimp
11 sitting there she basically became hysterical
12 and began removing the pieces of the shrimp from
13 the sushi boat and putting it onto a plate.
14    Q.   Okay. And when you say she became
15 hysterical, again, I understand from your
16 testimony you weren't there, but what were you
17 told that led you to conclude that she became
18 hysterical?
19    A.   I was told by other people that
20 she became hysterical. I was told by other
21 people that she basically started freaking out.
22 I don't remember if she was like trying to find

31

1 the caterer, trying to find the wedding planner,
2 but was doing her best to make it clear to
3 somebody of authority that there were shrimp
4 there and it wasn't supposed to be there. I
5 can't speak to other peoples emotions, I don't
6 know what she was feeling at the time, but
7 obviously her gut reaction was to physically
8 remove the shrimp from the sushi boat and put it
9 onto plates.
10    Q.   Okay. And did you hear from her
11 or from anyone else what she did with those
12 plates?
13    A.   I heard from other members of the
14 wedding party that certain members of the
15 wedding party were trying to eat the shrimp off
16 of those plates because they knew it was then
17 going to be thrown away, because everyone in the
18 wedding party seemed clear about the fact that
19 this was supposed to be a kosher wedding. So it
20 was clear to everyone that the shrimp was
21 intended to be removed permanently.
22    Q.   And so people from the wedding

32

1 party who were trying to eat the shrimp, I
2 presume were people who were comfortable eating
3 shrimp.
4    A.   They were people who were not
5 kosher, yes.
6    Q.   Okay. And they were trying to eat
7 the shrimp before it disappeared because they
8 like it, was that what you were telling me?
9        MR. LEWIN: Objection.
10       THE WITNESS: I guess, I mean I
11 don't know. I just know that everyone was very
12 clear that it wasn't supposed to be there and
13 everyone was very clear about the fact that it
14 was going to be thrown away. Everyone was very
15 clear based on the fact that we're talking about
16 the wedding party here, so it was people that
17 are close to my husband and who basically knew
18 his family, that Michelle was putting the shrimp
19 on the plate so that it would be disposed. So I
20 guess some of the guys wanted to catch a few
21 bites before it was thrown away.
22 BY MR. SCHWABER:

Case 1:05-cv-01717-RJL   Document 54-6   Filed 10/20/2006   Page 9 of 33
VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

9 (Pages 33 to 36)

33

1    Q.   And did they take it off of a
2  plate that she was holding?
3    A.   I don't know.  I wasn't there, so
4  I don't know.
5    Q.   Okay.
6    A.   I just know a couple people
7  cracked jokes about the fact that, you know,
8  they tried to get in a few bites before it was
9  thrown away.
10   Q.   Did you ever see any shrimp?
11   A.   No.
12   Q.   Okay.  So.
13   A.   But I didn't see any of the hors
14  d'oeuvres.  I never saw any of the stations.  I
15  didn't see the sushi boat, at all.
16   Q.   By the time you got up there and
17  did what brides do, you just didn't get over
18  there?
19   A.   I don't even know sort of in my
20  mind where over there was.  As soon as I got up
21  there, there were so many people around me that
22  I know that there were a couple stations in the

34

1  middle and other stations on the side.  I
2  honestly never saw any of the stations.  I never
3  saw them.  I was sort of surrounded the whole
4  time, really.
5    Q.   So is it fair to say that you,
6  yourself didn't ingest any of the offending
7  sushi?
8         MR. LEWIN:  Objection to the form
9  of that question.
10         THE WITNESS:  Well, I do know that
11  during the cocktail hour one of my friend's
12  mothers handed me a small appetizer plate that
13  had three rolls on them, three pieces, you know,
14  not pieces of sushi, but three rolls, and I
15  think I ate a few them, I have no idea what was
16  in them.
17  BY MR. SCHWABER:
18    Q.   But that was after you had already
19  heard about the problem?
20    A.   Yes.
21    Q.   Okay.  And were you concerned
22  eating them?

35

1    A.   I don't remember feeling anything
2  except -- I have this person in my face saying
3  you have to eat something, you have to eat
4  something.  I sort of for her sake took a bite
5  and just wanted to sort of move on.
6    Q.   Getting back to the bustling
7  conversation with your mother.  Do you -- you
8  may have answered this, but do you recall
9  getting any information from her before you went
10  up to the party about whether the shrimp -- I'm
11  sorry -- whether the offending sushi had been
12  removed?
13    A.   I don't recall, but I think I was
14  clear on the fact that -- I was pretty clear on
15  the fact it is not like someone saw the shrimp
16  there and said oh, shit, let's leave it there.
17  I mean, it's safe to say that once people saw
18  the shrimp that it was removed, but I don't
19  recall her specifically saying that it was
20  removed.
21    Q.   Okay.  So you don't know either
22  percentage-wise or number-wise how many of your

36

1  guests saw the shrimp; right?
2    A.   I do not know.
3    Q.   And, similarly, you wouldn't know
4  how many ate it?
5    A.   I do not know.
6    Q.   And the only ones you know for
7  sure that ate it are the ones you described
8  being specific groomsmen who were?
9    A.   You're talking about the sushi
10  generally or like the shellfish?
11    Q.   The shellfish.  The only ones --
12  the only guests that you know specifically ate
13  shellfish at your wedding would be the groomsmen
14  who don't keep kosher that you described a few
15  minutes ago?
16    A.   I mean, like I guess that's fair
17  to say, considering I wasn't following our
18  guests around to see what they ate.  I mean, I
19  sort of had other things on my mind.  I only
20  know the groomsmen ate it because a few of them
21  cracked these jokes, that's all.
22    Q.   That's fair enough.  To be clear

**37**

1 about my question, when I say you know, it could
2 be from hearing someone else, too. I understood
3 you heard from somebody else, you didn't see
4 these groomsmen eat it?
5     A. Right.
6     Q. You heard from someone that the
7 groomsmen who don't keep kosher were eating up
8 the shrimp as your sister-in-law was taking it
9 off the trays?
10     A. Yes.
11     Q. I'm asking you did you hear from
12 anyone else they ate shellfish at your wedding
13 specifically?
14     A. Yes, I know guests that said that
15 they ate eel.
16     Q. Who is that?
17     A. I'm pretty sure Michelle Samuels
18 told us about the eel. And I know, I can't
19 recall who it was, but I know that someone very
20 specifically said that there was -- I don't
21 remember if they said they ate it, but I
22 remember people being like, yeah, there was

**38**

1 definitely octopus there, too.
2     Q. Do you remember anyone who said
3 that?
4     A. I'm pretty sure that it was one of
5 our friends. I could ask around, but I
6 know that it was -- I'm pretty sure that it was
7 our friends. We really only sort of felt
8 comfortable talking to our friends about what
9 happened afterwards. Not the adults, if you
10 will, that were there.
11     Q. So, Michelle Samuels, you
12 specifically not just through your husband, but
13 you specifically had a conversation with her
14 where she ate eel or saw eel?
15     A. I know that she saw eel. I'm
16 fairly certain she ate eel, but I'm not
17 100 percent certain that she ate eel.
18     Q. Your knowledge in any regard comes
19 from her directly or through your husband?
20     A. From her.
21     Q. Okay. And other than Michelle
22 Samuels, who you don't know if she said it, you

**39**

1 just know she saw it, and getting back to my
2 question about anyone else you know that ate any
3 shellfish. Is there anyone you know that ate
4 any shellfish at your wedding other than what
5 you heard about the groomsmen you described?
6     A. Not that I recall.
7     Q. Okay. And the only sushi you ate
8 at your wedding was eaten by you after you
9 became aware of the problem?
10     A. Yes, but I also knew that or was
11 told by that point for sure because that was
12 sort of later in the cocktail hour that the --
13 that as far as I understood, that the shellfish
14 had been removed.
15     Q. There's -- are you aware of
16 whether after the removal of shellfish that
17 shellfish was replaced with other sushi?
18     A. I was told that the shrimp was
19 removed and that the caterers came out with more
20 sushi, but that in bringing out more sushi, as
21 far as I understood, they didn't serve more
22 shrimp, but that that second round contained eel

**40**

1 and octopus.
2     Q. And who told you that?
3     A. Numerous people.
4     Q. Can you name any?
5     A. I mean, again, it's like I don't
6 remember specifically, but basically all of our
7 friends. Our friends that know sushi and know
8 what eel would look like or would know what
9 octopus would look like said there was eel and
10 octopus on the boat.
11     Q. Sitting here today you can't
12 remember anyone by name that said that
13 specifically?
14     A. I don't remember the specific
15 people. You know, again, I could ask around and
16 it could take not too long to figure out who saw
17 it. We had a lot of friends there.
18     Q. When you ate the pieces you ate
19 that someone brought you, first of all, do you
20 remember who brought you the plate?
21     A. Yes.
22     Q. Who was that?

Case 1:05-cv-01717-RJL Document 54-6 Filed 10/30/2006 Page 11 of 33
VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

11 (Pages 41 to 44)

41

1    A.    Joan Rich.
2    Q.    Is that a personal friend of
3  yours?
4    A.    She's the mother of two of my
5  closest friends from my childhood.
6    Q.    Okay. A friend of your family or
7  a friend of you?
8    A.    I would say she was on my list.
9  My parents know her.
10    Q.    Okay. And at the time she brought
11  you that tray that included some sushi rolls,
12  had you already heard that the replacement sushi
13  was alleged to contain shellfish?
14    A.    No.
15    Q.    Okay.
16    A.    Again, I only had two small pieces
17  of it and I wasn't -- I wasn't sort of in eating
18  mode anyway, so it was more like to take a
19  couple bites and move on.
20    Q.    Did you confront or otherwise
21  communicate with anyone from Ridgewells on the
22  night of your wedding after you heard about the

42

1  shellfish being served?
2    A.    I did not confront personally, but
3  I had a conversation with Julee Staley the night
4  of my wedding after I knew about the shellfish.
5    Q.    All right. And before we get to
6  that, did you ever talk to Toby Nann the night
7  of your wedding after you heard about the
8  shellfish about anything?
9    A.    I did not speak to her personally.
10  I -- she came within a few feet of me. I never
11  spoke to her, but she came within a few feet of
12  me. I handed either her or my mother my salad
13  plate and she took my salad plate away.
14    Q.    Toby took the salad plate away?
15    A.    Yes.
16    Q.    You just don't remember if you
17  handed it to her or your mother did?
18    A.    I don't remember. I know I
19  couldn't look at her. I know I specifically
20  turned my head to my right and picked up my
21  plate and took it to my left. I don't know if
22  she took it or my mother took it, but she was

43

1  standing there and she was there for the purpose
2  of taking away my plate.
3    Q.    Okay. Now, she brought you some
4  appetizers when you were alone with your husband
5  after the ceremony?
6    A.    Yes.
7    Q.    And what -- was your interaction
8  comfortable with her then?
9    A.    I mean, it was inappropriate and
10  odd, but it was friendly.
11    Q.    Inappropriate in that you didn't
12  want her there when you were supposed to be
13  alone with your husband?
14    A.    I mean inappropriate and odd that
15  she was well aware that the moments that Craig
16  and I were spending together were supposed to be
17  sacred moments. It was the yichud and like that
18  was -- those were the moments after the wedding
19  that we were supposed to be alone. And she came
20  in with very nice intentions of bringing us
21  food, but she lingered and started a
22  conversation that from my perspective was

44

1  inappropriate.
2    MR. LEWIN: Y-I-C-H-U-D.
3  BY MR. SCHWABER:
4    Q.    Okay. Did you think she was well
5  intentioned in coming in to see you and Craig
6  after the ceremony?
7    A.    I think she was well intentioned
8  in bringing us food, because we knew that she
9  was going to do so.
10    I thought it was odd and slightly
11  uncomfortable that in doing that when she sort
12  of stopped to chat she referenced her divorce,
13  the fact that she was married and divorced. And
14  considering that those were supposed to be like
15  these ten sacred moments when Craig and I were
16  reveling in this huge commitment we had just
17  made in front of everyone that we loved, it
18  seemed odd to me that she was talking about
19  being divorced.
20    Q.    Do you -- you heard your husband's
21  testimony this morning on the subject of his
22  interactions with Toby, his concerns about her

Case 1:05-cv-01717-RJL VIDEOTAPED DEPOSITION OF REBECCA BAHN Document 54-6 Filed 10/30/2006 Page 12 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

12 (Pages 45 to 48)

45

1 listening, his concerns about her competence --
2 I'm characterizing them, but you heard the
3 testimony, so my question is twofold.
4        First of all, do you recall your
5 husband communicating his concerns to you?
6     A.  Yes.  We actually were
7 communicating with each other.  We were sort of
8 on the same page about those concerns.
9     Q.  That was going to be my next
10 question.
11     A.  Yeah.
12     Q.  Okay.  So was one of you more
13 concerned about Toby than the other or would you
14 describe yourselves as pretty much on the same
15 page at it?
16     A.  Well, I mean, Craig and I both
17 thought that she seemed a little flighty in
18 terms of logistics, but I think that we just
19 both -- I think that we both found her to be a
20 bit flighty but, you know, we expressed to each
21 other concerns about her sort of general nature.
22     Q.  Did you share his concerns about

