VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

1 (Pages 1 to 4)

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------x

MARK A. SIEGEL, et al.,        :
    Plaintiffs    :
  v.                 : Case No.
RIDGEWELLS, INC.,         : 1:05CV01717
  Defendant/Counter-Plaintiff :

----------------------------x

Videotaped Deposition of TOBY NANN SILBERSTEIN
Washington, D.C.
Tuesday, April 4, 2006
9:39 a.m.

Job No. 1-74839
Pages 1 - 226
Reported By: Jacquelyn C. Jarboe, R.P.R.

---

**Page 2**

Videotaped Deposition of TOBY NANN SILBERSTEIN, held at the law offices of:

Cozen O'Connor
1667 K Street, Northwest
Suite 500
Washington, D.C. 20006
(202) 912-4800

Pursuant to notice, before Jacquelyn C. Jarboe, Registered Professional Reporter and Notary Public in and for the District of Columbia.

---

**Page 3**

APPEARANCES

ON BEHALF OF THE PLAINTIFFS:
  NATHAN LEWIN, ESQUIRE
  ALYZA D. LEWIN, ESQUIRE
  Lewin & Lewin, LLP
  Suite 901
  1828 L Street, Northwest
  Washington, D.C. 20036
  (202) 828-1000

ON BEHALF OF THE DEFENDANT/COUNTER-PLAINTIFF:
  JEFF SCHWABER, ESQUIRE
  IVONNE CORSINO-LINDLEY, ESQUIRE
  Stein, Sperling, Bennett, De Jong,
  Driscoll & Greenfeig, P.C.
  25 West Middle Lane
  Rockville, Maryland 20850
  (301) 340-2020

ALSO PRESENT:
  JUDITH SIEGEL
  CALI DAY, Videographer

---

**Page 4**

CONTENTS

EXAMINATION OF TOBY NANN SILBERSTEIN   PAGE
  By Mr. Lewin   9
  By Mr. Schwaber   208
  By Mr. Lewin   213
  By Mr. Schwaber   215
  By Mr. Lewin   216

EXHIBITS
(Attached to the Original Transcript)

NANN EXHIBIT   PAGE
1  Plaintiffs' Notice of Intention to Take Oral Deposition Duces Tecum of Toby Nann   10
2  Pay sheets from Metropolitan Kashrus Association from 2004 and 2005   27
3  Ridgewells' Answers to Interrogatories   42
4  Handwritten notes (Ridgewells 0360)   49
5  Menu (000085-000092)   60
6  Menu (Ridgewells 0001-0009)   68
7  Menu Packing List (Ridgewells 0242-0247)   74 & 76
8  Handwritten notes (Ridgewells 0356)   88

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

6 (Pages 21 to 24)

### Page 21

1  nonkosher foods?
2  A  Yes.
3  Q  Does that include food such as pork or
4  shrimp?
5  A  No.
6  Q  You don't eat pork?
7  A  No.
8  Q  Do you eat shrimp?
9  A  I've tried it.
10  Q  You don't eat -- do you not eat it out of
11  religious conviction?
12  A  No.
13  Q  No. Do you not eat pork out of religious
14  conviction?
15  A  Yes.
16  Q  Now, in terms of your service at Ohr Kodesh,
17  you said you handle the catering there? Just describe
18  for me, what did you do with Ohr Kodesh?
19  A  I did the Saturday kiddushes.
20  Q  The Saturday what?
21  A  Kiddushes.
22  Q  Kiddush, K-I-D-D-U-S-H.

### Page 22

1  A  Mm-hmm.
2  Q  That's the little event that's held after
3  services on the Sabbath?
4  A  Yes.
5  Q  So you handle providing the food for that;
6  is that correct?
7  A  Yes.
8  Q  Did you handle any of the religious aspects
9  of the food preparation or presentation?
10  A  Yeah. Yes.
11  Q  In what sense?
12  A  Everything was kosher.
13  Q  You made sure that everything was kosher?
14  A  Everything that was brought into the
15  synagogue was kosher. There is -- the synagogue has
16  on staff a mashgiach.
17  Q  M-A-S-H-G-I-A-C-H is on staff?
18  A  Is on staff, and is there whenever anybody
19  uses the kitchen.
20  Q  Did you also serve as a mashgiach in any way
21  at Ohr Kodesh?
22  A  No.

