DEPOSITION OF RABBI JEFFREY A. WOHLBERG
CONDUCTED ON TUESDAY, MAY 9, 2006



1 (Pages 1 to 4)

---

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 3
 4
 5   * * * * * * * *
 6   MARK A. SIEGEL, et al    *
 7        Plaintiffs      *
 8      vs.            * Case No. 1:05cv01717
 9   RIDGEWELLS, INC.       *
10        Defendant/      *
11        Counter Plaintiff*
12   * * * * * * * *
13
14
15      DEPOSITION OF RABBI JEFFREY A. WOHLBERG
16           Washington, D.C.
17           Tuesday, May 9, 2006
18              9:35 a.m.
19
20   Job No. 1-77765
21   Pages 1 - 127
22   Reported by:  Leslie L. Schneider
```

---

2

```
 1        The deposition of Rabbi Jeffrey A. Wohlberg
 2   was held at the law offices of:
 3
 4         Wiley, Rein & Fielding
 5         1776 K Street, N.W.
 6         Washington, D.C.  20006
 7
 8
 9
10
11
12   Pursuant to notice, before Leslie L. Schneider,
13   a Notary Public in and for the District of Columbia.
14
15
16
17
18
19
20
21
22
```

---

3

```
 1           A-P-P-E-A-R-A-N-C-E-S
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4   Nathan Lewin, Esquire
 5   Lewin & Lewin, LLP
 6   Suite 901
 7   1828 L Street, N.W.
 8   Washington, D.C.  20036
 9   (202) 828-1000
10
11   ON BEHALF OF THE DEFENDANT/COUNTER PLAINTIFF:
12   Jeff Schwaber, Esquire
13   Stein, Sperling, Bennett, De Jong,
14     Driscoll & Greenfeig, PC
15   25 West Middle Lane
16   Rockville, Maryland  20850
17   (301) 340-2020
18
19
20
21
22   Also present:  Moshe Broder, Intern
```

---

4

