DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

1 (Pages 1 to 4)

---

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 3
 4   MARK A. SIEGEL, et al.,    *
 5        Plaintiffs/           *
 6   Counter-Defendants,  * Civil Action
 7        vs.          * No. 1:05CV01717
 8   RIDGEWELLS, INC.,           *
 9        Defendant/            *
10   Counter-Plaintiff.          *
11
12
13        Oral Deposition of NOMI MUMMERT
14             Rockville, Maryland
15             Monday, July 31, 2006
16                 2:33 p.m.
17
18
19
20   Job No.: 1-83405
21   Pages 1 - 66
22   Reported by: Vicki L. Forman
```

**Page 2**

```
 1        Oral Deposition of NOMI MUMMERT, held at
 2   the offices of:
 3
 4        Stein, Sperling, Bennett, DeJong,
 5        Driscoll & Greenfeig, P.C.
 6        25 West Middle Lane
 7        Rockville, Maryland 20850
 8        (301) 340-2020
 9
10
11
12        Pursuant to agreement, before Vicki L.
13   Forman, Court Reporter and Notary Public in and for the
14   State of Maryland.
```

**Page 3**

```
              APPEARANCES

ON BEHALF OF THE PLAINTIFFS/COUNTER-DEFENDANTS:
     NATHAN LEWIN, ESQUIRE
     Lewin & Lewin, LLP
     Suite 901
     1828 L Street, Northwest
     Washington, D.C. 20036
     (202) 828-1000



ON BEHALF OF THE DEFENDANT/COUNTER-PLAINTIFF:
     IVONNE C. LINDLEY, ESQUIRE
     Stein, Sperling, Bennett, DeJong,
     Driscoll & Greenfeig, P.C.
     25 West Middle Lane
     Rockville, Maryland 20850
     (301) 340-2020
```

**Page 4**

```
                  CONTENTS
EXAMINATION OF NOMI MUMMERT              PAGE
     By Mr. Lewin         5
     By Ms. Lindley       62



