```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4    - - - - - - - - - - - - - - - - -+
 5    MARK A. SIEGEL, et al,            |   ORIGINAL
 6       Plaintiff/Counter-Defendants,  |
 7    vs.                               |   Civil No.:
 8    RIDGEWELL'S, INC.,                |   1:05-CV-01717
 9       Defendant/Counter-Plaintiff.   |
10    - - - - - - - - - - - - - - - -- -+
11          Videotaped Deposition of Ridgewell's, Inc.
12             Through its Designated Representative
13                      DAVID C. KEENER
14                      Washington, D.C.
15                      March 30th, 2006
16                         9:36 a.m.
17
18
19
20    Job No.: 1-74835
21    Pages: 1 - 144
22    Reported by:  Laurie Bangart-Smith
```



L.A.D. REPORTING &   1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

77

| | | |
|---|---|---|
| 1 | Q    -- 186, 187, 188. | 11:03:48 |
| 2 | A    This is all -- these are all sublabels | 11:03:51 |
| 3 | for the Szechwan sesame beef.  And just so you | 11:03:53 |
| 4 | know, this quantity of chicken and this quantity | 11:03:56 |
| 5 | of beef are not necessarily accurate.  The -- some | 11:03:58 |
| 6 | of the recipes in Synergy have been around a long | 11:04:02 |
| 7 | time.  What I would do is about 50/50 beef and | 11:04:06 |
| 8 | chicken.  Probably 50 percent of the total weight | 11:04:11 |
| 9 | is about what it would end up with having | 11:04:14 |
| 10 | vegetables and sauce and all that combined | 11:04:16 |
| 11 | together. | 11:04:20 |
| 12 | Q    So the total quantity of beef that would | 11:04:24 |
| 13 | be required for this size order would be | 11:04:25 |
| 14 | approximately -- | 11:04:28 |
| 15 | A    For this, like I said, about six and a | 11:04:28 |
| 16 | half pounds roughly. | 11:04:31 |
| 17 | Q    Now on Page 189 there's an entry for dim | 11:04:35 |
| 18 | sum, D-I-M, S-U-N.  What is dim sum? | 11:04:40 |
| 19 | A    It's our, what we call little shu mai, | 11:04:46 |
| 20 | S-H-U, M-A-I, two words. | 11:04:48 |
| 21 | Q    What's a shu mai? | 11:04:54 |
| 22 | A    Shu mai is just a, it's a little wrapper | 11:04:56 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

78

| | | |
|---|---|---|
| 1 | that is -- we buy it, purchase it. It has filling | 11:04:58 |
| 2 | in it, and it's pulled together tight and then | 11:05:05 |
| 3 | steamed, but we buy that purchased. | 11:05:09 |
| 4 | Q    So you fill it? | 11:05:11 |
| 5 | A    It's filled. It's a wrapper that's | 11:05:12 |
| 6 | filled with usually ground turkey and vegetables. | 11:05:14 |
| 7 | It's pulled together. | 11:05:17 |
| 8 | Q    Meat? It can be filled with meat? | 11:05:19 |
| 9 | A    It can be filled with anything, really. | 11:05:22 |
| 10 | Q    Ordinarily, an order of this kind, 175 | 11:05:24 |
| 11 | orders of dim sum, that's made in your kitchen? | 11:05:27 |
| 12 | A    No. We buy it. It's a purchased | 11:05:31 |
| 13 | product. | 11:05:32 |
| 14 | Q    Oh, you buy it with the filler as well? | 11:05:32 |
| 15 | A    Yes. | 11:05:35 |
| 16 | Q    I see. So the whole -- who's the vendor | 11:05:36 |
| 17 | who sells you the dim sum? | 11:05:39 |
| 18 | A    I think we get this from Metropolitan. | 11:05:42 |
| 19 | They have pork, shrimp, vegetable, and the | 11:05:44 |
| 20 | vegetable is a turkey binder. | 11:05:48 |
| 21 | Q    So it's already purchased with the meat | 11:05:51 |
| 22 | or whatever it is? | 11:05:53 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

79

| | | |
|---|---|---|
| 1 | A | Yeah, it's real little. It's a real little hors d'oeuvre, and it's puréed meat with usually cabbage and water chestnuts and bamboo shoots mixed into it. | 11:05:54 |
| 5 | Q | Was there a Vendor Order on this? | 11:06:07 |
| 6 | A | No. No, this is a frozen product. | 11:06:10 |
| 7 | Q | Now, the instruction on there says "no pork." | 11:06:12 |
| 9 | A | Uh-huh. | 11:06:14 |
| 10 | Q | What's the next thing there? | 11:06:15 |
| 11 | A | Vegetable pot stickers. | 11:06:16 |
| 12 | Q | What is that? | 11:06:18 |
| 13 | A | That means they want vegetarian. | 11:06:18 |
| 14 | Q | That means that they were all vegetarian? | 11:06:21 |
| 16 | A | Well, it means -- the vegetarian still have -- I think -- I'd have to look at the label, but I think the vegetarians we use, I believe it's not truly vegetarian, but it has turkey in it. | 11:06:24 |
| 20 | Q | It has turkey? | 11:06:38 |
| 21 | A | Yes. | 11:06:39 |
| 22 | Q | What does "pot stickers" mean? | 11:06:39 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

