UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants*, ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC. ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

### DECLARATION OF DAVID SEIGAL

**DAVID SEIGAL** affirms under penalty of perjury:

1. I currently reside at 188 Second Avenue, Apt. 19, New York, NY 10003, and work as a sous chef for Bouley Restaurant located at 120 West Broadway New York, NY 10013.

2. I have worked in the food industry for the past five years, including six months in Europe.

3. From December 2001 through May 2002, I worked at a sushi bar at Iso, a restaurant that was located at 175 Second Avenue, New York, NY.

4. I am a friend of Craig Baron and I served as one of the groomsmen at his wedding held on April 2, 2005, at the Corcoran Gallery of Art in Washington, D.C.

5. After the wedding ceremony, I went upstairs to the reception. Because I was part of the wedding party, I was one of the first people to reach the reception.

6. At the reception, I saw the sushi that had been placed there by the caterer for the guests.

7. I am familiar with all types of sushi. I can identify just about any kind of fish both because of my experience in the food industry and because I am an avid fisherman.

8. I saw the following seafood items on the sushi platter at the Siegel – Baron wedding reception on April 2, 2005: (a) shrimp; (b) eel; (c) octopus; and (d) surf clam.

9. I helped Craig Baron's sister remove the shrimp from the sushi platter. I did not inform her at the time that the remaining sushi included eel, octopus and surf clam.

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2006

_____
David Seigal