# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC. ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

## NOTICE OF ERRATA

Plaintiffs notify the Court that Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment contains a typographical error on page 4 and a corrected page 4 is attached. The version filed originally erroneously references a "shrimp station" instead of a "sushi station." The correct sentence is:

> It is also undisputed that the sushi station was not "Made To Order" but was contracted out to Sushi USA.

Dated: November 2, 2006

/s/ Nathan Lewin
NATHAN LEWIN (DC BAR NO. 38299)
ALYZA D. LEWIN (DC BAR NO. 445506)
LEWIN & LEWIN, LLP
1828 L Street, N.W., Suite 901
Washington, D.C. 20036
(202) 828-1000

*Attorneys for the Plaintiffs-Counter-Defendants*