**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

NOTICE OF REQUEST FOR HEARING ON PENDING MOTIONS

Please take notice, that the undersigned counsel respectfully request that the following ripe motions be heard by this Court in Room 15, United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001, on the first date available on the Court's and counsels' schedule:

1) Defendant's "Motion to Compel the Deposition of Plaintiff Melissa Patack and for Attorneys' Fees" filed July 20, 2006;

2) Defendant's "Motion to Preclude the Testimony of Plaintiffs' Expert Stan V. Smith" filed August 15, 2006;

3) Joint "Request for Order for Pretrial Conference" filed October 13, 2006.

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.

By: _____/ s /_____

Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020