UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC. ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION
REQUESTING A HEARING ON PENDING MOTIONS**

Plaintiffs oppose the defendant's motion request because there is no need for a hearing on the three motions identified by the defendant (Defendant's Motion to Compel the Deposition of Plaintiff Melissa Patack and for Attorneys' Fees; Defendant's Motion to Preclude Testimony of Plaintiffs' Expert Stan V. Smith; Request for Order for Pretrial Conference) until after the Court decides the parties' cross-motions for summary judgment on which initial motion papers were filed on October 30, 2006. The defendant's motion to preclude trial testimony of an expert witness and the defendant's request for a pretrial conference relate to a potential trial and become material only if the dispositive motions are denied. The request for a particular deposition may also become moot if summary judgment is granted. For these reasons, no hearing on the enumerated motions is needed until after resolution of the motions for summary judgment.

Counsel also hereby advises the Court that the plaintiffs' lead counsel, Nathan Lewin, Esq., will be out of the country between December 3 and December 29, 2006, and therefore unavailable between those dates for a hearing.

                                      Respectfully submitted,

Dated: November 13, 2006          / s / Nathan Lewin
                                      NATHAN LEWIN (D.C. Bar No. 38299)
                                      ALYZA D. LEWIN (D.C. Bar No. 445506)
                                      **LEWIN & LEWIN, LLP**
                                      1828 L Street, N.W., Suite 901
                                      Washington, D.C. 20036
                                      (202) 828-1000
                                      (202) 828-0909 fax

                                      *Attorneys for Plaintiffs/Counter-Defendants*