THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### RIDGEWELLS' REPLY TO "PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION REQUESTING A HEARING ON PENDING MOTIONS"

Defendant, Ridgewell's Inc. ("Ridgewells"), by their attorneys, Jeffrey M. Schwaber, Ivonne C. Lindley, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., pursuant to LCvR 7, hereby submits this Reply to Plaintiffs' Opposition to Defendant's Motion Requesting a Hearing on Pending Motions," and states as follows:

Ridgewells wants to move this case along. For somewhat unfathomable reasons, Plaintiffs now seek, *inter alia*, to delay the scheduling of a Pre-trial Conference.

A ruling on the <u>consent</u> jointly filed Request for Order for Pre-trial Conference simply allows the parties to confirm dates in this matter. Furthermore, a hearing on Ridgewells' long ripe motions to Compel the Deposition of Plaintiff Melissa Patack and to Preclude Testimony of Plaintiff's Expert Stan V. Smith will narrow issues in this case.

The fact that motions for partial summary judgment are pending does not preclude the Court's consideration of other ripe motions. Ridgewells merely seeks a hearing on motions that were ripe and pending long before each party filed their motions for summary judgment.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

It is respectfully requested that this Court hold a hearing to decide these motions before Mr. Lewin leaves the country.

                              STEIN, SPERLING, BENNETT, DE JONG,
                                 DRISCOLL & GREENFEIG, P.C.

By:         /s/
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
(301) 838-3250 (facsimile)

Attorneys for Ridgewell's, Inc.

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.REPLY.Motion for Hrg.doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020