**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK A. SIEGEL, *et al.*,

      Plaintiffs/Counter-Defendants,

v.

                                     Case No. 1:05CV01717
                                     Judge: John Garrett Penn

RIDGEWELL'S, INC.,

      Defendant/Counter-Plaintiff.

## ORDER

      UPON CONSIDERATION of Plaintiffs' Motion for Summary Judgment and

Memorandum of Points and Authorities, and Ridgewells' Opposition thereto, any replies, and

any hearing thereon, it is by the United States District Court for the District of Columbia this

_____ day of _____, 200____, hereby

      ORDERED that the Plaintiffs' Motion be and hereby is DENIED.

      IT IS SO ORDERED.

                             _____
                             Senior Judge John Garrett Penn,
                             United States District Court for the District
                             of Columbia

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.OPPOSITION.SMJ.Order.doc