# EXHIBIT "1"



Mr. & Mrs. Mark Siegel
2134 Leroy Place, NW
Washington, DC 20008

Date of Event: Saturday, April 02, 2005
Location of Event: Corcoran Gallery of Art
Time of Event: 7:00 PM - 1:00 AM
Number of Guests: 250
Event I.D. Number: 285355
Event Name: Siegel Wedding Reception

Primary Phone: (202) 223-8490
E-mail: MSiegel@ncen.com

## SIEGEL WEDDING RECEPTION

### AS YOUR GUESTS LEAVE THE CEREMONY
Waiters To Pass A Selection Of Hors D'oeuvres
Specialty Station Opens

### CROSTINI WITH ROASTED TENDERLOIN
Topped With A Creamy Horseradish Sauce

### CHICKEN SATE
Strips Of Chicken Breast Threaded On Bamboo Skewers Lightly Grilled
Offered With Peanut Dipping Sauce

### STUFFED MUSHROOM CAPS
Filled With A Mixture Of Sauteed Spinach And Sweet Onions
Served Warmed



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

### SMOKED SALMON CANAPES
Smoked Norwegian Salmon On Black Bread Garnished With Capers

### HOISIN DUCK CUPS
Oriental Hoisin Duck And Baby Leeks Presented In Delicate Phyllo Cups

### TUNA TARTARE CONES
Piped With Ginger Wasabi Mayonnaise
Served In Ceramic Bowls With Black And White Sesame Seeds

* * * *

### SUSHI STATION
Your Guests Will Enjoy Both Sushi And California Rolls

### MADE TO ORDER
Assorted Freshly Rolled Sushi, Sashimi And Maki To Include
Yellow Fin Tuna ~ Salmon ~ Crisp Veggie Assortment
Pickled Ginger ~ Wasabi ~ Soy Scallion Sauce

* * * *

### DELI DELIGHTS
Baskets Brimming With Miniature Finger Rolls
Filled With Pastrami With Deli Mustard
Turkey With Herb Mayonnaise
Corned Beef With Spicy Mustard



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

### SEASONAL FRESH VEGETABLE BASKET
A Mosaic Of Assorted Fresh Vegetables To Include Cucumber Wheels
Carrots, Celery, Broccoli, Cauliflower, Red And Green Pepper Strips
Offered With Ranch Dip

\* \* \* \*

### A DIP INTO THE MEDITERRANEAN
Your Guests Will Enjoy A Variety Of Middle Eastern Delights

### RED PEPPER HUMMUS AND EGGPLANT SALAD
A Savory Dip Made Of Chick Peas, Tahini, Fresh Lemon Juice And Roasted Garlic
Eggplant Salad Made With Grilled Eggplant And Potted Herbs
Accompanied By Pita Triangles

### ARTICHOKE HEARTS
Spring Artichoke Hearts Are Marinated In Tarragon And Lemon

### MIXED HERB SPICE CURED OLIVES
A Rainbow Of Green, Purple, Black And Burgundy Olives

### SALAMI AND SAUSAGE
Served With Crusty Bread Medallions

### COLORFUL ROASTED VEGETABLES
Colorful Display Of Grilled Marinated Vegetables To Included:
Eggplant, Zucchini, Yellow Squash, Tomato, Red And Yellow Peppers
Onion And Carrots



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

\* \* \* \*

## ORIENTAL EXPRESS STATION

### SZECHUAN SESAME BEEF
Tender Beef Marinated In A Light Oriental Sauce

### TERIYAKI CHICKEN STIR FRY
Stir-fried Marinated Chicken Is Tossed With Snow Pea Pods, Sweet Red Peppers
Scallions, Bamboo Shoots And Mushrooms
All Prepared In A Flavorful Oriental Sauce

### PAD THAI NOODLES
Delicate Noodles, Stir-fried With Red Chilis, Crushed Peanuts
Bean Sprouts, Scallions, And Egg

### FRIED RICE
Long Grained Rice Seasoned With Soy And Cilantro
Stir Fried With Julienned Vegetables

### DIM SUM
Steamed Wontons Filled With Julienne Of Oriental Vegetables

\* \* \* \*

### GUESTS INVITED FOR DINNER AND DANCING
In The Grand Ballroom



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

## FOR THE MOTZI
A Beautiful Braided Challah Loaf

\* \* \* \*

### FIRST COURSE TO BE SERVED PLATED:

TOSSED SALAD OF MIXED GREENS
Assorted Lettuces Of Romaine, Endive, Bibb And Watercress
With Button Mushrooms And Tender Hearts Of Palm
Drizzled With Balsamic Vinaigrette
Served With A Poppy Seed Twist

\* \* \* \*

### FRENCH SERVICE OF MAIN COURSE:

DUAL ENTREE
Herb Crusted Salmon Medallion
Seared Beef Tenderloin With Crushed Peppercorns
Served With Bourbon Mushroom Sauce
Wild Mushroom Rissotto
Blue Lake Green Beans Sauteed With Slivered Almonds

