# EXHIBIT "2"

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

----------------------------------x

MARK A. SIEGEL, et al.,                ) **ORIGINAL**

              Plaintiffs,  )

   v.                                   ) Case No.

RIDGEWELLS, INC.,                      ) 1:05CV01717

   Defendant/Counter-Plaintiff          )

----------------------------------x

Videotaped Deposition of MARK A. SIEGEL

Washington, D.C.

Thursday, January 19, 2006

9:36 a.m.

Job No.: 1-70181

Pages 1 - 226

Reported By: Joan V. Cain



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

```
 1      CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2            I, Joan V. Cain, the officer before whom
 3   the foregoing proceedings were taken, do hereby
 4   certify that the foregoing transcript is a true and
 5   correct record of the proceedings; that said
 6   proceedings were taken by me stenographically and
 7   thereafter reduced to typewriting under my
 8   supervision; and that I am neither counsel for,
 9   related to, nor employed by any of the parties to
10   this case and have no interest, financial or
11   otherwise, in its outcome.
12            IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this  1st   day of
14    February   2006 .
15
16   My commission expires:
17   June 15, 2009
18
19   _____Joan V. Cain_____
20   NOTARY PUBLIC IN AND FOR THE
21   DISTRICT OF COLUMBIA
22
```

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

32

kosher dishes in our home.  We didn't have separate kosher dishes in restaurants.  And I knew every one of my guests, including my rabbi, ate in my home and ate in -- on dishes at restaurants that were not -- were -- were not kosher dishes.  And that was the level of Kashruth that we were comfortable with.  We wanted kosher food and parve food.

Q   Mr. Siegel, the -- what I'm trying to do is ask you some questions that are narrowly tailored.  And my sense is, you're explaining your reasons for an answer.  I may ask you at times, why did you do it that way, in which case I'll ask you for your reasons.  But otherwise, I'm just asking you what, I think, are yes-or-no questions at this point.  So I'll ask you to listen to my question and see if you can answer it that way.  If you can't, then so be it.

The dishes that were used to serve the guests at your wedding, you understood, in advance of the wedding, that those dishes would have been unkosher dishes, correct?

A   Yes.

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

54

1  A   Yes.
2  Q   And so you rejected Ridgewells?
3  A   Yes.
4  Q   And Ridgewells' proposal to you that you rejected was for their kosher option, including cooking in a kosher facility, using separate dishes, and having a mashgiach for all purposes, correct?
8  A   Yes.
9  Q   And there were charges associated with that?
11 A   Yes.
12 Q   Add-ons to their contract?
13 A   I don't know if it was ever presented as an add-on. I think it was presented as a -- as a per-person charge.
16 Q   But you understood you'd be paying for the mashgiach, right?
18     MR. LEWIN: Objection to the form of that question. Paying for the mashgiach? I mean, he -- the witness has testified there would be additional charges.
22 BY MR. SCHWABER:

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

58

| | | |
|---|---|---|
| 1 | that, she called me and explained the circumstances | 10:33:43 |
| 2 | that led to this -- to this problem.  And it was an | 10:33:47 |
| 3 | internal Windows' issue.  And she thought she owed | 10:33:51 |
| 4 | me an explanation. | 10:33:54 |
| 5 |    Q   Okay.  And do you recall approximately when | 10:33:55 |
| 6 | that was that you had the discussion that led you to | 10:34:00 |
| 7 | conclude you're not using Windows anymore? | 10:34:04 |
| 8 |    A   I'll just ballpark October, but I'm -- I'm | 10:34:12 |
| 9 | not -- I'm not really sure. | 10:34:14 |
| 10 |    Q   So that would have been October '04? | 10:34:15 |
| 11 |    A   Yes. | 10:34:23 |
| 12 |    Q   And what'd you do then? | 10:34:24 |
| 13 |    A   I called -- I called Ridgewells and asked | 10:34:28 |
| 14 | for the kosher division and was put through to Toby. | 10:34:30 |
| 15 | I either got her directly or got her voice mail. | 10:34:33 |
| 16 | But in any case, we spoke.  I told her what had | 10:34:37 |
| 17 | happened.  I asked her if -- if the date was still | 10:34:40 |
| 18 | available for -- for -- for Ridgewells because we'd | 10:34:42 |
| 19 | like to talk to them, and she said, "Yes." | 10:34:46 |
| 20 |       And then she volunteered that -- that there | 10:34:51 |
| 21 | was another option that they could provide, which | 10:34:57 |
| 22 | would be kosher food and parve food, but not -- I | 10:34:59 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

