# EXHIBIT "3"

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4   ------------------------------x      ORIGINAL
 5   MARK A. SIEGEL, et al.,        *
 6        Plaintiffs                *      Case No.
 7        v.                        *      1:05CV01717
 8   RIDGEWELLS, INC.,              *
 9        Defendant/Counter-Plaintiff *
10   ------------------------------x
11
12          Videotaped Deposition of JUDITH SIEGEL,
13                  in her individual capacity
14
15                       Washington, D.C.
16
17                  Tuesday, March 21, 2006
18                         9:41 a.m.
19   Job No.:   1-72961
20   Pages:     1 - 146
21   Reported by:   Vicky J. Stallsworth, RMR, CRR
22
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

144

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2       I, Vicky J. Stallsworth, Registered Merit

3  Reporter, Certified Realtime Reporter, the officer

4  before whom the foregoing proceedings were taken,

5  do hereby certify that the foregoing transcript is

6  a true and correct record of the proceedings; that

7  said proceedings were taken by me stenographically

8  and thereafter reduced to typewriting under my

9  supervision; and that I am neither counsel for,

10 related to, nor employed by any of the parties to

11 this case and have no interest, financial or

12 otherwise, in its outcome.

13      IN WITNESS WHEREOF, I have hereunto set my

14 hand and affixed my notarial seal this 2nd day of

15 April, 2006.

16

17 My commission expires:

18 August 14, 2007

19

20 *Vicky J. Stallsworth* (signature)

21 NOTARY PUBLIC IN AND FOR THE

22 DISTRICT OF COLUMBIA

57

1  dealing with Ridgewells, which I thought was a
2  reputable company.  And I was dealing with the
3  kosher division.
4          Not only had the Corcoran recommended
5  Ridgewells as a kosher caterer, but it was on a
6  listing from my synagogue as one of the acceptable
7  kosher caterers.
8          I met with Toby specifically to talk
9  about our kosher needs.  The fact that it would be
10 kosher was a given because I was dealing with what
11 had been presented as the kosher division.
12     Q    My question had to do with -- it was a
13 simpler question than that.  I think it calls for
14 a yes or no.
15          Do you recall that the contract that
16 you reviewed before it was signed didn't mention
17 either kosher or kosher division anywhere on it?
18     A    I have noticed that since, yes.
19     Q    Okay.  But that didn't concern you at
20 the time?
21          MR. LEWIN:  Objection to the word
22 "concern".

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

104

1  Ridgewells did not do.
2         And as I was having this -- Julie
3  was -- was a civil person who I think, compared
4  with Toby and certainly compared with what I heard
5  about Ridgewells afterward, was respectful to us
6  about what had happened.
7         One of the things that makes me very
8  upset about all this is the disrespect that
9  Ridgewells showed us about this mistake they had
10 made.  And at that point, when I was standing with
11 Julie, our rabbi happened to be passed by.  I
12 don't know whether he had been to the restroom or
13 what.
14        So I didn't -- I neither sought him
15 out nor, you know, I just told him.  I told him
16 because he is someone who is close to me.
17     Q    Fair enough.  On the night of the
18 wedding, after the problem first arose --
19     A    Right.
20     Q    -- did you confront both Julie and
21 Toby or did you limit your communications to Julie
22 that night, about this problem?