# EXHIBIT "4"

```
                                                              1
 1            IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3

 4   MARK A. SIEGEL, et al.,           )  ORIGINAL

 5        Plaintiffs,                  )

 6   vs.                               ) Case No.

 7   RIDGEWELLS, INC.,                 ) 1:05CV01717

 8        Defendant/Counter-Plaintiff  ) Pages 1-174

 9                    - - - - -

10         VIDEOTAPED DEPOSITION OF CRAIG BARON

11                   WASHINGTON, D.C.

12                   FEBRUARY 7, 2006

13   The videotaped deposition of CRAIG BARON was

14   convened on Tuesday, February 7, 2006,

15   commencing at 9:43 a.m., at the offices of Wiley

16   Rein & Fielding, 1776 K Street, Northwest,

17   Washington, D.C. 20006, before Paula G. Satkin,

18   Registered Professional Reporter and Notary

19   Public.

20   Job No. 1-70183

21                    - - - - -

22
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF CRAIG BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

174

CERTIFICATE OF NOTARY PUBLIC

I, Paula G. Satkin, the officer before whom the foregoing proceedings were taken, do hereby certify that the witness whose testimony appears in the foregoing proceeding was duly sworn by me; that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewriting under my direction; that said proceedings is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

My commission expires August 31, 2010.

_____
PAULA G. SATKIN
Notary Public in and for the
District of Columbia

VIDEOTAPED DEPOSITION OF CRAIG BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

81

1    Q.   Okay. Do you believe that shrimp
2 was served because a mistake was made?
3         MR. LEWIN: Objection.
4         THE WITNESS: I have no -- I have
5 no idea. A mistake as opposed to what? I'm not
6 sure.
7 BY MR. SCHWABER:
8    Q.   In other words, you've told me
9 that Toby knew not to serve shrimp, in your
10 opinion; correct?
11   A.   Yes.
12   Q.   So did she serve shrimp
13 maliciously or intentionally, in your opinion?
14        MR. LEWIN: Objection.
15        THE WITNESS: I have no way of
16 knowing what her motive was, but if I had to
17 guess I would say she did not do it
18 intentionally.
19 BY MR. SCHWABER:
20   Q.   Okay. So, in other words, it was
21 a mistake?
22        MR. LEWIN: Objection.

VIDEOTAPED DEPOSITION OF CRAIG BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

82

1         THE WITNESS:  Possibly, yes.
2  BY MR. SCHWABER:
3      Q.   To the best of your knowledge was
4  this a mistake, serving shrimp?
5         MR. LEWIN:  Objection.
6         THE WITNESS:  It definitely was a
7  mistake in that we didn't want it, yes.
8  BY MR. SCHWABER:
9      Q.   Okay.  And would it be your
10 belief, recognizing you don't have insight into
11 Toby's brain --
12     A.   Sure.
13     Q.   -- would it be your belief that it
14 was a mistake, not just in that you didn't want
15 it, but that Toby didn't want it?
16        MR. LEWIN:  Objection.
17        THE WITNESS:  Yes, it would be my
18 belief that she did not serve this intentionally
19 and it was a grievous mistake.
20 BY MR. SCHWABER:
21     Q.   Okay.  And how did you come to be
22 aware of the serving of shrimp at your wedding?

VIDEOTAPED DEPOSITION OF CRAIG BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

160

1  level, but it's not something you can always --
2  you can never get over it completely because
3  it's there. It's our wedding.
4  BY MR. SCHWABER:
5      Q.   Toby Nann told you that this was
6  an error; right?
7      A.   I --
8      Q.   In other words, she didn't
9  communicate to you I can't believe you're upset
10 about the shellfish, what's wrong with
11 shellfish; right?
12     A.   That's correct.
13     Q.   She communicated to you, sorry
14 there was shellfish?
15     A.   That's correct.
16     Q.   Okay. And you told me earlier you
17 have no reason to believe she was acting
18 maliciously or intentionally in putting out
19 shellfish?
20     A.   That's correct.
21     Q.   Okay. And you told me just now
22 you believed her to be sincere when she seemed

VIDEOTAPED DEPOSITION OF CRAIG BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

161

1  upset about it?
2       A.   I'm sure she was upset about it.
3       Q.   Okay.  Do you believe that this
4  needed to ruin your wedding?
5       MR. LEWIN:  Objection.  Needed to
6  ruin?
7       THE WITNESS:  I don't really know
8  what that means.
9  BY MR. SCHWABER:
10      Q.   What it means is given the way you
11 observe, what you've acknowledged to me is not a
12 strictly kosher observance, given the way your
13 family observes, which you've acknowledged is
14 not a strictly kosher observance in general or
15 even at the wedding, why was this such a big
16 deal to you?
17      A.   Mr. Schwaber, the fact that my
18 family does not have separate dishwashers, does
19 not have a separate kitchen, does not do
20 everything that people who are more religious
21 than they are does not demean the fact that they
22 are not serious about their religion and they