# E X H I B I T  "5"

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF COLUMBIA

3    ------------------------------------------x

4    MARK A. SIEGEL, et al.                     :

5    Plaintiffs,                                :

6    V.                                         : Case No.

7    RIDGEWELLS, INC.,                          : 1:05CV01717

8    Defendant/Counter-Plaintiff    :

9    ------------------------------------------x

10    Videotaped Deposition of MICHAEL BERENBAUM

11    Washington, D.C.

12    Thursday, June 29, 2006

13    10:33 a.m.

14    ORIGINAL

15

16

17

18

19

20    Job No.:  1-81647

21    Pages 1 - 119

22    Reported By:  Kathy Savich, RPR


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

1

2

3                    REPORTER'S CERTIFICATE

4

5          I, Kathy Savich, the undersigned

6    Registered Professional Reporter, do hereby

7    certify that the above-named witness, after having

8    been first duly sworn to testify to the truth, did

9    testify as set forth in the foregoing pages, that

10   the testimony was reported by me in stenotype and

11   transcribed under my personal direction and

12   supervision, and is a true and correct transcript.

13         I further certify that I am not of

14   counsel, not related to counsel or the parties

15   hereto, and not in any way interested in the

16   outcome of this matter.

17         SUBSCRIBED AND SWORN TO under my hand.

18

19   _____

20        Kathy Savich

20        Registered Professional Reporter

21        (#041852)

22        Expiration:  12/31/06

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

22

1    Q.  Okay.  And if the answer had been it's not a    10:52:40

2  kosher function, you would have simply worked out some    10:52:42

3  accommodation to allow you to eat something?    10:52:45

4    A.  It is clear to me that accommodations would    10:52:48

5  have been made to provide that I could eat at the    10:52:48

6  wedding.    10:52:51

7    Q.  And that's clear to you from your    10:52:54

8  relationship with the Siegels?    10:52:55

9    A.  Absolutely.    10:52:57

10    Q.  Okay.  I know you told me you don't recall    10:53:00

11  precisely when you asked the question, but do you    10:53:01

12  recall who you asked it of?    10:53:02

13    A.  No, I do not.    10:53:06

14    Q.  Is it fair for me to assume that it would    10:53:08

15  have either been of Mark or of Judy?    10:53:11

16    A.  It was clearly of Mark or of Judy.  It was    10:53:15

17  not of Rebecca, it is not of Craig, and it wasn't of    10:53:18

18  any of the other Siegel children.    10:53:21

19    Q.  Okay.  And did you ever at any point    10:53:24

20  interact directly with Ridgewells or with any of the    10:53:27

21  people at the Corcoran involved with this function

22  about what the food was?

