E X H I B I T   "6"

1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3    --------------------------------x

4    MARK A. SIEGEL, et al.,      :

5                 Plaintiffs  :  **COPY**

6       v.               :   Case No.

7    RIDGEWELLS, INC.,        :  1:05CV01717

8      Defendant/Counter-Plaintiff  :

9    --------------------------------x

10

11    Videotaped Deposition of TOBY NANN SILBERSTEIN

12               Washington, D.C.

13            Tuesday, April 4, 2006

14                9:39 a.m.

15

16

17

18

19

20    Job No. 1-74839

21    Pages 1 - 226

22    Reported By:  Jacquelyn C. Jarboe, R.P.R.


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

224

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2         I, Jacquelyn C. Jarboe, Registered

3    Professional Reporter, the officer before whom the

4    foregoing deposition was taken, do hereby certify that

5    the foregoing transcript is a true and correct record

6    of the testimony given; that said testimony was taken

7    by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12        IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 18th day of

14   April, 2006.

15

16   My commission expires:

17   April 30, 2009

18

19

20   _Jacquelyn E. Jarboe_

21   NOTARY PUBLIC IN AND FOR THE

22   DISTRICT OF COLUMBIA

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

47

| | | | |
|---|---|---|---|
| 1 | Q | And it's your testimony that you sent that | 10:26:48 |
| 2 | | to him? | 10:26:51 |
| 3 | A | Yes. | 10:26:51 |
| 4 | Q | Do you have a copy of what you sent him? | 10:26:52 |
| 5 | A | No. | 10:26:54 |
| 6 | Q | What did you do with a copy of what you sent | 10:26:55 |
| 7 | | him? | 10:26:57 |
| 8 | A | When he told us that we were not getting the | 10:26:58 |
| 9 | | event, I made it dormant in our system, and I threw | 10:27:03 |
| 10 | | everything away. | 10:27:08 |
| 11 | Q | Now, you say you made it dormant in your | 10:27:11 |
| 12 | | system. This was done on a computer, wasn't it? | 10:27:13 |
| 13 | A | Yes. | 10:27:16 |
| 14 | Q | So it could still be retrieved from the | 10:27:16 |
| 15 | | computer, couldn't it? | 10:27:19 |
| 16 | A | Unfortunately, no. | 10:27:20 |
| 17 | Q | Why not? | 10:27:21 |
| 18 | A | Because when they called me back and said, | 10:27:22 |
| 19 | | you know, that they were relooking at doing the event, | 10:27:26 |
| 20 | | that it was now going to be held at the Corcoran, and | 10:27:34 |
| 21 | | I guess Sue Fisher wasn't returning calls as promptly | 10:27:38 |
| 22 | | as they needed it to be, they came back to revisit the | 10:27:44 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

48

| | | |
|---|---|---|
| 1 | event with me, not as a kosher event, but as a | 10:27:48 |
| 2 | kosher-style event.  And we talked about the meat | 10:27:57 |
| 3 | being kosher and there being no dairy.  And what I did | 10:28:08 |
| 4 | then was I resurrected the dormant contract and | 10:28:18 |
| 5 | started reworking it. | 10:28:24 |
| 6 | Q    And the dormant contract is not on your | 10:28:28 |
| 7 | computer system? | 10:28:30 |
| 8 | A    No. | 10:28:31 |
| 9 | MR. SCHWABER:  Objection. | 10:28:32 |
| 10 | MR. LEWIN:  I'll ask counsel to please | 10:28:33 |
| 11 | search for -- | 10:28:34 |
| 12 | MR. SCHWABER:  Portions of it have been | 10:28:35 |
| 13 | produced and were shown to Mr. Keener.  The witness | 10:28:36 |
| 14 | can show you that.  There is no such thing as that | 10:28:39 |
| 15 | contract, it was a work in progress. | 10:28:42 |
| 16 | MR. LEWIN:  I understand. | 10:28:43 |
| 17 | MR. SCHWABER:  But she can reflect an | 10:28:44 |
| 18 | earlier version versus a later version in some of the | 10:28:45 |
| 19 | documents you have. | 10:28:49 |
| 20 | BY MR. LEWIN: | 10:28:50 |
| 21 | Q    But it's your testimony that you sent to | 10:28:51 |
| 22 | Mr. Siegel a completed contract for a kosher event | 10:28:53 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

