# EXHIBIT "7"

1

1     IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3

4

5   *    *    *    *    *    *    *    *

6   MARK A. SIEGEL, et al        *

7           Plaintiffs          *     ORIGINAL

8      vs.                       *  Case No. 1:05cv01717

9   RIDGEWELLS, INC.             *

10          Defendant/           *

11      Counter Plaintiff*

12  *    *    *    *    *    *    *    *

13

14

15     DEPOSITION OF RABBI JEFFREY A. WOHLBERG

16          Washington, D.C.

17        Tuesday, May 9, 2006

18            9:35 a.m.

19

20  Job No. 1-77765

21  Pages 1 - 127

22  Reported by:  Leslie L. Schneider


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF RABBI JEFFREY A. WOHLBERG
CONDUCTED ON TUESDAY, MAY 9, 2006

125

```
1                    CERTIFICATE OF NOTARY

2          I, LESLIE L. SCHNEIDER, the reporter

3  before whom the aforegoing deposition was taken, do

4  hereby certify that the witness whose testimony

5  appears in the foregoing deposition was duly sworn by

6  me; that said deposition is a true record of the

7  testimony given by said witness.

8          I further certify that I am neither

9  counsel for, related to, nor employed by any of the

10  parties to the action in which this deposition was

11  taken; and, further, that I am not a relative or

12  employee of any attorney or counsel employed by the

13  parties hereto, nor financially or otherwise

14  interested in the outcome of this action.

15

16

17                 Leslie L. Schneider

                   Leslie L. Schneider

                   Notary Public in and for

18                 the District of Columbia

19

20

21

22  My commission expires November 14, 2008.
```

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

DEPOSITION OF RABBI JEFFREY A. WOHLBERG
CONDUCTED ON TUESDAY, MAY 9, 2006

33

1    Q    Do you recall whether it was Mark who you

2    asked?

3    A    I don't recall that either.  I spoke to

4    Mark and to Judy so I'm not sure, and to the kids.

5    My guess is that it was with Mark because I had the

6    more lengthy conversations with him, but the first

7    concern was to find a date and that took us a little

8    while.

9    Q    Now, did Mark tell you it was kosher?

10   A    My recollection is yes.  When he told me

11   when and where he was going to hold the wedding,

12   where the wedding would take place, I knew that

13   that's not a hotel that has a kosher dining room, for

14   example, so I said what are you going to do about the

15   dinner and he said we're going to have a kosher

16   dinner and we're using Ridgewells, something of that

17   nature.

18   Q    And did you agree at that point to stay

19   for the dinner?

20   A    I don't remember, but when he told me

21   we're having a kosher dinner, I know we talked about

22   it a little bit.