# EXHIBIT "9"

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4    - - - - - - - - - - - - - - - - -+
 5    MARK A. SIEGEL, et al,            |
 6       Plaintiff/Counter-Defendants,  |
 7       vs.                            |  Civil No.:
 8    RIDGEWELL'S, INC.,                |  1:05-CV-01717
 9       Defendant/Counter-Plaintiff.   |
10    - - - - - - - - - - - - - - - - -+
11         Videotaped Deposition of Ridgewell's, Inc.
12            Through its Designated Representative
13                     DAVID C. KEENER
14                     Washington, D.C.
15                     March 30th, 2006
16                         9:36 a.m.
17
18
19
20    Job No.: 1-74835
21    Pages: 1 - 144
22    Reported by:  Laurie Bangart-Smith
```



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

144

3  CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
4          I, Laurie Bangart-Smith, Registered
Professional Reporter, the officer before whom the
foregoing deposition was taken, do hereby certify
that the foregoing transcript is a true and
correct record of the testimony given; that said
testimony was taken by me stenographically and
thereafter reduced to typewriting under my
supervision; and that I am neither counsel for,
related to, nor employed by any of the parties to
this case and have no interest, financial or
otherwise, in its outcome.
            IN WITNESS WHEREOF, I have hereunto set
my hand and affixed my notarial seal this 12th
day of APRIL, 2006.

My commission expires:  March 14th, 2011

*[signature: Laurie Bangart-Smith]*

LAURIE BANGART-SMITH
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

97

| | | |
|---|---|---|
| 1 | prepare.  If you'll turn to Page 6 -- let me see | 11:23:40 |
| 2 | what number that is.  That is Number 3, Exhibit | 11:23:44 |
| 3 | Number 3.  On page 6 you specify Shlomo's Meat | 11:23:48 |
| 4 | Market, and then later in that Answer to | 11:23:58 |
| 5 | Interrogatory Number 7, you say that you purchased | 11:24:00 |
| 6 | from Katz Kosher Supermarket, from Kosher Mart, | 11:24:04 |
| 7 | from Shalom Kosher Market.  These are all in the | 11:24:09 |
| 8 | Washington area, correct? | 11:24:14 |
| 9 |     A    Uh-huh. | 11:24:15 |
| 10 |     MR. SCHWABER:  Is that a yes? | 11:24:17 |
| 11 |     THE WITNESS:  Yes. | 11:24:18 |
| 12 | BY MR. LEWIN: | 11:24:20 |
| 13 |     Q    So who makes the decision as to which | 11:24:21 |
| 14 | vendor you're going to buy it from? | 11:24:26 |
| 15 |     A    It depends on who's working the party | 11:24:29 |
| 16 | more.  I would say ultimately it's Tony Tucker's | 11:24:34 |
| 17 | decision, who was the Purchasing Agent. | 11:24:38 |
| 18 |     Q    And in this case do you remember any | 11:24:45 |
| 19 | discussions with him about who was going to be | 11:24:47 |
| 20 | purchasing the kosher meat? | 11:24:49 |
| 21 |     A    Unfortunately, I don't remember specific | 11:24:52 |
| 22 | conversations, no, but I'm looking at this | 11:24:54 |

98

| | | |
|---|---|---|
| 1 | invoice, and we did buy kosher meats. | 11:24:58 |
| 2 | Q    Looking at Exhibit 7, does that appear | 11:25:03 |
| 3 | to be the invoice for the kosher meat that was | 11:25:07 |
| 4 | purchased for the Siegel wedding reception? | 11:25:10 |
| 5 | A    Yes, it does, yes. | 11:25:14 |
| 6 | Q    Now, at the very top there's a number, | 11:25:16 |
| 7 | 162307.  What is that number -- | 11:25:19 |
| 8 | A    That I don't know. | 11:25:23 |
| 9 | Q    -- handwritten in there? | 11:25:24 |
| 10 | A    I don't know. | 11:25:26 |
| 11 | Q    Do you recognize the handwriting? | 11:25:27 |
| 12 | A    No, I don't. | 11:25:31 |
| 13 | Q    Towards the bottom of the page is | 11:25:35 |
| 14 | another number, 50300.101.  What's that number? | 11:25:37 |
| 15 | A    I don't know. | 11:25:44 |
| 16 | Q    On the right-hand side there seems to be | 11:25:49 |
| 17 | a signature and under it the word "kosher."  Whose | 11:25:50 |
| 18 | signature is that? | 11:25:56 |
| 19 | A    Lenny Johnson. | 11:25:57 |
| 20 | Q    Who is he? | 11:25:58 |
| 21 | A    At the time he was the Director of | 11:26:00 |
| 22 | Kitchen Operations. | 11:26:02 |