# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendant,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

## ORDER

UPON CONSIDERATION of Defendant's "Motion to Strike 'Declaration of David Seigal", and any opposition and replies thereto, it is by the United States District Court for the District of Columbia this _____ day of _____, 200____, hereby

ORDERED that the Defendant's Motion be and hereby is GRANTED.

IT IS SO ORDERED.

                                                                     _____
                                                                       Senior Judge John Garrett Penn,
                                                                       United States District Court for the District
                                                                       of Columbia