UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,               )
                                        )
    *Plaintiffs/ Counter-Defendants*,   )
                                        )   Civil Action No. 05-1717 (JGP)
v.                                      )
                                        )
RIDGEWELL'S, INC.                       )
                                        )
    *Defendant/ Counter-Plaintiff.*     )
_____)

### AFFIRMATION OF NATHAN LEWIN IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**NATHAN LEWIN** hereby affirms under penalty of perjury:

1. I am lead counsel for the plaintiffs in this action and submit this Affirmation in support of the plaintiffs' opposition to the defendant's motion for summary judgment to place in the court record portions of deposition testimony and documents that have been produced by the defendant that should be considered by the Court.

2. Attached hereto as Exhibit A are the following pages of the deposition of Judith Siegel: Pages 24, 31, 37-39, 41-42, 55, 82-88, 95.

3. Attached hereto as Exhibit B are the following pages of the deposition of Mark A. Siegel: Pages 24-28, 57, 81-82, 142-143, 221.

4. Attached hereto as Exhibit C are the following pages of the deposition of Michael Berenbaum: Pages 31-32, 35, 60-61.

5. Attached hereto as Exhibit D are the following pages of the deposition of Rebecca Baron: Pages 30, 45-47.

6. Attached hereto as Exhibit E are the following pages of the deposition of Toby Nann Silberstein: Pages 30-31, 126, 149, 169.

7. Attached hereto as Exhibit F are the following pages of the deposition of Craig Baron: Pages 80.

8. Attached hereto as Exhibit G are the following pages of the deposition of Nomi Mummert: Pages 36, 52-53.

9. Attached hereto as Exhibit H is the "Events Analysis Report" dated 11/14/2004.

10. Attached hereto as Exhibit I is the "Events Analysis Report" dated 11/28/2004.

11. Attached hereto as Exhibit J is the "Menu Packing List" dated 03/25/2005.

12. Attached hereto as Exhibit K is the "Menu Packing List" dated 03/30/2005

13. Attached hereto as Exhibit L is the "Menu Packing List" dated 03/31/2005.

14. Attached hereto as Exhibit M is an e-mail from Toby Nann dated March 24, 2005.

15. Attached hereto as Exhibit N is an e-mail exchange between Toby Nann and Rebecca Siegel dated March 21, 2005.

16. Attached hereto as Exhibit O is an e-mail from Toby Nann dated November 15, 2004, with an attached menu specifying "pareve" cream and "pareve" whipped cream.

3

17. Attached hereto as Exhibit P is the "Vendor Order" submitted by Toby Nann requesting sushi with "no meat."

18. Attached hereto as Exhibit Q are excerpts from an untitled Ridgewell's document (bates stamped #0181-0182) noting that the sushi should contain "no pork."

Pursuant to 28 U.S.C. § 1746, I hereby verify under penalty of perjury that the foregoing is true and correct.

_____
NATHAN LEWIN