# EXHIBIT A

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

24

1    had visited it.  So that was that.

2              We then needed to make -- we, meaning

3    the entire family, needed to make a bunch of other

4    arrangements.

5              Rebecca, as the bride, was pretty much

6    in the lead with all the pieces of it.  The

7    pieces, obviously, were flowers and music and that

8    sort of thing.  One of the pieces was a caterer,

9    because the Corcoran, you know, you need to bring

10   in a caterer.  And Mark had done some research

11   about that.  And we knew that we needed to have a

12   kosher wedding because Craig and his family were

13   kosher.  Rebecca had become kosher at that point.

14        Q    Were they living together at that

15   point?

16        A    Yes, they were.  She was in the

17   process of becoming kosher.  Craig's family was

18   kosher.  And Rebecca had committed to having a

19   kosher household when they were married.

20              So I knew that we needed a kosher

21   caterer.  And we -- we pursued that.  We pursued

22   getting a caterer.  And Rebecca and Mark and Craig

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

31

1    generally.

2         A       Uh-huh.

3         Q       You told me, we knew we needed to have

4    a kosher wedding.

5         A       Uh-huh.

6         Q       How did you come to know that?

7         A       Well, as I said, Craig's family is

8    kosher.  And a wedding is -- a marriage is -- we

9    are a very Jewish family and family is very

10   important to us.  And a marriage, ideally, is the

11   combination of two families forming a larger

12   family.  So there was never any question in our

13   minds that -- it's a question of respect, that the

14   wedding would be a kosher wedding because Craig

15   came from a kosher family.

16        Q       Okay.  What I'm getting at is -- is

17   the specifics of the decision to make it kosher.

18   Did Craig or Rebecca tell you they needed that?

19   Or is it something you and Mark came to on your

20   own?

21        A       Well both.

22        Q       Was it spoken or unspoken?

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

37

1   kosher that we had contracted for.

2        Q    Okay.  You understand from your

3   upbringing and your background that certain

4   people, regardless of who came to the wedding that

5   you hosted, certain people observe a level of

6   kashruth that would allow them only to eat off of

7   kosher dishes, correct?

8        A    Certain people, yes.

9        Q    Okay.  Or to have food cooked in

10  kosher pots and pans?

11       A    Yes.

12       Q    And in a kosher oven?

13       A    Right.

14       Q    And as I understand your testimony,

15  you made a conscious decision that that level of

16  kashruth was not required for the event you were

17  hosting; is that correct?

18       A    No.  We made a conscious decision to

19  seek and contract for the level -- to seek and

20  contract for a kosher wedding in the terms that

21  Craig's family practiced kashruth and that I had

22  practiced kashruth and that my parents and

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

38

1    grandparents had practiced kashruth.  And it was a

2    very serious, conscious, deliberate way of life

3    that I was raised in, with rigorous rules, that we

4    contracted for in this wedding.

5        Q    And please understand my question is

6    not intended to denigrate that in any respect.

7        A    All right.

8        Q    But simply to understand the

9    distinction in your thought process.  You --

10   strike that.  With the knowledge that you have

11   from your background, your religious education,

12   and your prior kosher home, about a level of

13   keeping kosher that would require separate dishes.

14       A    Uh-huh.

15       Q    You and your husband consciously

16   decided that you didn't need that for the event

17   that you were hosting here, given the level of

18   observance of the guests coming.  Is that a fair

19   statement?

20       A    We contracted for what we needed, is a

21   fair statement.

22       Q    Okay.  And does the contract set forth

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

39

1     what you needed?

2          A     It does.

3          Q     Okay.  Now in choosing --

4          A     The complete contract does.  All the

5     documents together do, yes, set forth what we

6     needed.

7          Q     Okay.  Choosing a caterer to

8     accommodate what you needed from a kosher

9     standpoint --

10         A     Uh-huh.

11         Q     -- as I understand your testimony

12    about the level you needed, is it fair to say that

13    it didn't have to be a kosher caterer, as long as

14    they could accommodate your needs of not serving

15    unkosher products?

16              MR. LEWIN:  Objection.  Go ahead.

17    Answer the question.

18              THE WITNESS:  I don't understand the

19    question.

20    BY MR. SCHWABER:

21         Q     I recognize you -- you made a decision

22    to serve meat at the wedding.

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

41

1          Q      To use a nonkosher caterer?

2          A      I don't know what a nonkosher caterer

3    is.

4          Q      You've been to many events through

5    your job and other, right?

6          A      When we contracted for this, we had a

7    number of documents about Ridgewells being a

8    kosher caterer.  I had one from my synagogue.  And

9    I had -- Mark was told by the Corcoran that there

10   were three kosher caterers who had worked at the

11   Corcoran.  So we were contracting with a kosher

12   caterer.  We would not have considered contracting

13   with anyone that had not been -- flagged itself,

14   so to speak, presented itself as a kosher caterer.

15           When I went to Ridgewells the first

16   time, Mark had been dealing with them to begin

17   with, I was presented as dealing with their kosher

18   division.

19           When I called Ridgewells to speak to

20   Toby Nann, I misplaced her direct number, I got

21   the number on the web.  And I called Ridgewells

22   and I said, "kosher division, please".  And they

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

42

1    connected me to Toby Nann.  So I was -- from my

2    point of view, I was dealing with a kosher

3    caterer.

4          Q     All right.  You may not have

5    understood my question.  I wasn't asking about

6    Ridgewells.  What I was asking is, again,

7    operating under the assumption that you chose a

8    dairy wedding with --

9          A     I would be fine with a kosher caterer.

10         Q     You would have?

11         A     Yes.

12         Q     Why is that?

13         A     I -- we wanted a kosher wedding.  We

14    wanted to contract for a kosher caterer.  We were

15    dealing with a kosher family.  We were respecting

16    kosher rules.

17                One of my closest friends is a rabbi

18    and is kosher and he was going to be there.  And

19    that was what we wanted.  I didn't want to -- I

20    didn't want to have to deal with -- I wouldn't

21    have wanted to have to deal with making special

22    arrangements for special -- certain people.  So I

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

55

1      A      We dealt with the kosher division.

2    The first thing I discussed with Ridgewells was

3    the kosher need.

4      Q      Did -- did you look at the contract

5    documents in this case before they were signed?

6      A      Yes.

7      Q      Did it -- did you ever consider the

8    need to include a specification that you were

9    getting kosher catering from Ridgewells?

10     A      No, because I was dealing with the

11   kosher division.  And we had been -- we discussed

12   in great detail what the kosher needs was.  As you

13   see, when we were billed at the end, we were

14   billed for kosher meat.  So Ridgewells understood

15   what our needs were.

16     Q      My question was --

17     A      I thought they understood.  Obviously,

18   they didn't, by serving shellfish.

