# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.,*      )
           )
     *Plaintiffs/ Counter-Defendants,*   )
           )     **Civil Action No. 05-1717 (JGP)**
v.           )
           )
RIDGEWELL'S, INC.      )
           )
     *Defendant/ Counter-Plaintiff.*   )
           )

## DECLARATION OF ALYZA D. LEWIN

1.     I am an attorney admitted to practice in New York and in the District of Columbia and am a member of the Bar of this Court. I, together with Mr. Nathan Lewin, represent the plaintiffs in this case. I submit this Declaration in support of Plaintiffs' Reply Memorandum of Law In Support of Summary Judgment.

2.     The documents attached to this Declaration are transcripts of testimony provided during discovery in this case.

3.     The attached materials include the following:

(a)     Exhibit 1 – Excerpts from Deposition Transcript of Thomas Keon (July 26, 2006), pp. 72-73.

(b)     Exhibit 2 – Excerpts from Deposition Transcript of Nomi Mummert (July 31, 2006), pp. 47-48, 59-60.

(c)     Exhibit 3 - Excerpts from Deposition Transcript of Toby Nann Silberstein (April 4, 2006), pp. 129-130.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 5, 2006

ALYZA D. LEWIN