```
                                                              1

 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3  ------------------------------------x

 4  MARK A. SIEGEL, et al.,              :    ORIGINAL

 5      Plaintiffs/Counter-Defendant     :   Civil Action No.

 6          v.                           :       05-1717

 7  RIDGEWELLS, INC.,                    :     Judge: John

 8      Defendant/Counter-Plaintiff      :    Garrett Penn

 9  ------------------------------------x

10

11              Deposition of THOMAS KEON

12                    Washington, D.C.

13               Wednesday, July 26, 2006

14                       2:07 p.m.

15  Job No.:  1-82788

16  Pages 1 - 125

17  Reported by:  Alda Mandell, RPR
```


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF THOMAS KEON
CONDUCTED ON WEDNESDAY, JULY 26, 2006

                                                                72

1        A    If requested by a client, we provide sushi.
2   BY MR. LEWIN:
3        Q    Now, looking at that page 11 under sushi
4   station, it says your guests will enjoy both sushi and
5   California rolls.  Are you familiar with the
6   difference between sushi and California rolls?
7        A    Generally, yes.
8        Q    Which is what?  What is the difference?
9        A    California rolls are rolled with a rice
10  wrapper and sushi tends to be more of a straight fish
11  with various accompaniments.
12       Q    Now, right under that on that page 11 it
13  says made to order.  What does that mean?
14       A    Made to order?
15       Q    Yes.
16       A    It means it's made to order.
17       Q    What does that mean?
18       A    It means it's made to order.  There's
19  somebody making it.
20       Q    Right there on the spot, right?
21       A    Typically, yes.
22       Q    So you know as a caterer that made to order

73

1   sushi means that somebody stands there and makes the
2   sushi, is that correct?
3           MR. SCHWABER:  Objection.  He just told you
4   how Ridgewells defines it, not how catering defines
5   it.
6           MR. LEWIN:  Yes.  How Ridgewells defines it.
7       A   As Ridgewells defines it, somewhere in the
8   event somebody's making sushi.  It's not pre-made.
9   It's made there on site.
10  BY MR. LEWIN:
11      Q   On the site.  Right.  Under that on page 11
12  it say assorted freshly rolled sushi, sashimi and maki
13  to include yellow finish tuna, salmon, crisp veggie
14  assortment.  That, to your knowledge, as the president
15  of the catering company, excludes a lot of ingredients
16  that ordinarily appear in sushi, doesn't it?
17      A   I can't say whether it does or doesn't.  It
18  depends -- this looks like what somebody requested.
19  That's what's provided.
20      Q   But is it not true that ordinarily in the
21  usual sushi platter that's provided at events -- and
22  certainly at non kosher events -- shrimp is provided