1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE DISTRICT OF COLUMBIA
3
4  MARK A. SIEGEL, et al.,            *
5       Plaintiffs/                   *
6       Counter-Defendants,           *  Civil Action
7           vs.                       *  No. 1:05CV01717
8  RIDGEWELLS, INC.,                  *
9       Defendant/                    *
10      Counter-Plaintiff.             *   ORIGINAL
11
12
13           Oral Deposition of NOMI MUMMERT
14                 Rockville, Maryland
15              Monday, July 31, 2006
16                    2:33 p.m.
17
18
19
20  Job No.: 1-83405
21  Pages 1 - 66
22  Reported by: Vicki L. Forman



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

47

1   there before the guests, right?
2       A    Yes.
3       Q    And how often does that happen?  Is that
4   frequent that people have the sushi --
5       A    If they want to spend a lot of money on their
6   events and then also staff.  Instead they're using their
7   staff because somebody -- with knowledge about sushi
8   because they're very popular and they will like to talk
9   to chef.  They will like to see the -- it's more like
10  entertainment.
11      Q    And are there words that describe what the
12  chef does in that situation?  I mean do people say --
13      A    Yes, it will say here chef on site.
14      Q    Will it say made to order, for example?
15      A    Yes.
16      Q    Made to order means the chef is there and
17  prepares it there on the spot?
18      A    Right.
19      Q    So you have frequently sent out chefs to a
20  location when somebody is willing to spend some more
21  money so that the sushi is made to order; is that
22  correct?

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

48

1   A   Right.

2       MR. LEWIN:  Let me just mark this as Mummert

3   Exhibit 6.

4       (Mummert Deposition Exhibit Number 6 was

5   marked for identification and attached to the

6   transcript.)

7   BY MR. LEWIN:

8   Q   Now, you've never seen this, have you,

9   Mummert Exhibit 6?  It's a Siegel wedding reception menu

10  and then contract which was signed.

11  A   No, I never seen this before.

12  Q   But if you'll turn to the second page there

13  it does say Sushi Station, Made to Order, correct?

14  A   No, sushi -- sometimes they call sushi

15  station.  Sometimes they have chef on site but sometimes

16  when we're taking a boat and bridge they call that

17  stations even though we're not there.

18  Q   So it's a station?

19  A   That's their terms of -- because sometimes

20  when we deliver then they say sushi station is over

21  there.  That means go over there to put your sushi at

22  that table.  That's what they call sushi stations.

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

59

1  Q    So just an ordinary chef, not your master
2  chef, what would the cost come to, for example?
3  A    For how many hours?  If it's two hours --
4  Q    Four to six.
5  A    That will be -- if they're asking two hours
6  it will be three hours because 30 minutes setup time and
7  then cleanup time so usually work it out that way so
8  that will be like 200-ish dollars for one person.
9  Q    For one person?
10 A    One chef.
11 Q    Would be over $200?
12 A    Right, somewhere.
13 Q    So that would be in addition to this cost?
14 It will be about another $200 to have a chef there?
15 A    Yes, I would think so.
16 Q    For a total of about three hours?
17 A    Yes.
18 Q    So instead of being $1,153.90, it would be
19 $1,353.90 or something like that?
20 A    It would be like $200, 225, something like
21 that.
22 Q    In addition to this?

DEPOSITION OF NOMI MUMMERT
CONDUCTED ON MONDAY, JULY 31, 2006

60

1    A    Yes, if a chef on site.

2    Q    And could you just give us -- where do you

3    get your shrimp, octopus and eel from?  Do you have one

4    fish supply?

5    A    No.  Well, not many I should say but if it's

6    Japanese products we do Japanese company.

7    Q    So at about this -- in April of 2005 who were

8    your suppliers or -- either supplier or suppliers?

9    A    This would be very, very difficult to pin

10   down, sir, because at that time we did the restaurant

11   too so it comes everyday.  Shipments come everyday.

12   Q    So in April of 2005 you still had your

13   restaurant?

14   A    Yes.  It's going to be everyday.  Two, three

15   companies comes everyday.

16   Q    And would they bring -- everyday would they

17   bring --

18   A    I cannot specifically say this is the

19   company.  Now we will be able to say this is the

20   company -- two companies will bring fish everyday but at

21   that time many, many.

22   Q    So everyday you were receiving shrimp.