1

1    IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF COLUMBIA
3    ------------------------------------x
4    MARK A. SIEGEL, et al.,              :    **ORIGINAL**
5                    Plaintiffs           :
6         v.                              :    Case No.
7    RIDGEWELLS, INC.,                    :    1:05CV01717
8         Defendant/Counter-Plaintiff     :
9    ------------------------------------x
10
11        Videotaped Deposition of TOBY NANN SILBERSTEIN
12                      Washington, D.C.
13                   Tuesday, April 4, 2006
14                          9:39 a.m.
15
16
17
18
19
20   Job No. 1-74839
21   Pages 1 - 226
22   Reported By:   Jacquelyn C. Jarboe, R.P.R.



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

129

| | | |
|---|---|---|
| 1 | Q    And did you tell them, though, that with | 12:26:25 |
| 2 | just salmon and tuna there wouldn't be much variety? | 12:26:27 |
| 3 | A    No. | 12:26:36 |
| 4 | Q    Did you at the time of the tasting -- strike | 12:26:39 |
| 5 | that. | 12:26:47 |
| 6 | Did you know that the sushi would be | 12:26:49 |
| 7 | purchased from an outside vendor when you talked to | 12:26:53 |
| 8 | the Siegels at the time of the tasting? | 12:27:01 |
| 9 | A    Yes. | 12:27:03 |
| 10 | Q    And did you know that if you purchased sushi | 12:27:11 |
| 11 | from an outside vendor it was likely that the sushi | 12:27:14 |
| 12 | would contain nonkosher seafood? | 12:27:18 |
| 13 | A    I've never ordered sushi before and I don't | 12:27:31 |
| 14 | eat sushi.  So I can make an assumption, but I really | 12:27:34 |
| 15 | don't know.  That's the reason why I wrote "no meat." | 12:27:47 |
| 16 | Q    What was the reason that you wrote "no | 12:27:50 |
| 17 | meat"? | 12:27:52 |
| 18 | A    Because all the meat and stuff was supposed | 12:27:52 |
| 19 | to be kosher, kosher meat, kosher poultry.  I wasn't | 12:27:54 |
| 20 | quite sure what else goes into sushi, but I wanted him | 12:27:58 |
| 21 | to make sure that there wasn't any meat in it. | 12:28:02 |
| 22 | Q    And you had not heard before, then, that | 12:28:05 |

VIDEOTAPED DEPOSITION OF TOBY NANN SILBERSTEIN
CONDUCTED ON TUESDAY, APRIL 4, 2006

130

| | | |
|---|---|---|
| 1 | sushi contains seafood? | 12:28:09 |
| 2 |     MR. SCHWABER:  Objection. | 12:28:12 |
| 3 | BY MR. LEWIN: | 12:28:13 |
| 4 |     Q   Are you testifying that you had not known | 12:28:13 |
| 5 | before that date that sushi contained seafood? | 12:28:15 |
| 6 |     A   I didn't understand your question.  If you | 12:28:19 |
| 7 | would please repeat it. | 12:28:20 |
| 8 |     Q   Yes.  Did you know, prior to the time that | 12:28:22 |
| 9 | you made the sushi vendor order, that sushi contains | 12:28:25 |
| 10 | seafood? | 12:28:31 |
| 11 |     A   Yes, I knew that it had seafood in it. | 12:28:32 |
| 12 |     Q   Did you know prior to the time that you made | 12:28:36 |
| 13 | out the sushi vendor order that sushi contains, | 12:28:39 |
| 14 | regularly contains shrimp? | 12:28:46 |
| 15 |     A   I know that -- I know now that you can make | 12:28:57 |
| 16 | sushi with shrimp. | 12:29:00 |
| 17 |     Q   Is it your testimony that you didn't know | 12:29:01 |
| 18 | that in April of 2005? | 12:29:03 |
| 19 |     A   I know that sushi can have shrimp in it, | 12:29:20 |
| 20 | yes.  Okay. | 12:29:25 |
| 21 |     Q   And you knew it then? | 12:29:27 |
| 22 |     A   I knew it, I knew it then.  I would not say | 12:29:30 |