# EXHIBIT 1

101

1   told that there was other shellfish, as well.

2   Q.   Do you know what other shellfish
3   you were told there was?

4   A.   I believe there was octopus and I
5   believe someone mentioned eel.

6   Q.   Okay. And who told you about
7   octopus or eel?

8   A.   Specifically a friend of mine,
9   David Seigal, S-E-I-G-A-L, and another friend,
10  Michelle Samuels.

11  Q.   Okay. And where does Mr. Seigal
12  live?

13  A.   Currently, in France.

14  Q.   And where was he living at the
15  time of the wedding?

16  A.   In Manhattan.

17  Q.   Okay. Does he keep kosher?

18  A.   No, he doesn't.

19  Q.   And what did he tell you?

20  A.   I believe we were talking about
21  them serving shellfish, and I think somebody was
22  talking about shrimp. And I believe he said

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, et al., ) | |
| ) | |
| *Plaintiffs/ Counter-Defendants,* ) | |
| ) | Civil Action No. 05-1717 (JGP) |
| v. ) | |
| ) | |
| RIDGEWELL'S, INC. ) | |
| ) | |
| *Defendant/ Counter-Plaintiff.* ) | |
| ) | |

### DECLARATION OF DAVID SEIGAL

**DAVID SEIGAL** affirms under penalty of perjury:

1. I currently reside at 188 Second Avenue, Apt. 19, New York, NY 10003, and work as a sous chef for Bouley Restaurant located at 120 West Broadway New York, NY 10013.

2. I have worked in the food industry for the past five years, including six months in Europe.

3. From December 2001 through May 2002, I worked at a sushi bar at Iso, a restaurant that was located at 175 Second Avenue, New York, NY.

4. I am a friend of Craig Baron and I served as one of the groomsmen at his wedding held on April 2, 2005, at the Corcoran Gallery of Art in Washington, D.C.

5. After the wedding ceremony, I went upstairs to the reception. Because I was part of the wedding party, I was one of the first people to reach the reception.

6. At the reception, I saw the sushi that had been placed there by the caterer for the guests.

7. I am familiar with all types of sushi. I can identify just about any kind of fish both because of my experience in the food industry and because I am an avid fisherman.

8. I saw the following seafood items on the sushi platter at the Siegel – Baron wedding reception on April 2, 2005: (a) shrimp; (b) eel; (c) octopus; and (d surf clam.

9. I helped Craig Baron's sister remove the shrimp from the sushi platter. I did not inform her at the time that the remaining sushi included eel, octopus and surf clam.

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2006

_____
David Seigal