THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. SIEGEL, *et al.*, | |
| Plaintiffs/Counter-Defendants, | |
| v. | Case No. 1:05CV01717<br>Judge: John Garrett Penn |
| RIDGEWELL'S, INC., | |
| Defendant/Counter-Plaintiff. | |

## ORDER

UPON CONSIDERATION of Plaintiffs' "Motion to Assess $10,000 as a Sanction and Attorneys' Fees Pursuant to Rule 26(g)(3)Ridgwells", and Ridgewells' Opposition thereto, and any hearing held thereon, it is by the United States District Court for the District of Columbia this _____ day of _____, 200____, hereby

ORDERED that the Plaintiffs' Motion be DENIED.

IT IS SO ORDERED.

_____
Senior Judge John Garrett Penn,
United States District Court for the District
of Columbia