46

1 her competence?
2     A.  I believe from what I recall from
3 what he said today he was sort of concerned
4 about her competence with respect to logistics
5 and I definitely shared some concerns,
6 specifically when we were going over the table
7 assignments and like where the tables would be
8 because it sort of seemed like she didn't get
9 what we were -- there were a few times we had to
10 go back and redo the tables that she sort of
11 wasn't getting the logistics of the way the room
12 was supposed to be setting up.  So I think we
13 shared the same concerns with respect to
14 logistics.
15        I think that neither of us had any
16 concerns whatsoever about her ability to deliver
17 the kosher wedding that we contracted for.
18 Specifically, because she really did assure us
19 over and over again that she "got it."  You
20 know, that had she a Long Island Jewish wedding
21 and that she was trained as a mashgiach.  So
22 like that part I wasn't -- you used the word

47

1 competence, in terms of competence in that way,
2 I had zero concern about her.  I was just more
3 concerned because she seemed a little flaky.
4     Q.  Okay.  Other than the salad plate
5 incident you described, did you have any other
6 interaction verbal or otherwise with Toby Nann
7 on the night of your wedding?
8     A.  No, I did not.
9     Q.  Okay.  You told me you had a
10 discussion with Julee Staley that night?
11     A.  Yes, I did.
12     Q.  Can you describe that discussion?
13 Start with when in the course of the evening it
14 took place?
15     A.  I don't know when in the course of
16 the evening it took place.  I know that my veil
17 was sort of falling out of my hair.  I went into
18 the restroom with Michelle Hodges and my sister,
19 Sarah.  And we were in the bathroom and Sarah
20 and Michelle were attempting to sort of fix the
21 veil situation.  Julee came into the bathroom
22 and when I saw Julee I said can I speak with you

48

1 outside.  And she said of course.  We walked
2 outside of the bathroom.  I told her very
3 specifically you can walk with me back into the
4 main gallery because I'm not going to stand here
5 and let you waste any more of my time because
6 you have already ruined my wedding, but you will
7 never understand the impact of what you guys did
8 tonight.  The impact that it's going to have
9 upon us.  And she said to me very specifically
10 there is nothing I can say right now to make you
11 feel better.  And she said I don't remember the
12 specific words in terms of the next sentence,
13 but she essentially was like we screwed up and
14 there is nothing I can say to make you feel
15 better right now.  And she continued to walk
16 with me back to the gallery, I just walked away
17 from her.  I couldn't stand really to be near
18 anyone that was responsible for the catering of
19 that event that evening.
20     Q.  I know this may be hard for you to
21 separate in your mind now, but prior to that
22 interaction did you like Julee?

13 (Pages 49 to 52)

49

1    A.  You know, I had only met Julee
2  that one time that Craig and I met her at the
3  Corcoran, that was the first time I met her, and
4  she seemed like a nice woman.  She definitely
5  seemed when we got to the Corcoran that she was
6  sort of running the show, I think that's when I
7  sort of realized that was Toby's superior or
8  that Toby had a superior.  It seemed a little
9  bit like she was running the show, which I was a
10  little bit taken aback about just because here
11  we were a month from the wedding and I had never
12  met her before and she seemed to be instructing
13  us as to how things were going to be done.  And
14  so I think between Craig and my mother and my
15  father and I, we were all kind of like, time
16  out, like talk about this as a group as opposed
17  to just sort of like taking her marching orders
18  sort of, but she seemed like a nice woman.  I
19  had never met her before.
20    Q.  Okay.  And that walk back from the
21  ladies room to the party with her, that whole
22  interaction was a minute or so?

50

1    A.  Two or three.
2    Q.  Okay.  And you pretty much
3  exhausted what the conversation was?
4    A.  Uh-huh.  That was it.
5    Q.  Was she, as you said her words,
6  like there's nothing we could say or do, just?
7    A.  She said there's nothing I can say
8  to you right now to make you feel any better.
9  That's what she said.
10    Q.  Okay.  Was it your understanding
11  that she was attempting to communicate an
12  apology?
13    A.  I believe that Julee felt bad.
14    Q.  Okay.  So she wasn't saying it in
15  the sense -- she wasn't saying it callously,
16  like I don't care to make you feel better?
17    A.  No.  She looked like she was
18  genuinely trying to communicate that she was
19  sorry that I was feeling the way that I was
20  feeling.
21    Q.  Okay.  And you said to her, I
22  wrote down your words, I don't know if I have

51

1  them exact, but I think I do, you will never
2  understand the impact of what you guys did
3  tonight.  What did you mean by that?
4    A.  What I meant by that was what may
5  be a piece of shellfish to one person is
6  something much bigger to somebody else.  And the
7  fact that we spent ten months planning this
8  wedding and that every time we would see Craig's
9  parents, you know, it was like what's going on
10  with the wedding and we would talk about
11  different things.  And then after the wedding
12  was over we basically just don't ever talk about
13  our wedding with Craig's family, and that's hard
14  for me.  It's hard for me that -- it's very hard
15  for me that an event that so many people spent
16  so much time, putting so much time and energy
17  and money into that was supposed to be like this
18  totally joyous affair ended up having an impact
19  that just doesn't go away, you know.  I mean, it
20  doesn't go away.  I can't fix the interactions
21  between my parents and my in-laws.  I can't -- I
22  can't fix the feeling that I have, that even

52

1  though I was not responsible for personally
2  catering this event, I can't fix the fact that I
3  feel like I let Craig down.  I let his family
4  down.  I mean, it's not just a piece of fish.
5  It's not just a piece of shellfish, it's just
6  not.  It was much more than that.  It was
7  supposed to be this event where, you know, two
8  families were coming together, you know.  I
9  mean, it just -- it just doesn't go away.  You
10  know, just because the night ends doesn't mean
11  that the repercussions are over.
12    Q.  Do you believe the repercussions
13  are not over today?
14    A.  I believe that I can never get my
15  wedding day back.  That's what I believe.  And I
16  believe that the memories of that night have to
17  be separated in my mind or else it doesn't give
18  the respect that my marriage is due.  It its due
19  respect, if that makes sense.  So I know that I
20  can never look back on my wedding and say that
21  it was the happiest day of my life.  I
22  should have been able to do that.  So, no, I

Case 1:05-cv-01717-RJL VIDEOTAPED DEPOSITION OF BECKY KLEMT Document 54-6 Filed 06/30/2006 Page 14 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

14 (Pages 53 to 56)

53

1    don't think that the repercussions are over.
2         Q.   Do you have a Rabbi that you feel
3    personally like you have a relationship with?
4         A.   Yes.
5         Q.   And who is that?
6         A.   Jeff Wohlberg, W-O-H-L-B-E-R-G.
7         Q.   And where is Jeff Wohlberg?
8         A.   Adas Israel.
9         Q.   And was he your Rabbi growing up?
10        A.   Yes.
11        Q.   Is he your parent's Rabbi today?
12        A.   Yes.
13        Q.   Okay.  And he was the officiator
14   at your wedding; right?
15        A.   Yes.
16        Q.   Have you at any time, either
17   during the wedding or after, spoken with Rabbi
18   Wohlberg about what happened?
19        A.   No.
20        Q.   Have you at any time in your life
21   for any reason sought the counsel of Rabbi
22   Wohlberg on any subject?

54

1         A.   Yes.
2         Q.   And can you tell me the subject?
3         MR. LEWIN:  Hold on.
4         MR. SCHWABER:  I'm not going to
5    get into the counsel, I just want to know the
6    subject or subjects.
7         MR. LEWIN:  I don't know whether
8    you feel comfortable.
9         THE WITNESS:  I'm fine.  It is
10   just going to take me a minute.  First subject
11   was death.  And the second subject was keeping
12   kosher.  Actually when Craig and I were getting
13   serious I contacted him to sort of find out if
14   there was any literature I could read about
15   keeping kosher.
16   BY MR. SCHWABER:
17        Q.   Death was personal loss?
18        A.   Uh-huh.
19        Q.   The keeping kosher was years
20   later?
21        A.   Uh-huh.
22        Q.   When you were contemplating

55

1    marriage or already engaged?
2         A.   Contemplating marriage.  I just
3    wanted to learn -- I didn't know anything about
4    kashrut and I just wanted the very basics on
5    kashrut.
6         Q.   Your father described a period in
7    your family's life where he kept a kosher home
8    and that included a time period when you were
9    alive, as I understand the chronology?
10        A.   I was not alive.  They stopped
11   keeping kosher when my brother died.  I was born
12   the next year.
13        Q.   Okay.  And so when you consulted
14   with Rabbi Wohlberg when you were contemplating
15   marriage to Craig were you asking him -- what
16   specifically were you asking?
17        A.   It think I mean, really I had been
18   doing some research on the Internet to try and
19   find a book sort of like in my language, like
20   not a very like -- I didn't want like a very
21   sort of heavily sophisticated sort of Jewish law
22   book on keeping kosher.  You know, like I just

56

1    wanted to know the very basics and I was having
2    trouble finding that type of literature.  So I
3    contacted him to see if he could recommend
4    something to me.
5         Q.   Did he?
6         A.   He did.  He recommended a book to
7    me that I read bits and pieces.
8         Q.   What was that book?
9         A.   I don't remember the name.  We
10   have it somewhere in our apartment, I have no
11   idea where, but I could try to find it.
12        Q.   That book that you don't remember
13   the name of that he recommended, was that the
14   only book you read for your information on
15   kashrut?
16        A.   Yes, but I didn't read the whole
17   thing.
18        Q.   Okay.  But you didn't get any
19   literature from other sources?
20        A.   No, I did not.
21        Q.   And did Rabbi Wohlberg, other than
22   recommending a book, talk to you at all about

Case 1:05-cv-01717-RJL   Document 48-6   Filed 06/30/2006   Page 15 of 33
VIDEOTAPED DEPOSITION OF REBECCA DIXON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

15 (Pages 57 to 60)

57

1    keeping kosher?
2        A.   No.  I mean, when Craig and I went
3    in to meet with him before we got married to
4    sort of, so he could get to know Craig and we
5    could discuss the ceremony, we discussed with
6    him how we were keeping a kosher home.  And so
7    he knew that was something I decided to do.  I'm
8    guessing when he received my first inquiry
9    about, you know, do you have kosher for dummies
10   or whatever that he sort of got it, that he knew
11   Craig and I were dating.  My parents told him
12   that I was dating someone who was also
13   conservative Jew.  So I'm guessing he sort of
14   understood I was headed towards keeping a kosher
15   home.
16       Q.   Do you -- did you find the book
17   useful, the parts you read?
18       A.   I mean, sort of.  Just as useful
19   as talking to my husband or at the time my
20   boyfriend where I just sort of said so what's
21   the deal, you know, and he sort of told me the
22   deal.  I just -- I didn't want to feel stupid

58

1    really, so I didn't want to have to ask him all
2    the intricacies of it.  So I just figured if I
3    read something I could get the basics.
4        Q.   This book would be something that
5    if you searched your shelves you would be able
6    to identify, you would remember it if you saw
7    the name?
8        A.   I wouldn't remember by the name,
9    but I would remember by how it looked if that
10   makes sense.
11       Q.   I'm gathering from what you
12   described that you don't have a whole lot of
13   books on the subject of kosher for dummies or
14   however you characterized it?
15       A.   No, it's the only book I own with
16   respect to kashrut.
17       Q.   Okay.  You don't remember the
18   author; do you?
19       A.   No.
20       Q.   Okay.  I will ask you to search
21   for that.  I'll do it formally, but I'll just
22   let you know I'll ask you to search for that

59

1    book.
2        You described counsel you sought
3    from Rabbi Wohlberg and I think I asked you
4    this, you told me after what happened at your
5    wedding you never sought any counsel from him
6    about the wedding; right?
7        A.   I did not.
8        Q.   Have you sought any counsel from
9    Rabbi Wohlberg on any subject since your
10   wedding?
11       A.   I have not.
12       Q.   Did you ever think -- strike that.
13       You knew, I gather, that Rabbi
14   Wohlberg was aware of the problem with the
15   caterer at the wedding kind of as it was
16   unfolding; right?
17       A.   Yes.  I understand that he
18   expressed the gravity of the situation to either
19   Toby or Julee.  I don't remember whom, but I
20   know that he had some type of contact with
21   someone.
22       Q.   Where did you get that

60

1    information?
2        A.   He was with my mother and my
3    mother I think said something to the effect of
4    can you please, you know, address like how
5    serious this is.  As far as I understand, he
6    said something to the effect this is really
7    serious or grave or something, I don't remember.
8    That's totally from someone else.  I wasn't
9    there.
10       Q.   You weren't there even for his
11   conversation with your mother?
12       A.   No.  I don't remember speaking to
13   Rabbi Wohlberg after Craig and I saw him in the
14   yichud.
15       Q.   So was it your mother that told
16   you she told him to talk to Ridgewells?
17       A.   She didn't tell him to talk to
18   Ridgewells.  I believe that my mother was
19   standing and speaking with him, I believe, and,
20   again, this is all the memories it's been
21   nine months or whatever.  So I believe my mother
22   was standing there talking to Rabbi Wohlberg

61

1  when one of those women who I referenced walked
2  by and I think she said, you know, can you
3  please explain like the severity of the
4  situation and he said something to them. I
5  don't know what he said.
6      Q.  Have you sought any counsel for
7  anyone, professional counsel -- by professional
8  I'll define it as from a doctor a mental health
9  professional, a social worker or a Rabbi or any
10  other member of the clergy as a result of what
11  happened at your wedding?
12      A.  No.
13      Q.  Forgive me for prying and I
14  promise I won't very far at all, but in light of
15  the allegations of infliction of emotional
16  distress on you in this case, I need to ask what
17  was the loss you sought Rabbi Wohlberg's
18  counseling for?
19      A.  My dog and my grandfather died
20  within a week of each other and I just didn't
21  really get it. I sort of sought counseling from
22  him to find out why he believed in God and why I

62

1  should believe in God.
2      Q.  Approximately when was that?
3      A.  I think I was a senior in high
4  school. My father's father. I think I was a
5  senior in high school.
6      Q.  Did he answer your questions?
7      A.  He did. He did. I don't remember
8  the specifics of it, but he basically told me it
9  was something I had to find in myself.
10      Q.  Did you find comfort in what he
11  told you?
12      A.  Uh-huh. I found comfort in sort
13  of talking it out with him. I was searching for
14  something that — I wasn't going to get an
15  answer to. I don't know if there is anyone that
16  can sort of prove that God exists, but I felt
17  comfortable with him and he made me feel better,
18  I think.
19      Q.  Have you at any time thought about
20  going to him to discuss the pain you felt as a
21  result of the wedding reception?
22      MR. LEWIN:  Objection.