### Page 23

1  Q  Did you ever represent to anybody that you
2  were a mashgiach at Ohr Kodesh?
3  A  No.
4  Q  You did not tell that to the Siegels --
5  A  No.
6  Q  When you spoke to Mr. Siegel or to
7  Mrs. Siegel?
8  A  No.
9  Q  Did you in discussions with the Siegels ever
10  say anything that would lead them to believe from your
11  statement as you understood it that you had served as
12  a mashgiach at Ohr Kodesh?
13     MR. SCHWABER:  Objection.
14  A  No.
15  BY MR. LEWIN:
16  Q  What did you tell them about your experience
17  at Ohr Kodesh?
18  A  That I was the in-house caterer.
19  Q  And did you tell them that you knew what
20  kind of food was kosher and what was not kosher?
21  A  Yes.
22  Q  Did you tell them that you were married on

### Page 24

1  Long Island? Were you, in fact, married on Long
2  Island?
3  A  Yes.
4  Q  Did you represent to them that from living
5  on Long Island and getting married on Long Island you
6  knew what was kosher and what was not kosher?
7  A  No.
8  Q  What did you say about getting married on
9  Long Island?
10  A  I was married on Long Island.
11  Q  Did you tell that to the Siegels?
12     MR. SCHWABER:  Objection.
13  A  I don't remember.
14  BY MR. LEWIN:
15  Q  What to your recollection did you tell them
16  about your knowledge of what food was kosher and what
17  was not kosher?
18  A  Well, I would have told them that I was a
19  mashgiach and that I did the events at Ohr Kodesh.
20  Q  So you would have told them that you were a
21  mashgiach?
22  A  Yes.

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

7 (Pages 25 to 28)

Page 25

1  Q  Where were you a mashgiach?
2  A  In Washington, in this area.
3  Q  Where?
4  A  I don't understand the question.
5  Q  Where were you a mashgiach?
6  A  Oh, at different synagogues whenever I was
7  hired by the group that I do mashgiach work for.
8  Q  What group do you for mashgiach work for?
9  A  Metropolitan Kashruth Association.
10 Q  And you served as a mashgiach for the
11 Metropolitan -- could you spell Metropolitan --
12 A  Kashruth.
13 Q  K-A-S-H-R-U-T-H Association?
14 A  Right.
15 Q  And you served as a mashgiach for them; is
16 that correct?
17 A  Yes.
18 Q  And what did you do as a mashgiach?
19    MR. SCHWABER: Objection.
20 A  I oversaw the end product of preparation for
21 an event.
22 BY MR. LEWIN:

Page 26

1  Q  You say the end product of preparation?
2  A  That's correct.
3  Q  What does that mean?
4  A  I was not there. Most places cook during
5  the week. I work during the week, so I was not there
6  while the food was being prepared. I would come in
7  either a Friday night or a Saturday when the food has
8  already been prepared, is on-site, is all wrapped and
9  sealed.
10    I would make sure that the seals were still
11 sealed, that nobody had brought in any other outside
12 food, that the food was going to be prepared in the
13 manner that the synagogue wanted it prepared.
14 Q  Did that require you to have any familiarity
15 with any religious rules regarding dietary observances
16 of Kashruth, K-A-S-H-R-U-T-H?
17 A  Yes.
18 Q  What? What did you have to know to --
19 A  Well, what's kosher, what's not, dietary
20 rules about mixing milk with meat, and foods that were
21 not allowed.
22 Q  As I understood you to say, everything was

Page 27

1  wrapped when it came to the synagogue?
2  A  When I got to the synagogue, everything was
3  wrapped and taped.
4  Q  Where at?
5  A  The food was prepared at a synagogue and
6  served at a synagogue.
7  Q  So what did this knowledge of religious
8  laws, how did that knowledge of religious laws affect
9  what you did on those occasions?
10 A  There are milk kitchens and meat kitchens.
11 Sometimes it's the same kitchen that's been koshered,
12 and covering is put on tables. Needed to make sure
13 that no one was going into the wrong refrigerator or
14 have anything in their possession that would then make
15 the meal not kosher.
16 Q  And you told the Siegels that you had
17 performed this function in the Washington area?
18 A  Yes.
19 Q  Let me show you what Mr. Schwaber has
20 provided me today and have it marked as Nann Exhibit
21 Number 2.
22    (Nann Exhibit 2 was marked for

Page 28

1  identification and was attached to the original
2  transcript.)
3  BY MR. LEWIN:
4  Q  Nann Exhibit -- could you identify for us
5  what Nann Exhibit Number 2 is?
6  A  These are the last two years of my -- I'll
7  call it a pay sheet from the events that I had done
8  for Metropolitan K.
9  Q  When you say the last two years, are
10 there -- do you have pages from the years before 2004?
11 A  Yes, I do.
12 Q  But you only produced those that relate to
13 2004 and 2005; is that correct?
14 A  That is correct. I had left this folder at
15 the office.
16 Q  By "this folder" you mean Exhibit Number 1.
17 A  This exhibit at the office. And all I could
18 remember last night was the date of June 2004 to
19 May 2005.
20 Q  But you have similar pages at home for
21 earlier years?
22 A  Yes.