```
 1              C O N T E N T S
 2   Witness                    Page
 3   RABBI JEFFREY A. WOHLBERG
 4     Examination by Mr. Schwaber      5, 119
 5     Examination by Mr. Lewin        113
 6
 7
 8
 9   Note:  There were no exhibits marked.
10
11
12
13
14
15
16
17
18
19
20
21
22
```

DEPOSITION OF RABBI JEFFREY A. WOHLBERG
CONDUCTED ON TUESDAY, MAY 9, 2006

29 (Pages 113 to 116)

113

1       MR. SCHWABER: I have nothing further
2   subject to any questions that may be triggered by
3   what Mr. Lewin asks you. Thank you.
4       EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
5   BY MR. LEWIN:
6       Q   I'll try to keep this to ten minutes.
7       A   Okay.
8       Q   Rabbi Wohlberg, just on this last
9   subject, Rabbi Rudolph's report talked about the fact
10  that utensils could not be used if they had been used
11  for meat and dairy foods together. Is that your
12  practice, your personal practice?
13      A   Utensils can be washed in between use?
14      Q   No. That utensils that were used in meat
15  and dairy foods or for non-kosher could not be used
16  under his standard. Is that your practice?
17      A   No, that's not my practice. As long as
18  they're thoroughly washed and cleaned and scoured,
19  yes.
20      Q   You've talked about what your personal
21  comfort level is with regard to kosher food, is that
22  correct?

114

1       A   Yes.
2       Q   Is that a standard with regard to kashrut
3   that most of your congregants follow or is it more
4   strict than what your congregants follow?
5       A   More strict than those. Most of who keep
6   kosher?
7       Q   Yes, most of the congregants who keep
8   kosher.
9       A   Yes, more strict.
10      Q   In the conservative congregation that you
11  serve as the rabbi?
12      A   Yes, I would say more strict.
13      Q   And would you say that most of the
14  congregants who keep kosher in that congregation
15  would eat kosher meat even if it was cooked in a
16  non-kosher pot?
17      A   This is a big assumption on my part, but
18  I would say that a large number would.
19      Q   And they would consider themselves as
20  being kosher observers, is that correct?
21      A   Yes.
22      Q   And is that true of the general

115

1   conservative Jewish community in the United States,
2   to your knowledge?
3       A   I think it is.
4       Q   And it is a fact, is it not, that you
5   ultimately did eat the meat that was served at the
6   dinner of the Siegel wedding, is that correct?
7       A   Yes.
8       Q   And by that point, you knew it had been
9   cooked downstairs?
10      A   I did not. My assumption was frankly
11  that it had been cooked elsewhere and brought in.
12      Q   But served with utensils that were not
13  especially selected for that dinner?
14      A   The utensils were not the issue. The
15  issue sometimes is the plates and I think they used
16  glass plates. At least Ridgewells had used glass
17  plates in the past, I believe, so I thought that that
18  would not be a problem.
19      Q   Now, in response to questions that you
20  were asked, you said that you have told congregants
21  who unwittingly ate non-kosher food that there was no
22  religious consequence really from that, is that

116

1   correct?
2       A   Yes.
3       Q   But when the people approached you on
4   that question, they were upset about it, were they
5   not?
6       A   Yes.
7       Q   So that you saw that people who had
8   ingested non-kosher food were distressed about the
9   fact that they had done that?
10      MR. SCHWABER: Objection.
11      A   Yes.
12      Q   And they came to you for counseling in
13  that regard?
14      MR. SCHWABER: Objection.
15      A   Yes.
16      Q   And asked you what the consequences would
17  be?
18      A   Yes.
19      Q   Now, you've described a whole range of
20  standards within the conservative Jewish community
21  regarding kashrut. Under any standard, even the most
22  liberal standard, is shrimp kosher?

**117**

1    A  No.

2    Q  Would you say it's a matter of general

3  knowledge within the entire Jewish community that

4  shrimp is not kosher?

5    A  Yes.

6    Q  Is there any way that an event at which

7  shrimp or eel or octopus is served could be

8  classified as kosher?

9    A  No.

10    Q  Could a meal at which no meat is served

11  but the food is prepared in a non-kosher kitchen be

12  kosher by the standards that you personally would

13  apply?

14    A  Yes.

15    Q  So a totally dairy meal would not need

16  special kosher supervision under your personal

17  standards?

18    A  Yes.

19    Q  And is that an acceptable standard under

20  conservative Jewish rules?

21    A  **It is a standard and practice by many**

22  **conservative Jews and many conservative rabbis.**

**118**

1    Q  And are there in fact conservative rabbis

2  who unlike your practice would be prepared to eat

3  kosher meat prepared in non-kosher utensils from

4  non-kosher plates?

5    A  **I think there are.**

6    Q  And would they view -- would such

7  conservative rabbis view an event at which kosher

8  meat, slaughtered kosher, treated subsequently to

9  slaughter in a kosher manner but cooked in a

10  non-kosher utensil and served on non-kosher plates

11  view that as being a kosher event?

12    MR. SCHWABER:  Objection.

13    A  **Say again.**

14    Q  Are there conservative rabbis who would

15  view an event at which kosher meat is served and all

16  other kosher foods are served but cooked in

17  non-kosher utensils and served on non-kosher plates

18  as kosher?

19    MR. SCHWABER:  Objection.

20    A  **There are some.**

21    Q  And from your -- was it your expectation

22  that Ridgewells from its prior experience with kosher

**119**

1  catering would know the rules regarding what could be

2  considered kosher?

3    A  Yes.

4    MR. LEWIN:  That's all I have.

5  REEXAMINATION BY COUNSEL FOR THE DEFENDANT/COUNTER

6    PLAINTIFF

7  BY MR. SCHWABER:

8    Q  Rabbi, I have three minutes of follow-up.

9    You told Mr. Lewin a minute ago that when

10  you ate the meat at the Siegel wedding, you did not

11  know it had been cooked downstairs in the Corcoran's

12  cooking facilities?

13    A  Right.

14    Q  Had you known that, can I assume that you

15  would not have eaten it?

16    A  Right.

17    Q  The Rabbinical Assembly -- I'm going to

18  read you something from the home page on the website:

19  The Assembly is the international association of

20  conservative rabbis.  Since its founding in 1901, the

21  Assembly has been the creative force shaping the

22  ideology, programs and practices of the conservative

**120**

1  movement and is committed to building and

2  strengthening the totality of Jewish life.

3    Would you agree with that

4  characterization?

5    A  Yes.

6    Q  You're familiar with Samuel Dresner?

7    A  Yes.

8    Q  And he's published certain materials on

9  kashering of utensils for the Rabbinical Assembly?

10    A  **I don't know for the Rabbinical Assembly,**

11  **but for the United Synagogue maybe.**

12    Q  You are familiar with a publication he

13  has called Their Meaning For Our Time?

14    A  **Yes, but I haven't read it for a long**

15  **time.**

16    Q  We've talked about Paul Drazen?

17    A  **Uh-huh.  You said Drazen, I said Plotkin**

18  **earlier.**

19    Q  Do you know Rabbi Paul Drazen?

20    A  Yes.

21    Q  And do you know a publication called

22  Kashrut Supervision in the Synagogue can be located