                  EXHIBITS
       (Attached to the Original Transcript Only)
MUMMERT DEPOSITION EXHIBIT                PAGE
No. 1  Plaintiffs' Notice of Deposition        15
No. 2  Sushi USA Invoice with Handwriting      17
No. 3  Original Sushi USA Invoice              18
No. 4  Vendor Order                            30
No. 5  Vendor Order, Ridgewells 0316           32
No. 6  Ridgewells Menu and Summary of Costs    48
No. 7  Ridgewells Internal Order Form, 0181-0182  51
```

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

6 (Pages 21 to 24)

21

1  A  Yes, always seaweed so it's easy to roll,
2  something to hold to roll.
3  Q  So it has rice. It has seaweed and it has
4  you say vegetables?
5  A  Yes, vegetables.
6  Q  Or fish?
7  A  Or fish.
8  Q  Now, what kind of fish does it have -- does a
9  maki roll have?
10  A  Maki roll can be tuna, tuna roll. If they
11  put tuna they put tuna rolls. If they put salmon they
12  call salmon rolls. If they are together -- they don't
13  put salmon and tuna together. That's very unusual but
14  basically they have cucumber rolls, avocado rolls.
15  These are the regular and they making single items.
16  That's regular. If it's a special they have more
17  combined called special. If it's a deluxe they have
18  even more combined and then color -- they call them
19  mosaic, rainbow rolls. They have many fancy name. It
20  looks like that.
21  Q  So we have tuna. We have salmon. We have
22  shrimp?

22

1  A  It could be shrimp, yes.
2  Q  We have eel?
3  A  It could be, yes.
4  Q  Octopus?
5  A  Yes, it could be there.
6  Q  What --
7  A  In the maki rolls usually not octopus, things
8  like that.
9  Q  Why maki rolls --
10  A  Because they don't hold octopus roll.
11  Usually that's not -- that's not usual unless customer
12  ask. They don't have octopus rolls. Usually --
13  Q  At your place do you have a source from which
14  you get octopus?
15  A  Yes. You mean the fish company will bring to
16  us?
17  Q  Yes.
18  A  Yes.
19  Q  And so that's available to the sushi maker;
20  is that correct?
21  A  Yes.
22  Q  Whoever is making the sushi. Now, how about

23

1  sea urchin?
2  A  Sea urchin is never rolls. They never make
3  rolls of sea urchin because they are very -- how should
4  I say? The texture is very soft, mushy so you would not
5  put in the rolls. They would be --
6  Q  So how would you use the sea urchin?
7  A  They will be sushi. Sushi line -- there is
8  a -- sushi is Japanese food with seafood. There's a
9  roll way to making it they call maki rolls then they
10  making a nigiri sushi they call nigiri sushi way of
11  making it with all rice together but overall they call
12  sushi.
13  Q  So nigiri rice will have sea urchin on it?
14  A  Yes. Sushi line will be sea urchin not on
15  the market. Just like you were asking earlier octopus,
16  usually would not put rolls on there.
17  Q  But they would be on the -- nigiri would
18  have --
19  A  If there is -- if the customer wants sea
20  urchin. Sea urchin is something that people who eat
21  sushi long, long time like they call sushi lover and
22  then they will have -- either you hate it or love it so

24

1  those are the items you have -- unless they ask we will
2  not go ahead and make it.
3  Q  And clam?
4  A  Clams, yes. There is clams.
5  Q  Is that put on nigiri or rolled into maki?
6  A  Usually in nigiri.
7  Q  Let's go back over the fish again. Salmon,
8  tuna, shrimp, eel?
9  A  Shrimp would be nigiri sushi mostly.
10  Q  Can it be used in maki too?
11  A  Yes, they will call tempura. They have to
12  cook. They have to make rolls with that. They have to
13  cook, make a tempura, the batter. They cook them and
14  then they --
15  Q  And then they use it in the maki, is that it?
16  A  Yeah, usually shrimp rolls they call the
17  tempura roll. That also unless you ask because that's
18  something special. Those who buy it will request.
19  Q  That's if it's tempura?
20  A  Tempura would be the request.
21  Q  And eel?
22  A  Eel also. Those kind of items need to be

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

9 (Pages 33 to 36)

33

1  Service Requested "Sushi (no meat)" but the one that you
2  produced from your files doesn't say that. It just says
3  "sushi and vegetarian rolls," right? It seems to be
4  different.
5       Mummert Exhibit 4 is the one that you had in
6  your files, correct?
7  A   Yes.
8  Q   So this is the one you received from
9  Ridgewells?
10 A   Yes.
11 Q   Mummert Exhibit 5 is not what you received
12 from Ridgewells because that seems to have that extra
13 word there -- those extra words, no meat?
14 A   Well, sometimes chef send -- the order
15 coming. Maybe we delete this one. I don't know. That
16 I don't know, sir, but sometimes they're not the only
17 one sending. Sometimes if it looks -- this is the same,
18 we usually get ID number.
19      Does that have an ID number here? Here is
20 the ID number.
21 Q   Event ID 285355. Yes, same ID number. And