80

1  A   It's something Toby put down here.  I think it's just generic.

3  Q   So the only instruction with regard to the dim sum was "no pork"?

5  A   Yes.

6  Q   And it would be the vegetarian, but you say the vegetarian has turkey in it as well?

8      MR. SCHWABER:  Objection.

9      THE WITNESS:  I believe it does.

10 BY MR. LEWIN:

11 Q   Was there any indication in the instruction that the, this product had to contain only kosher turkey?

14 A   No.

15 Q   So to the best of your knowledge, dim sum, if it was provided at this reception, would have included the product that you purchased from Metropolitan with non-kosher turkey?

19     MR. SCHWABER:  Objection.

20     THE WITNESS:  I would have to look at the label to really be able to testify to that accurately.  I'm not sure.  I have to look.  It

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

81

| | | |
|---|---|---|
| 1 | could be with vegetable protein as a binder. I'm | 11:07:33 |
| 2 | not sure. | 11:07:36 |
| 3 | BY MR. LEWIN: | 11:07:36 |
| 4 | Q   But you continue to buy that product? | 11:07:36 |
| 5 | A   Yes. | 11:07:38 |
| 6 | Q   So you can see from the label as to -- | 11:07:39 |
| 7 | A   I could find out, yeah. | 11:07:41 |
| 8 | Q   Could it have beef as well? | 11:07:43 |
| 9 | A   It could, but I don't think they offer | 11:07:44 |
| 10 | that. I think they just do vegetarian, shrimp and | 11:07:46 |
| 11 | pork. | 11:07:50 |
| 12 | Q   Now, looking at Page 191, the top line | 11:07:54 |
| 13 | there says, top entry, "Beef medallions crusted | 11:08:00 |
| 14 | with peppercorns, kosher meat, to serve 245." | 11:08:04 |
| 15 | A   Uh-huh. | 11:08:10 |
| 16 | Q   What would that require, do you think, | 11:08:12 |
| 17 | in terms of total pounds? | 11:08:14 |
| 18 | A   45, 46 pounds. | 11:08:16 |
| 19 | Q   Oh, so that's what that means? | 11:08:19 |
| 20 | A   Yeah, that's not really a variable. | 11:08:21 |
| 21 | Q   When it says "total quantity," it means | 11:08:24 |
| 22 | that's the total weight essentially that it would | 11:08:27 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

90

| | | |
|---|---|---|
| 1 | to happen. | 11:16:40 |
| 2 | Q   Well -- | 11:16:41 |
| 3 | A   It could have been on the actual label | 11:16:42 |
| 4 | that we produced, there probably was handwriting | 11:16:43 |
| 5 | on every single label, but I don't know | 11:16:46 |
| 6 | specifically.  I can't testify that there was. | 11:16:50 |
| 7 | Q   Well, take chicken fingers.  We're | 11:16:52 |
| 8 | talking about chicken fingers right now.  Is there | 11:16:55 |
| 9 | a particular chef that specializes in chicken | 11:16:58 |
| 10 | fingers? | 11:17:01 |
| 11 | A   Yes, there is a gentleman that takes | 11:17:02 |
| 12 | care of that section. | 11:17:03 |
| 13 | Q   What's his name? | 11:17:06 |
| 14 | A   Walter Lainez. | 11:17:07 |
| 15 | Q   Could you spell that. | 11:17:07 |
| 16 | A   L-A-I-N-E-Z. | 11:17:08 |
| 17 | Q   And how long has he been at Ridgewell's? | 11:17:11 |
| 18 | A   He's been there probably six years. | 11:17:15 |
| 19 | Q   And he essentially is the one who does | 11:17:17 |
| 20 | chicken fingers? | 11:17:20 |
| 21 | A   For the most part. | 11:17:21 |
| 22 | Q   And do you recall any instruction that | 11:17:25 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

91

| | | |
|---|---|---|
| 1 | you gave to this particular chef that when he was | 11:17:29 |
| 2 | making chicken fingers for this event he could | 11:17:32 |
| 3 | only use kosher chicken? | 11:17:36 |
| 4 | A   Honestly, I don't recall. | 11:17:38 |
| 5 | Q   At the same -- I mean is he making -- is | 11:17:43 |
| 6 | the chef at the same time making food for other | 11:17:46 |
| 7 | events that are not kosher? | 11:17:50 |
| 8 | A   Yes. | 11:17:52 |
| 9 | Q   In the same kitchen? | 11:17:52 |
| 10 | A   Yes. | 11:17:53 |
| 11 | Q   And it could be that on that very same | 11:17:57 |
| 12 | day -- did you have other events on April 2? | 11:18:00 |
| 13 | A   Yes. | 11:18:03 |
| 14 | Q   Other non-kosher events? | 11:18:04 |
| 15 | A   Yes. | 11:18:06 |
| 16 | Q   So the chef who was making chicken | 11:18:06 |
| 17 | fingers on that day could have been making chicken | 11:18:09 |
| 18 | fingers for a non-kosher event on that day; is | 11:18:11 |
| 19 | that correct? | 11:18:14 |
| 20 | MR. SCHWABER: Objection; you're asking | 11:18:15 |
| 21 | him to speculate on that, or you're asking him | 11:18:16 |
| 22 | whether he knows whether there were chicken | 11:18:19 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