GOURMET BREAD BASKETS
Brimming With Hand Made Olive Bread, Toasted Focaccia Rusks
Sliced Peasant And Crusty Sourdough Breads
Served With Margarine



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

\* \* \* \*

## FOR A SWEET ENDING

\* \* \* \*

### FOR EACH TABLE
Yours Guests Will Enjoy Strawberries Dipped In Chocolate
Petit Fours Fresh Strawberries And Florentine Cookies

### REFRESHING RASPBERRY SORBET
Scoops Of Homemade Raspberry Sorbet
Garnished With Fresh Mint

### IT'S TIME TO CUT THE CAKE

### BEAUTIFULLY DECORATED WEDDING CAKE
Devils Food Cake Iced With Creamy Buttercream
Served On A Pool Of Chocolate Sauce

\* \* \* \*

### COFFEE AND TEA SERVICE
Freshly Brewed Decaffeinated Coffee And Assorted Teas
Served With Non Dairy Creamer, Sugar, Equal And Sweet & Low

\* \* \* \*



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

## FOR THE BAR
Client To Provide All Alcoholic And Nonalcohlic Beverages
Ridgewells To Provide Lemons, Limes Cocktail Fruits And Ice Cubes



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

FOOD:

Menu as described to include only the freshest of ingredients, prepared with unparalleled care and creativity.

Please note: There are 190 each hors'd to be passed during the cocktail recpetion. Stations will have a staff person in attendance to replenish the stations up until the end of the reception time.

The quantities to be adjusted proportionately if the count increases or decreases.

SETUPS:

Client to provide all alcoholic and nonalcoholic beverages for the bar and for dinner. Ridgewells to provide lemons, limes, cocktail fruits and ice cubes.

EQUIPMENT:

Each piece is carefully selected from Ridgewells' private inventory to beautifully enhance your event. Tables, chairs, linens, china, glassware, stemware, silverware, and appropriate kitchen equipment have been included in this proposal.

SERVICE PERSONNEL:

Service personnel will include: 3 Bartenders, 24 French Service Servers, 4 Kitchen Assistants, 1 Kitchen Supervisor, 2 Pantrys, 1 Server Supervisor, and 2 Warehouse Driver/pick Ups.

The service time within this proposal is an estimate based on your scheduled event time, as well as set-up and clean-up. Should there be changes in the time of the function, or number of guests, additional charges will be reflected in your final invoice

SALES TAXES:

All applicable sales taxes will be charged unless customer can present a valid tax



Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355

exemption certificate for the jurisdiction of the event location. Please forward a copy of your exemption certificate to your Ridgewells' event designer.

Mr. & Mrs. Mark Siegel
Saturday, April 02, 2005
Event I.D. Number: 285355



## ESTIMATED SUMMARY OF COSTS
Based on 250 Guests

Ridgewells Charges:

|  |  |  |
|---|---|---|
| Food | $ | 16,621.15 |
| Setups |  | 58.80 |
| Equipment |  | 12,923.45 |
| Staff |  | 11,370.00 |
| Ridgewells Subtotal: | $ | 40,973.40 |

Other Charges:

|  |  |  |
|---|---|---|
| Adjustments & Discounts |  | -4,421.43 |
| Taxes Excluding Delivery Charge |  | 3,325.65 |
| Grand Total: | $ | 39,877.62 |
| Delivery |  | 100.00 |
| Fuel Surcharge |  | 15.00 |
| Balance Due: | $ | 39,992.62 |

Requested Deposit Due: Tuesday, December 28, 2004 in the Amount of: $9,500.00
Requested Deposit Due: Tuesday, February 15, 2005 in the Amount of: $9,000.00
Requested Deposit Due: Monday, March 28, 2005 in the Amount of: $9,000.00
Toby Nann
Date Prepared: 12/02/2004

### CONFIRMATION & DEPOSIT:

Please sign this agreement in the space provided below and return it with the amount due indicated above to: Ridgewells, Inc., Attn: Accounting Department. The rates and charges utilized in preparing this estimate are guaranteed upon execution of this agreement, and for 30 days from the date the agreement was prepared. Any changes must be made at least 5 working days prior to your event. These changes will be reflected in your final bill. Payment of an events unpaid balance is required 3 days prior to the date of the event, or guaranteed by credit card. Failure to do so may result in the cancellation of this agreement. You may charge your deposit and any balance due to your VISA, MASTERCARD, DISCOVER, or AMERICAN EXPRESS.

ACCEPTED BY: _Judith S. S_____  DATE: _12/3/04_
CARD PREFERENCE: VISA/**MASTERCARD**/AMEX/DISCOVER (Please Circle One)
Expiration Date: _____  Amount Charged: $ _9,500_
Account Name: _Judith S. Siegel_____  Phone: (202) _453 5431_
Account Number: _____