59

1  don't know if she used the term "bells and  10:35:03
2  whistles," but not all the extra things.  And I  10:35:06
3  said, "That is" -- I said, "I -- we should have been  10:35:10
4  talking about that all along because that's the  10:35:13
5  level that I always wanted: kosher food and parve  10:35:15
6  food."  And I said, "That's great."  And I told my  10:35:20
7  wife that.  And then we went to see Toby, and she  10:35:22
8  had prepared a little tasting of food for us.  And  10:35:29
9  she sat down with my wife, and they started to work  10:35:32
10 out menus -- of kosher menus, kosher entrees, kosher  10:35:35
11 hors d'oeuvres.  And she made it clear to my wife  10:35:41
12 which Ridgewells could do kosher and which couldn't  10:35:43
13 be done kosher.  And we -- we entered into -- my  10:35:47
14 wife entered into a contract, or at least, we  10:35:51
15 thought it was a contract.  It was a -- a long  10:35:55
16 careful delineated menu with charges at the bottom  10:35:57
17 and a sign-in sheet.  And my wife signed that.  10:36:01
18     Q    The discussion about another option that  10:36:05
19 Ridgewells could provide, that came about because  10:36:23
20 you told her you didn't want to go with the kosher  10:36:25
21 option she had presented to you?  10:36:28
22     A    No.  Actually, that's not right.  10:36:29

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

60

| | | |
|---|---|---|
| 1 | Q How did -- how did another option come up? | 10:36:31 |
| 2 | A She put it on -- she put it on the table. | 10:36:34 |
| 3 | I mean, she brought it up when I called her and | 10:36:37 |
| 4 | asked her if the date was available. And she said, | 10:36:39 |
| 5 | "You know, there is another option. We could do | 10:36:42 |
| 6 | kosher food and parve food and not have the separate | 10:36:44 |
| 7 | kitchen." | 10:36:50 |
| 8 | And I said, "That -- that is exactly the | 10:36:51 |
| 9 | level of Kashruths that I wanted. That's perfect." | 10:36:53 |
| 10 | Q When you rejected Ridgewells the first | 10:36:57 |
| 11 | time, did you tell her that you didn't want to pay | 10:36:59 |
| 12 | for the kosher option that she had presented? | 10:37:03 |
| 13 | MR. LEWIN: Objection again to the use of | 10:37:05 |
| 14 | the word "rejected." The witness has not testified | 10:37:07 |
| 15 | that he rejected anything. He said he chose the | 10:37:10 |
| 16 | other option, not that he rejected anything. So I | 10:37:13 |
| 17 | object to the use of that word in the question. | 10:37:16 |
| 18 | BY MR. SCHWABER: | 10:37:19 |
| 19 | Q I believe the witness did say that, but the | 10:37:19 |
| 20 | record will speak for itself. | 10:37:21 |
| 21 | In any respect, the -- the discussion about | 10:37:23 |
| 22 | another option arose because Toby knew that you were | 10:37:28 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