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

30

1    I empathize with it.  My question is more to the --    11:01:25

2         A.  I'm not trying to -- I'm not trying to give    11:01:26

3    you -- I'm trying to give you context.    11:01:31

4         Q.  No, I appreciate that.  What I'm getting at    11:01:33

5    is more specific, though.    11:01:35

6              In the context of your personal comfort    11:01:43

7    level with the kashrut, k-a-s-h-r-u-t, of the impending    11:01:48

8    function, after you heard yes to the question, "Is it    11:01:50

9    kosher," at a time where you knew that Corcoran doesn't    11:01:55

10   have a kosher facility, am I correct in assuming that,    11:01:58

11   notwithstanding that knowledge, you never inquired as    11:02:01

12   to, "Well, what caterer is coming in?"    11:02:02

13        A.  I never inquired.    11:02:05

14        Q.  Okay.  And can I take it that you presumed    11:02:08

15   that it was going to be a strictly kosher caterer?    11:02:12

16        A.  I presumed that the food that would be    11:02:15

17   served would be kosher because I was told that.    11:02:27

18        Q.  Okay.  Do you -- what is your understanding    11:02:31

19   of what it is you've sued Ridgewells for?  And when I    11:02:41

20   say "you," I'm speaking about you, Michael Berenbaum.    11:02:43

21        A.  My understanding is, very simply, that I was

22   told that it was going to be a kosher event, that I had

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

46

1      unkosher pots and pans?                                    11:23:05

2          A.  Yes.                                               11:23:23

3          Q.  Okay.  Did you say that at some point -- I         11:23:27

4      think you said this.  Let me just refresh myself.  Did     11:23:30

5      you say that at some point prior to your filing the        11:23:34

6      lawsuit against my client, you learned that, indeed,       11:23:38

7      kosher meat was cooked in nonkosher facilities?            11:23:39

8          A.  Yeah.                                              11:23:41

9          Q.  And who did you learn that from?                   11:23:46

10         A.  I can't recall specifically who I learned it       11:23:50

11     from.  Obviously, I mean, we can speculate that I          11:23:54

12     learned it from one of the Siegels, because I've had no    11:23:55

13     conversations with Ridgewell.                              11:24:02

14         Q.  So it would have been Mark or Judy; you just       11:24:03

15     don't remember which?                                      11:24:05

16         A.  I don't remember which, and I don't remember       11:24:05

17     when.                                                      11:24:07

18         Q.  Okay.  In what context did you learn it?          11:24:10

19         A.  By the way, it's also possible that I             11:24:10

20     learned it in a newspaper article.                         11:24:11

21         Q.  Okay.

22         A.  So I don't -- you know, there was an article

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

59

1     Q.  So what you're describing to me in answer to          11:41:45

2  my question is, from your general knowledge of some of      11:41:46

3  the attendees at this wedding, that gave you comfort        11:41:49

4  that this must be a kosher affair if they're eating at      11:41:49

5  it?                                                          11:41:50

6     A.  That's right.                                         11:41:54

7     Q.  Okay.  But I'm talking -- I appreciate the            11:41:56

8  answer.  What I'm talking about specifically is             11:42:02

9  representations made to you.  The only representation        11:42:02

10 upon which you --                                            11:42:03

11    A.  The only representation --                            11:42:03

12    Q.  Let me just finish my question.                       11:42:06

13    A.  -- made to me was by the Siegels, yes.                11:42:08

14    Q.  Okay.  And so the only representation you             11:42:11

15 relied upon at any point would have been from either        11:42:13

16 Mark or Judy Siegel?                                         11:42:13

17    A.  That's correct.                                       11:42:16

18    Q.  Ridgewells never made any representation to           11:42:19

19 you?                                                         11:42:19

20    A.  None.                                                 11:42:40

21    Q.  You definitely did not eat any eel or

22 octopus, correct?

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

68

1      A.  Which is, you know, I should have inquired          11:53:07

2  further, perhaps.                                           11:53:16

3      Q.  Have you ever dealt with anyone at                  11:53:19

4  Ridgewells in the course of your professional life?        11:53:20

5      A.  Not that I recall.                                  11:53:25

6      Q.  Do you have any reason to believe Ridgewells        11:53:30

7  acted maliciously?  And by that I'll define malicious       11:53:38

8  as with ill will, actual malice, intent to harm, in         11:53:39

9  this case.                                                  11:53:42

10      A.  Look, I can't ascertain motives of any of          11:53:46

11  the contractual parties.  Since I do not -- Ridgewell      11:53:50

12  is a corporation, my sense of malicious and intent to      11:53:52

13  harm and whatever have you is behavior of an               11:53:56

14  individual, except when it's corporate, you know,          11:54:02

15  practice.  I do think that there was incompetence          11:54:06

16  there, but -- high measure of incompetence, which was      11:54:07

17  irresponsible.                                             11:54:09

18      Q.  And that's based on what others told you was       11:54:11

19  the arrangement with Ridgewells?                           11:54:15

20      A.  It's also based on the fact that if you're         11:54:18

21  having an event like this, you don't put that stuff on

22  sushi, and you ascertain what's going to be the content