54

| | |
|---|---|
| 1 | A    We were talking about their daughter's | 10:35:42 |
| 2 | wedding.  I really don't know. | 10:35:44 |
| 3 | BY MR. LEWIN: | 10:35:47 |
| 4 | Q    And they told you that their in-laws to be | 10:35:47 |
| 5 | were kosher, is that correct, at the meeting? | 10:35:49 |
| 6 | A    Earlier, yes. | 10:35:52 |
| 7 | Q    At the meeting, when you met face to face? | 10:35:52 |
| 8 | A    I don't remember. | 10:35:56 |
| 9 | Q    Did you have a discussion of what hors | 10:35:57 |
| 10 | d'oeuvres could be served to satisfy kosher | 10:35:59 |
| 11 | requirements? | 10:36:03 |
| 12 | A    To -- to -- the word you just used -- to | 10:36:14 |
| 13 | fulfill a kosher requirement, nothing coming out of | 10:36:19 |
| 14 | our kitchen will fulfill that.  It is not a kosher | 10:36:23 |
| 15 | kitchen.  Kosher style, like vegetarian style or | 10:36:26 |
| 16 | family style or anything like that, we do do out of | 10:36:34 |
| 17 | our kitchen. | 10:36:37 |
| 18 | Q    Did you use the word "kosher style" in that | 10:36:39 |
| 19 | meeting? | 10:36:41 |
| 20 | A    Yes. | 10:36:42 |
| 21 | Q    Could you tell us the context in which you | 10:36:45 |
| 22 | used the word "kosher style"? | 10:36:47 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