19     Q      Okay.  My question has to do with, not

20   the end, but prior to contracting, when you

21   reviewed the contract, what was your purpose in

22   reviewing it?

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

82

1    needed.

2        Q    And I think you also testified from

3    your review of some documents in preparation for

4    today that your recollection is that it was prior

5    to you even seeing the contract?

6        A    I think so, yes.

7        Q    Okay.

8        A    I'm not certain about that.  The

9    concern at the time was what kosher food -- what

10   approach could be provided.  As I said, we liked

11   the idea of Sue Fischer because she could provide

12   a kosher wedding with sort of, you know, more

13   nouveau food.

14            But our concern was to have a kosher

15   wedding using a caterer that the Corcoran

16   accepted.  And that's why we're -- we met with

17   Toby to talk about whether that could be

18   satisfied, our needs.

19       Q    Why is it that you didn't pay for the

20   rabbinical supervision or the kosher plates?

21       A    We didn't need it, in terms of our --

22   our kashruth, as I said.

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

83

1      Q     But it would have given you some

2    assurance that there couldn't be the kind of

3    foul-up that wound up happening?

4      A     It was inconceivable to me, looking

5    back on it now, it remains inconceivable to me

6    that dealing with a unit that -- that presented

7    itself as Ridgewells' kosher division, when I

8    called Ridgewells and I said "kosher division",

9    they would connect me to Toby.

10          She would say "Toby Nann". She

11   actually used a different name at one point,

12   Silverstein. But then my notes say she that was

13   Toby Nann. Where we had a meeting, where the

14   first thing we met, we shook hands. We were not

15   expecting to have food there. But as a surprise,

16   she had some food for us.

17          And the first thing I said to her is,

18   let me explain our kosher needs. I recall clearly

19   that that was the first thing I said to Toby. Up

20   to that point, I think Mark -- I don't think I had

21   spoken to her.

22          And I explained that we needed kosher

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

84

1    food.  I explained what we meant by that.  And she

2    said -- and I remember it vividly.  She said, I

3    understand completely.  I grew up in Long Island.

4              I understood that to mean that she

5    understood the practice of kashruth from my

6    childhood and that the Barons practiced, that's

7    what that meant to me. *She said* I grew up in Long Island

8    and I was a mashgiach at Ohr Kodesh.

9              MR. LEWIN:  O-H-R, K-O-D-E-S-H.

10             THE WITNESS:  And I knew Ohr Kodesh

11   because Michael ~~Baron~~ *Barenbaum*, actually, who is one of the

12   plaintiffs, attended Ohr Kodesh.  I attended his

13   wedding at Ohr Kodesh.  Our daughter Sarah

14   attended nursery school at Ohr Kodesh.

15             Ohr Kodesh is a traditional,

16   conservative synagogue.  At the time that my

17   daughter attended Sunday school there, we were

18   nonetheless members of Adas.  The reason we were

19   members at Adas was because Adas allowed women in

20   a minyan, M-I-N-Y-A-N.  Minyan is the assemblance

21   of Jews that constitutes enough people to have a

22   religious service.

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

85

1    And Ohr Kodesh was so traditional that

2    women were not allowed in a minyan at that time.

3    So when she said Ohr Kodesh, I was a

4    mashgiach at Ohr Kodesh, to me, she was telling me

5    she understood what kosher meant.

6    At that meeting, the main thing we

7    discussed was what the kosher options were that

8    could be provided.

9    One of the things that she had us

10   taste was a hot dog wrapped in pastry.  And that's

11   something that I happen to serve when I entertain.

12   I happen to serve Hebrew National because I like

13   the way it tastes, now, in my home.  I didn't like

14   the way this hot dog tasted.  I said oh, you know,

15   I don't -- I don't like this hot dog, you know.

16   Can you -- she says, well that's the only kosher

17   one we use.

18   I said, can't you get Hebrew National?

19   And she said oh, well, you know, I would just have

20   to buy it in a grocery store.  It would be, you

21   know, it would be very expensive.

22   As it turned out, we never pursued

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

86

1    that because the kids didn't want those hot dogs.

2    She gave us a brochure of Ridgewells'

3    hors d'oeuvres, talking about what options we

4    could have, I suppose.

5              We knew that we weren't going to

6    decide until much later what the hors d'oeuvres

7    would be.  But she was going to construct the

8    contract, as I recall, with like four different

9    kinds of hors d'oeuvres or different kinds of

10   stations or whatever.

11             And when I -- when I reviewed the

12   selections, she said, oh, I can't do that in

13   kosher.  Oh, I can do that in kosher.

14             And the kinds of things we're talking

15   about, for example, at one point if you look at

16   the notes, the menu went through a variety of

17   iterations.  We signed a contract but then we kept

18   changing the menu over the months or considering

19   different things.

20             And one of them was a Mediterranean

21   bar or something.  It may have been in the

22   original contract, where she said -- it said

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

87

1    sausage and salami, which she ultimately dropped.

2    And in the conversation about dropping it, she

3    said, you know what, the kosher sausage doesn't

4    taste good.

5            The one thing that Toby and I talked

6    about consistently from the first meeting through

7    the last was kosher, kosher, kosher.  It was the

8    subject of every conversation we had.  Because the

9    conversations that we had were about various menu

10   options.

11           And it was a given that it was kosher.

12   We were dealing with Ridgewells, what presented

13   itself as Ridgewells' kosher division.

14           When I met Julie Staley, which was

15   close to the ceremony, who I understood to be

16   Toby's supervisor, we had a walk-through at the

17   Corcoran and I met Julie.  And I stood at the

18   sidelines.  I wasn't really needed.  They were

19   doing logistics or something.

20           What I discussed with Julie Staley was

21   the need for a kosher wedding.  And Julie Staley,

22   I -- you know, I said, are you Jewish or

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

88

1    something?  She was talking about it.  She said,

2    no, I've learned about all this since I have run

3    the kosher division.  She said that to me.  It was

4    a week or two before the wedding, when we had a

5    walk-through, whatever the date was.

6              She told me that she ran the kosher

7    division.  That was the main thing I discussed

8    with anyone was kosher, kosher, kosher.

9    BY MR. SCHWABER:

10         Q    Ms. Siegel, I know from listening to

11   you that you have a lot that you want to say.  I

12   need you to try to just focus on my questions.

13         A    Sure.

14         Q    If you will.  My question was much

15   more narrow.