63

1      THE WITNESS:  It never occurred to
2  me to talk to him about what happened.
3  BY MR. SCHWABER:
4      Q.  Has it occurred to you to seek any
5  kind of professional help?
6      MR. LEWIN:  Objection.
7      THE WITNESS:  I mean, not really,
8  I guess. It never -- it never occurred to me to
9  go see like a psychologist or anything.
10  BY MR. SCHWABER:
11      Q.  Have you and your husband had any
12  counseling relating to your marriage?
13      A.  No.
14      MR. LEWIN:  I'll object to that.
15      THE WITNESS:  We met with the
16  Rabbi, you know, before the wedding, but no,
17  we've never had -- it depends on what you mean
18  by counseling. Other than that, no.
19  BY MR. SCHWABER:
20      Q.  What I meant specifically as a
21  result of the problems resulting during the
22  course of the marriage?

64

1      A.  No.
2      Q.  You told me that your
3  mother-in-law didn't really interact with you
4  during the wedding reception; is that a fair
5  characterization?
6      A.  No. My mother-in-law and I didn't
7  interact very much with each other, but she
8  wasn't -- it wasn't my mother-in-law avoiding
9  me, it was just we just didn't interact very
10  much with each other, there was a lot going on.
11      Q.  That's what I was getting at.
12      So was it in your belief just the
13  circumstances of a lot of guests and a busy
14  party or was there any tension between the two
15  of you or avoidance between the two of you, at
16  least in the your mind?
17      A.  In my mind it was a combination of
18  both. In my mind we were both very busy in
19  greeting respective guests that we invited to
20  the wedding, but I believed neither one of us
21  wanted to address what had happened and I
22  definitely believe that I was very embarrassed

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

17 (Pages 65 to 68)

65

1 and sort of humiliated and I for whatever reason
2 felt personally -- I just felt so badly for her
3 that I just didn't really want to, you know, --
4 you know, to put it frankly, I just didn't
5 really want to go there. I think probably
6 subconsciously I just didn't -- I just couldn't
7 talk about it knowing that something happened
8 that was so devastating to her.
9     Q.   Have you spoken about it with her
10 since?
11     A.   No.
12     Q.   How about with your father-in-law?
13     A.   No.
14     Q.   How about with your sister-in-law?
15     A.   Yes.
16     Q.   And do you feel yourself close
17 with your sister-in-law?
18     A.   Yes.
19     Q.   And in what context have you
20 spoken about it with her?
21     A.   We sort of spoke about it more I
22 think afterwards in terms of what sort of

66

1 happened that night. You know, like I had a
2 sense of like what she had -- what she had seen
3 and gone through. I don't remember like every
4 sort of specific detail, but I have spoken with
5 Craig's sister after the wedding about what
6 happened and I've never spoken to his parents
7 about what happened.
8     Q.   Have you spoken to your parents
9 about it since the wedding?
10     A.   Yes.
11     Q.   Would that be on frequent
12 occasions?
13     A.   Yes.
14     Q.   Both of your parents?
15     A.   Yes. My father more than my
16 mother.
17     Q.   Would you describe your father as
18 the most upset about what happened?
19     MR. LEWIN: Objection.
20     THE WITNESS: I don't know who the
21 most upset is about what happened. I mean,
22 people deal with traumatic situations

67

1 differently. Certain people have something
2 traumatic happen to them and sort of put on a
3 front and can keep marching forward.
4 BY MR. SCHWABER:
5     Q.   Is your mother that way?
6     A.   No. My mother -- I mean, it's
7 really hard to characterize my parents, I guess.
8 Both of my parents were and continue to be
9 severely impacted by what happened. I sort of
10 think of my father as sort of more similar to me
11 in that we can -- we both feel emotions very
12 strongly and I believe that my father and I, of
13 the four parties, I think my father and I sort
14 of are most overtly affected by it. But it may
15 also just be that we show it differently than
16 everybody else.
17     Q.   Michael Berebaum and Melissa
18 Patack are friends of your parents?
19     A.   Yes.
20     Q.   Did you know them?
21     A.   Yes. I mean, they're close
22 friends of the family, so I grew up knowing

68

1 Michael. I met Melissa when he married her.
2     Q.   Have you ever sought or received
3 anything you describe or characterize as counsel
4 from Michael?
5     A.   Not that I can recall.
6     Q.   The -- where did your guests stay?
7     A.   Most of them stayed at the
8 Mayflower.
9     Q.   There is some paperwork in the
10 documents you produced from the Four Seasons?
11     A.   I think we reserved maybe six or
12 so rooms there. I think there was only one room
13 that was taken.
14     Q.   Okay. So the Four Seasons?
15     A.   Most of them stayed at the
16 Mayflower.
17     Q.   Okay. There's an allegation in
18 the lawsuit -- strike that.
19         You've read the lawsuit that was
20 filed?
21     A.   Yes.
22     Q.   Okay. There's an allegation in

Case 1:05-cv-01717-RJL    Document 54-6    Filed 10/30/2006    Page 18 of 33
VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

18 (Pages 69 to 72)

69

1  the lawsuit, I'm sure you know, about cream
2  cheese being served with salmon?
3      A.  Yes.
4      Q.  Okay.  Other than what you've
5  heard from others, did you observe or taste any
6  cream cheese at any time?
7      A.  No.  I didn't observe or taste any
8  of the hors d'oeuvres except for what Toby
9  brought to me.
10     Q.  Okay.  Is it fair to say that the
11 only information you would have about the cream
12 cheese allegation would be what you heard from
13 your father?
14     A.  Not just from my father, but from
15 other people, yes, from my father and my mother.
16     Q.  From your father and your mother?
17     A.  Yes.
18     Q.  Did your mother tell you she
19 observed or tasted cream cheese?
20     A.  I believe so.
21     Q.  Okay.  Anybody else?
22     A.  Not that I can remember.

70

1      Q.  Just your father and your mother?
2      A.  Of what I can remember, only my
3  father and my mother have mentioned cream cheese
4  to me.
5      Q.  Okay.  And from what you know you
6  ate that night, as I understand it, you
7  certainly didn't eat any salmon canapé with
8  cream cheese; correct?
9      A.  No.
10     Q.  No, meaning my statement is
11 correct, you did not?
12     A.  No, I do not believe that I ate
13 that particular hors d'oeuvres.  I remember
14 eating the two pieces of sushi that I mention
15 and a chicken skewer.  That's all that I
16 remember eating.
17     Q.  In advance of the wedding did you
18 tell anybody that it was a kosher wedding?
19     A.  Yeah.  Everybody -- I mean -- I
20 won't say everybody knew but, yeah.
21     Q.  Okay.  Regardless of what
22 everybody knew, my specific question is if you

71

1  recall specifically telling people?
2      A.  I know that I told multiple people
3  that it was a kosher wedding.
4      Q.  Okay.  And did you leave it just
5  at that?
6      A.  Yes.
7      Q.  That this is a kosher wedding?
8      A.  Yes, because it was supposed to be
9  a kosher wedding.
10     Q.  In the book you read or in the
11 knowledge you gleaned about kashrut, did you
12 come to understand what a mashgiach is?
13         MR. LEWIN:  Objection.
14         THE WITNESS:  I came to understand
15 what a mashgiach was in the course of planning
16 the wedding, but I don't remember that I read
17 about it in that book.
18 BY MR. SCHWABER:
19     Q.  Okay.  Is it your belief from your
20 understanding of kashrut that you can have a
21 kosher wedding without having a mashgiach?
22     A.  Yes.

72

1      Q.  Okay.  And where did you gain that
2  belief?
3      A.  I think my belief is such that I
4  know many people that have different levels of
5  observance of kashrut.  So to me, you know, it
6  can mean a lot of different things.  I don't
7  think that one person's supervision makes a
8  kosher wedding.
9      Q.  Is it your belief that had it not
10 been for the shellfish being served or the cream
11 cheese that was alleged to have been served that
12 this would have been a kosher wedding?
13         MR. LEWIN:  Objection.
14         THE WITNESS:  It is my belief that
15 if this wedding contained the elements that it
16 was supposed to contain, it is my belief that if
17 this wedding was one where kosher meats were
18 served, where no dairy was served and where no
19 treif was served, I believe that would have been
20 a kosher wedding.
21 BY MR. SCHWABER:
22     Q.  Okay.  And to be clear, because

**73**

1   when you say no treif was served?
2       A.   **No shellfish, no pork.**
3       Q.   Okay.  So as I understand your
4   answer, it would have been a kosher wedding,
5   assuming those things you just told me, it would
6   have been a kosher wedding even with unkosher
7   cookware; correct?
8       A.   **It would have been a kosher**
9   **wedding that rose to the level of observance**
10  **that we required.**
11      Q.   Let me separate it out, okay, and
12  trust me that I understand your testimony as to
13  what you require in terms of your level of
14  observance.  I'm not asking you about that now,
15  I'm asking about your understanding of the term
16  kosher.
17      Okay.  Would it have been a kosher
18  wedding if Ridgewells had done what you believe
19  they were obligated to do or should have done,
20  would it have been a kosher wedding
21  notwithstanding the serving of unkosher wine and
22  the use of unkosher dishes?

**74**

1       A.   **To me?**
2       Q.   Your understanding of what kosher
3   means, would that will have been a kosher
4   wedding?
5       A.   **Right.  I guess the problem I have**
6   **with your question is that kosher means**
7   **something very specific to me.**
8       Q.   When you talked to the guests that
9   you mentioned in advance and told them this was
10  going to be a kosher wedding, was it your
11  implication or your belief that what you were
12  communicating was this is kosher enough for me,
13  Rebecca, or were you indicating this was kosher?
14      A.   **No.  The wedding that we**
15  **contracted for in my mind was kosher.  The**
16  **wedding that we contracted for in my mind was**
17  **kosher enough for everyone that was going to be**
18  **attending.**
19      Q.   Okay.  And so kosher enough, in
20  order to be kosher is it your understanding that
21  something can be kosher for one person and
22  unkosher for another?

**75**

1           MR. LEWIN:  Objection.
2           THE WITNESS:  I mean, it's my
3   understanding that certain people may believe
4   that in order for something to be kosher it
5   requires rabbinical supervision.
6           It is not my belief that in order
7   for a wedding to be kosher that it requires
8   rabbinical supervision, nor is it my belief that
9   all guests in attendance would require
10  rabbinical supervision for them to believe that
11  the wedding was kosher.
12  BY MR. SCHWABER:
13      Q.   You didn't know all the guests;
14  right?
15      A.   **There were a few I didn't know, I**
16  **knew most of the guests.**
17      Q.   Your husband testified and I
18  recognize it's my characterization from my
19  memory, words to the effect of every Jew has
20  their own level of observance.  Do you agree
21  with that statement?
22      A.   **Yes.**

**76**

1       Q.   Okay.  And by observance, not just
2   religious observance, but observance of dietary
3   rules.  Do you agree with that statement?
4       A.   **Yes, I actually would just say**
5   **that every person has their own level of**
6   **observance of, you know, dietary rules, yes.**
7       Q.   Sticking with Jews for the moment.
8   As it relates to keeping kosher, do you know of
9   a lot of different Jews who do it a lot
10  differently?
11          MR. LEWIN:  Objection, form.
12          THE WITNESS:  I know Jews that
13  have different levels of keeping kosher.
14  BY MR. SCHWABER:
15      Q.   I'll be more specific.
16          Do you know some Jews that keep
17  kosher in and out of the house?
18      A.   **Yes.**
19      Q.   That only eat at kosher
20  restaurants?
21      A.   **Yes.**
22      Q.   Okay.  Do you know other Jews that

Case 1:05-cv-01717-RJL   Document 50-9   Filed 06/30/2006   Page 20 of 33
VIDEOTAPED DEPOSITION OF RICHARD BLOCH
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

20 (Pages 77 to 80)



77

1 keep kosher in and out of the house in the sense
2 that they won't eat unkosher meat out of the
3 house or shellfish, but they will eat otherwise
4 kosher fish in a nonkosher restaurant?
5     A.   Yes.
6     Q.   Okay.  Do you know Jews that keep
7 kosher in the house, but don't keep kosher out
8 of the house?
9     A.   Yes.
10     Q.   Do you know Jews that don't keep
11 kosher out of the house in the sense that
12 they'll eat unkosher meat, but they won't eat
13 pork or pig products?
14     A.   Yes.
15     Q.   Do you know Jews that will eat
16 shrimp, but not eat pork?
17     A.   One, yes.  I get your point.
18     Q.   Who is that?
19     A.   Somebody that I used to work with
20 at O'Melveny & Myers.
21     Q.   What is that person's name?
22     A.   Russell Pinilis, P-I-N-I-L-I-S.