Page 29

1  Q  Okay, I'd ask your counsel -- I'd ask your
2  counsel to please produce that.
3  A  Sure.
4  Q  -- for us.
5     Now, on the page listed for 2004, you have
6  events all at B'nai Tzedek -- I'm sorry, the first one
7  at B'nai Tzedek, B-apostrophe-N-A-I Tzedek,
8  T-Z-E-D-E-K, Synagogue, is that a synagogue?
9  A  Yes, it is.
10 Q  And that was a Sue Fisher event that you
11 were a mashgiach at?
12 A  Yes.
13 Q  And the others are all at B'nai,
14 B-apostrophe-N-A-I, Israel; is that correct?
15 A  Yes.
16 Q  And you were a mashgiach at those events,
17 all at the synagogue; is that correct?
18 A  Yes.
19 Q  And next to the name of the synagogue on the
20 first line for the 20th of March appears Shul,
21 S-H-U-L.  What does that mean?
22 A  That was, I was a mashgiach for the

Page 30

1  synagogue.
2  Q  And after that, the next line has Z & Gold.
3  What is that?
4  A  Zeffert & Gold.
5  Q  Who are they?
6  A  They're caterers from Baltimore.
7  Q  And the next four lines are apparently
8  Lucks, L-U-C-K-S.  What is that?
9  A  Diane Lucks.  She's a caterer.
10 Q  Located where?
11 A  In Rockville.
12 Q  And she caters kosher events?
13 A  Yes.
14 Q  Now, you met with the Siegels in late 2004
15 for the first time; is that correct?
16 A  Yes.
17 Q  And you told them in the course of that
18 conversation that you had been a mashgiach?
19 A  Yes.
20 Q  Could you just as best as you recall tell us
21 the context of that discussion, how that came up.
22 A  We were discussing their daughter's wedding,

Page 31

1  and they had let me know that, I guess, their in-laws
2  to be had kept kosher and that they were -- they had
3  done a tasting that evening of various little odds and
4  ends while we went over a menu that would be a kosher
5  style menu.
6  Q  Did you prepare food for that tasting?
7  A  Yes.
8  Q  Did you prepare only foods that could be
9  kosher?
10 A  I would say kosherized.
11 Q  What do you mean by that?
12 A  Food that is kosher has to be made under
13 kosher supervision, kosher food, have labels,
14 et cetera.  Our kitchen is not a kosher kitchen.  We
15 do kosher style, we do -- kosherizing would be that we
16 would not mix milk with meat, and in this case they
17 had asked if we would be able to use kosher meat.  And
18 I said yes, we could use kosher meat, but that they
19 had to understand, it's being made in a nonkosher
20 kitchen.  That we can keep the milk and the meat
21 separate, but it is not a kosher kitchen.  And they
22 said that was okay.

Page 32

1  Q  Now, you had prepared these foods for the
2  tasting; is that correct?
3  A  Yes.
4  Q  Do you remember when this meeting took
5  place, do you have any -- does your calendar show when
6  the meeting would have taken place?
7  A  Probably not.  It was a weeknight after
8  working hours.
9  Q  What did you do to prepare for that meeting
10 with the Siegels?
11 A  I just chose several different hors
12 d'oeuvres that were either vegetarian or that I
13 know -- were vegetarian, wouldn't have any dairy in
14 them, and would probably have an O-U in it, because of
15 the product itself.
16 Q  O-U, being a kosher supervision of some
17 kind?
18 A  Yes.
19 Q  Who did you talk to about the preparations
20 for that meeting with the Siegels, who at Ridgewells
21 did you talk to?
22 A  No one.

Page 37

1  A  He called in.
2  Q  Did he ask -- did he know your name?
3  A  No.
4  Q  Had you ever met him before?
5  A  No.
6  Q  Did you know who he was?
7  A  No.
8  Q  If somebody called into Ridgewells and asked for the kosher division, did you -- were they sent to you?
11 A  There are several people that they would be sent to.
13 Q  Who are they?
14 A  Eileen Feldman.
15 Q  Could you spell that?
16 A  E-I-L-E-E-N  F-E-L-D-M-A-N.
17    Diane Robertson has done kosher events. And --
19 Q  Robertson, R-O-B-E-R-T-S-O-N?
20 A  Yes.
21 Q  Yes.
22 A  And Polly Ernst, E-R-N-S-T.