22 also under Setup Time, the one that you produced from

34

1  your files, Mummert Exhibit 4 is different from Mummert
2  Exhibit 5 which is what we were given by Ridgewells.
3  Mummert Exhibit 5 only has 500 vegetarian rolls to
4  include soy dipping sauce and yours also says "wasabi,
5  ginger and chopsticks (display on bridge or boat)" but
6  this --
7  A   That is what I had.
8  Q   This is what you had in your file?
9  A   Yes.
10 Q   I just want the record to be clear.
11      But this one, Mummert Exhibit 5 is what we
12 received from Ridgewells.
13      MS. LINDLEY: Objection. How does she know?
14      MR. LEWIN: I'm not asking her. I'm just
15 telling her. I understand. Just for the record I'm
16 saying there's a difference between the two.
17 BY MR. LEWIN:
18 Q   The one though that you received to your
19 knowledge did not say sushi (no meat)?
20 A   Well, it's a long time ago but that's what I
21 have, sir. Maybe I could have this one. Maybe I
22 deleted one. I don't know because it's the same order.

35

1  When the number is the same --
2  Q   The number is the same, yes. Absolutely, the
3  number is the same.
4       So let me then go to the 450 assorted sushi.
5  In yours the order you received said 450 assorted sushi.
6  What would you do -- strike that.
7       Those were you said these 450 nigiri,
8  correct?
9  A   Yes.
10 Q   And if you just get -- do you remember being
11 told anything specific about what those 450 were
12 supposed to contain, what they -- which fish or what --
13 did you have any instruction as to those 450?
14 A   No.
15 Q   And routinely what would your chef do if he
16 simply had an order for 450 assorted sushi, nigiri?
17 What would that contain?
18      MS. LINDLEY: Objection. She asked and
19 answered that.
20 BY MR. LEWIN:
21 Q   Go ahead. You can answer.
22

36

1       MS. LINDLEY: You can answer. You can answer
2  again.
3  A   I can? I thought with the objection I have
4  to finish --
5       MR. LEWIN: No, that's okay.
6  A   We make basic, regular -- mostly regular and
7  then special is usually little less or so and then
8  deluxe will be much, much less and then will be -- by
9  looking at this, 500 vegetarian rolls, even though
10 specifically they didn't tell us but we're definitely
11 not going wild with things like sea urchin. Sea urchin
12 is something we actually turn around and ask to people.
13 BY MR. LEWIN:
14 Q   But how about shrimp? You would put shrimp
15 on the other 450 sushi, wouldn't you?
16 A   Shrimp is like a pretty much regular sushi
17 menu.
18 Q   And eel also would be regular sushi menu?
19 A   Yeah, there will be different -- but higher
20 items, eel.
21 Q   And octopus would also be a regular sushi
22 item?

### Page 37

1    A    Yes, is in the sushi lines but there's
2  different category. They'll go to special item, deluxe
3  item, regular items but like I said, looking at the
4  vegetarian they're dominating. They specifically
5  asking. They will be proportionately considered that
6  500 vegetarian.
7    Q    Did Ms. Lindley go over with you some things
8  in preparation for this deposition?
9    A    She was asking about what is this special,
10 deluxe, things like that.
11   Q    And did she tell you that -- how much time
12 did you spend with Ms. Lindley preparing for this
13 deposition?
14   A    I got here 2:15 and then they brought me to
15 this building.
16   Q    But had you talked to her or Mr. Schwaber
17 before?
18   A    Over the phone.
19   Q    On the phone?
20   A    I don't know his name. What was his name?
21   Q    Schwaber, Mr. Schwaber.
22   A    Was it Schwaber?

### Page 38

1         MS. LINDLEY: That's right.
2  BY MR. LEWIN:
3    Q    So you talked to him on --
4    A    No, I didn't talk to her over the phone. I
5  think I talked to him.
6    Q    And how long did you talk to him?
7    A    About 20 minutes or so. I told him I'm
8  scared doing things like this.
9    Q    Do I look so frightening? Is there a reason
10 to be scared?
11   A    Because I ask then what is the seriousness of
12 this.
13   Q    Okay.
14   A    I never knew -- I never done it. This one
15 is --
16   Q    Did they explain to you that my clients are
17 people who for religious reasons would not eat shrimp or
18 octopus or eel? Did they explain that?
19   A    No, they didn't explain to me and I told them
20 what I did, what I was -- this is the paper.
21   Q    Right, I understand. But did they explain to
22 you what the case concerns, why people have brought a

### Page 39

1  lawsuit?
2    A    Because they are the kosher people.
3    Q    What does that mean to you? What does kosher
4  mean to you?
5    A    Well, I'm learning about this, kosher.
6  Before I mean I didn't --
7    Q    And I'm learning about sushi. We're both
8  learning about things.
9    A    I didn't learn today, not this but over the
10 time I was learning because culturally we just have to
11 learn by surprise so shellfish -- I'm not a kosher