92

| | | |
|---|---|---|
| 1 | fingers at another event? | 11:18:21 |
| 2 | MR. LEWIN: I'm asking him not to | 11:18:21 |
| 3 | speculate. I'm asking him whether it could have | 11:18:21 |
| 4 | happened. | 11:18:24 |
| 5 | MR. SCHWABER: That question calls for | 11:18:24 |
| 6 | speculation. Are you asking him whether he knows | 11:18:25 |
| 7 | whether chicken fingers were made for a non-kosher | 11:18:29 |
| 8 | events on that day for a different party than this | 11:18:31 |
| 9 | one? | 11:18:34 |
| 10 | BY MR. LEWIN: | 11:18:34 |
| 11 | Q    Maybe I'll ask that question next, but | 11:18:34 |
| 12 | my current question is -- and I understand your | 11:18:36 |
| 13 | objection -- could the chef have been making | 11:18:38 |
| 14 | chicken fingers for some other event, and your | 11:18:41 |
| 15 | counsel has made the objection, perfectly | 11:18:43 |
| 16 | appropriately, and you can answer. | 11:18:46 |
| 17 | A    It's possible. | 11:18:48 |
| 18 | Q    To your knowledge, were chicken fingers | 11:18:48 |
| 19 | being made for some other event on that day? | 11:18:51 |
| 20 | A    Not to my knowledge. | 11:18:54 |
| 21 | Q    And how about -- without going, taking | 11:18:56 |
| 22 | the time to go through these other items, some of | 11:18:57 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

93

| # | | |
|---|---|---|
| 1 | which we have described or discussed here, beef or | 11:19:00 |
| 2 | chicken items, is the same true with regard to | 11:19:06 |
| 3 | other beef or chicken items which on this list | 11:19:09 |
| 4 | don't specify "kosher" so that a chef could on | 11:19:12 |
| 5 | that day have been making those items for another | 11:19:17 |
| 6 | event which was not kosher? | 11:19:21 |
| 7 | MR. SCHWABER: Objection. This witness | 11:19:23 |
| 8 | testified about the way the list might have been | 11:19:25 |
| 9 | annotated, so I object to the mischaracterization | 11:19:27 |
| 10 | of his testimony. | 11:19:29 |
| 11 | THE WITNESS: Can you repeat the | 11:19:32 |
| 12 | question. | 11:19:33 |
| 13 | MR. LEWIN: The reporter can read it | 11:20:00 |
| 14 | back. | 11:20:01 |
| 15 | (Whereupon, reporter reads requested | 11:20:01 |
| 16 | material.) | 11:20:01 |
| 17 | THE WITNESS: If -- you're asking if | 11:20:02 |
| 18 | there's other, there were other meat and chicken | 11:20:03 |
| 19 | products being produced at Ridgewell's at the same | 11:20:05 |
| 20 | time? | 11:20:10 |
| 21 | BY MR. LEWIN: | 11:20:10 |
| 22 | Q    On the same day. | 11:20:12 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

94

| | | |
|---|---|---|
| 1 | A  Yes. | 11:20:13 |
| 2 | Q  Being done in the same kitchen? | 11:20:13 |
| 3 | A  Yes. | 11:20:15 |
| 4 | Q  And a chef could have been making the | 11:20:15 |
| 5 | very same product for a non-kosher event at the | 11:20:18 |
| 6 | very same time? | 11:20:22 |
| 7 | A  This wasn't -- yes.  This isn't a kosher | 11:20:23 |
| 8 | event, so -- | 11:20:25 |
| 9 | Q  I understand that, but I'm -- I | 11:20:27 |
| 10 | understand how you characterize it, but I'm saying | 11:20:29 |
| 11 | could have been making the same product for an | 11:20:31 |
| 12 | event as to which there had been a request that | 11:20:33 |
| 13 | you use only kosher meat. | 11:20:36 |
| 14 | A  Yes. | 11:20:39 |
| 15 | Q  And was there any precaution of any kind | 11:20:39 |
| 16 | taken by Ridgewell's to see to it that the chef | 11:20:42 |
| 17 | who was making the food for the Siegel event did | 11:20:46 |
| 18 | not use non-kosher meat? | 11:20:50 |
| 19 | MR. SCHWABER:  Objection; this witness | 11:20:53 |
| 20 | has already testified to the precaution. | 11:20:54 |
| 21 | THE WITNESS:  The only, the only thing I | 11:20:57 |
| 22 | can say is that I don't -- I can't testify | 11:20:58 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664