61

1  interested in another option, right?  10:37:35
2      A    I never asked for another option.  When I  10:37:37
3  called Toby, it was to talk about that -- that --  10:37:39
4  the proposal.  I mean, we were revisiting the issue.  10:37:44
5  She is the one who mentioned another option.  10:37:48
6      Q    Was it out of the blue?  10:37:51
7      A    Yeah, actually, it was out of the blue.  10:37:53
8  And we had -- I guess she knew that we had gone  10:37:55
9  with -- with the other caterer because it was a  10:38:00
10 better proposal in all respects, including a better  10:38:02
11 price.  And maybe she put that on the table because  10:38:05
12 this would make it a more competitive price.  But  10:38:08
13 she definitely put it on the table herself.  I  10:38:11
14 didn't ask for that option.  10:38:14
15     Q    So if Toby --  10:38:15
16     A    And when I called my wife and told her  10:38:17
17 there was an option, she was surprised.  And we both  10:38:18
18 thought it was terrific because that's the level of  10:38:22
19 Kashruth that we thought would be good for the  10:38:25
20 wedding.
21     Q    So the level of Kashruth that you were  10:38:28
22 looking for -- Kashruth is K-a-s-h-r-u-t-h.  The  10:38:31

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

97

1  and the poultry were kosher.                                    13:36:20

2        MR. SCHWABER:  Counsel, there's a lot of                  13:36:21

3  things we don't know.  What I'm asking is what we're            13:36:22

4  being sued for here -- what my client's being sued              13:36:25

5  for.  And I want to narrow down the contentions.                13:36:27

6  BY MR. SCHWABER:                                                13:36:29

7     Q    So what I'm asking you, Mr. Siegel, is, Are             13:36:29

8  you aware of any fact that would indicate to you                13:36:33

9  that Ridgewells provided unkosher meat?                         13:36:35

10    A    No.                                                     13:36:39

11    Q    Are you aware of any fact that would                    13:36:39

12 indicate to you that Ridgewells provided any                    13:36:43

13 unkosher poultry?                                               13:36:47

14    A    No.                                                     13:36:48

15    Q    Okay.  Now, then it says -- as part of your             13:36:48

16 explicit request, it says that, "No dairy product be            13:36:52

17 served at the reception or the meal to conform with             13:36:55

18 Jewish dietary laws."  As it relates to that                    13:36:59

19 request, is it your -- what is your understanding as            13:37:06

20 to the reason for no dairy products needing to be               13:37:07

21 served?                                                         13:37:10

22    A    Under Kashruth, we don't mix milk and meat.             13:37:11

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

115

1   Q   Do you recall no one being next to you?   13:52:59
2   A   Well, I was the father of the bride. I   13:53:01
3   assume people were around me. I just don't -- I   13:53:03
4   don't recall. This is a -- was an area that was not   13:53:07
5   a large area, so there were -- there were people all   13:53:09
6   around. I just don't know who was near me at that   13:53:14
7   time.   13:53:16
8   Q   Okay. Did you insist that the   13:53:16
9   salmon canapés be removed?   13:53:22
10  A   I immediately went down -- this was the   13:53:25
11  very end of the reception -- and confronted with   13:53:26
12  Toby Nann with the cream cheese. And by the time I   13:53:28
13  came back, the food service had ceased and the bar   13:53:31
14  service had ceased and the guests were going   13:53:36
15  downstairs.   13:53:38
16  Q   Did you tell her -- you told me you told   13:53:39
17  your wife. Did you tell anyone other than your wife   13:53:40
18  and Ms. Nann about your belief that you were eating   13:53:42
19  cream cheese?   13:53:45
20  A   I told -- not at that moment. Later, I   13:53:46
21  told -- certainly, I told my daughter. I told my   13:53:49
22  son-in-law. I think I may have told my sister. I   13:53:52