55

1     A    Okay, kosher style was that we would do meat    10:36:48

2  and that we could buy kosher meat and they were being    10:36:53

3  charged for kosher meat, and that there would be no    10:36:57

4  dairy.  But that the items are being cooked and    10:37:01

5  prepared in our kitchens, which are regular kitchens.    10:37:05

6     Q    If you used the word "kosher style," could    10:37:13

7  you please tell us as best as you can recall the    10:37:15

8  specific conversation, what was said by whom, to whom,    10:37:18

9  in which the word "kosher style" was used.    10:37:21

10       MR. SCHWABER:  Objection.  Asked and    10:37:26

11  answered.  You can go ahead.    10:37:27

12     A    Whom said what, what went where, the    10:37:31

13  conversations between the Siegels and myself were very    10:37:36

14  machine-gunned, not that it was pointed at me, but the    10:37:42

15  way that they spoke, it was very, very rapid,    10:37:47

16  very -- more words than you can sometimes keep up    10:37:52

17  with.  So who said what at this point, I wouldn't    10:37:57

18  know.    10:38:03

19       When we were discussing the wedding and    10:38:05

20  we -- they didn't want a kosher-kosher wedding from    10:38:09

21  us, they had discussed doing, you know, well, can    10:38:14

22  you -- can you do this, can you -- you know, can you    10:38:20

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

56

1    promise us kosher meat.  That I can do.  Anybody can        10:38:29

2    buy kosher meat.                                             10:38:34

3              And I went as far as saying we will keep all      10:38:38

4    dairy out of whatever we're making, which is something      10:38:42

5    that we do quite often, a lot of times it isn't just        10:38:47

6    for kosher reasons, people have allergies, people are       10:38:50

7    allergic to milk, they don't want garlic in their          10:38:53

8    food.  So I knew that what they were asking was            10:38:58

9    possible out of our kitchens.                              10:39:06

10   BY MR. LEWIN:                                              10:39:07

11        Q    And are you familiar with the fact that         10:39:08

12   there are conservative Jews who keep kosher and eat in     10:39:09

13   restaurants from dishes that are not kosher or food       10:39:16

14   that has been cooked in pots that are not kosher?         10:39:20

15        A    Yes.                                            10:39:24

16        Q    And you are a member of Ohr Kodesh, you        10:39:26

17   said; is that correct?                                    10:39:30

18        A    Yes.                                            10:39:31

19        Q    Did you know of people who are members of      10:39:34

20   Ohr Kodesh who kept kosher to that degree?               10:39:35

21        A    Yes.                                            10:39:39

22        Q    And did you recognize that as a form of        10:39:40

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

59

1    to provide a kosher meal knowing that it was coming          10:42:15

2    out of our kitchen.                                          10:42:22

3         Q    So you would not describe that kind of meal        10:42:24

4    as kosher?                                                   10:42:26

5         A    Right.                                             10:42:27

6         Q    And you told that to the Siegels, that you         10:42:28

7    could not describe that kind of meal as kosher?             10:42:30

8         A    Anything cooked out of our kitchens is not a      10:42:33

9    kosher meal.                                                 10:42:37

10        Q    Okay.                                              10:42:39

11             Did you prepare for the Siegels either as a       10:42:41

12   result of that meeting or prior to that meeting a menu      10:42:46

13   for them to consider for the wedding reception?            10:42:51

14        A    I did a kosher menu, yes.  Then we revised,       10:42:57

15   made it a nonkosher wedding menu, and that they came       10:43:04

16   in to discuss with me.                                      10:43:10

17        Q    Did you send them that menu before they came     10:43:12

18   to discuss it with you, or did you prepare that after      10:43:14

19   they came to discuss it with you?                          10:43:17

20        A    They would have gotten something before that     10:43:23

21   evening that they were coming in, or else I don't          10:43:28

22   think they would have come in with -- you know, with       10:43:33

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

78

| | | |
|---|---|---|
| 1 | (A brief recess was taken.) | 11:08:32 |
| 2 | THE VIDEOGRAPHER:  This marks the beginning | 11:21:27 |
| 3 | of tape 2 in the deposition of Ms. Silberstein.  We're | 11:21:28 |
| 4 | back on the record.  The time is 11:21 a.m. | 11:21:33 |
| 5 | BY MR. LEWIN: | 11:21:47 |
| 6 | Q    Ms. Nann, at the wedding reception itself, | 11:21:47 |
| 7 | you got to the point where you told us that you got to | 11:21:50 |
| 8 | the table and there was a big crowd there.  Now, what | 11:21:53 |
| 9 | did you do next? | 11:21:56 |
| 10 | A    I fought my way through and saw, in fact, | 11:21:59 |
| 11 | that there was shrimp on the sushi, and we removed the | 11:22:05 |
| 12 | platter as quickly as we could. | 11:22:09 |
| 13 | Q    How did you know there was shrimp on the | 11:22:12 |
| 14 | sushi? | 11:22:14 |
| 15 | A    Shrimp is very noticeable, you can tell what | 11:22:15 |
| 16 | it looks like. | 11:22:17 |
| 17 | Q    So did you call for help to remove the | 11:22:22 |
| 18 | platters or did you do it yourself, the sushi | 11:22:24 |
| 19 | platters? | 11:22:28 |
| 20 | A    I removed them.  There probably was somebody | 11:22:28 |
| 21 | else there to help, maybe a staff person. | 11:22:35 |
| 22 | Q    And did you replace those platters with | 11:22:37 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

## VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
## CONDUCTED ON TUESDAY, APRIL 4, 2006

79

| | | |
|---|---|---|
| 1 | anything else? | 11:22:41 |
| 2 | A    We brought those platters down to the | 11:22:41 |
| 3 | kitchen -- | 11:22:43 |
| 4 | Q    Did you personally accompany the platters | 11:22:44 |
| 5 | down to the kitchen? | 11:22:46 |
| 6 | A    Yes.  We brought the platters down to the | 11:22:47 |
| 7 | kitchen, and -- | 11:22:49 |
| 8 | Q    The kitchen was in the basement of the -- | 11:22:54 |
| 9 | A    The kitchen is in -- three stories down. | 11:22:55 |
| 10 | We brought them down to the kitchen, picked | 11:22:58 |
| 11 | off whatever was left of the shrimp.  There was | 11:23:05 |
| 12 | another whole tray getting ready to go out, and we | 11:23:11 |
| 13 | picked off all of the shrimp from there.  And anything | 11:23:17 |
| 14 | that I didn't -- I didn't recognize or Julee Staley | 11:23:25 |
| 15 | didn't recognize as just tuna or -- or salmon, | 11:23:29 |
| 16 | anything -- anything that we thought was a | 11:23:38 |
| 17 | questionable item, because neither one of us saw them | 11:23:44 |
| 18 | beforehand, we took off. | 11:23:50 |
| 19 | Q    You say neither one -- first of all, | 11:23:55 |
| 20 | Ms. Staley was there that evening? | 11:23:58 |
| 21 | A    Yes. | 11:24:00 |
| 22 | Q    Who else was there besides the list of, you | 11:24:02 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