16         A    Sure.

17         Q    My question was, you knew at the time

18   you entered into the contract with Ridgewells that

19   they had the option of strictly kosher, which I'll

20   define as there's separate dishes, there's

21   separate pots and pans and a mashgiach.  And --

22   and you were knew that you were not electing that

VIDEOTAPED DEPOSITION OF JUDITH SIEGEL
CONDUCTED ON TUESDAY, MARCH 21, 2006

95

1    the sushi.  She said, look at the sushi.  And I

2    looked at it and I saw stuff that was white and

3    pink.  And I thought it was that stuff that you

4    buy in the super mat -- market.  I call it fake

5    crab meat.  It's made out of haddock or something

6    like that.  I don't know whether it has a "K" on

7    it or not.  But it's made only with acceptable

8    kosher fish.  And my mother used to make something

9    called mock shrimp out of flounder.  I said, no,

10   no, that's -- that's mock shrimp, that, you know,

11   it's kosher, the sushi is kosher.

12            And she said, well, then -- she said,

13   will you taste it?  I don't know why she said

14   taste it.  But she said, taste it.  Which was not

15   a problem for me because I eat shellfish.

16            And I tasted it.  And I said, oh my

17   God, it is shrimp.  And somehow Mark was nearby, I

18   think.  I know I said -- I got to Mark.  But I

19   think he was nearby because people were still

20   coming upstairs.  It wasn't that crowded yet.  And

21   I go, Mark, there's shrimp in the sushi tray.  I

22   said, come look at this.  And he -- I can picture

# EXHIBIT B

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

24

1     A     There are two full-time employees and a          10:00:25

2     paid intern.                                            10:00:27

3     Q     Okay.  Do you -- did you believe, as of the       10:00:32

4     morning, let's say, of your daughter's wedding that     10:00:44

5     your daughter's wedding was to be a kosher affair?      10:00:49

6     A     I believe that all the food was going to be       10:00:51

7     kosher.  And it was going to be parve.  What was        10:00:54

8     going to -- no dairy products would be served.          10:00:58

9          MR. LEWIN:   Parve, P-a-r-v-e.                     10:01:00

10    A     We had worked out all the details and made        10:01:05

11    sure that -- that that was the case, that all food      10:01:07

12    would be kosher and nothing would have any dairy        10:01:09

13    products.                                               10:01:12

14    BY MR. SCHWABER:                                         10:01:15

15    Q     If you were standing at the door to the           10:01:16

16    Corcoran as a guest -- as a guest arrived -- let's      10:01:21

17    say, half an hour before the wedding was to begin,      10:01:27

18    an early guest arrived.  And the guest said to you,     10:01:30

19    "Is this a kosher wedding?"  What would your answer     10:01:34

20    be?                                                     10:01:37

21    A     I would have said, All of the food is             10:01:38

22    kosher, and all the food is parve.  And that was the    10:01:39

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

25

| | | |
|---|---|---|
| 1 | level of Kashruth that I was comfortable with.  And | 10:01:42 |
| 2 | I -- I believed all my guests would be since my | 10:01:44 |
| 3 | rabbi, for instance, ate at my home, ate in | 10:01:46 |
| 4 | restaurants.  Others -- others who are observant | 10:01:49 |
| 5 | also ate at restaurants.  And I thought this was the | 10:01:55 |
| 6 | level of Kashruth that was satisfactory to me and | 10:01:58 |
| 7 | would be satisfactory to my guests. | 10:02:01 |
| 8 | Q    So you would have put those qualifiers on | 10:02:04 |
| 9 | it?  You wouldn't have said yes to the question of, | 10:02:06 |
| 10 | "Is this a kosher wedding?" | 10:02:09 |
| 11 | MR. LEWIN:  Objection.  Go ahead.  Go | 10:02:11 |
| 12 | ahead. | 10:02:13 |
| 13 | A    I -- I would have said that -- that the | 10:02:13 |
| 14 | food is -- is kosher, yeah. | 10:02:14 |
| 15 | BY MR. SCHWABER: | 10:02:17 |
| 16 | Q    So if -- if I was a guest and I'd asked | 10:02:17 |
| 17 | you -- and you didn't know how I kept -- what kind | 10:02:19 |
| 18 | of home I kept -- and I said, "Mark, is this a | 10:02:21 |
| 19 | kosher wedding?" would your answer have included the | 10:02:25 |
| 20 | qualifiers, or would you have said yes? | 10:02:27 |
| 21 | A    I -- I would have said, "The food is kosher | 10:02:29 |
| 22 | and parve." | 10:02:32 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