78

1     Q.   He'll eat shrimp, but not pig
2 products?
3     A.   I knew him to be someone that kept
4 kosher and at one point I saw him eat a piece of
5 shrimp and I questioned him about it he said --
6 occasionally would have a piece of shrimp, but
7 he would never eat anything else, nor would he
8 eat pork.  It was a very offhanded conversation
9 one night at work.
10     Q.   Okay.  And that to you is just his
11 particular way of observing a dietary
12 restriction?
13     A.   Sure.
14     Q.   So he, as you understand it,
15 observed some level of Jewish dietary
16 restrictions because he wouldn't eat pig
17 products?
18     A.   I don't know if he was observing
19 some level of Jewish dietary restrictions.  I
20 know that he didn't eat pig products.
21     Q.   But your understanding when you
22 questioned him on the shrimp was that it was

79

1 because of some level of kashrut?
2     A.   Yes, I said to him I thought you
3 didn't eat shellfish.
4     Q.   Because it was your understanding
5 it was some level of being kosher not allergies?
6     A.   Yes.
7     MR. SCHWABER:  I have nothing
8 further at this time.  Thank you.
9     MR. LEWIN:  Okay.
10     THE VIDEOGRAPHER:  This is the end
11 of the deposition -- this is the end of tape one
12 we shall go off the record as of 2:29 p.m.
13     (Whereupon, at 2:29 p.m., the
14 deposition was concluded.)
15     - - - - -
16     (Reading and signature not
17 waived.)
18
19
20
21
22

80

1     I do hereby acknowledge that I have read
and examined the foregoing pages of the
2 transcript of my deposition and that:
3     (Check appropriate box):
4     ( ) the same is a true, correct and
complete transcription of the answers given by
5 me to the questions therein recorded.
6     ( ) except for the changes noted in the
attached errata sheet, the same is a true,
7 correct and complete transcription of the
answers given by me to the questions therein
8 recorded.
9
10
11
12
13
14 DATE          SIGNATURE
15
16
17
18
19
20
21
22

Case 1:05-cv-01717-RJL Document 54-6 Filed 10/30/2006 Page 21 of 33
VIDEOTAPED DEPOSITION OF REBECCA ASKEW
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

21 (Page 81)

81

```
 1        CERTIFICATE OF NOTARY PUBLIC
 2      I, Paula G. Satkin, the officer before whom the
 3    foregoing proceedings were taken, do hereby
 4    certify that the witness whose testimony appears
 5    in the foregoing proceeding was duly sworn by
 6    me; that the testimony of said witness was taken
 7    by me in stenotype and thereafter reduced to
 8    typewriting under my direction; that said
 9    proceedings is a true record of the testimony
10    given by said witness; that I am neither counsel
11    for, related to, nor employed by any of the
12    parties to the action in which these proceedings
13    were taken; and, further, that I am not a
14    relative or employee of any attorney or counsel
15    employed by the parties hereto, nor financially
16    or otherwise interested in the outcome of the
17    action.
18    My commission expires August 31, 2010.
19
20
21        PAULA G. SATKIN
          Notary Public in and for the
22            District of Columbia
```

| A | | | | |
|---|---|---|---|---|
| **aback** 49:10 | **affected** 67:14 | 39:3 40:12 | **authority** 31:3 | 49:12,19 57:3 |
| **ability** 16:18 | **after** 17:12,14 | 41:21 48:18 | **avoidance** 64:15 | 63:16 81:2 |
| 46:16 | 18:2 29:22 | 61:7 62:15 | **avoiding** 64:8 | **began** 30:12 |
| **able** 15:3 52:22 | 34:18 39:8,16 | **anything** 8:18 | **aware** 10:5,8 | **begins** 5:3 |
| 58:5 | 41:22 42:4,7 | 16:1,6 35:1 42:8 | 14:13 39:9,15 | **begun** 13:9 |
| **about** 7:12 13:3 | 43:5,18 44:6 | 55:3 63:9 68:3 | 43:15 59:14 | **BEHALF** 2:3,13 |
| 15:22 16:2,11 | 51:11 53:17 | 78:7 | **away** 31:17 32:14 | **being** 5:13 8:12 |
| 16:22 18:17 | 59:4 60:13 66:5 | **anyway** 41:18 | 32:21 33:9 | 27:3 28:20 36:8 |
| 19:22 20:10,19 | **afternoon** 6:16 | **apartment** 56:10 | 42:13,14 43:2 | 37:22 42:1 |
| 23:9 24:5,6 | **afterwards** 38:9 | **apology** 50:12 | 48:16 51:19,20 | 44:19 69:2 |
| 25:14 26:12 | 65:22 | **appears** 81:4 | 52:9 | 72:10 79:5 |
| 29:3,6,7,8,11,19 | **again** 30:15 40:5 | **appetizer** 34:12 | | **belief** 11:12 64:12 |
| 30:5 31:18 | 40:15 41:16 | **appetizers** 43:4 | B | 71:19 72:2,3,9 |
| 32:13,15 33:7 | 46:19 60:20 | **appropriate** | **B** 4:11 | 72:14,16 74:11 |
| 34:19 35:10 | **ago** 7:6 36:15 | 23:16 80:3 | **back** 14:20 15:7 | 75:6,8 |
| 36:9 37:1,18 | **agree** 8:5,7 75:20 | **Approximately** | 16:9,14 17:13 | **believe** 14:22 16:7 |
| 38:8 39:2,5 | 76:3 | 62:2 | 18:1,2,3,22 | 16:8 46:2 50:13 |
| 41:22 42:4,7,8 | **agreed** 23:13 | **around** 21:20 | 25:10 26:13 | 52:12,14,15,16 |
| 44:18,22 45:1,8 | **ahead** 17:7 | 33:21 36:18 | 28:17 35:6 39:1 | 60:18,19,21 |
| 45:13,21,22 | **aisle** 18:2 | 38:5 40:15 | 46:10 48:3,16 | 62:1 64:22 |
| 46:4,16 47:2 | **al** 1:4 5:5 | **asked** 9:19 15:11 | 49:20 52:15,20 | 67:12 69:20 |
| 49:10,16 51:10 | **alive** 55:9,10 | 25:14 59:3 | **bad** 13:19 50:13 | 70:12 72:19 |
| 51:12 53:18 | **allegation** 68:17 | **asking** 25:5 37:11 | **badly** 65:2 | 73:18 75:3,10 |
| 54:14 55:3 | 68:22 69:12 | 55:15,16 73:14 | **bar** 30:6,7 | **believed** 61:22 |
| 56:22 57:9 59:6 | **allegations** 61:15 | 73:15 | **Baron** 1:10,13 3:4 | 64:20 |
| 62:19 63:2 65:7 | **alleged** 41:13 | **assignments** 46:7 | 4:3,13,15 5:5 | **BENNETT** 2:16 |
| 65:9,12,14,20 | 72:11 | **associate** 12:12 | 6:7,16,18,19 8:8 | **Berebaum** 67:17 |
| 65:21 66:5,7,9 | **allergies** 79:5 | 12:17 13:4 | **based** 32:15 | **best** 16:17 22:19 |
| 66:18,21 69:1 | **alone** 17:11 18:4 | **assuming** 73:5 | **basically** 20:16 | 23:20 31:2 |
| 69:11 71:11,17 | 43:4,13,19 | **assure** 46:18 | 23:15 24:15 | **better** 48:11,15 |
| 73:14,15 78:5 | **already** 15:6 | **ate** 34:15 36:4,7 | 30:11,21 32:17 | 50:8,16 62:17 |
| **accessible** 10:19 | 22:15 23:1 | 36:12,18,20 | 40:6 51:12 62:8 | **between** 9:5 |
| **acknowledge** | 26:15 34:18 | 37:12,15,21 | **basics** 55:4 56:1 | 10:16 12:13 |
| 80:1 | 41:12 48:6 55:1 | 38:14,16,17 | 58:3 | 49:14 51:21 |
| **acquisitions** | **although** 23:21 | 39:2,3,7 40:18 | **bathroom** 47:19 | 64:14,15 |
| 11:21 | **always** 13:10 | 40:18 70:6,12 | 47:21 48:2 | **bigger** 51:6 |
| **action** 81:12,17 | **Alyza** 2:5 5:22 | **attached** 80:6 | **beauty** 22:17 | **bit** 18:17 45:20 |
| **actually** 12:16 | **amended** 6:22 | **attempt** 15:1 | **became** 15:2 | 49:9,10 |
| 20:1 45:6 54:12 | **another** 74:22 | **attempting** 47:20 | 30:11,14,17,20 | **bite** 35:4 |
| 76:4 | **answer** 62:6,15 | 50:11 | 39:9 | **bites** 32:21 33:8 |
| **Adas** 53:8 | 73:4 | **attendance** 75:9 | **become** 12:18 | 41:19 |
| **address** 60:4 | **answered** 35:8 | **attending** 74:18 | 14:13 | **bits** 56:7 |
| 64:21 | **answers** 80:4,7 | **attorney** 2:4,5,14 | **before** 1:17 7:2 | **boat** 26:19 30:13 |
| **adults** 38:9 | **anxious** 15:4 | 2:15 11:18,19 | 7:18 16:22 | 31:8 33:15 |
| **advance** 70:17 | **anybody** 69:21 | 13:10 81:14 | 17:19 19:18 | 40:10 |
| 74:9 | 70:18 | **August** 12:19 | 23:8 24:20 30:4 | **book** 55:19,22 |
| **affair** 51:18 | **anyone** 31:11 | 81:18 | 30:6 32:7,21 | 56:6,8,12,14,22 |
| | 37:12 38:2 39:2 | **author** 58:18 | 33:8 35:9 42:5 | 57:16 58:4,15 |

Case 1:05-cv-01717-RJL Document 54-6 VIDEOTAPED DEPOSITION OF REBECCA SIMON Filed 10/30/2006 Page 23 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

83



59:1 71:10,17
**books** 58:13
**born** 55:11
**both** 17:7 45:16
45:19,19 64:18
64:18 66:14
67:8,11
**box** 80:3
**boyfriend** 57:20
**break** 8:1
**brides** 33:17
**brief** 18:14
**bringing** 29:2
39:20 43:20
44:8
**brother** 55:11
**brought** 40:19,20
41:10 43:3 69:9
**brunch** 29:9
**bustle** 15:12
16:20
**bustled** 14:16
18:10
**bustling** 15:2
16:14 20:5 25:9
35:6
**busy** 64:13,18

_____ C _____

**C** 2:1 4:1 5:1
**call** 14:5 18:22
19:20
**called** 6:8 12:14
**callously** 50:15
**calm** 29:2
**came** 15:7,10,11
16:4 18:2,12,13
20:8 24:20
26:11 28:11,14
28:17 29:20
30:10 39:19
42:10,11 43:19
47:21 71:14
**canapé** 70:7
**care** 19:1 20:3,5
50:16
**case** 1:6 5:8 19:12
61:16

**catch** 32:20
**categories** 11:13
**caterer** 31:1
59:15
**caterers** 39:19
**catering** 48:18
52:2
**cause** 27:2
**caused** 25:14
**CD** 8:13,17
**celebrating** 22:16
**ceremony** 17:15
17:20 22:10,11
30:1 43:5 44:6
57:5
**certain** 14:6
31:14 38:16,17
67:1 75:3
**certainly** 70:7
**CERTIFICATE**
81:1
**certify** 81:4
**changed** 8:12
**changes** 80:6
**characterization**
8:8 64:5 75:18
**characterize** 67:7
68:3
**characterized**
58:14
**characterizing**
45:2
**chase** 14:10
**chat** 44:12
**Check** 80:3
**cheese** 69:2,6,12
69:19 70:3,8
72:11
**chicken** 70:15
**childhood** 41:5
**chronology** 55:9
**chupah** 15:15
**circumstances**
64:13
**clear** 15:2 17:18
25:2,7 31:2,18
31:20 32:12,13
32:15 35:14,14

36:22 72:22
**clergy** 61:10
**close** 32:17 65:16
67:21
**closest** 41:5
**cocktail** 15:6 17:8
19:3 25:11
34:11 39:12
**Cohen** 9:14
**Columbia** 1:2 5:8
81:22
**combination**
64:17
**come** 14:19 15:12
17:5 20:7 23:1
25:15 26:14
71:12
**comes** 38:18
**comfort** 62:10,12
**comfortable** 7:14
24:3,4 32:2 38:8
43:8 54:8 62:17
**coming** 44:5 52:8
**commencing** 1:15
**comment** 15:22
**commission** 81:18
**commitment**
44:16
**communicate**
41:21 50:11,18
**communicating**
45:5,7 74:12
**communications**
9:4
**competence** 45:1
46:1,4 47:1,1
**complete** 80:4,7
**completed** 7:6
**complicated**
12:12 16:12
**conceivable** 9:15
10:13,14 26:13
**concern** 47:2
**concerned** 34:21
45:13 46:3 47:3
**concerns** 16:11
44:22 45:1,5,8
45:21,22 46:5