Page 38

1  Q  And you.
2  A  And myself, yes.
3  Q  So those are four people who people would be sent to if they called in and asked for the kosher division of Ridgewells?
6  A  Yes.
7  Q  And it just so happened that Mr. Siegel was sent to you when he asked for the kosher division?
9  A  Yes.
10    MR. SCHWABER: Objection.
11 A  Yes.
12 BY MR. LEWIN:
13 Q  How about a woman by the name of Julee Staley, S-T-A-L-E-Y?
15 A  Julee was the director of sales.
16 Q  So she was not particularly in charge of any kosher events for Ridgewells, was she?
18 A  Not that I know of.
19 Q  And how about a person by the name of Dina Silnicky?
21 A  Silnicky.
22 Q  Silnicky, S-I-L-N-I-C-K-I?

Page 39

1  A  Y.
2  Q  Y. What about her?
3  A  Dina also did kosher. She no longer works with Ridgewells.
5  Q  So a kosher event was a particularly profitable event for Ridgewells, with a 40-percent markup; is that correct?
8    MR. SCHWABER: Objection. This witness can't speak to that.
10 A  I don't know.
11 BY MR. LEWIN:
12 Q  Well, you say you were hired by Ridgewells in 1997?
14 A  Yes.
15 Q  And what's the title of -- the title of your job? What's your job title?
17 A  Today I am an event designer.
18 Q  Event designer.
19 A  Mm-hmm.
20 Q  And what were you when you were hired?
21 A  Wait staff.
22 Q  Pardon? Wait?

Page 40

1  A  Wait staff.
2  Q  W-A-I-T?
3  A  Mm-hmm.
4  Q  Staff?
5  A  Mm-hmm.
6  Q  What is wait staff?
7  A  I worked on the outside. I would be the -- I would be the one in the tuxedo working at a position.
10 Q  Oh, I see.
11    Now, did you know from your experience as a mashgiach or from being at Ohr Kodesh that Ridgewells caterers was described to synagogues in the Washington area as being able to provide kosher catering for events?
16 A  Prior to my joining Ridgewells, I had no knowledge of the caterer.
18 Q  You didn't know of Ridgewells at all before you joined it?
20 A  No.
21 Q  So during the time that -- let's see.
22    During the time you were -- when were you

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

19 (Pages 73 to 76)

Page 73

1 reception or dinner?
2   A   I knew -- I knew that this was going to be a
3 kosher-style event, and I chose the menu so that there
4 wouldn't be any problems or issues.
5       The sushi was subbed out, and the executive
6 chef and myself talked about the event beforehand, and
7 for my own personal -- my own personal religious
8 eating, when he said that there was shrimp on the
9 sushi, I would not -- I said, how could it be, because
10 shrimp obviously is not kosher.
11   Q   Did you represent to the Siegels in the
12 course of the discussions with them that there would
13 be no shrimp at the reception or dinner?
14   A   That I don't know.
15   Q   As you understood the rules for the event,
16 did you understand that there was to be no shrimp at
17 the event?
18   A   I can speculate that I would -- I
19 would -- when doing a kosher-style event, there
20 shouldn't -- well, that there should not -- people's
21 own preferences would be if it was or if it wasn't.
22   Q   Apart from people's own preferences, with

Page 74

1 regard to this event, did you know that there was to
2 be no shrimp at the event?
3   A   I would assume, yes, that there should be no
4 shrimp.
5   Q   Let me show you what I'll mark as Nann
6 Exhibit 7, I guess it is.
7       (Nann Exhibit 7 was marked for
8 identification and was attached to the original
9 transcript.)
10 BY MR. LEWIN:
11   Q   Showing you Exhibit 7, what's called a Menu
12 Packing List, is that a form that you complete for
13 events that you're involved with?
14   A   This form is generated from the contract
15 form.
16   Q   You mean from that menu form that --
17   A   Yes.
18   Q   I see. You mean all these little things,
19 these little notes that are on there about kosher
20 meat, kosher chicken, that all appears on the
21 contract, on that menu form that you prepared?
22   A   What happens is when you put an item in the

Page 75

1 system, you can pull out different types of reports
2 from that. When you first go to start an event, you
3 have a screen with fill in the blanks, and you fill in
4 the type of food, the quantities. Then you have
5 equipment notes which here would correlate with
6 production notes. And then you have -- the equipment
7 notes will tell you how it should go, food needs to go
8 in aluminum, food needs to go on ceramic, glass,
9 however. The production notes are what, if any,
10 different needs to happen with that food.
11   Q   Now, it says under there "cho cho beef
12 skewers," that's the third line, "aluminum-kosher
13 meat."
14   A   Right.
15   Q   You put that in?
16   A   I put that in.
17   Q   All right, a couple lines down it says
18 "aluminum-kosher chicken," did you put that in?
19   A   Yes.
20   Q   All right. Then it says a couple lines
21 down, "no cheese-sauteed onions." Did you put that
22 in?