12 caterer because I understand kosher caterer is very,
13 very special person to take, special system, special
14 everything. I'm acknowledging that so if they said --
15 they have to specifically say no shellfish then that's
16 my participating as not -- that's kosher.
17   Q    Have you had orders for sushi, no shellfish
18 or sort of kosher orders?
19   A    Yes. I'm learning that over the years, yes.
20   Q    About how often do you get those kinds of
21 orders to have sushi which will not have shellfish?
22   A    Usually -- because I'm not kosher like

### Page 40

1  cutting board separate in the kitchen so they don't
2  specifically say they are -- because they know I don't
3  do kosher but from time to time they say no shellfish.
4  That means my terms of no kosher but I know I'm not a
5  real kosher -- kosher caterer, no.
6    Q    So about how often does that happen? Once a
7  month?
8    A    No, maybe few times a year.
9    Q    Few times?
10   A    Yes.
11   Q    Three, four times a year or more than that?
12   A    Yes, about three or four times a year.
13   Q    So during these years that you've had this
14 business you've had, what shall I say, 25, 30 times when
15 people have said to you we're having something that's
16 kosher or Jewish so we don't want to have shellfish; is
17 that true?
18   A    25 times?
19   Q    Over 11 years.
20   A    Over 11 years. Yes, you could say that, 25
21 times.
22   Q    And when people say that to you do you give

49

1 Q What about the words "Made to Order"?
2 MS. LINDLEY: What do they mean to her, is
3 that the question?
4 MR. LEWIN: Yes.
5 BY MR. LEWIN:
6 Q What do they mean to you?
7 A Made to order.
8 Q What does that mean to you as a person who is
9 in the sushi business?
10 A They didn't ask us sashimi.
11 Q But just let me ask you what do the words
12 "made to order" mean to you in the sushi business?
13 A You mean in English what made to order means,
14 how I would take that?
15 Q Yeah, how do you understand made to order,
16 sushi is made to order? What does that mean?
17 A They will request us to make sushi. That
18 will be my order to make.
19 Q But made to order, isn't that when the chef
20 comes to the location and makes it to order in the
21 presence of the people?
22 A Our term is chef on site. That's our term,

50

1 sir, and they will specifically tell us that.
2 Q But you said a minute ago made to order
3 means --
4 A It's like we're taking an order so when any
5 chef who calls or tells us -- my computer, it's like --
6 that's my order so I don't know what does that mean,
7 made to order.
8 Q Does made to order mean that -- you told me
9 that the chef goes out to the location and makes the
10 sushi to order when he's standing there and the people
11 are watching, correct?
12 A Right, that's the chef on -- on our terms
13 have to be told chef on site.
14 Q Chef on site?
15 A Yes.
16 Q And you noticed here also that it says in
17 this that there would be rolled sushi, sashimi and maki
18 but there was no order for sashimi?
19 A No, sashimi is only fish, sir, no rice.
20 Q But there was no order for sashimi in this
21 case?
22 A No.

51

1 Q And there was no order that the chef come to
2 the location, that you send somebody there to the
3 Corcoran to prepare it to order, was there?
4 A No.
5 Q Now, does it make sense at all with regard to
6 sushi to say no pork in sushi? Is pork ever used for
7 sushi?
8 A No, that's no sense. Never, never.
9 Q So if somebody --
10 A Somebody asking us to make it we'll do.
11 Q Have you ever made sushi with pork?
12 A Never, sir. Meat means not fish.
13 Sometimes -- because maybe my -- generally they say
14 meat. I don't eat meat because they are vegetarian then
15 they include the fish too. That's just -- but in our
16 Japanese sushi is never meat. I don't know how else
17 to -- meat is meat, right, like I would say beef or --
18 MR. LEWIN: Just to be clear on that let me
19 show you then what I will mark as Mummert Exhibit 7.
20 (Mummert Deposition Exhibit Number 7 was
21 marked for identification and attached to the
22 transcript.)

52

1 BY MR. LEWIN:
2 Q Let me show you what I have marked there as
3 Mummert Exhibit 7.
4 A I don't know why you call them Mummert
5 exhibit. This is nothing to do with my --
6 Q No, I'm just showing it to you. I know it's
7 not your document but it's just because I show it to you
8 and the transcript has to show that I've showed you some
9 document.
10 Assuming this is an internal Ridgewells order
11 it says sushi assorted, not rolls, 100 pieces and then
12 it says under it no pork. No pork.
13 Does that make any sense to you?
14 A Under sushi?
15 Q Yes, under the sushi it says --
16 A No pork. Well, we would tell the clients we
17 never will make it with pork.
18 Q Never will make it with pork, okay. That's
19 fine. Look at the next page.
20 A If they want us to make it we will.
21 Q Let's look at page 182 here at the top.
22 California rolls (vegetarian), sushi boat or ceramic and