116

| | | |
|---|---|---|
| 1 | may have told -- I think I told Sheldon and | 13:54:01 |
| 2 | Fay Cohen, who were very upset by the -- the wedding | 13:54:07 |
| 3 | being ruined by shellfish. And I said they were | 13:54:10 |
| 4 | also serving dairy. I don't know who else I might | 13:54:12 |
| 5 | have told. | 13:54:15 |
| 6 | Q    What was your purpose in telling the Cohens | 13:54:16 |
| 7 | after the fact? | 13:54:19 |
| 8 | A    The Cohens were trying to console me. I | 13:54:19 |
| 9 | was very, very upset, and -- and they were trying to | 13:54:23 |
| 10 | console me, and I said, "It's worse than you think. | 13:54:25 |
| 11 | They're also serving dairy." | 13:54:27 |
| 12 | Q    And this was after the evening? | 13:54:29 |
| 13 | A    No. This was during the evening. | 13:54:30 |
| 14 | Q    But after the salmon canapés had already | 13:54:32 |
| 15 | been removed? | 13:54:36 |
| 16 | A    This was during dinner. | 13:54:37 |
| 17 | Q    So there was no longer anything that you | 13:54:38 |
| 18 | thought was cream cheese at that point? | 13:54:40 |
| 19 | A    At that point, that's correct, but they had | 13:54:41 |
| 20 | not -- there was no margarine ever served on the | 13:54:43 |
| 21 | tables with the bread ever on any of the tables. | 13:54:47 |
| 22 | And I don't know what the reason for that is, but | 13:54:52 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

144

| | | |
|---|---|---|
| 1 | A    I was very, very upset. I don't know | 14:21:57 |
| 2 | exactly what -- what I might have said. I usually | 14:21:59 |
| 3 | don't talk that way, but I was very, very upset. | 14:22:01 |
| 4 | Q    You recall reacting in a way that would, | 14:22:04 |
| 5 | under other -- other circumstances, be | 14:22:12 |
| 6 | inappropriate? | 14:22:14 |
| 7 | A    Well, if I cursed -- I don't -- I don't | 14:22:15 |
| 8 | curse. I'm not a person who curses. So if I -- if | 14:22:19 |
| 9 | I said the word "fucking," it would be something I | 14:22:21 |
| 10 | normally would not do. | 14:22:24 |
| 11 | Q    Okay. You recall telling Toby in front of | 14:22:25 |
| 12 | others downstairs when you got her at that moment, | 14:22:28 |
| 13 | "You've ruined my daughter's wedding"? | 14:22:32 |
| 14 | A    Yes. | 14:22:34 |
| 15 | Q    Do you recall telling her, "I'm going to | 14:22:34 |
| 16 | put Ridgewells out of business"? | 14:22:36 |
| 17 | A    I don't recall that. | 14:22:38 |
| 18 | Q    Is it conceivable you said that to her | 14:22:38 |
| 19 | then? | 14:22:41 |
| 20 | A    I was very, very upset. I don't believe I | 14:22:42 |
| 21 | said that. | 14:22:44 |
| 22 | Q    You recall saying that to others, right? | 14:22:45 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

157

| | | |
|---|---|---|
| 1 | question. I'm sorry. | 14:33:35 |
| 2 | BY MR. SCHWABER: | 14:33:36 |
| 3 | Q Let me ask you a different way. I'll ask | 14:33:36 |
| 4 | you a different question so we'll clarify any | 14:33:38 |
| 5 | confusion. You told me this morning about your | 14:33:41 |
| 6 | renewed dialogue with Ms. Nann after the | 14:33:45 |
| 7 | windows' option disappeared for you. Do you | 14:33:52 |
| 8 | remember that? | 14:33:53 |
| 9 | A Yes. | 14:33:53 |
| 10 | Q Okay. And at the time of your renewed | 14:33:54 |
| 11 | discussion with Ms. Nann, she said words to the | 14:33:56 |
| 12 | effect of "there's another option for you," correct? | 14:33:58 |
| 13 | A Right. Correct. | 14:34:01 |
| 14 | Q And that other option was to go without a | 14:34:02 |
| 15 | mashgiach and to have kosher meat and no dairy | 14:34:05 |
| 16 | products, correct? | 14:34:09 |
| 17 | A Correct. | 14:34:09 |
| 18 | Q Okay. And you chose that other option? | 14:34:10 |
| 19 | A That's correct. | 14:34:11 |
| 20 | Q But you were presented with both options | 14:34:12 |
| 21 | for you to choose, correct? | 14:34:14 |
| 22 | A That's correct. | 14:34:16 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