85

| | | |
|---|---|---|
| 1 | up to the floor where the dinner was being held? | 11:30:02 |
| 2 | A    Yes. | 11:30:04 |
| 3 | Q    The bread was supposed to come with | 11:30:10 |
| 4 | margarine; is that correct? | 11:30:13 |
| 5 | A    Yes. | 11:30:14 |
| 6 | Q    And that's on the menu, margarine? | 11:30:14 |
| 7 | A    Yes. | 11:30:17 |
| 8 | Q    Why margarine? | 11:30:18 |
| 9 | A    Because butter's a dairy product, and being | 11:30:19 |
| 10 | kosher-style, I told them that we would not have any | 11:30:21 |
| 11 | dairy products. | 11:30:24 |
| 12 | Q    Was there margarine put out on the tables? | 11:30:25 |
| 13 | A    As far as I know, the margarine was put out. | 11:30:30 |
| 14 | Q    Did you see it? | 11:30:36 |
| 15 | A    I saw the finger bowls with the margarine in | 11:30:37 |
| 16 | them, yes. | 11:30:40 |
| 17 | Q    On the tables? | 11:30:40 |
| 18 | A    I was so busy trying to placate the Siegels, | 11:30:46 |
| 19 | that I never made it up to see what the tables looked | 11:30:53 |
| 20 | like before the guests sat down. | 11:30:57 |
| 21 | Q    From the time that you brought the sushi | 11:30:59 |
| 22 | platter down to the kitchen, did you leave the | 11:31:05 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