26

1    Q    And what if I said, "What about the            10:02:34

2   ingredients that were used in the food?"            10:02:36

3    A    Kosher and parve.                              10:02:38

4    Q    Okay.  So was it your belief that all of       10:02:41

5   the ingredients used had -- were kosher ingredients?  10:02:45

6    A    I was assured of that.                         10:02:49

7    Q    And what specifically were you assured of?     10:02:51

8    A    That everything -- all the food, all the       10:02:54

9   meat products would be kosher meat, that all the     10:02:57

10  fish would be nonshellfish, and that there would be  10:03:01

11  no milk products of any kind -- no cheese, no        10:03:08

12  butter, no milk in anything including the cake,      10:03:12

13  including the -- the cream that was served at the --  10:03:15

14  with coffee.  We worked that out in -- in very, very  10:03:18

15  careful detail.                                      10:03:23

16   Q    Okay.  And getting back to the                 10:03:24

17  ingredients --                                       10:03:28

18       MR. LEWIN:  I object to the term -- the use      10:03:28

19  of the word "ingredients."  Do you want to define    10:03:31

20  that some more?  You're talking about, you know,     10:03:35

21  spices and things like that, or --                   10:03:37

22  BY MR. SCHWABER:                                     10:03:41

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

27

1    Q    Spices and things like that.  In other    10:03:41

2    words, by -- my definition of ingredients that I'll    10:03:42

3    ask you to understand is, as opposed to the finished    10:03:44

4    product that is served to the guests, the things    10:03:48

5    that go into it.  So the -- the molasses and the    10:03:51

6    spices and the ketchups and those kinds of things    10:03:55

7    that go into the sauces.    10:04:01

8         Did you -- did you have an understanding as    10:04:04

9    to whether those ingredients needed to be certified    10:04:08

10   as kosher?    10:04:12

11   A    Toby Nann, who was the person that I was    10:04:13

12   working with, told me specifically that she had been    10:04:17

13   a mashgiach or kodesh; that she knows what to do and    10:04:19

14   that everything would be perfect.  And I checked out    10:04:24

15   the fact that she had, in fact, been mashgiach or    10:04:26

16   kodesh with --    10:04:30

17        MR. LEWIN:  Mashgiach is M-a-s-h-g-i-a-c-h.    10:04:31

18   A    Check -- check out that she had been    10:04:36

19   mashgiach, and she was, in fact -- had been in that    10:04:39

20   capacity.  And she assured me everything -- that she    10:04:41

21   knows what to do, and everything would be perfect.    10:04:43

22   She said that many times.    10:04:45

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

28

| | | |
|---|---|---|
| 1 | BY MR. SCHWABER: | 10:04:48 |
| 2 | Q    Okay.  You may have misunderstood my | 10:04:49 |
| 3 | question, or I might not have phrased it correctly. | 10:04:51 |
| 4 | Regardless of Toby Nann's credentials, my question | 10:04:54 |
| 5 | was, Did you have an understanding or an expectation | 10:04:59 |
| 6 | that, for example -- I'll make up an ingredient, | 10:05:01 |
| 7 | cranberry sauce. | 10:05:05 |
| 8 | A    Yes. | 10:05:06 |
| 9 | Q    That cranberry sauce, that the package | 10:05:06 |
| 10 | would have a particular certification on it? | 10:05:08 |
| 11 | A    When -- when Toby Nann and -- and my wife, | 10:05:12 |
| 12 | in particular, were -- were picking orders, for | 10:05:16 |
| 13 | instance, Toby Nann would indicate which hors | 10:05:19 |
| 14 | d'oeuvres they could do kosher and which they | 10:05:22 |
| 15 | couldn't.  They went through a -- a long list.  And | 10:05:25 |
| 16 | only some of the hors d'oeuvres could be done | 10:05:27 |
| 17 | kosher.  And those were the only hors d'oeuvres | 10:05:30 |
| 18 | we've ordered.  So yes, that was our expectation. | 10:05:32 |
| 19 | Q    You ordered the wine? | 10:05:35 |
| 20 | A    I did. | 10:05:36 |
| 21 | Q    And I have the listing here. | 10:05:36 |
| 22 | A    Yes. | 10:05:40 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

57

1    A    My wife did all the discussions with --    10:32:23

2    with caterers.  And she got into a -- a long    10:32:26

3    discussion, dialogue with -- with Sue Fischer.  We    10:32:29

4    went to Sue Fischer's shop.  We did a tasting.  We    10:32:34

5    agreed to a menu.  We gave them our credit card for    10:32:40

6    the deposit.  And weeks passed and we never got a    10:32:45

7    contract and no charges were ever taken out of our    10:32:48

8    credit card.    10:32:53

9         And my wife became concerned, and she    10:32:54

10    called Sue Fischer.  And Sue Fischer said that she    10:32:59

11    was having computer problems or things and that it    10:33:01

12    would be forthcoming.  And that went on for several    10:33:04

13    weeks.  And my wife felt that this was getting    10:33:07

14    problematic in terms of time and didn't understand    10:33:12

15    what the issue was.  And I -- we agreed that -- that    10:33:14

16    I would call Sue Fischer and ask for her to produce    10:33:22

17    a contract or that we weren't going to use her    10:33:26

18    services.    10:33:30

19         And she didn't produce her contract.    10:33:31

20    And -- and I called her and I said that we weren't    10:33:35

21    going to be using her services.  And she said, "I    10:33:37

22    understand."  And then the next day or the day after    10:33:39

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

81

| | | |
|---|---|---|
| 1 | California rolls.  They were -- they were -- that | 11:31:59 |
| 2 | phony crab, avocado, cucumber. | 11:32:00 |
| 3 | Q    Okay.  So you expected to have a roll that | 11:32:03 |
| 4 | included imitation crab? | 11:32:06 |
| 5 | A    That's right. | 11:32:09 |
| 6 | Q    Okay.  And did you have any expectations as | 11:32:09 |
| 7 | to the labeling on the imitation crab product? | 11:32:16 |
| 8 | MR. LEWIN:  Objection.  Labeling where? | 11:32:20 |
| 9 | BY MR. SCHWABER: | 11:32:24 |
| 10 | Q    Imitation crab is -- comes out of a jar or | 11:32:24 |
| 11 | a container of some kind, correct? | 11:32:28 |
| 12 | MR. LEWIN:  Does the witness know that?  I | 11:32:33 |
| 13 | don't know. | 11:32:35 |
| 14 | A    I don't know.  Yeah, I assume it comes in | 11:32:35 |
| 15 | some kind of package. | 11:32:38 |
| 16 | BY MR. SCHWABER: | 11:32:39 |
| 17 | Q    Okay.  And my question is, Did you have | 11:32:40 |
| 18 | any -- well, let's start with, Did you have any | 11:32:41 |
| 19 | discussions with anyone about the package containing | 11:32:43 |
| 20 | the imitation crab specifically? | 11:32:46 |
| 21 | A    I was assured by Toby Nann that everything | 11:32:48 |
| 22 | that would be in that sushi would be kosher.  And | 11:32:52 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

82

| | | |
|---|---|---|
| 1 | that's the only discussion I had about that. | 11:32:55 |
| 2 | Q    Okay.  Did you have any concerns about | 11:32:57 |
| 3 | whether any of your guests might not eat an | 11:33:06 |
| 4 | imitation crab product? | 11:33:09 |
| 5 | A    As I previously said, I don't believe that | 11:33:14 |
| 6 | anyone there was -- was Orthodox.  Everyone | 11:33:17 |
| 7 | travelled to the -- to the wedding, for instance, | 11:33:23 |
| 8 | which was just at the break of Sabbath.  They came | 11:33:26 |
| 9 | by car.  They travelled on the Sabbath.  So I | 11:33:29 |
| 10 | don't -- I just -- I would be very surprised if | 11:33:33 |
| 11 | anyone would be concerned about the details of the | 11:33:37 |
| 12 | packaging as long as the food was nonshellfish and | 11:33:41 |
| 13 | the meat and poultry was kosher. | 11:33:44 |
| 14 | Q    Okay.  Did Michael and Melissa travel on | 11:33:46 |
| 15 | Sabbath? | 11:33:50 |
| 16 | A    They -- he doesn't.  I know he doesn't. | 11:33:51 |
| 17 | They walked to the -- I'm trying to think where they | 11:33:58 |
| 18 | were.  I don't know.  I'm sorry.  I don't know. | 11:34:02 |
| 19 | Q    Okay.  Now, it goes on to state, still | 11:34:03 |
| 20 | within paragraph 10 but at the top of page 4, | 11:34:16 |
| 21 | "Michael Berenbaum and Melissa Patek have | 11:34:18 |
| 22 | experienced emotional distress and anxiety over the | 11:34:23 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