46:13,16
**conclude** 30:17
**concluded** 79:14
**conclusion** 8:1
23:2 25:15
**confront** 41:20
42:2
**congratulate** 16:5
**consciously** 11:14
**conservative**
57:13
**considering** 36:17
44:14
**consistent** 27:8
**consulted** 55:13
**contact** 28:2
59:20
**contacted** 54:13
56:3
**contain** 41:13
72:16
**contained** 11:1
39:22 72:15
**contemplating**
54:22 55:2,14
**context** 65:19
**continue** 21:7
67:8
**continued** 48:15
**contracted** 46:17
74:15,16
**contracts** 11:4
**control** 9:10
**convened** 1:14
**conversation** 21:6
29:11 35:7
38:13 42:3
43:22 50:3
60:11 78:8
**cookware** 73:7
**copied** 8:16,22
**copies** 11:5,8
**copy** 6:22 10:22
**Corcoran** 14:16
17:22 49:3,5
**corner** 20:4
**corporate** 11:21
**correct** 7:6,7

25:17 70:8,11
73:7 80:4,7
**correspondence**
10:16
**CORSINO-LI...**
2:15
**cosmo** 28:18
**counsel** 4:17 5:17
6:12 53:21 54:5
59:2,5,8 61:6,7
68:3 81:10,14
**counseling** 61:18
61:21 63:12,18
**Counter-Plaintiff**
5:21
**country** 21:22
**couple** 14:10 33:6
33:22 41:19
**course** 47:13,15
48:1 63:22
71:15
**Court** 1:1 5:7
**cracked** 33:7
36:21
**Craig** 3:4 8:8
17:6,12,13 18:1
18:20 23:4,6,11
26:3 43:15 44:5
44:15 45:16
49:2,14 52:3
54:12 55:15
57:2,4,11 60:13
**Craig's** 25:7,8
26:6,15 51:8,13
66:5
**cream** 69:1,6,11
69:19 70:3,8
72:10
**created** 21:20
**cussing** 21:3
**custody** 9:10
**cut** 14:9
**C-H-U-P-A-H**
15:17

_____ D _____

**D** 2:5 5:1 6:1
**dairy** 72:18

Case 1:05-cv-01717-RJ... VIDEOTAPED DEPOSITION OF RICHARD BARON Document 56-13 Filed 06/20/2006 Page 24 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

84

date 5:8 80:14
dating 57:11,12
day 18:22 29:8
  52:15,21
DE 2:16
deal 13:19 14:3
  21:15 22:6
  57:21,22 66:22
death 54:11,17
decided 22:21
  57:7
Defendant 5:20
DEFENDANT...
  2:13 6:13
Defendant/Cou...
  1:8
define 61:8
definitely 38:1
  46:5 49:4 64:22
deliver 46:16
department 13:6
  13:21
depends 63:17
deposition 1:10
  1:13 5:4,13 7:1
  7:5,9,12,18,20
  8:11 13:14
  79:11,14 80:2
describe 16:16,18
  45:14 47:12
  66:17 68:3
described 8:21
  16:2 22:22
  24:21 36:7,14
  39:5 47:5 55:6
  58:12 59:2
desk 10:2
detail 66:4
devastating 65:8
devastation 25:19
Dickstein 12:13
  13:2
died 55:11 61:19
dietary 76:2,6
  78:11,15,19
different 12:22
  13:20 20:22
  21:3 22:12

51:11 72:4,6
  76:9,13
differently 67:1
  67:15 76:10
difficult 22:1
Digital 5:11
dinner 28:10
direction 81:8
directly 38:19
disappeared 32:7
discover 29:18
discovery 14:12
discuss 57:5
  62:20
discussed 57:5
discussion 47:10
  47:12
discussions 23:9
dishes 73:22
disposed 32:19
distress 61:16
District 1:1,2 5:7
  5:7 81:22
divorce 44:12
divorced 44:13,19
doctor 61:8
document 7:2
documentation
  13:17
documents 8:9
  10:5,8,19,21
  11:8,11 68:10
dog 61:19
doing 12:6 31:2
  44:11 55:18
done 13:10 15:3
  19:21 49:13
  73:18,19
down 18:2 28:10
  50:22 52:3,4
draft 13:16
drama 21:19 27:1
dress 14:16 15:2
  15:8,12 16:9,14
  16:20 17:6
  18:10,21 19:1,9
  19:19 25:10
drink 28:15,16,17

29:2
drinker 28:12
DRISCOLL 2:16
due 52:18,18
duly 6:9 81:5
dummies 57:9
  58:13
during 28:10
  34:11 53:17
  63:21 64:4
DVD 8:6
d'oeuvres 18:14
  33:14 69:8
  70:13
D.C 1:11,17 2:9
  5:16

**E**

E 2:1,1 4:1,11 5:1
  5:1
each 15:20 45:7
  45:20 61:20
  64:7,10
early 25:1
eat 28:10 31:15
  32:1,6 35:3,3
  37:4 70:7 76:19
  77:2,3,12,12,15
  77:16 78:1,4,7,8
  78:16,20 79:3
eaten 18:16 23:22
  25:4,6 39:8
eating 24:3,4 32:2
  34:22 37:7
  41:17 70:14,16
eel 37:15,18 38:14
  38:14,15,16,17
  39:22 40:8,9
effect 20:21 21:14
  60:3,6 75:19
either 8:10,10
  10:16 27:19
  35:21 42:12
  53:16 59:18
elements 72:15
embarrassed
  64:22
emotional 16:19

19:15,16 61:15
emotions 31:5
  67:11
employed 81:11
  81:15
employee 81:14
employment
  13:10
end 79:10,11
ended 12:21
  51:18
ends 52:10
energy 51:16
engaged 23:9
  55:1
enough 36:22
  74:12,17,19
entire 8:17
entirety 7:8
equity 11:20
errata 80:6
essentially 48:13
et 1:4 5:5
even 14:3 20:1
  33:19 51:22
  60:10 73:6
evening 22:7,19
  47:13,16 48:19
event 48:19 51:15
  52:2,7
eventually 18:16
ever 7:17 8:18
  13:13 21:18
  33:10 42:6
  51:12 59:12
  68:2
every 51:8 66:3
  75:19 76:5
everybody 67:16
  70:19,20,22
everyone 31:17
  31:20 32:11,13
  32:14 44:17
  74:17
everything 7:14
exact 20:15 51:1
examination 4:3
  6:8,12

examined 6:9
  80:1
except 35:2 69:8
  80:6
excited 17:4,9
exhausted 50:3
Exhibit 4:13,15
  6:18,19 8:8,21
  10:10
Exhibits 4:17
exist 9:9,18,20
  10:4
existence 10:6,9
  11:12
exists 62:16
expires 81:18
explain 61:3
expressed 45:20
  59:18
extent 9:8
extremely 24:14
e-mails 8:14,18
  9:1,2,3,16,20
  10:2,3,15

**F**

face 35:2
fact 24:18 31:18
  32:13,13 33:7
  35:14,15 44:13
  51:7 52:2
fair 9:8 34:5
  36:16,22 64:4
  69:10
fairly 16:8 25:1
  38:16
falling 47:17
families 52:8
family 22:14 23:4
  23:20 24:1,4
  25:20 26:3 27:2
  32:18 41:6
  51:13 52:3
  67:22
family's 55:7
far 10:3,18 39:13
  39:21 60:5
  61:14

Case 1:05-cv-01717-RJL   Document 54-6   Filed 06/20/2006   Page 25 of 33



| | | | | |
|---|---|---|---|---|
| faster 17:6 | 9:22 12:14,21 | 21:22 22:10 | go 15:5 16:10 | 51:2 |
| father 9:5 49:15 | firms 8:13 12:10 | 26:4 27:12 | 17:6,7 18:10,22 | G-R-A-E-V 12:15 |
| 55:6 62:4 66:15 | first 6:9 12:16 | 28:19 30:8,12 | 19:13 20:3 | **H** |
| 66:17 67:10,12 | 14:13 15:1,14 | 30:15 31:8,10 | 22:18 46:10 | H 4:11 |
| 67:13 69:13,14 | 16:4 25:21 26:2 | 31:11,13,22 | 51:19,20 52:9 | hair 47:17 |
| 69:15,16 70:1,3 | 26:12 28:10 | 35:9 37:2,3,6,11 | 63:9 65:5 79:12 | handed 34:12 |
| father's 62:4 | 40:19 45:4 49:3 | 38:19,20 41:5 | God 61:22 62:1 | 42:12,17 |
| father-in-law | 54:10 57:8 | 41:21 43:22 | 62:16 | happen 18:21 |
| 27:20 28:4 | fish 52:4 77:4 | 46:2,2 48:17 | goes 13:19 | 67:2 |
| 65:12 | fix 17:5 47:20 | 49:11,20 56:19 | going 7:20 14:9 | happened 17:1 |
| February 1:12,14 | 51:20,22 52:2 | 58:11 59:3,5,8 | 15:3 16:12 | 21:19 22:17 |
| 5:9 | flaky 47:3 | 60:8 61:8,21 | 21:15 22:2,5,18 | 38:9 53:18 59:4 |
| feel 7:13 24:2,4 | flighty 45:17,20 | 68:4,10 69:5,12 | 23:7 31:17 | 61:11 63:2 |
| 48:11,14 50:8 | floor 14:15 15:7 | 69:14,14,15,16 | 32:14 44:9 45:9 | 64:21 65:7 66:1 |
| 50:16 52:3 53:2 | 17:22 19:2 | 70:5 71:19 | 46:6 48:4,8 | 66:6,7,18,21 |
| 54:8 57:22 | 28:10 | 75:18 | 49:13 51:9 54:4 | 67:9 |
| 62:17 65:16 | flown 21:22 | front 44:17 67:3 | 54:10 62:14,20 | happening 19:13 |
| 67:11 | focal 25:18 | full-time 13:9 | 64:10 74:10,17 | happiest 52:21 |
| feeling 31:6 35:1 | following 36:17 | fuming 28:15 | gone 11:7 66:3 | happy 19:16,18 |
| 50:19,20 51:22 | follows 6:10 | further 79:8 | Good 6:16 | hard 10:22 11:5,8 |
| feet 42:10,11 | food 20:11 23:22 | 81:13 | graduate 11:22 | 48:20 51:13,14 |
| felt 24:5,6 38:7 | 43:21 44:8 | | graduated 12:5 | 51:14 67:7 |
| 50:13 62:16,20 | foregoing 80:1 | **G** | Graev 12:15,17 | having 6:8 8:21 |
| 65:2,2 | 81:3,5 | G 1:17 5:1 81:2 | grandfather | 12:21 14:16 |
| few 7:6 18:15,19 | forget 20:2 | 81:21 | 61:19 | 51:18 56:1 |
| 19:17 32:20 | Forgive 61:13 | gain 72:1 | grave 60:7 | 71:21 |
| 33:8 34:15 | form 10:22 14:7 | gallery 18:1 48:4 | gravity 59:18 | head 26:22 27:1 |
| 36:14,20 42:10 | 34:8 76:11 | 48:16 | GREENFEIG | 42:20 |
| 42:11 46:9 | formally 58:21 | gather 28:19 | 2:17 | headed 57:14 |
| 75:15 | Forman 3:3 | 59:13 | greet 15:19 | health 61:8 |
| Fielding 1:16 | forward 67:3 | gathering 58:11 | greeting 20:6 | hear 31:10 37:11 |
| 5:15 | found 15:8 45:19 | gave 13:7 | 64:19 | heard 27:9 31:13 |
| figure 21:15 22:2 | 62:12 | general 45:21 | grew 67:22 | 34:19 37:3,6 |
| 22:5,6,18 40:16 | four 67:13 68:10 | generally 24:8 | groomsmen 36:8 | 39:5 41:12,22 |
| figured 58:2 | 68:14 | 36:10 | 36:13,20 37:4,7 | 42:7 44:20 45:2 |
| file 8:16 9:2,3,17 | frankly 65:4 | generic 10:7 | 39:5 | 69:5,12 |
| 9:21 10:20 11:2 | frantic 16:15 | genuinely 50:18 | group 49:16 | hearing 37:2 |
| 11:5 | freaking 30:21 | Georgetown 12:4 | growing 53:9 | heavily 55:21 |
| filed 68:20 | frenzied 16:8 | getting 19:21 | guess 32:10,20 | help 15:7,12 |
| finally 28:9 | frequent 66:11 | 25:22 28:16 | 36:16 63:8 67:7 | 16:20 19:7 |
| financially 81:15 | friend 41:2,6,7 | 35:6,9 39:1 | 74:5 | 25:13 63:5 |
| find 30:22 31:1 | friendly 43:10 | 46:11 54:12 | guessing 57:8,13 | helping 19:10 |
| 54:13 55:19 | friends 38:5,7,8 | 64:11 | guests 21:21 36:1 | her 15:15 17:5 |
| 56:11 57:16 | 40:7,7,17 41:5 | give 18:14 52:17 | 36:12,18 37:14 | 18:15 20:10,14 |
| 61:22 62:9,10 | 67:18,22 | given 8:13 80:4,7 | 64:13,19 68:6 | 20:21 21:9,10 |
| finding 56:2 | friend's 34:11 | 81:10 | 74:8 75:9,13,16 | 24:4,20,22 25:3 |
| fine 28:15 54:9 | from 8:6,16 9:2 | glass 28:13 | gut 31:7 | 25:5 28:7 29:1,6 |
| firm 8:14,16,22 | 10:1 12:3 14:20 | gleaned 71:11 | guys 32:20 48:7 | |