Page 76

1   A   Yes.
2   Q   All right. Under that it says, "No
3 cheese-margarine," where it says "smoked salmon
4 canape, no cheese-margarine." Did you put that in?
5   A   Yes.
6   Q   All right. On the next page it says -- I'm
7 sorry, I gave you a copy that I had annotated.
8       (Nann Exhibit 7 was remarked for
9 identification and was attached to the original
10 transcript.)
11 BY MR. LEWIN:
12   Q   On the next page it says, "Sushi assorted
13 rolls," and it says "no pork." Did you put that in?
14   A   Yes.
15   Q   You didn't put in "no shrimp"?
16   A   No.
17   Q   But on the page that's Ridgewells 244, page
18 3, under pad thai noodles, which is halfway down that
19 page, it says "no shrimp, no shrimp." Did you put
20 that in?
21   A   Yes.
22   Q   So you knew, this is -- let's go back to the

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

20 (Pages 77 to 80)

### Page 77

1  first page. This is prepared just before the event,
2  3-31-2005, is that right, the date on the very top in
3  the upper left-hand corner?
4    A  This was -- yes.
5    Q  So it was March 31st, 2005?
6    A  Yes.
7    Q  So you knew that there was not to be any
8  shrimp at the Siegel wedding event?
9       MR. SCHWABER: Objection. Asked and
10  answered. You can try again.
11    A  Yeah.
12  BY MR. LEWIN:
13    Q  But you didn't tell -- you didn't put that
14  down as the instruction with regard to the sushi, did
15  you?
16    A  No.
17       MR. LEWIN: Okay, let's take -- you want to
18  take a break?
19       MR. SCHWABER: Yes.
20       THE VIDEOGRAPHER: This marks the end of
21  tape 1 of the deposition. We are going off the
22  record. The time is 11:08 a.m.

### Page 78

1       (A brief recess was taken.)
2       THE VIDEOGRAPHER: This marks the beginning
3  of tape 2 in the deposition of Ms. Silberstein. We're
4  back on the record. The time is 11:21 a.m.
5  BY MR. LEWIN:
6    Q  Ms. Nann, at the wedding reception itself,
7  you got to the point where you told us that you got to
8  the table and there was a big crowd there. Now, what
9  did you do next?
10    A  I fought my way through and saw, in fact,
11  that there was shrimp on the sushi, and we removed the
12  platter as quickly as we could.
13    Q  How did you know there was shrimp on the
14  sushi?
15    A  Shrimp is very noticeable, you can tell what
16  it looks like.
17    Q  So did you call for help to remove the
18  platters or did you do it yourself, the sushi
19  platters?
20    A  I removed them. There probably was somebody
21  else there to help, maybe a staff person.
22    Q  And did you replace those platters with

### Page 79

1  anything else?
2    A  We brought those platters down to the
3  kitchen --
4    Q  Did you personally accompany the platters
5  down to the kitchen?
6    A  Yes. We brought the platters down to the
7  kitchen, and --
8    Q  The kitchen was in the basement of the --
9    A  The kitchen is in -- three stories down.
10       We brought them down to the kitchen, picked
11  off whatever was left of the shrimp. There was
12  another whole tray getting ready to go out, and we
13  picked off all of the shrimp from there. And anything
14  that I didn't -- I didn't recognize or Julee Staley
15  didn't recognize as just tuna or -- or salmon,
16  anything -- anything that we thought was a
17  questionable item, because neither one of us saw them
18  beforehand, we took off.
19    Q  You say neither one -- first of all,
20  Ms. Staley was there that evening?
21    A  Yes.
22    Q  Who else was there besides the list of, you

### Page 80

1  know, service employees? Any supervisory personnel
2  besides yourself and Ms. Staley?
3       MR. SCHWABER: Are you asking about the
4  wedding generally --
5       MR. LEWIN: Yes.
6       MR. SCHWABER: -- or about the cleanup of
7  the tray?
8  BY MR. LEWIN:
9    Q  No, I'm talking about the wedding generally,
10  who was there that evening?
11    A  Julee was there and myself was there.
12    Q  Anybody else other than, as I said, service
13  personnel?
14    A  No.
15    Q  So Ms. Staley helped in removing the shrimp,
16  is that it?
17    A  Yes.
18    Q  Did you check as to whether there was any
19  other nonkosher fish in any of the sushi?
20    A  Yes.
21    Q  You did check that?
22    A  Yes.