158

1   Q   Okay.  So you knowingly chose an option    14:34:17
2   that you knew had a less rigid standard of Kashruth    14:34:21
3   than the option you knowingly didn't choose,    14:34:30
4   correct?    14:34:33
5   A   I chose -- I chose an option that was    14:34:33
6   consistent with my level of Kashruth, with -- with    14:34:34
7   my community's level of Kashruth, with my    14:34:36
8   synagogue's level of Kashruth, with my friends'    14:34:40
9   level of Kashruth, with my rabbi's level of Kashruth    14:34:44
10  eating in my house, with    14:34:48
11  Michael -- Dr. Michael Berenbaum's level of Kashruth    14:34:51
12  eating in my house.  Yes, I did that.    14:34:54
13  Q   That wasn't my question.    14:34:56
14  A   Oh, I think it was and I think I answered    14:34:57
15  it.    14:34:59
16  Q   Go back to my question because my question    14:34:59
17  was a yes-or-no question.    14:35:01
18      MS. LEWIN:  Can you please read my last    14:35:16
19  question?    14:35:17
20      (The reporter read the record as    14:35:18
21  requested.)
22      MS. LINDLEY:  Can you read the last    14:35:34

159

1  sentence of my answer? 14:35:35
2         (The reporter read the record as 14:35:36
3  requested.) 14:35:49
4  BY MR. SCHWABER: 14:35:49
5      Q    So that last sentence answers my question? 14:35:49
6      A    You don't think "Yes, I did that" answers 14:35:51
7  the question? 14:35:54
8      Q    I do. 14:35:54
9      A    Okay. 14:35:56
10         MR. LEWIN:  And the rest is an explanation, 14:35:56
11 which I think the witness can give with regard to 14:35:58
12 his answer. 14:36:00
13 BY MR. SCHWABER: 14:36:01
14     Q    The option you chose with a less rigid 14:36:01
15 standard, without a mashgiach, was that kosher or 14:36:12
16 treif, in your mind? 14:36:19
17     A    Kosher. 14:36:19
18     Q    So if -- getting back to a question I asked 14:36:20
19 you when we started this exercise.  If a guest had 14:36:38
20 come to you in advance of the wedding and said, "Is 14:36:43
21 the wedding kosher or treif," you would have said 14:36:46
22 kosher? 14:36:49

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

170

| | | | |
|---|---|---|---|
| 1 | Q | And her explanation that you remember was | 14:46:20 |
| 2 | | "Oh, my God"? | 14:46:23 |
| 3 | A | Correct. | 14:46:23 |
| 4 | Q | And she was stunned to see the shrimp, | 14:46:24 |
| 5 | | right? | 14:46:27 |
| 6 | A | Well, she had told me that it was not true. | 14:46:27 |
| 7 | | She didn't believe me, and then she saw that it was | 14:46:29 |
| 8 | | true. | 14:46:32 |
| 9 | Q | And when you saw her discover that it was | 14:46:33 |
| 10 | | true, did she seem genuinely shocked to you? | 14:46:35 |
| 11 | A | She seemed surprised. | 14:46:38 |
| 12 | Q | Okay. | 14:46:40 |
| 13 | A | She seemed surprised that what I told her | 14:46:41 |
| 14 | | was true. | 14:46:44 |
| 15 | Q | Okay. So you don't believe she did | 14:46:44 |
| 16 | | anything willful in putting the shrimp out, do you? | 14:46:46 |
| 17 | | MR. LEWIN: This -- the complaint says | 14:46:51 |
| 18 | | "willful disregard." | 14:46:52 |
| 19 | BY MR. SCHWABER: | | 14:46:54 |
| 20 | Q | My question is, You don't think she did | 14:46:54 |
| 21 | | anything willful in putting the shrimp out, do you? | 14:46:57 |
| 22 | A | I don't -- I don't think she -- she did | 14:46:59 |