87

1    A    When Mr. Siegel confronted me.                    11:32:38

2    Q    What did he say to you?  This was the            11:32:48

3    evening of the reception?                             11:32:51

4    A    Yes.                                             11:32:52

5    Q    And what did he say to you?                      11:32:52

6    A    "There's fucking cream cheese on the            11:32:54

7    canapes.  This is supposed to be no dairy.  Our guests 11:32:57

8    were told that there's cream cheese on the canapes."  11:33:03

9    Q    Did he say "our guests were told," or did he    11:33:12

10   say he was told?                                      11:33:13

11   A    He said -- he said that the guests were         11:33:14

12   told.                                                 11:33:17

13   Q    I see.  And did you respond to that?            11:33:17

14   A    I said, "There can't be butter on the, or      11:33:24

15   cream cheese on the canapes, because I know they were 11:33:27

16   made with margarine.  The staff -- the staff very     11:33:30

17   rarely knows where they are or what they're serving." 11:33:34

18   And he had then reiterated that he was going to put   11:33:41

19   Ridgewells out of business.                          11:33:44

20        MR. LEWIN:  Mark this for -- as Nann            11:33:53

21   Exhibit -- what are we up to?                         11:33:55

22        THE REPORTER:  8.                                11:33:55

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

93

| | | |
|---|---|---|
| 1 | still the clients.  And the only thing that I kept | 11:40:24 |
| 2 | saying was, "I'm terribly sorry, I'll take care of | 11:40:29 |
| 3 | it." | 11:40:32 |
| 4 | Q    The last item on there is "Stealing wine." | 11:40:34 |
| 5 | A    By the end of the evening, I would say | 11:40:47 |
| 6 | Mr. Siegel probably had quite a lot to consume, liquid | 11:40:53 |
| 7 | beverages, and it was about time that everybody was | 11:41:02 |
| 8 | packing up.  And when you go into the bowels of the | 11:41:06 |
| 9 | Corcoran, it's just hallways, and the kitchen is down | 11:41:13 |
| 10 | in a classroom.  And there was an area that all of the | 11:41:18 |
| 11 | wines were brought down to.  And one of our pantry | 11:41:29 |
| 12 | gentlemen was just getting there to start to put all | 11:41:34 |
| 13 | of the wines together.  Mr. Siegel came down and | 11:41:39 |
| 14 | wanted to know where his wines were.  We said, you | 11:41:50 |
| 15 | know, "I don't know where they are."  And another wait | 11:41:54 |
| 16 | staff person came over and had said, you know, | 11:42:02 |
| 17 | "Everything is just coming down, we don't know where | 11:42:06 |
| 18 | the wine is."  And Mark turned around and seized | 11:42:09 |
| 19 | several cases right there and starts screaming and | 11:42:15 |
| 20 | yelling, "You fucking morons, you fucking morons, | 11:42:18 |
| 21 | you're trying to steal my wine."  And he said it over | 11:42:22 |
| 22 | and over again.  He got beet red.  I mean, he was | 11:42:25 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

94

| | | |
|---|---|---|
| 1 | inconsolable. | 11:42:33 |
| 2 | And I said, "Mark, nobody's trying to steal | 11:42:41 |
| 3 | your wine."  And he got right up into my face, yelling | 11:42:44 |
| 4 | and screaming, "You've ruined my daughter's wedding, | 11:42:48 |
| 5 | you have daughters yourself, how would you feel if | 11:42:52 |
| 6 | this happened to you, you're Jewish, you should know | 11:42:56 |
| 7 | better." | 11:42:59 |
| 8 | And I swore right there he was going to hit | 11:43:04 |
| 9 | me.  He was that animated, he was that furious, he was | 11:43:06 |
| 10 | that inconsolable, that we actually had people | 11:43:12 |
| 11 | starting to form around us, just in case anything | 11:43:19 |
| 12 | happened. | 11:43:23 |
| 13 | Craig came down.  I said, "Craig, I'm | 11:43:27 |
| 14 | sorry."  And he said, "Things happen."  And he went | 11:43:33 |
| 15 | over to help Mark bring the wine upstairs, and he | 11:43:40 |
| 16 | tried to calm Mark down, and Mark said, "No, forget, | 11:43:44 |
| 17 | it, we're going to sue them, we're going to put them | 11:43:48 |
| 18 | out of business," and went upstairs. | 11:43:50 |
| 19 | Q    Now, were you present for the very beginning | 11:43:55 |
| 20 | of the conversation when Mr. Siegel came down and | 11:43:57 |
| 21 | spoke to somebody about his wine? | 11:44:00 |
| 22 | A    Yes. | 11:44:02 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