142

1  and your wife and any Ridgewells people that were up          14:20:02

2  there and the Barons or whoever else, did you have            14:20:06

3  the wherewithal at the moment you discovered the              14:20:08

4  shrimp problem to prevent your guests from ingesting          14:20:11

5  the shrimp or at least the vast majority of your              14:20:16

6  guests?                                                       14:20:20

7      A    Unless I try to physically remove -- I              14:20:20

8  mean, the father of the bride would have to pick up           14:20:23

9  and physically remove a huge and -- and then take it          14:20:25

10  down three flights of stairs.  Is that what you're           14:20:31

11  suggesting that I should have done at my daughter's          14:20:34

12  wedding?  Is that what you're suggesting?                    14:20:36

13     Q    I'm asking you -- if that is the only thing          14:20:38

14  you can think of, then I guess I'm asking you if             14:20:40

15  that's what you should have done.  What I'm asking           14:20:44

16  you is, Was there anything you think you could have          14:20:48

17  done to prevent your guests from eating the shrimp?          14:20:50

18     A    I -- I did what I thought was                        14:20:52

19  the -- the -- the quickest remedy.  I went down.  I          14:20:53

20  got the event planner, the woman who would told              14:20:56

21  us -- had told us that she was a mashgiach and would         14:20:59

22  make my daughter's wedding perfect.  And I -- I got          14:21:02

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

143

| | | |
|---|---|---|
| 1 | her to remove the shrimp after -- reluctantly after | 14:21:05 |
| 2 | she told me there wasn't shrimp. | 14:21:07 |
| 3 |     Q    When you got her, you physically grabbed | 14:21:09 |
| 4 | her and pulled her, correct? | 14:21:15 |
| 5 |     A    I told you what had happened.  She said | 14:21:16 |
| 6 | that was impossible.  I took her by the hand and we | 14:21:18 |
| 7 | walked up the staircase and I -- I said -- I took | 14:21:21 |
| 8 | her by the hand and I said, "Let me show you." | 14:21:23 |
| 9 |        And we walked up the staircase.  And we got | 14:21:26 |
| 10 | to the top of the staircase, she said, "Oh, my God." | 14:21:29 |
| 11 |     Q    On the way up, beginning downstairs, you | 14:21:32 |
| 12 | actually said, "There's fucking shrimp on the | 14:21:36 |
| 13 | sushi," correct? | 14:21:38 |
| 14 |     A    I usually don't talk that way.  I'm not | 14:21:39 |
| 15 | sure that I said that, but I was so distraught that | 14:21:42 |
| 16 | I could have said it.  I just don't know.  I mean, | 14:21:45 |
| 17 | it was -- it was a horrible moment. | 14:21:47 |
| 18 |     Q    You remember using that particular curse -- | 14:21:49 |
| 19 |     A    No. | 14:21:53 |
| 20 |     Q    -- repeatedly that evening? | 14:21:53 |
| 21 |     A    No, I don't. | 14:21:55 |
| 22 |     Q    Is it conceivable you did? | 14:21:56 |

VIDEOTAPED DEPOSITION OF MARK A. SIEGEL
CONDUCTED ON THURSDAY, JANUARY 19, 2006

221

| | | |
|---|---|---|
| 1 | by counsel.) | 15:39:09 |
| 2 | BY MR. SCHWABER: | 15:39:10 |
| 3 | Q    Is Exhibit 4 the contract at issue in this | 15:39:10 |
| 4 | case? | 15:39:14 |
| 5 | A    As I understood it, yeah.  This is the only | 15:39:14 |
| 6 | signed document, as far as I know.  My wife signed | 15:39:17 |
| 7 | it. | 15:39:22 |
| 8 | Q    Okay.  So that's what you understand to be | 15:39:22 |
| 9 | the contract? | 15:39:23 |
| 10 | A    Well, that and all the endless discussions | 15:39:25 |
| 11 | that we had about what should be included here. | 15:39:29 |
| 12 | Q    The only written contract that's -- when | 15:39:32 |
| 13 | there's a written contract being referred to, is it | 15:39:35 |
| 14 | Exhibit 4? | 15:39:37 |
| 15 | A    A written contract, yes. | 15:39:39 |
| 16 | Q    Okay.  And Exhibit 5 is the final invoice | 15:39:40 |
| 17 | you received from Ridgewells that reflects the sushi | 15:39:45 |
| 18 | credit that was provided, correct? | 15:39:50 |
| 19 | A    Yes. | 15:39:51 |
| 20 | Q    And that invoice has not been paid, | 15:39:51 |
| 21 | correct? | 15:39:53 |
| 22 | A    The balance of $11,000 has not been paid. | 15:39:54 |

# EXHIBIT C

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

31

| | | |
|---|---|---|
| 1 | been told at some point that -- and I don't remember | 11:02:55 |
| 2 | where that a kosher event was contracted for. | 11:03:06 |
| 3 | And the food that was served to me was | 11:03:12 |
| 4 | nonkosher.  It violated my sense of what I put in my | 11:03:16 |
| 5 | mouth, and I felt had, used.  I also -- there came a | 11:03:20 |
| 6 | moment in the event where I saw foods that I'm not | 11:03:27 |
| 7 | familiar with at all that would be -- that are the type | 11:03:30 |
| 8 | that I never eat. | 11:03:32 |
| 9 | And since I had been told that it was a | 11:03:40 |
| 10 | kosher event I had eaten before, I had eaten meat.  And | 11:03:46 |
| 11 | then I noticed cream cheese.  I noticed stuff that | 11:03:52 |
| 12 | looked like shrimp.  I presumed that it was fake shrimp | 11:03:58 |
| 13 | or fake crab.  And then I saw stuff that by no means | 11:04:02 |
| 14 | could it possibly be kosher, and I couldn't -- you | 11:04:04 |
| 15 | know, I couldn't tell you to this day what the content | 11:04:11 |
| 16 | of that was, but I can tell you that I don't eat that | 11:04:11 |
| 17 | stuff. | 11:04:14 |
| 18 | Q.  Did you eat any unkosher food at the | 11:04:14 |
| 19 | wedding? | 11:04:15 |
| 20 | A.  I presume so. | 11:04:17 |
| 21 | Q.  What's the basis for that presumption? | |
| 22 | A.  Because I was at the sushi bar and I ate | |

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

32

| | | |
|---|---|---|
| 1 | sushi.  I was also, at that point, on the Atkins diet, | 11:04:34 |
| 2 | in which I was eating protein.  So my concern at the | 11:04:37 |
| 3 | sushi bar, when I thought it was kosher, it was | 11:04:40 |
| 4 | essentially to avoid rice and to fill up on protein | 11:04:44 |
| 5 | because I was eating no -- no carbohydrates. | 11:04:49 |
| 6 | Q.  You said you saw some fish at the sushi bar | 11:04:49 |
| 7 | that you were unfamiliar with. | 11:04:51 |
| 8 | A.  (Nods.) | 11:04:53 |
| 9 | Q.  Can I presume you didn't eat any of that? | 11:04:56 |
| 10 | A.  The stuff that I was unfamiliar with, yes. | 11:04:59 |
| 11 | That's the moment at which I knew that something was | 11:04:59 |
| 12 | wrong. | 11:05:03 |
| 13 | Q.  All right.  So at that point where you knew | 11:05:06 |
| 14 | something was wrong, are you saying you knew that | 11:05:09 |
| 15 | before you heard from anybody that something was wrong? | 11:05:17 |
| 16 | A.  The sequence of the events I cannot be | 11:05:21 |
| 17 | precise about.  At that point, if I recall, I said to | 11:05:30 |
| 18 | my wife, who was with me, you know, "Something is not | 11:05:32 |
| 19 | kosher here," or words to that effect. | 11:05:40 |
| 20 | Q.  Okay.  You told me also about seeing foods | 11:05:45 |
| 21 | that you did recognize as shrimp or crab, but you, to | |
| 22 | paraphrase, presumed at the time you saw them that they | |