Case 1:05-cv-01717-RJL   VIDEOTAPED DEPOSITION OF REBECCA DIXON   Document 56-16   Filed 03/20/2008   Page 26 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

86



29:18 31:2,7,10
35:4,9,19 38:13
38:19,20 41:9
42:9,11,12,17
42:19 43:8,12
44:12,22 45:1
45:19,21 46:1,4
46:16 47:2 48:2
48:17 49:2,3,12
49:17,19,21
50:5,21 65:2,8,9
65:20 68:1
**hereto** 81:15
**He'll** 78:1
**high** 62:3,5
**him** 23:19 54:13
55:15 56:3 57:3
57:6,11 58:1
59:5 60:13,16
60:17,19 61:22
62:13,17,20
63:2 78:3,4,5,22
79:2
**Hodges** 15:1
47:18
**Hold** 54:3
**holding** 33:2
**home** 11:9 23:6
23:10,12,17,21
24:3,5 55:7 57:6
57:15
**honestly** 34:2
**hope** 22:4
**hoping** 18:3
**hors** 18:14 33:13
69:8 70:13
**hour** 17:8 19:4
25:11 34:11
39:12
**house** 76:17 77:1
77:3,7,8,11
**hug** 15:20
**huge** 44:16
**Huh-uh** 20:1
**humiliated** 65:1
**husband** 7:5,15
8:10 9:5 10:16
27:2 32:17

38:12,19 43:4
43:13 45:5
57:19 63:11
75:17
**husband's** 8:7
25:20 44:20
**hysterical** 30:11
30:15,18,20

——————
**I**
——————
**idea** 34:15 56:11
**identification**
6:20
**identify** 5:17 58:6
**impact** 48:7,8
51:2,18
**impacted** 67:9
**implication** 74:11
**important** 23:12
23:18,19 24:8
**inaccessible** 9:11
**inappropriate**
43:9,11,14 44:1
**Inc** 1:7 5:6,21
**incident** 20:17,18
47:5
**included** 41:11
55:8
**Incorporated** 5:6
**indicating** 74:13
**infliction** 61:15
**information** 7:22
35:9 56:14 60:1
69:11
**informed** 14:17
**ingest** 34:6
**inquiry** 57:8
**instructing** 49:12
**instructions** 7:11
19:9
**intended** 31:21
**Intention** 7:1
**intentioned** 44:5
44:7
**intentions** 43:20
**interact** 64:3,7,9
**interaction** 43:7
47:6 48:22

49:22
**interactions**
44:22 51:20
**interested** 81:16
**Internet** 55:18
**intricacies** 58:2
**invited** 64:19
**involved** 14:10
**in-laws** 51:21
**Island** 46:20
**Israel** 53:8
**issue** 19:19,20,20
**issues** 14:10
**items** 14:7
**Ivonne** 2:15 5:20

——————
**J**
——————
**Jeff** 2:14 5:19
53:6,7
**Jew** 57:13 75:19
**Jewish** 46:20
55:21 78:15,19
**Jews** 76:7,9,12,16
76:22 77:6,10
77:15
**Joan** 41:1
**job** 1:20 11:17
**join** 15:5 16:10
17:9 18:18
**jokes** 33:7 36:21
**JONG** 2:16
**joyous** 51:18
**jschwaber@ste-**
2:21
**Julee** 42:3 47:10
47:21,22 48:22
49:1 50:13
59:19
**June** 8:13
**just** 7:5 8:1,21
10:12 12:20
13:7 16:1,14
17:6,9 18:22,22
19:12,20 20:2,2
22:8 24:11,19
24:21 25:8
27:16 32:11
33:6,17 35:5

38:12 39:1
42:16 44:16
45:18 47:2
48:16 49:10,17
50:6 51:12,19
52:4,5,5,9,9,10
54:5,10 55:2,4
55:22 57:18,20
57:22 58:2,21
61:20 64:9,9,12
65:2,3,4,6,6
67:15 69:14
70:1 71:4 73:5
76:1,4 78:10

——————
**K**
——————
**K** 1:16 5:15
**Karbell** 12:15,17
**kashrut** 55:4,5
56:15 58:16
71:11,20 72:5
79:1
**keep** 23:10,12,17
23:21 36:14
37:7 67:3 76:16
77:1,6,7,10
**keeping** 24:7
54:11,15,19
55:11,22 57:1,6
57:14 76:8,13
**kept** 55:7 78:3
**ketubah** 17:14,19
17:21
**kidding** 20:22
21:1,6,11
**kind** 10:7 11:19
49:15 59:15
63:5
**knew** 16:11,22
23:18,19,20
24:5,6,8,9 26:22
26:22 28:20
31:16 39:10
42:4 44:8 57:7
57:10 59:13
70:20,22 75:16
78:3
**know** 8:2,17

12:20 20:15
23:14 24:6,7,18
25:8 26:15 29:7
29:7,22 31:6
32:11,11,17
33:3,4,6,7,19,22
34:10,13 35:21
36:2,3,5,6,12,20
37:1,14,18,19
38:6,15,22 39:1
39:2,3 40:7,7,8
40:15 41:9
42:18,19,21
45:20 46:20
47:15,16 48:20
49:1 50:22 51:9
51:19 52:7,8,10
52:19 54:5,7
55:3,22 56:1
57:4,9,21 58:22
59:20 60:4 61:2
61:5 62:15
63:16 65:3,4
66:1,20 67:20
69:1 70:5 71:2
72:4,5 75:13,15
76:6,8,12,16,22
77:6,10,15
78:18,20
**knowing** 27:2
30:5 65:7 67:22
**knowledge** 38:18
71:11
**known** 23:3 26:5
**kosher** 23:5,5,10
23:12,17,21
24:7 31:19 32:5
36:14 37:7
46:17 54:12,15
54:19 55:7,11
55:22 57:1,6,9
57:14 58:13
70:18 71:3,7,9
71:21 72:8,12
72:17,20 73:4,6
73:8,16,17,20
74:2,3,6,10,12
74:13,15,17,19

74:20,21 75:4,7
75:11 76:8,13
76:17,19 77:1,4
77:7,7,11 78:4
79:5
**K-A-R-B-E-L-L**
12:15
**K-E-T-U-B-A-H**
17:16

_____
**L**
_____
**L** 2:7
**ladies** 49:21
**Lane** 2:18
**language** 20:22
21:3 55:19
**later** 27:4,17
39:12 54:20
**law** 2:4,5,14,15
8:13,14,16,22
12:1,10,21
55:21
**lawsuit** 14:11
68:18,19 69:1
**lawyer** 13:14
**learn** 55:3
**learned** 19:11
**least** 22:14,21
29:7 64:16
**leave** 18:9 35:16
71:4
**leaving** 9:22
**led** 30:17
**left** 9:12 15:15
18:12,16 19:3
42:21
**let** 6:16 7:11 8:2
22:7 48:5 52:3,3
58:22 73:11
**let's** 28:5,6 35:16
**level** 27:1 73:9,13
75:20 76:5
78:15,19 79:1,5
**levels** 72:4 76:13
**Lewin** 2:4,5,6,6
5:22,22 6:1,1,1
15:17 16:21
17:16 26:8,17

32:9 34:8 44:2
54:3,7 62:22
63:6,14 66:19
71:13 72:13
75:1 76:11 79:9
**life** 52:21 53:20
55:7
**light** 7:21 61:14
**like** 11:4 16:6
19:10 22:16
28:9 29:20
30:22 32:8
35:15 36:10,16
37:22 40:5,8,9
41:18 43:17
44:14 46:7,8,22
48:13,22 49:4,9
49:15,16,17,18
50:6,16,17 51:9
51:17 52:3 53:3
55:19,19,20,20
55:22 60:4 61:3
63:9 66:1,2,3
**Lindley** 5:20
**lingered** 43:21
**list** 41:8
**listening** 45:1
**literature** 54:14
56:2,19
**litigate** 13:22 14:1
**litigation** 14:8
**litigators** 14:5
**little** 12:11 18:17
28:2 45:17 47:3
49:8,10
**LLP** 2:6 6:1 9:14
**logistics** 45:18
46:4,11,14
**long** 16:11 23:3
40:16 46:20
**longer** 9:9,20
10:4,19
**look** 19:10 40:8,9
42:19 52:20
**looked** 50:17 58:9
**looking** 26:13
**loss** 54:17 61:17
**lot** 7:21 40:17

58:12 64:10,13
72:6 76:9,9
**loved** 44:17
**L.A.D** 5:11

_____
**M**
_____
**M** 13:16
**made** 8:6 15:1
23:1 25:2 44:17
62:17
**main** 17:22 23:22
48:4
**make** 8:4 17:18
25:7 31:2 48:10
48:14 50:8,16
**makes** 52:19
58:10 72:7
**manner** 15:4
**many** 33:21 35:22
36:4 51:15 72:4
**marching** 49:17
67:3
**Mark** 1:4 5:5
**marked** 6:17,20
**marriage** 52:18
55:1,2,15 63:12
63:22
**married** 19:17
23:8,17 44:13
57:3 68:1
**mashgiach** 46:21
71:12,15,21
**matter** 5:5 27:21
**may** 9:17 12:2
16:17 18:20
35:8 48:20 51:4
67:14 75:3
**maybe** 68:11
**Mayflower** 68:8
68:16
**MD** 2:19
**mean** 19:17 21:16
22:19 27:15
32:10 35:17
36:16,18 40:5
43:9,14 45:16
51:3,19 52:4,9
52:10 55:17

57:2,18 63:7,17
66:21 67:6,21
70:19 72:6 75:2
**meaning** 70:10
**means** 28:12 74:3
74:6
**meant** 21:17 51:4
63:20
**meat** 77:2,12
**meats** 72:17
**meet** 57:3
**Melissa** 67:17
68:1
**member** 61:10
**members** 31:13
31:14
**memories** 22:11
52:16 60:20
**memory** 75:19
**mental** 61:8
**mention** 70:14
**mentioned** 70:3
74:9
**merged** 12:19
**mergers** 11:20
**met** 23:4 49:1,2,3
49:12,19 63:15
68:1
**Michael** 67:17
68:1,4
**Michelle** 15:1,8
19:6,8,9,21
32:18 37:17
38:11,21 47:18
47:20
**microphone**
18:13
**middle** 2:18 24:16
34:1
**might** 17:8 22:1
**million** 21:18
**mind** 22:9,22
23:2 25:15
33:20 36:19
48:21 52:17
64:16,17,18
74:15,16
**minute** 49:22

54:10
**minutes** 7:6 18:15
18:18,19 19:17
36:15
**miss** 17:8
**mode** 41:18
**mom** 20:8
**moment** 22:4,16
22:22 25:9 76:7
**moments** 43:15
43:17,18 44:15
**money** 51:17
**month** 49:11
**months** 51:7
60:21
**more** 19:7 39:19
39:20,21 41:18
45:12 47:2 48:5
52:6 65:21
66:15 67:10
76:15
**morning** 44:21
**Morris** 9:14
**most** 66:18,21
67:14 68:7,15
75:16
**mother** 14:16,19
15:5,10,19
16:20 19:10,14
24:15 25:7 26:7
26:15,18 35:7
41:4 42:12,17
42:22 49:14
60:2,3,11,15,18
60:21 66:16
67:5,6 69:15,16
69:18 70:1,3
**mothers** 34:12
**mother-in-law**
27:12,19 28:1,2
64:3,6,8
**mother-in-law's**
26:20
**move** 35:5 41:19
**much** 28:12 45:14
50:2 51:6,16,16
52:6 64:7,10
**multiple** 71:2

**Myers** 9:12 12:20
77:20
**myself** 62:9

─────────
**N**

**N** 2:1 4:1,1 5:1
**name** 40:4,12
56:9,13 58:7,8
77:21
**names** 12:22
**Nann** 42:6 47:6
**Nathan** 2:4 5:22
**nature** 45:21
**nat@lewinlewi...**
2:11
**near** 48:17
**need** 8:1,4 61:16
**needed** 26:20
**neither** 46:15
64:20 81:10
**never** 14:7 21:18
33:14 34:2,2
42:10 48:7
49:11,19 51:1
52:14,20 59:5
63:1,8,8,17 66:6
78:7
**new** 8:14,15,16,22
13:2
**next** 29:8 45:9
48:12 55:12
**nice** 43:20 49:4
49:18
**night** 22:3 27:12
27:22 28:2
41:22 42:3,6
47:7,10 52:10
52:16 66:1 70:6
78:9
**nine** 60:21
**nonkosher** 77:4
**Northwest** 1:16
2:7 5:15
**Notary** 1:18 81:1
81:21
**noted** 80:6
**nothing** 28:15
48:10,14 50:6,7