Page 81

```
1    Q   How did you check that?
2        MR. SCHWABER: Objection. Asked and
3    answered.
4    A   We looked at it. If something looked
5    questionable or we didn't know what it was, we took it
6    off.
7   BY MR. LEWIN:
8    Q   Were there things that looked questionable
9    other than the shrimp?
10   A   Yes.
11   Q   What did the other things look like?
12   A   Brown stuff.
13   Q   Did you know that eel or octopus can be used
14   in sushi?
15   A   No.
16   Q   Well, what was the brown stuff?
17   A   I don't know. That's why I took it off.
18   Q   Did somebody at some point, either that
19   evening or later, tell you that the brown stuff was
20   either eel or octopus?
21   A   No.
22   Q   Did anybody make an allegation to you that
```

Page 82

```
1   there was eel or octopus on the sushi platters?
2    A   That evening, no.
3    Q   Any time within the next -- the following
4   few days?
5    A   No.
6    Q   And what did you do with what was left on
7   the platter, after you removed the brown stuff and the
8   shrimp?
9    A   The platters were neatly arranged and put
10  back out.
11   Q   Was there any other conversation that
12  evening with any member of the Siegel family regarding
13  what had happened that evening? With you.
14   A   I don't understand the question.
15   Q   Did you have any other conversation that
16  evening regarding what had happened with any member of
17  the Siegel family?
18       MR. SCHWABER: Including other conversations
19  with Mark Siegel, you're asking?
20       MR. LEWIN: Yes.
21       MR. SCHWABER: Any other conversations
22  beyond the one you've described.
```

Page 83

```
1   BY MR. LEWIN:
2    Q   Any other conversations beyond the one that
3   you've described.
4    A   Yes.
5    Q   What were they?
6    A   At one point Mrs. Siegel came downstairs,
7   highly agitated.
8    Q   Downstairs, you mean to the kitchen?
9    A   Came downstairs to the kitchen, after
10  the -- after we had started serving the main -- the
11  main dinner. We started with the salad and such.
12       And she came down yelling and screaming
13  that -- again, forgive me language -- "the fucking
14  bread baskets hadn't been put on the tables."
15       We had just served -- we had just served the
16  salad, and bread baskets were supposed to go out for
17  salad, and they hadn't gone out. Normally we put
18  bread out for the main meal.
19       We had the challah out on the tables.
20   Q   Challah, C-H-A-L-L-A-H.
21   A   And Judy came down asking for the --
22  the -- you know, "why is the fucking bread baskets not
```

Page 84

```
1   on the tables," they were all just there. She yelled,
2   "Don't you know your job, do I have to come down here
3   and run everything for you? I've worked with
4   Ridgewells a lot in the past, and this isn't the way
5   things are done. You better not use my credit card to
6   charge anything else. And by the way, you ran out of
7   sushi. You promised us that you wouldn't run out of
8   sushi. And I didn't see one hors d'oeuvres being
9   passed, and where were they and what did you do with
10  them?"
11       And, you know, I said, "We ran out of sushi
12  because the band took an additional 20, 25 minutes for
13  setup, so cocktail was extended." Yes, we had to
14  remove certain sushi from it, so instead of having 950
15  pieces they probably had 900. The bread just hadn't
16  made it out yet. And at that point I said, you know,
17  "We'll put it out." So we grabbed the baskets as the
18  people were coming back from the salad, we grabbed the
19  baskets and put them out on the table.
20   Q   You personally put them out on the table?
21   A   Yes, I did.
22   Q   You took the bread baskets and carried them
```

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

22 (Pages 85 to 88)

Page 85

1  up to the floor where the dinner was being held?
2  A  Yes.
3  Q  The bread was supposed to come with
4  margarine; is that correct?
5  A  Yes.
6  Q  And that's on the menu, margarine?
7  A  Yes.
8  Q  Why margarine?
9  A  Because butter's a dairy product, and being
10 kosher-style, I told them that we would not have any
11 dairy products.
12 Q  Was there margarine put out on the tables?
13 A  As far as I know, the margarine was put out.
14 Q  Did you see it?
15 A  I saw the finger bowls with the margarine in
16 them, yes.
17 Q  On the tables?
18 A  I was so busy trying to placate the Siegels,
19 that I never made it up to see what the tables looked
20 like before the guests sat down.
21 Q  From the time that you brought the sushi
22 platter down to the kitchen, did you leave the

Page 86

1  kitchen?
2  A  Yes.
3  Q  When?
4  A  I would have gone back up to the reception.
5  Q  When the second sushi platter was brought
6  up?
7  A  At some point thereafter, yes.
8  Q  Did you make one trip up or more than one
9  trip up to where the reception was?
10 A  I had on my running shoes that evening. I
11 was up and down those steps a million times.
12 Q  And where was Ms. Staley?
13 A  Julee was either in the kitchen or upstairs.
14 Q  Did you see the salmon canapes being served?
15 A  I know that we had the salmon canapes on our
16 menu list. I did not see hors d'oeuvres going out.
17 They were there, there were no more when the reception
18 ended. I can only assume that, yes, they were served.
19 Q  Were you told at some point that there was
20 cream cheese being served with the salmon canapes?
21 A  Yes, I was.
22 Q  When were you told that?