171

| | | |
|---|---|---|
| 1 | what she promised me to make sure that my daughter's | 14:47:02 |
| 2 | wedding was perfect.  She told me she was a | 14:47:05 |
| 3 | mashgiach.  She knew -- she knew what to do, that | 14:47:11 |
| 4 | everything would be perfect.  And I don't think she | 14:47:12 |
| 5 | took whatever steps were necessary to ensure that | 14:47:14 |
| 6 | that sushi was, in fact, made up only of kosher | 14:47:16 |
| 7 | products. | 14:47:19 |
| 8 |     Q    I -- I understand that you don't think she | 14:47:19 |
| 9 | did what she needed to do to ensure that.  My | 14:47:21 |
| 10 | question's a little different. | 14:47:24 |
| 11 |     A    And that she could have. | 14:47:26 |
| 12 |     Q    I understand.  I understand your testimony | 14:47:27 |
| 13 | on that.  Whether I agree with it or not is | 14:47:29 |
| 14 | immaterial.  I understand what you're saying.  My | 14:47:32 |
| 15 | question is different.  My question is, Do you | 14:47:34 |
| 16 | believe she was intending to honor your wishes? | 14:47:37 |
| 17 |     A    I don't believe she deliberately had | 14:47:43 |
| 18 | shellfish, shrimp, eel, and octopus, served. | 14:47:48 |
| 19 |     Q    Thank you.  The -- towards the end of 32, | 14:47:51 |
| 20 | it says, "Many guests were prevented from enjoying | 14:47:57 |
| 21 | their meals, and some guests refused to eat entrees | 14:48:01 |
| 22 | at the dinner."  Can you name the -- the guests | 14:48:04 |

178

| | | |
|---|---|---|
| 1 | Q What remarks did you make that you recall | 14:53:33 |
| 2 | that you're referring to there? | 14:53:36 |
| 3 | A I believe I used the term -- I think I was | 14:53:37 |
| 4 | screaming "goddamn," which I would never do under | 14:53:42 |
| 5 | normal conditions. If I used any other vulgarities, | 14:53:45 |
| 6 | that would fall into that category. I'm not aware | 14:53:48 |
| 7 | of any specifically. | 14:53:51 |
| 8 | Q Okay. Do you believe Ridgewells' employees | 14:53:53 |
| 9 | were trying to steal your wine? | 14:53:55 |
| 10 | A Yes. | 14:53:56 |
| 11 | Q And the basis for that belief is that they | 14:53:58 |
| 12 | told you there was none left and then you discovered | 14:54:02 |
| 13 | it? | 14:54:04 |
| 14 | A They told me there was none left. I argued | 14:54:04 |
| 15 | with them. I said, "There has to be some wine | 14:54:06 |
| 16 | left." | 14:54:09 |
| 17 | They said, "There's absolutely no wine | 14:54:10 |
| 18 | left. It was all consumed." | 14:54:12 |
| 19 | I stayed down there, I went down a hall, I | 14:54:14 |
| 20 | looked on -- I moved some boxes, and I found three | 14:54:17 |
| 21 | cases of Chateau Margaux and one case of Prosecco. | 14:54:19 |
| 22 | And they were clearly, deliberately hidden from -- | 14:54:25 |

221

1   by counsel.)                                              15:39:09

2   BY MR. SCHWABER:                                          15:39:10

3       Q    Is Exhibit 4 the contract at issue in this       15:39:10

4   case?                                                     15:39:14

5       A    As I understood it, yeah.  This is the only      15:39:14

6   signed document, as far as I know.  My wife signed        15:39:17

7   it.                                                       15:39:22

8       Q    Okay.  So that's what you understand to be       15:39:22

9   the contract?                                             15:39:23

10      A    Well, that and all the endless discussions       15:39:25

11  that we had about what should be included here.           15:39:29

12      Q    The only written contract that's -- when         15:39:32

13  there's a written contract being referred to, is it       15:39:35

14  Exhibit 4?                                                15:39:37

15      A    A written contract, yes.                         15:39:39

16      Q    Okay.  And Exhibit 5 is the final invoice        15:39:40

17  you received from Ridgewells that reflects the sushi      15:39:45

18  credit that was provided, correct?                        15:39:50

19      A    Yes.                                             15:39:51

20      Q    And that invoice has not been paid,              15:39:51

21  correct?                                                  15:39:53

22      A    The balance of $11,000 has not been paid.        15:39:54