132

1      Q    Even though you were telling the Siegels          12:30:47

2    that you were going to see to it that the event that      12:30:49

3    they were having was not going to contain nonkosher       12:30:54

4    items?                                                     12:30:57

5           MR. SCHWABER:   Objection.   That's not what       12:31:00

6    she said.                                                  12:31:01

7      A    No.                                                 12:31:02

8    BY MR. LEWIN:                                              12:31:05

9      Q    No, meaning that -- meaning what?                   12:31:05

10     A    Well, there were nonkosher items, because it        12:31:10

11   wasn't a Kosher event.                                     12:31:14

12     Q    Were there any items that were being served        12:31:16

13   that were not kosher apart from the form of their          12:31:23

14   preparation?                                               12:31:28

15          MR. SCHWABER:   Objection.                          12:31:29

16     A    And you'll have to rephrase the question.           12:31:32

17   BY MR. LEWIN:                                              12:31:34

18     Q    Apart from the utensil in which they are           12:31:35

19   prepared and on which they were served, were there to      12:31:41

20   your understanding to be any items at that wedding         12:31:44

21   event that were not kosher?                                12:31:46

22     A    Everything else was not kosher except the          12:31:50

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

133

| | | |
|---|---|---|
| 1 | meat and no dairy products.  Everything was made in | 12:31:54 |
| 2 | our offices, with our regular staff.  And with | 12:31:58 |
| 3 | everything else, we don't buy -- we don't buy | 12:32:06 |
| 4 | kosher -- on a whole, we don't buy kosher items. | 12:32:08 |
| 5 | There are items that we have that are kosher, but this | 12:32:12 |
| 6 | wasn't a kosher event. | 12:32:16 |
| 7 | MR. LEWIN:  Okay, do you want to take a | 12:32:21 |
| 8 | lunch break?  We're going to go for a couple more | 12:32:22 |
| 9 | hours, so -- | 12:32:25 |
| 10 | MR. SCHWABER:  Really? | 12:32:26 |
| 11 | MR. LEWIN:  Yes, I think it's going to take | 12:32:26 |
| 12 | that long.  So if you want to take a break for half an | 12:32:27 |
| 13 | hour we can come back a little after 1:00, 1:15. | 12:32:30 |
| 14 | MR. SCHWABER:  Okay.  Without holding you to | 12:32:33 |
| 15 | a precise minute, just for scheduling, you figure you | 12:32:35 |
| 16 | need two full more hours of testimony? | 12:32:37 |
| 17 | MR. LEWIN:  I think it will be from -- if we | 12:32:39 |
| 18 | start at 1:15 we'll go till about 3:15 or 3:30, we | 12:32:40 |
| 19 | should be finished by then. | 12:32:41 |
| 20 | MR. SCHWABER:  Okay. | 12:32:41 |
| 21 | THE VIDEOGRAPHER:  We're going off the | 12:32:46 |
| 22 | record.  The time is 12:32 p.m. | 12:32:47 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

149

1    A    I don't remember if I came straight out and    13:56:04

2    said that.    13:56:06

3    Q    What do you remember that you did say?    13:56:10

4    A    I told him that we could do kosher meat and    13:56:12

5    keep all dairy out of the food, that the food is still    13:56:17

6    prepared in our facilities.    13:56:25

7    Q    And what did he say in response?    13:56:27

8    MR. SCHWABER:  She hadn't finished.    13:56:29

9    BY MR. LEWIN:    13:56:30

10    Q    Oh, go ahead, I'm sorry.    13:56:31

11    A    And that it is not a kosher event, that we    13:56:33

12    can -- you know, then, I guess I did, we could do it    13:56:40

13    as a kosher-style where there would be kosher meat and    13:56:43

14    no dairy at the event.    13:56:46

15    Q    What did he say in response to that?    13:56:50

16    A    That's fine.    13:56:52

17    Q    And what was said prior to the time that you    13:56:56

18    said to him we could do such and such an event, how    13:57:00

19    did that come up in the discussion?    13:57:05

20    A    What type an event.    13:57:12

21    Q    How did the subject come up in the    13:57:14

22    discussion you had with Mark Siegel?    13:57:15

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

190

| | | |
|---|---|---|
| 1 | MR. LEWIN:  We'll mark this separately. | 15:05:18 |
| 2 | I've got another couple of pages, Ridgewells 12 | 15:05:19 |
| 3 | through 14. | 15:05:25 |
| 4 | (Nann Exhibit 29 was marked for | 15:06:07 |
| 5 | identification and was attached to the original | 15:06:07 |
| 6 | transcript.) | 15:06:07 |
| 7 | BY MR. LEWIN: | 15:06:08 |
| 8 | Q    Is that your handwriting on Exhibit 29? | 15:06:09 |
| 9 | A    Yes. | 15:06:11 |
| 10 | Q    And were those notes that you made from | 15:06:11 |
| 11 | discussions with Judith Siegel? | 15:06:13 |
| 12 | A    Yes. | 15:06:18 |
| 13 | Q    Her telephone number is up at the very top | 15:06:19 |
| 14 | of the first page of Exhibit 29? | 15:06:22 |
| 15 | A    Mm-hmm. | 15:06:25 |
| 16 | Q    Is that yes? | 15:06:26 |
| 17 | A    Yes, sorry. | 15:06:26 |
| 18 | Q    Now, on the risotto, page 13, Ridgewells 13, | 15:06:28 |
| 19 | it says "Wild mushroom risotto, kosher broth."  Was | 15:06:38 |
| 20 | that Judith Siegel's request, that the risotto be made | 15:06:45 |
| 21 | with kosher broth? | 15:06:49 |
| 22 | A    No. | 15:06:51 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

**VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN**
**CONDUCTED ON TUESDAY, APRIL 4, 2006**

191

| | | |
|---|---|---|
| 1 | Q      So why did you write kosher broth there? | 15:06:54 |
| 2 | A      Because I looked up the recipe in the system | 15:06:56 |
| 3 | and it says chicken stock, so if it was something | 15:07:00 |
| 4 | being done with chicken, which is considered the same | 15:07:04 |
| 5 | as a meat, and every meat product is supposed to be | 15:07:05 |
| 6 | kosher for the wedding, then we needed to use kosher | 15:07:10 |
| 7 | broth.  We could have used, I guess, vegetable broth, | 15:07:13 |
| 8 | also. | 15:07:16 |
| 9 | Q      The people who to your knowledge keep kosher | 15:07:25 |
| 10 | but eat shrimp, I think you said before that to your | 15:07:29 |
| 11 | knowledge there were people who keep kosher and eat | 15:07:31 |
| 12 | shrimp; is that correct? | 15:07:35 |
| 13 | MR. SCHWABER:  Objection.  That | 15:07:36 |
| 14 | mischaracterizes what she said. | 15:07:36 |
| 15 | BY MR. LEWIN: | 15:07:38 |
| 16 | Q      Did you say that? | 15:07:39 |
| 17 | A      I guess so. | 15:07:47 |
| 18 | Q      Would those people care whether there was | 15:07:48 |
| 19 | kosher broth in the wild mushroom risotto? | 15:07:52 |
| 20 | A      Since I don't know the people that were at | 15:07:56 |
| 21 | her event, for all I know these people could have gone | 15:07:57 |
| 22 | out that morning and had bacon and eggs and they keep | 15:08:01 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

210

1   him with an option for a strictly kosher wedding and          15:38:26

2   he turned that down and went to Sue Fisher initially,         15:38:29

3   right?                                                        15:38:37

4        A     Yes.                                               15:38:37

5        Q     Did he talk to you about that being too           15:38:37

6   expensive?                                                    15:38:39

7        A     He spoke about the wedding being too              15:38:40

8   expensive, that's why they went to Sue for the                15:38:43

9   kosher -- for her kosher event.                               15:38:46

10       Q     When they came back, when the Siegels came        15:38:51

11  back to you, you were asked questions by Mr. Lewin            15:38:54

12  about what triggered a conversation about using kosher       15:38:55

13  meat and nondairy product.  Did it have anything to do       15:38:59

14  with bringing the price down?                                 15:39:02

15       A     Most definitely.  Every single thing that we      15:39:05

16  worked on that I was badgered about had to do with           15:39:07

17  money, had to do with the price of something, had to         15:39:11

18  do with wanting -- wanting more and not paying for it,       15:39:15

19  or what can they do so that they'd be able to have           15:39:21

20  this grand event and show off to their in-laws how to        15:39:25

21  do a proper wedding without having to pay for what it        15:39:32

22  was that they were asking for.                                15:39:42

211

1    Q    Did they tell you they didn't want -- did he    15:39:44

2    tell you, Mr. Siegel, that he didn't want to pay for    15:39:44

3    the mashgiach when he came back the second time, and    15:39:46

4    he didn't need a strictly kosher wedding?    15:39:51

5    A    Yes, yes, they had -- Mr. Siegel had said    15:39:54

6    that their -- his in-laws -- his in-laws kept kosher    15:39:56

7    but they would eat out, so that if we -- if we had    15:40:03

8    kosher meat they would eat it out, that there wouldn't    15:40:11

9    have to be supervision, that there wouldn't have to    15:40:16

10    be, you know, any of the additional charges, that    15:40:20

11    since they would eat out in a restaurant, eating out    15:40:26

12    with Ridgewells would be the same.    15:40:30

13    Q    In a kosher wedding that Ridgewells puts    15:40:31

14    on -- and you've been involved with several?    15:40:34

15    A    Yes.    15:40:37

16    Q    Can you have unkosher wine?    15:40:37

17    A    No.    15:40:39

18    Q    Can you have shrimp?    15:40:39

19    A    No.    15:40:40

20    Q    Can you have unkosher meat?    15:40:40

21    A    No.    15:40:42

22    Q    Could you mix kosher meat with dairy    15:40:42