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

35

| | | |
|---|---|---|
| 1 | a nondairy imitation that you saw at the Siegel | 11:08:42 |
| 2 | wedding, did you eat any of it? | 11:08:42 |
| 3 | A.  No. | 11:08:43 |
| 4 | Q.  Okay.  Getting back to the -- | 11:08:45 |
| 5 | A.  I had nothing to put it on. | 11:08:49 |
| 6 | Q.  Because of your Atkins diet? | 11:08:53 |
| 7 | A.  Because of my Atkins diet. | 11:08:56 |
| 8 | Q.  Getting back to the crab and shrimp, do you | 11:08:59 |
| 9 | recall seeing products that looked like both, crab and | 11:08:59 |
| 10 | shrimp? | 11:09:01 |
| 11 | A.  I recall seeing something that looked like | 11:09:04 |
| 12 | shrimp.  I do not recall seeing something that looked | 11:09:04 |
| 13 | like crab. | 11:09:05 |
| 14 | Q.  Okay.  And when you say -- | 11:09:09 |
| 15 | A.  That's not to say it wasn't there.  I just | 11:09:10 |
| 16 | don't recall it. | 11:09:13 |
| 17 | Q.  When you say "something that looks like | 11:09:15 |
| 18 | shrimp," I don't think I specifically asked you this | 11:09:15 |
| 19 | question, so let me just ask you, to be clear, you keep | 11:09:17 |
| 20 | a kosher diet, correct? | 11:09:18 |
| 21 | A.  I keep a kosher diet. | |
| 22 | Q.  Both in and out of your house? | |

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

60

| | | |
|---|---|---|
| 1 | A. You know, I'll tell you the truth -- well, I | 11:42:46 |
| 2 | shouldn't say "I'll tell you the truth," because I've | 11:42:49 |
| 3 | only been telling you the truth -- but the element | 11:42:55 |
| 4 | that -- if somebody were to serve me eel and octopus | 11:42:58 |
| 5 | today, I would not know what it looks like. My | 11:43:01 |
| 6 | assumption is that what eel and octopus look like would | 11:43:07 |
| 7 | go off my radar screen in terms of what is prohibited | 11:43:14 |
| 8 | in terms of food. So I do not know at all that I ate | 11:43:21 |
| 9 | eel and octopus, and I would presume that I did not. | 11:43:23 |
| 10 | Q. Is it fair to say that the entire basis of | 11:43:29 |
| 11 | any claim you have against Ridgewells in this case is | 11:43:34 |
| 12 | based on a presumption that Ridgewells misrepresented | 11:43:37 |
| 13 | something to the Siegels, either in their contract or | 11:43:37 |
| 14 | otherwise, that you are not aware of or privy to? | 11:43:37 |
| 15 | THE WITNESS: Please ask it one more time. | 11:44:12 |
| 16 | I'm trying to understand the nature of the question. | 11:44:12 |
| 17 | Court reporter, can you answer it back. | 11:44:15 |
| 18 | (Above-requested testimony was read back by reporter.) | 11:44:18 |
| 19 | A. No, I think that that's not fair, because I | 11:44:23 |
| 20 | would think that serving, at a wedding, shrimp, cream | 11:44:30 |
| 21 | cheese, octopus, eel, and whatever the hell else was | |
| 22 | there, was a visual violation of what I had presumed | |

VIDEOTAPED DEPOSITION OF MICHAEL BERENBAUM
CONDUCTED ON THURSDAY, JUNE 29, 2006

61

| | | |
|---|---|---|
| 1 | was a sacred event.  I did not find it -- I found that | 11:44:50 |
| 2 | violative and repugnant and difficult. | 11:44:53 |
| 3 | So if you want to ask if that's the sole | 11:44:56 |
| 4 | basis, the answer is no.  What was put out on the table | 11:45:01 |
| 5 | was offensive to me, and is offensive to me.  That's | 11:45:03 |
| 6 | one of the bases. | 11:45:06 |
| 7 | Q.  Well, let's talk about your specific answer, | 11:45:09 |
| 8 | because I think we've covered some of this.  You don't | 11:45:12 |
| 9 | know whether or not cream cheese was served, correct? | 11:45:15 |
| 10 | A.  What looked like cream cheese was there.  I | 11:45:23 |
| 11 | did not taste it, I was not eating bread, but I would | 11:45:28 |
| 12 | have, had I been eating bread. | 11:45:31 |
| 13 | Q.  I appreciate that.  I'll be very specific | 11:45:34 |
| 14 | with my questions.  And let me preface the questions | 11:45:35 |
| 15 | I'm about to give you by saying what I'm looking for | 11:45:36 |
| 16 | here is your personal knowledge, okay -- | 11:45:37 |
| 17 | A.  Okay. | 11:45:40 |
| 18 | Q.  -- not what you heard about from somebody | 11:45:42 |
| 19 | else, okay.  And I'm basing my questions based on my | 11:45:45 |
| 20 | understanding of your testimony to this point, which | 11:45:48 |
| 21 | has been very clear, about the fact that you have no | |
| 22 | idea what the contract called for, and you've never | |

# EXHIBIT D

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

30

1    ceremony, and that's when she saw it.

2        Q.     Okay.  So is it your

3    understanding, obviously you weren't there, but

4    is it your understanding that she saw it before

5    knowing about it?  Did she see the shrimp on the

6    sushi bar before she had been told there was

7    shrimp on the sushi bar?

8        A.     It is my understanding from what

9    other people have told me that when my

10   sister-in-law came upstairs and saw the shrimp

11   sitting there she basically became hysterical

12   and began removing the pieces of the shrimp from

13   the sushi boat and putting it onto a plate.

14       Q.     Okay.  And when you say she became

15   hysterical, again, I understand from your

16   testimony you weren't there, but what were you

17   told that led you to conclude that she became

18   hysterical?

19       A.     I was told by other people that

20   she became hysterical.  I was told by other

21   people that she basically started freaking out.

22   I don't remember if she was like trying to find

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

45

1    listening, his concerns about her competence --

2    I'm characterizing them, but you heard the

3    testimony, so my question to you is twofold.

4              First of all, do you recall your

5    husband communicating his concerns to you?

6         A.    Yes.  We actually were

7    communicating with each other.  We were sort of

8    on the same page about those concerns.

9         Q.    That was going to be my next

10   question.