79:7
**notice** 7:1
**notices** 8:11
**notwithstanding**
73:21
**number** 4:15 5:4
5:8 6:19
**number-wise**
35:22
**Numerous** 40:3

─────────
**O**

**O** 4:1 5:1
**object** 63:14
**Objection** 16:21
26:8,17 32:9
34:8 62:22 63:6
66:19 71:13
72:13 75:1
76:11
**obligated** 73:19
**observance** 72:5
73:9,14 75:20
76:1,2,2,6
**observe** 27:11
69:5,7
**observed** 28:20
69:19 78:15
**observing** 78:11
78:18
**obviously** 30:3
31:7
**occasionally**
28:13 78:6
**occasions** 66:12
**occur** 24:13
**occurred** 63:1,4,8
**octopus** 38:1 40:1
40:9,10
**odd** 43:10,14
44:10,18
**off** 18:13 31:15
33:1 37:9 79:12
**offending** 34:6
35:11
**offhanded** 78:8
**office** 5:14
**officer** 81:2

**offices** 1:15
**officiator** 53:13
**oh** 35:16
**okay** 7:4,17 8:3
9:13,15 11:7,11
11:17,22 12:9
13:1,5,19 14:9
14:19 15:10,22
18:9 19:5,15
20:8 21:5 25:13
28:19 29:10
30:2,14 31:10
32:6 33:5,12
34:21 35:21
38:21 39:7 41:6
41:10,15 43:3
44:4 45:12 47:4
47:9 49:20 50:2
50:10,14,21
53:13 55:13
56:18 58:17,20
68:14,17,22
69:4,10,21 70:5
70:21 71:4,19
72:1,22 73:3,11
73:17 74:19
76:1,22 77:6
78:10 79:9
**once** 10:6,8 35:17
**one** 5:4 8:4 10:1
12:21 23:20
26:19 28:5,8
34:11 38:4
45:12 49:2 51:5
61:1 64:20
68:12 72:7,17
74:21 77:17
78:4,9 79:11
**ones** 36:6,7,11
**only** 9:21 18:17
18:19 36:6,11
36:12,19 38:7
39:7 41:16 49:1
56:14 58:15
68:12 69:11
70:2 76:19
**onto** 10:2 29:15
30:13 31:9

**operator** 5:10
**opposed** 49:16
**order** 74:20 75:4
75:6
**orders** 49:17
**other** 8:5 9:4 10:3
11:1 15:20 16:1
20:10 26:10
27:16 29:1 30:9
30:19,20 31:5
31:13 34:1
36:19 38:21
39:4,17 45:7,13
45:21 47:4,5
56:19,21 61:10
61:20 63:18
64:7,10 69:4,15
76:22
**others** 9:8 18:7
69:5
**otherwise** 41:20
47:6 77:3 81:16
**out** 15:9 18:5
21:15 22:2,5,6
22:18 30:21
39:19,20 40:16
47:17 49:16
54:13 61:22
62:13 73:11
76:17 77:1,2,7
77:11
**outcome** 81:16
**outside** 48:1,2
**over** 18:2 21:22
22:1 28:11,14
33:17,20 46:6
46:19,19 51:12
52:11,13 53:1
**overlap** 72:1
**overtly** 67:14
**own** 29:18 58:15
75:20 76:5
**O'Melveny** 9:12
9:16,18,20
12:20 77:20
**O'Sullivan** 12:14
12:17,18,19

─────────
**P**

**P** 2:1,1 5:1
**page** 4:13 45:8,15
**pages** 1:8 80:1
**pain** 62:20
**paperwork** 68:9
**parents** 10:17
24:2 41:9 51:9
51:21 57:11
66:6,8,14 67:7,8
67:18
**parent's** 53:11
**part** 9:17 10:9
11:4 18:8 46:22
**participated**
13:13 14:7
**particular** 13:6
70:13 78:11
**parties** 67:13
81:12,15
**parts** 57:17
**party** 15:5 16:10
17:10 18:19
26:12 29:21
31:14,15,18
32:1,16 35:10
49:21 64:14
**Patack** 67:18
**Paula** 1:17 81:2
81:21
**people** 9:20 10:1
20:6,7 25:2 27:4
27:17 30:9,19
30:21 31:22
32:2,4,16 33:6
33:21 35:17
37:22 40:3,15
51:15 66:22
67:1 69:15 71:1
71:2 72:4 75:3
**peoples** 31:5
**perceived** 25:18
**percent** 38:17
**percentage-wise**
35:22
**period** 18:14 55:6
55:8
**permanently**

89



31:21
person 35:2 51:5 74:21 76:5
personal 8:14 10:2 41:2 54:17
personally 27:11 42:2,9 52:1 53:3 65:2
person's 72:7 77:21
perspective 43:22
photographs 8:5
physically 29:14 29:14 31:7
picked 42:20
Pickering 3:2 5:11
piece 51:5 52:4,5 78:4,6
pieces 29:15 30:12 34:13,14 40:18 41:16 56:7 70:14
pig 24:16 77:13 78:1,16,20
Pinilis 77:22
pinpoint 25:13
place 5:14 47:14 47:16
PLAINTIFF 2:3
Plaintiffs 1:5 6:2
planner 15:1 31:1
planning 51:7 71:15
plate 30:13 32:19 33:2 34:12 40:20 42:13,13 42:14,21 43:2 47:4
plates 29:15 31:9 31:12,16
platter 14:18 20:20
please 5:17 6:4 60:4 61:3
point 7:22 13:20 18:20 19:3 22:8 22:13 25:1,18

26:6 27:4 39:11 77:17 78:4
pork 24:6 73:2 77:13,16 78:8
positive 22:11
possession 9:9 10:22
possible 21:4
possibly 20:21
predicted 27:8
PRESENT 3:1
presumably 29:2
presume 32:2
pretty 16:13 35:14 37:17 38:4,6 45:14 50:2
previously 17:19
prior 8:1 9:22 16:2 48:21
private 11:20
probably 21:20 65:5
problem 14:12,14 16:1 20:11 34:19 39:9 59:14 74:5
problems 63:21
procedure 7:12 16:13
proceeding 81:5
proceedings 81:3 81:9,12
process 24:21 26:11
processed 29:21
produced 8:9,20 9:1 11:3,6 68:10
producing 11:14 11:15
products 77:13 78:2,17,20
professional 1:18 61:7,7,9 63:5
promise 61:14
prove 62:16
prying 61:13
psychologist 63:9

Public 1:19 81:1 81:21
purpose 43:1
purposes 22:16
put 9:3 31:8 65:4 67:2
putting 29:15 30:13 32:18 51:16
P-I-N-I-L-I-S 77:22
P.C 2:17
p.m 1:15 5:9 79:12,13

_____

**Q**

question 9:19 16:3,17 34:9 37:1 39:2 45:3 45:10 70:22 74:6
questioned 78:5 78:22
questions 14:6 62:6 80:5,7
quickly 19:6,22

_____

**R**

R 2:1 5:1
Rabbi 18:12 53:2 53:9,11,17,21 55:14 56:21 59:3,9,13 60:13 60:22 61:9,17 63:16
rabbinical 75:5,8 75:10
raised 23:5 27:3
reaction 25:12 31:7
reactions 26:21 26:22 27:5,7,12 27:14,15,18,22
read 54:14 56:7 56:14,16 57:17 58:3 68:19 71:10,16 80:1
Reading 79:16
realization 25:19

realized 19:6 22:13 23:7 49:7
realizing 19:21
really 12:20 18:19 18:22 19:13 20:3,5 22:20 23:22 34:4 38:7 46:18 48:17 55:17 58:1 60:6 61:21 63:7 64:3 65:3,5 67:7
realms 22:14
reason 9:21 11:15 17:7 23:22 53:21 65:1
reasons 23:11,20
Rebecca 1:10,13 4:3,13,15 5:4 6:7,17,19 74:13
recall 7:14,16 20:9 21:3,8 28:7 29:5,10,12 35:8 35:13,19 37:19 39:6 45:4 46:2 68:5 71:1
received 57:8 68:2
reception 14:21 15:6 17:12 22:10,12,15 23:1 25:16 28:11 62:21 64:4
recognize 75:18
recognized 21:19 21:21
recollection 26:5
recommend 56:3
recommended 56:6,13
recommending 56:22
record 10:3 79:12 81:9
recorded 80:5,8
redo 46:10
reduced 81:7
referenced 44:12

61:1
refresh 26:4
regard 38:18
Regardless 70:21
Registered 1:18
Rein 1:16 5:14
relate 11:12
related 9:6 10:17 81:11
relates 14:11 76:8
relating 10:15 63:12
relationship 23:7 53:3
relative 81:14
relay 27:4,21
relayed 25:11 27:17
religious 76:2
remember 15:21 20:10,14 25:5 28:8 30:22 35:1 37:21,22 38:2 40:6,12,14,20 42:16,18 48:11 56:9,12 58:6,8,9 58:17 59:19 60:7,12 62:7 66:3 69:22 70:2 70:13,16 71:16
removal 39:16
remove 31:8
removed 24:22 29:16 31:21 35:12,18,20 39:14,19
removing 30:12
repeat 7:13
repercussions 52:11,12 53:1
replaced 39:17
replacement 41:12
reporter 1:18 6:4
Reporting 5:11
represent 5:18
representing 6:1
requested 9:22

Case 1:05-cv-01717-RJL    VIDEOTAPED DEPOSITION OF REBECCA BARON    Document 54-6    Filed 10/30/2006    Page 30 of 33
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

90



11:13
require 73:13
  75:9
required 73:10
requires 75:5,7
research 55:18
reserved 68:11
respect 14:6 46:4
  46:13 52:18,19
  58:16
respective 64:19
responded 21:8,9
  21:9,10
response 8:10
responsible 48:18
  52:1
rest 29:21
restaurant 77:4
restaurants 76:20
restriction 78:12
restrictions 78:16
  78:19
restroom 47:18
result 61:10 62:21
  63:21
resulting 63:21
retained 4:17
reveling 44:16
Rich 41:1
Ridgewells 1:7
  5:6,21 41:21
  60:16,18 73:18
right 25:20,22
  36:1 37:5 42:5
  42:20 48:10,15
  50:8 53:14 59:6
  59:16 74:5
  75:14
roasting 24:16
Rockville 2:19
rolls 34:13,14
  41:11
ROM 8:13
room 14:20 16:4
  17:14,22 18:3,7
  18:10,11,12,18
  20:4 24:17
  46:11 49:21

68:12
rooms 68:12
rose 73:9
round 39:22
ruin 22:7
ruined 22:15 23:1
  25:16 26:12
  48:6
rules 23:15 76:3,6
running 49:6,9
Russell 77:22

_____ S _____

S 2:1 4:1,11 5:1
sacred 43:17
  44:15
safe 35:17
sake 35:4
salad 42:12,13,14
  47:4
salmon 69:2 70:7
same 18:11 24:17
  45:8,14 46:13
  80:4,6
Samuels 37:17
  38:11,22
Sarah 47:19,19
sat 7:4 28:9
Satkin 1:17 81:2
  81:21
saw 27:18 29:13
  29:20 30:1,4,10
  33:14 34:2,3
  35:15,17 36:1
  38:14,15 39:1
  40:16 47:22
  58:6 60:13 78:4
saying 9:7 10:12
  21:10 35:2,19
  50:14,15
school 12:1 62:4,5
Schwaber 2:14
  4:5 5:19,19 6:15
  6:21 15:18 17:2
  17:17 26:9 27:6
  32:22 34:17
  44:3 54:4,16
  63:3,10,19 67:4

71:18 72:21
  75:12 76:14
  79:7
Scott 3:2,3 5:10
screwed 48:13
search 58:20,22
searched 58:5
searching 62:13
Seasons 10:8,14
second 14:15 15:7
  19:2 39:22
  54:11
see 10:9 20:6,7
  30:5 33:10,13
  33:15 36:18
  37:3 44:5 51:8
  56:3 63:9
seeing 25:12
seek 63:4
seemed 16:15
  31:18 44:18
  45:17 46:8 47:3
  49:4,5,8,12,18
seen 7:2 15:15
  25:3,6,8 26:7,10
  26:15 66:2
senior 62:3,5
sense 50:15 52:19
  58:10 66:2 77:1
  77:11
sent 16:19
sentence 48:12
separate 22:9
  48:21 73:11
separated 52:17
September 12:18
serious 54:13
  60:5,7
serve 39:21
served 14:12 42:1
  69:2 72:10,11
  72:18,18,19
  73:1
server 9:18
serving 24:9,10
  73:21
set 23:15
setting 46:12

severely 67:9
severity 61:3
Shapiro 12:13
share 45:22
shared 46:5,13
sheet 80:6
shellfish 20:20
  24:7,9,11,19,22
  25:12 26:10
  36:10,11,13
  37:12 39:3,4,13
  39:16,17 41:13
  42:1,4,8 51:5
  52:5 72:10 73:2
  77:3 79:3
shelves 58:5
she'll 28:13
shit 35:16
short 7:21
show 6:17 49:6,9
  67:15
shrimp 14:17
  26:19 29:13,15
  30:5,7,10,12
  31:3,8,15,20
  32:1,3,7,18
  33:10 35:10,15
  35:18 36:1 37:8
  39:18,22 77:16
  78:1,5,6,22
side 34:1
Siegel 1:4 5:5
signature 79:16
  80:14
signed 17:14,19
  17:21
similar 67:10
similarly 36:3
since 12:7 13:9
  15:15 23:3,4
  59:9 65:10 66:9
sister 24:4 25:8
  26:7 47:18 66:5
sister-in-law
  27:13,20 28:3,6
  28:9,11 29:12
  30:10 37:8
  65:14,17

sister-in-law's
  26:21
sitting 30:11
  40:11
situation 47:21
  59:18 61:4
situations 66:22
six 13:3 68:11
skewer 70:15
slightly 44:10
small 34:12 41:16
social 61:9
some 10:13 16:11
  17:11 18:14
  25:1 27:4 32:20
  41:11 43:3 46:5
  55:18 59:20
  68:9 76:16
  78:15,19 79:1,5
somebody 31:3
  37:3 51:6 77:19
someone 15:5
  19:1,13 35:15
  37:2,6,19 40:19
  57:12 59:21
  60:8 78:3
something 20:21
  21:14 23:13
  24:12,13 35:3,4
  51:6 56:4 57:7
  58:3,4 60:3,6,7
  61:4 62:9,14
  65:7 67:1 74:7
  74:21 75:4
Sometimes 14:5
somewhere 9:18
  56:10
son's 24:10,11
soon 26:18 33:20
sophisticated
  55:21
sorry 16:3 35:11
  50:19
sort 15:4 16:15
  18:16 22:12,13
  22:16 24:11
  27:1 33:19 34:3
  35:4,5 36:19