Page 87

1  A  When Mr. Siegel confronted me.
2  Q  What did he say to you? This was the
3  evening of the reception?
4  A  Yes.
5  Q  And what did he say to you?
6  A  "There's fucking cream cheese on the
7  canapes. This is supposed to be no dairy. Our guests
8  were told that there's cream cheese on the canapes."
9  Q  Did he say "our guests were told," or did he
10 say he was told?
11 A  He said -- he said that the guests were
12 told.
13 Q  I see. And did you respond to that?
14 A  I said, "There can't be butter on the, or
15 cream cheese on the canapes, because I know they were
16 made with margarine. The staff -- the staff very
17 rarely knows where they are or what they're serving."
18 And he had then reiterated that he was going to put
19 Ridgewells out of business.
20    MR. LEWIN: Mark this for -- as Nann
21 Exhibit -- what are we up to?
22    THE REPORTER: 8.

Page 88

1    MR. LEWIN: 8.
2    (Nann Exhibit 8 was marked for
3  identification and was attached to the original
4  transcript.)
5  BY MR. LEWIN:
6  Q  I place before you what was produced to us
7  as Ridgewells 356, Exhibit 8. Is that your
8  handwriting?
9  A  Yes.
10 Q  And could you tell us what that is in your
11 handwriting?
12 A  These were complaints that the Siegels had.
13 Q  That they communicated to you?
14 A  Very violently they communicated it to me
15 that evening.
16 Q  And when did you make these notes?
17 A  I made the notes when I went back to the
18 office on Monday.
19 Q  At the very top of that list it says "Salmon
20 canapes." They complained to you about the fact that
21 there was cream cheese on the salmon canapes?
22 A  Allegedly.

Page 121

1   A   Yes, it would have happened before the date
2   of the event.
3   Q   We haven't received any printout of any
4   Events Analysis Report other than those that I placed
5   before you as Exhibits 12, 13, and 14, Ms. Nann. Is
6   it your testimony that there was a printout prior to
7   April 2 in which this event, rather than being called
8   kosher, was called private-social?
9       MR. SCHWABER: You're asking her if she
10  printed it out at any time after changing it?
11  BY MR. LEWIN:
12  Q   Well, I'm asking you, was there a printout
13  prior to April 2, 2005, in which this event in
14  Ridgewells' records as an Event Analysis Report was
15  characterized as private-social rather than being
16  characterized as kosher?
17  A   I wouldn't know.
18  Q   Did you print out any -- is it your
19  recollection that you printed out any Event Analysis
20  Report prior to April 2 in which the event was
21  described as private-social rather than kosher?
22  A   No, since it's a report that I usually don't

Page 122

1   use, I wouldn't repeatedly keep printing it out.
2   Q   I think you testified earlier that this was
3   just sort of another event, except that you liked the
4   Siegels; is that correct? But otherwise, it was just
5   another event for you; is that correct?
6   A   It was another event, yes.
7       MR. LEWIN: Mark that as Nann Exhibit 15.
8       (Nann Exhibit 15 was marked for
9   identification and was attached to the original
10  transcript.)
11  A   Okay.
12  BY MR. LEWIN:
13  Q   There was a meeting more than a week before
14  April 2 between yourself and Julee Staley and various
15  other people at Ridgewells. Humberto, who is
16  Humberto?
17  A   Humberto Campas (phonetic) is the floor
18  supervisor.
19  Q   And who is Gracinda, G-R-A-C-I-N-D-A?
20  A   Gracinda Loro (phonetic) was the kitchen
21  supervisor.
22  Q   And did you ask that there be a special

Page 123

1   meeting set up with Julee and yourself and Umberto and
2   Gracinda more than a week before this event to discuss
3   what had to be done at this event?
4   A   Yes.
5   Q   All right. And there was such a meeting,
6   correct?
7   A   Yes.
8   Q   It took about an hour and a half.
9   A   Yes, it did.
10  Q   And after the meeting, you said in an
11  e-mail, "It is a very special event for me and I know
12  every staff person will put their best foot forward."
13  A   Yes.
14  Q   Was it a very special event for you?
15      MR. SCHWABER: Objection, asked and
16  answered.
17  A   Yes, because I had grown very fond of the
18  family, I wanted to make sure everything was perfect.
19  It was a special event for me.
20  BY MR. LEWIN:
21  Q   What did you tell the people at the staff
22  meeting about the ingredients or the foods that would