11        A.    Yeah.

12        Q.    Okay.  So was one of you more

13   concerned about Toby than the other or would you

14   describe yourselves as pretty much on the same

15   page at it?

16        A.    Well, I mean, Craig and I both

17   thought that she seemed a little flighty in

18   terms of logistics, but I think that we just

19   both -- I think that we both found her to be a

20   bit flighty but, you know, we expressed to each

21   other concerns about her sort of general nature.

22        Q.    Did you share his concerns about

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

46

1    her competence?

2         A.    I believe from what I recall from

3    what he said today he was sort of concerned

4    about her competence with respect to logistics

5    and I definitely shared some concerns,

6    specifically when we were going over the table

7    assignments and like where the tables would be

8    because it sort of seemed like she didn't get

9    what we were -- there were a few times we had to

10   go back and redo the tables that she sort of

11   wasn't getting the logistics of the way the room

12   was supposed to be setting up.  So I think we

13   shared the same concerns with respect to

14   logistics.

15            I think that neither of us had any

16   concerns whatsoever about her ability to deliver

17   the kosher wedding that we contracted for.

18   Specifically, because she really did assure us

19   over and over again that she "got it."  You

20   know, that had she a Long Island Jewish wedding

21   and that she was trained as a mashgiach.  So

22   like that part I wasn't -- you used the word

VIDEOTAPED DEPOSITION OF REBECCA BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

47

1    competence, in terms of competence in that way,

2    I had zero concern about her.  I was just more

3    concerned because she seemed a little flaky.

4         Q.    Okay.  Other than the salad plate

5    incident you described, did you have any other

6    interaction verbal or otherwise with Toby Nann

7    on the night of your wedding?

8         A.    No, I did not.

9         Q.    Okay.  You told me you had a

10   discussion with Julee Staley that night?

11        A.    Yes, I did.

12        Q.    Can you describe that discussion?

13   Start with when in the course of the evening it

14   took place?

15        A.    I don't know when in the course of

16   the evening it took place.  I know that my veil

17   was sort of falling out of my hair.  I went into

18   the restroom with Michelle Hodges and my sister,

19   Sarah.  And we were in the bathroom and Sarah

20   and Michelle were attempting to sort of fix the

21   veil situation.  Julee came into the bathroom

22   and when I saw Julee I said can I speak with you

# EXHIBIT E

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

30

| | | |
|---|---|---|
| 1 | synagogue. | 10:03:57 |
| 2 | Q    And after that, the next line has Z & Gold. | 10:03:58 |
| 3 | What is that? | 10:04:02 |
| 4 | A    Zeffert & Gold. | 10:04:03 |
| 5 | Q    Who are they? | 10:04:05 |
| 6 | A    They're caterers from Baltimore. | 10:04:05 |
| 7 | Q    And the next four lines are apparently | 10:04:09 |
| 8 | Lucks, L-U-C-K-S.  What is that? | 10:04:11 |
| 9 | A    Diane Lucks.  She's a caterer. | 10:04:14 |
| 10 | Q    Located where? | 10:04:16 |
| 11 | A    In Rockville. | 10:04:17 |
| 12 | Q    And she caters kosher events? | 10:04:19 |
| 13 | A    Yes. | 10:04:27 |
| 14 | Q    Now, you met with the Siegels in late 2004 | 10:04:28 |
| 15 | for the first time; is that correct? | 10:04:36 |
| 16 | A    Yes. | 10:04:38 |
| 17 | Q    And you told them in the course of that | 10:04:39 |
| 18 | conversation that you had been a mashgiach? | 10:04:43 |
| 19 | A    Yes. | 10:04:45 |
| 20 | Q    Could you just as best as you recall tell us | 10:04:47 |
| 21 | the context of that discussion, how that came up. | 10:04:50 |
| 22 | A    We were discussing their daughter's wedding, | 10:05:09 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

31

| | | |
|---|---|---|
| 1 | and they had let me know that, I guess, their in-laws | 10:05:13 |
| 2 | to be had kept kosher and that they were -- they had | 10:05:24 |
| 3 | done a tasting that evening of various little odds and | 10:05:36 |
| 4 | ends while we went over a menu that would be a kosher | 10:05:42 |
| 5 | style menu. | 10:05:51 |
| 6 | Q    Did you prepare food for that tasting? | 10:05:56 |
| 7 | A    Yes. | 10:05:59 |
| 8 | Q    Did you prepare only foods that could be | 10:05:59 |
| 9 | kosher? | 10:06:01 |
| 10 | A    I would say kosherized. | 10:06:04 |
| 11 | Q    What do you mean by that? | 10:06:07 |
| 12 | A    Food that is kosher has to be made under | 10:06:10 |
| 13 | kosher supervision, kosher food, have labels, | 10:06:14 |
| 14 | et cetera.  Our kitchen is not a kosher kitchen.  We | 10:06:19 |
| 15 | do kosher style, we do -- kosherizing would be that we | 10:06:24 |
| 16 | would not mix milk with meat, and in this case they | 10:06:33 |
| 17 | had asked if we would be able to use kosher meat.  And | 10:06:38 |
| 18 | I said yes, we could use kosher meat, but that they | 10:06:43 |
| 19 | had to understand, it's being made in a nonkosher | 10:06:46 |
| 20 | kitchen.  That we can keep the milk and the meat | 10:06:49 |
| 21 | separate, but it is not a kosher kitchen.  And they | 10:06:55 |
| 22 | said that was okay. | 10:07:00 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