Case 1:05-cv-01717-RJL   Document 54-6   Filed 08/30/2006   Page 31 of 33
VIDEOTAPED DEPOSITION OF BRUCE SANDERSON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

91



38:7 39:12
41:17 44:11
45:7,21 46:3,8
46:10 47:17,20
49:6,7,17,18
54:13 55:19,21
55:21 57:4,10
57:13,18,20,21
61:21 62:12,16
65:1,21,22 66:4
67:2,9,10,13
**sought** 53:21 59:2
59:5,8 61:6,17
61:21 68:2
**sources** 56:19
**speak** 11:8 29:3
31:5 42:9 47:22
**speaking** 29:6
60:12,19
**specific** 10:8
14:10 36:8
40:14 48:12
66:4 70:22 74:7
76:15
**specifically** 20:13
24:2 29:5 35:19
36:12 37:13,20
38:12,13 40:6
40:13 42:19
46:6,18 48:3,9
55:16 63:20
71:1
**specifics** 20:9
62:8
**spend** 18:4,17
**spending** 43:16
**spent** 17:11 51:7
51:15
**SPERLING** 2:16
**split** 12:13
**spoke** 18:15 29:7
29:8 42:11
65:21
**spoken** 53:17
65:9,20 66:4,6,8
**Staley** 42:3 47:10
**stand** 48:4,17
**standing** 20:4

43:1 60:19,22
**start** 7:11 28:6
47:13
**started** 12:16
16:14 30:21
43:21
**state** 5:18 16:8,19
**statement** 70:10
75:21 76:3
**States** 1:1 5:7
**stations** 33:14,22
34:1,2
**stay** 68:6
**stayed** 68:7,15
**STEIN** 2:16
**stenotype** 81:7
**Sticking** 76:7
**still** 9:18
**stopped** 44:12
55:10
**store** 19:11
**story** 22:12
**straight** 16:9,13
**Street** 1:16 2:7
5:15
**strike** 59:12 68:18
**strongly** 67:12
**stupid** 57:22
**subconsciously**
65:6
**subject** 44:21
53:22 54:2,6,10
54:11 58:13
59:9
**subjects** 20:10
54:6
**Suite** 2:8
**summer** 12:12,13
13:4
**superior** 49:7,8
**supervision** 72:7
75:5,8,10
**supposed** 31:4,19
32:12 43:12,16
43:19 44:14
46:12 51:17
52:7 71:8 72:16
**sure** 8:4 16:13

17:18 36:7
37:17 38:4,6
39:11 69:1
78:13
**surrounded** 34:3
**sushi** 14:17 20:20
26:16,19 27:18
29:4,6 30:6,7,13
31:8 33:15 34:7
34:14 35:11
36:9 39:7,17,20
39:20 40:7
41:11,12 70:14
**swear** 6:4
**sworn** 6:9 81:5
**system** 8:15 9:16

---

**T**

**T** 4:1,1,11
**table** 46:6
**tables** 46:7,10
**take** 7:1 16:12
17:8 18:13,20
19:1 28:5 33:1
40:16 41:18
54:10
**taken** 5:14 7:18
49:10 68:13
81:3,6,13
**taking** 29:14 37:8
43:2 49:17
**talk** 42:6 49:16
51:10,12 56:22
60:16,17 63:2
65:7
**talked** 74:8
**talking** 20:19
32:15 36:9 38:8
44:18 57:19
60:22 62:13
**tape** 5:4 79:11
**taste** 69:5,7
**tasted** 69:19
**teach** 23:14
**tell** 26:20 29:17
54:2 60:17
69:18 70:18
**telling** 16:2 20:11

20:14 28:7 32:8
71:1
**ten** 44:15 51:7
**tension** 64:14
**term** 73:15
**terms** 45:18 47:1
48:12 65:22
73:13
**testified** 6:9 75:17
**testimony** 10:7
25:17 30:16
44:21 45:3
73:12 81:4,6,9
**Thank** 79:8
**their** 24:10,11
25:11 27:5,7,17
27:21 75:20
76:5
**themselves** 5:18
27:21
**thing** 8:4 28:8
56:17
**things** 36:19
49:13 51:11
72:6 73:5
**think** 16:10 18:20
22:8,13 34:15
35:13 44:4,7
45:18,19 46:12
46:15 49:6,14
51:1 53:1 55:17
59:3,12 60:3
61:2 62:3,4,18
65:5,22 67:10
67:13 68:11,12
72:3,7
**though** 52:1
**thought** 21:18
24:21 25:21
26:2,6,11,12,14
44:10 45:17
62:19 79:2
**three** 12:22 34:13
34:13,14 50:1
**through** 7:4,15,16
11:7 22:3 23:11
38:12,19 66:3
**thrown** 31:17

32:14,21 33:9
**time** 5:9 12:14,16
15:14 16:19
17:11 18:4,16
23:4 25:14 28:5
29:6 31:6 33:16
34:4 41:10 48:5
49:2,3,15 51:8
51:16,16 53:16
53:20 55:8
57:19 62:19
69:6 79:8
**timely** 15:4
**times** 46:9
**Toby** 18:13 42:6
42:14 44:22
45:13 47:6 49:8
59:19 69:8
**Toby's** 49:7
**today** 5:10 7:2
40:11 46:3
52:13 53:11
**Today's** 5:8
**together** 18:4
43:16 52:8
**told** 17:6 24:16
27:16 29:13,18
30:6,9,17,19,20
37:18 39:11,18
40:2 47:9 48:2
57:11,21 59:4
60:15,16 62:8
62:11 64:2 71:2
73:5 74:9
**tonight** 48:8 51:3
**totally** 51:18 60:8
**toward** 18:1
**towards** 57:14
**town** 20:7
**trained** 46:21
**transactional**
11:21 12:6
13:11
**transcript** 80:2
**transcription**
80:4,7
**transfer** 8:15 10:1
**transferred** 13:20

VIDEOTAPED DEPOSITION OF GEORGE BASON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

92



traumatic 66:22
67:2
tray 41:11
trays 37:9
treif 72:19 73:1
tried 33:8
trouble 56:2
true 80:4,6 81:9
trust 73:12
try 29:2 55:18
56:11
trying 30:22 31:1
31:15 32:1,6
50:18
Tuesday 1:14
turned 42:20
two 12:9 41:4,16
50:1 52:7 64:14
64:15 70:14
twofold 45:3
type 56:2 59:20
typewriting 81:8

**U**
Uh-huh 50:4
54:18,21 62:12
uncomfortable
44:11
under 81:8
understand 9:7
10:4,6,18 22:9
25:16 30:15
48:7 51:2 55:9
59:17 60:5 70:6
71:12,14 73:3
73:12 78:14
understanding
30:3,4,8 50:10
71:20 73:15
74:2,20 75:3
78:21 79:4
understood 14:21
37:2 39:13,21
57:14
unfair 16:17
unfathomable
24:12
unfolding 59:16

United 1:1 5:7
universe 8:9,18
unkosher 23:22
73:6,21,22
74:22 77:2,12
upset 19:22 25:18
28:20,21 66:18
66:21
upsetting 24:14
upstairs 20:18
29:22 30:10
use 73:22
used 20:17 21:2
46:22 77:19
useful 57:17,18
using 20:21

**V**
veil 47:16,21
verbal 47:6
versus 5:6
very 7:21 22:10
23:3 24:2 28:1
32:11,13,14
37:19 43:20
48:2,9 51:14
55:4,20,20 56:1
61:14 64:7,9,18
64:22 67:11
74:7 78:8
video 5:10,13
Videographer 3:2
3:3 5:3 6:3
79:10
Videography
5:12
videotape 8:6,6
videotaped 1:10
1:13
vs 1:6

**W**
waived 79:17
walk 48:3,15
49:20
walked 48:1,16
61:1
walking 25:10
want 7:13 20:2

24:2,3 28:14,17
43:12 54:5
55:20 57:22
58:1 65:3,5
wanted 16:10
17:5,9 18:17
19:6 20:6 32:20
35:5 55:3,4 56:1
64:21
wanting 23:21
Washington 1:11
1:17 2:9 5:16
wasn't 15:3 19:13
19:21 21:20
31:4 32:12 33:3
36:17 41:17,17
46:11,22 50:14
50:15 60:8
62:14 64:8,8
waste 48:5
way 18:5 21:15
22:2,6,6,18,19
27:3 46:11 47:1
50:19 67:5
78:11
wedding 8:7,16
8:19 9:2,6,17,21
10:15,17,20
11:1,5 14:13,22
16:5 24:10,11
27:22 28:3
29:21 31:1,14
31:15,18,19,22
32:16 36:13
37:12 39:4,8
41:22 42:4,7
43:18 46:17,20
47:7 48:6 49:11
51:8,10,11,13
52:15,20 53:14
53:17 59:5,6,10
59:15 61:11
62:21 63:16
64:4,20 66:5,9
70:17,18 71:3,7
71:9,16,21 72:8
72:12,15,17,20
73:4,6,9,18,20

74:4,10,14,16
75:7,11
week 61:20
weeks 13:3
well 12:11 23:8
34:10 43:15
44:4,7 45:16
went 7:14,16 16:8
16:13 17:13
18:3 19:2,3
23:11 29:22
35:9 47:17 57:2
were 7:8 10:6,8
10:14,15,19
11:3 13:5 14:20
18:3,7 19:5,15
19:19 20:5,6
22:2,17 23:7,16
26:21,22 27:5,7
27:18,22 28:21
30:16 31:3,15
32:1,2,2,4,4,6,8
33:21,22 34:21
36:8 37:7 38:10
43:4,12,16,16
43:18,19 44:14
44:15 45:6,7
46:6,9,9 47:19
47:20 49:11,13
49:15 52:8
54:12,22 55:8
55:14,15,16
57:6,11 64:18
67:8 72:17
73:19 74:11,13
75:15 81:3,13
weren't 9:4 11:4
30:3,16 60:10
West 2:18
we're 21:14 22:5
32:15
we've 63:17
whatsoever 46:16
while 17:9 18:21
20:5,9 21:20
whole 34:3 49:21
56:16 58:12
Wiley 1:15 5:14

willing 23:10,14
wine 28:13 73:21
witness 6:4,8
16:22 26:18
32:10 34:10
54:9 63:1,7,15
66:20 71:14
72:14 75:2
76:12 81:4,6,10
Wohlberg 53:6,7
53:18,22 55:14
56:21 59:3,9,14
60:13,22
Wohlberg's 61:17
woman 49:4,18
women 61:1
wonderful 22:11
word 20:17 46:22
wording 20:16
words 26:11,19
27:16 48:12
50:5,22 75:19
work 11:21 12:7
13:1,11 18:5
77:19 78:9
worked 12:21
worker 61:9
working 14:3
world 22:1
wouldn't 36:3
58:8 78:16
written 19:9
wrong 25:17
wrote 50:22
W-O-H-L-B-E-...
53:6

**X**
X 4:11

**Y**
yeah 37:22 45:11
70:19,20
year 12:16 55:12
years 21:18 54:19
yichud 43:17
60:14
York 13:2
Y-I-C-H-U-D

| | | | | |
|---|---|---|---|---|
| 44:2 | | | | |

**Z**

zero 47:2

**1**

1 4:15 6:18,19
1-70183 1:20
1-81 1:8
1:05CV01717 1:7
  5:8
1:18 1:15 5:9
10 18:18
100 38:17
1776 1:16 5:15
1828 2:7

**2**

2 8:8,21 10:10
2:29 79:12,13
20006 1:17
2001 12:2,19
2002 12:19
20036 2:9
2005 1:12
2006 1:14 5:9
2010 81:18
202 2:10
20850 2:19
25 2:18
250 21:21

**3**

301 2:20
31 81:18
340-2020 2:20

**6**

6 4:5,15

**7**

7 1:12,14 5:9

**8**

828-1000 2:10

**9**

901 2:8