Page 124

1   be served at the Siegel wedding?
2   A   Humberto and Gracinda were told that this
3   was a kosher style wedding, that we were actually
4   using kosher meat, and that there would be no dairy
5   products.
6   Q   You knew that there was not supposed to be
7   any shrimp, either?
8       MR. SCHWABER: Objection. Asked and
9   answered.
10      MR. LEWIN: All right.
11  BY MR. LEWIN:
12  Q   Did you?
13  A   Hindsight, yes.
14  Q   Okay. Now you keep calling it a
15  kosher-style wedding. Didn't you call it a semi
16  kosher wedding?
17  A   No.
18  Q   Never used that phrase?
19  A   No.
20  Q   Let me show you what I'll mark as Nann
21  Exhibit 16.
22      (Nann Exhibit 16 was marked for

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

32 (Pages 125 to 128)

**Page 125**

1  identification and was attached to the original
2  transcript.)
3     A   Okay.
4  BY MR. LEWIN:
5     Q   That's Ridgewells 353. That's an e-mail
6  that you sent to David Keener? That was the head
7  chef, is that --
8     A   Yes.
9     Q   And Tony Tucker, who is that?
10    A   Tony is our purchasing agent.
11    Q   And Julee Staley?
12    A   Is my director of sales.
13    Q   And the subject is, "Heads Up for April 2,
14 2005, Semi Kosher Wedding."
15       MR. SCHWABER: Is there a question?
16 BY MR. LEWIN:
17    Q   Did you use the phrase "semi kosher" -- did
18 you write that e-mail?
19    A   I wrote the e-mail.
20    Q   And you called it a semi-kosher wedding?
21    A   I called it at this point a semi-kosher
22 wedding.

**Page 126**

1     Q   Now, the third paragraph there says, "David,
2  this event also has a lot of sushi on it. I know that
3  it requires four days' notice." What did you mean by
4  that?
5     A   We have a four-day notice that you have to
6  order the sushi by.
7     Q   And did you, in fact, order the sushi?
8     A   Yes, I put in a vendor form for it.
9     Q   And did you, in fact -- did you ever tell a
10 vendor that there was not supposed to be any shrimp,
11 eel, or octopus on the sushi platter?
12    A   I don't talk to the vendors, I just give
13 David the vendor form.
14    Q   You fill out the vendor order?
15    A   Yes.
16    Q   And that you do pay attention to, don't you?
17    A   It was the first time I've ever filled one
18 out.
19    Q   It's the first time you'd ever filled out a
20 vendor --
21    A   This is the first time I've ever ordered
22 sushi.

**Page 127**

1       MR. LEWIN: Let's mark that as Nann Exhibit
2  16.
3       MR. SCHWABER: 17.
4       MR. LEWIN: 17, okay, I'm sorry.
5       (Nann Exhibit 17 was marked for
6  identification and was attached to the original
7  transcript.)
8  BY MR. LEWIN:
9     Q   Is that the vendor order form that you
10 filled out?
11    A   Yes.
12    Q   And did you ever tell the Siegels that the
13 sushi was going to be ordered from an outside vendor?
14    A   No.
15    Q   Didn't you think that was relevant?
16    A   No.
17    Q   When they came to the tasting you gave them
18 sushi, didn't you?
19    A   We had California rolls.
20    Q   But that's rice, that's a form of sushi.
21    A   California rolls are made with vegetables.
22    Q   Did they have -- did you give them sushi

**Page 128**

1  with salmon and tuna?
2     A   No.
3     Q   You didn't give them sushi with salmon and
4  tuna?
5       MR. SCHWABER: At the tasting, you're
6  asking?
7  BY MR. LEWIN:
8     Q   At the tasting or at any other time prior to
9  the wedding.
10    A   No, I always order -- I always order
11 California rolls because they're a dime less expensive
12 than California rolls.
13    Q   And California rolls, do they ever come with
14 shrimp on top?
15    A   I don't know.
16    Q   Now, at the tasting did the -- did Judith
17 Siegel comment on the fact that the sushi tasted
18 pretty -- what's the phrase -- there was no variety in
19 the sushi?
20    A   Right. There wouldn't have been, because
21 all I ordered was California rolls, and that's --
22 vegetarian California rolls is just one type.