126

1    Q    Now, the third paragraph there says, "David,    12:23:16

2    this event also has a lot of sushi on it.  I know that    12:23:18

3    it requires four days' notice."  What did you mean by    12:23:22

4    that?    12:23:29

5    A    We have a four-day notice that you have to    12:23:30

6    order the sushi by.    12:23:32

7    Q    And did you, in fact, order the sushi?    12:23:38

8    A    Yes, I put in a vendor form for it.    12:23:40

9    Q    And did you, in fact -- did you ever tell a    12:23:46

10   vendor that there was not supposed to be any shrimp,    12:23:58

11   eel, or octopus on the sushi platter?    12:24:02

12   A    I don't talk to the vendors, I just give    12:24:07

13   David the vendor form.    12:24:09

14   Q    You fill out the vendor order?    12:24:10

15   A    Yes.    12:24:11

16   Q    And that you do pay attention to, don't you?    12:24:12

17   A    It was the first time I've ever filled one    12:24:12

18   out.    12:24:14

19   Q    It's the first time you'd ever filled out a    12:24:14

20   vendor --    12:24:15

21   A    This is the first time I've ever ordered    12:24:16

22   sushi.    12:24:17

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

149

| | | |
|---|---|---|
| 1 | A    I don't remember if I came straight out and | 13:56:04 |
| 2 | said that. | 13:56:06 |
| 3 | Q    What do you remember that you did say? | 13:56:10 |
| 4 | A    I told him that he could do kosher meat and | 13:56:12 |
| 5 | keep all dairy out of the food, that the food is still | 13:56:17 |
| 6 | prepared in our facilities. | 13:56:25 |
| 7 | Q    And what did he say in response? | 13:56:27 |
| 8 | MR. SCHWABER:  She hadn't finished. | 13:56:29 |
| 9 | BY MR. LEWIN: | 13:56:30 |
| 10 | Q    Oh, go ahead, I'm sorry. | 13:56:31 |
| 11 | A    And that it is not a kosher event, that we | 13:56:33 |
| 12 | can -- you know, then, I guess I did, we could do it | 13:56:40 |
| 13 | as a kosher-style where there would be kosher meat and | 13:56:43 |
| 14 | no dairy at the event. | 13:56:46 |
| 15 | Q    What did he say in response to that? | 13:56:50 |
| 16 | A    That's fine. | 13:56:52 |
| 17 | Q    And what was said prior to the time that you | 13:56:56 |
| 18 | said to him we could do such and such an event, how | 13:57:00 |
| 19 | did that come up in the discussion? | 13:57:05 |
| 20 | A    What type an event. | 13:57:12 |
| 21 | Q    How did the subject come up in the | 13:57:14 |
| 22 | discussion you had with Mark Siegel? | 13:57:15 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

169

| | |
|---|---|
| 1 | BY MR. LEWIN: | 14:21:30 |
| 2 | Q   And, in fact, you instructed that there be | 14:21:30 |
| 3 | no shrimp in the pad thai, is that it, the -- | 14:21:33 |
| 4 | A   Yes. | 14:21:35 |
| 5 | Q   Why did you do that? | 14:21:36 |
| 6 | A   Because it is a product that when doing a | 14:21:41 |
| 7 | kosher event we would have striked.  After talking | 14:21:47 |
| 8 | with the Siegels, and although it did not come up, I | 14:21:56 |
| 9 | felt that that item should be taken off of their -- | 14:22:00 |
| 10 | their ingredients. | 14:22:04 |
| 11 | Q   And if you were doing the vendor order again | 14:22:07 |
| 12 | for the sushi vendor -- or strike that. | 14:22:09 |
| 13 | Did you say that it was a mistake when you | 14:22:17 |
| 14 | did the vendor order for the sushi vendor that you did | 14:22:19 |
| 15 | not tell him no shrimp or octopus or eel? | 14:22:23 |
| 16 | A   It was -- it was an oversight, as I don't | 14:22:30 |
| 17 | eat the stuff, so it wasn't forefront in my mind that | 14:22:33 |
| 18 | these are products that would be on it. | 14:22:39 |
| 19 | THE VIDEOGRAPHER:  I need to go off. | 14:22:43 |
| 20 | BY MR. LEWIN: | 14:22:45 |
| 21 | Q   And if you had known -- we're almost | 14:22:45 |
| 22 | finished -- if you would have known that the product | 14:22:46 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

# EXHIBIT F

VIDEOTAPED DEPOSITION OF CRAIG BARON
CONDUCTED ON TUESDAY, FEBRUARY 7, 2006

80

1    kosher, without a mashgiach, to meet your

2    standards?

3              MR. LEWIN:  Objection.

4              THE WITNESS:  That -- my concerns

5    related to whether there would there be bread on

6    the table, whether there would be enough passed

7    hors d'oeuvres.  There were minor concerns.  Our

8    discussions with Toby, Toby related to us quite

9    clearly that she was fully aware of the level of

10   kashrut that we wanted and fully aware of the

11   type of wedding with heavy cocktail hour, lots

12   of passed hors d'oeuvres type of thing that we

13   wanted because of her being from New York and

14   being from -- and getting married there.

15   BY MR. SCHWABER:

16        Q.    Do you believe Toby understood

17   prior to the wedding that shrimp was not to be

18   served at the wedding?

19        A.    Absolutely.

20        Q.    Do you have any doubt about that

21   in your mind?

22        A.    No.

# EXHIBIT G

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

36

1           MS. LINDLEY:  You can answer.  You can answer

2    again.

3      A     I can?  I thought with the objection I have

4    to finish --

5           MR. LEWIN:  No, that's okay.

6      A     We make basic, regular -- mostly regular and

7    then special is usually little less or so and then

8    deluxe will be much, much less and then will be -- by

9    looking at this, 500 vegetarian rolls, even though

10   specifically they didn't tell us but we're definitely

11   not going wild with things like sea urchin.  Sea urchin

12   is something we actually turn around and ask to people.

13   BY MR. LEWIN:

14     Q     But how about shrimp?  You would put shrimp

15   on the other 450 sushi, wouldn't you?

16     A     Shrimp is like a pretty much regular sushi

17   menu.

18     Q     And eel also would be regular sushi menu?

19     A     Yeah, there will be different -- but higher

20   items, eel.

21     Q     And octopus would also be a regular sushi

22   item?

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

52

1    BY MR. LEWIN:

2        Q    Let me show you what I have marked there as

3    Mummert Exhibit 7.

4        A    I don't know why you call them Mummert

5    exhibit.  This is nothing to do with my --

6        Q    No, I'm just showing it to you.  I know it's

7    not your document but it's just because I show it to you

8    and the transcript has to show that I've showed you some

9    document.

10            Assuming this is an internal Ridgewells order

11   it says sushi assorted, not rolls, 100 pieces and then

12   it says under it no pork.  No pork.

13            Does that make any sense to you?

14       A    Under sushi?

15       Q    Yes, under the sushi it says --

16       A    No pork.  Well, we would tell the clients we

17   never will make it with pork.

18       Q    Never will make it with pork, okay.  That's

19   fine.  Look at the next page.

20       A    If they want us to make it we will.

21       Q    Let's look at page 182 here at the top.

22   California rolls (vegetarian), sushi boat or ceramic and

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

53

1   then it says under that no pork, do you see that?

2       A    Yeah, but vegetarian, sir.  We will do

3   vegetarian.

4       Q    Right, so it doesn't have -- no pork is

5   not -- doesn't make any sense is what I'm asking you, to

6   say no pork?

7           MS. LINDLEY:  Sense to her?

8           MR. LEWIN:  I'm asking you, yeah.  I'm asking

9   her.

10  BY MR. LEWIN:

11      Q    Does it make any sense to you as somebody who

12  knows sushi to say no pork?

13      A    Well, if they say vegetarian it's vegetarian

14  but if they want -- specifically they would like to

15  have -- say I would like to have spicy beef in it we

16  will do so.

17      Q    Have you ever done that?

18      A    Well, there's one customer asking us to do

19  that and we will have to double sure is that what she

20  wanted really and she said she did, she wanted so we

21  done it spicy beef rolls.

22      Q    How long ago was that?