# EXHIBIT 1

## STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850-2204

www.steinsperling.com

TELEPHONE (301) 340-2020

WRITER'S DIRECT DIAL:
(301) 838-3210

WRITER'S DIRECT FAX:
(301) 354-8110

WRITER'S E-MAIL ADDRESS:
jschwaber@steinsperling.com

FRED A. BALKIN°
MILLARD S. BENNETT*
ALEXIA KENT BOURGERIE*
DAVID S. DE JONG*
JOLIE S. DEUTSCHMAN»
DAVID C. DRISCOLL, JR.*
STUART S. GREENFEIG*
ANN G. JAKABCIN♦
JEFFREY M. SCHWABER♦
DARCY A. SHOOP♦
DONALD N. SPERLING+
PAUL T. STEIN*

MD., DC., VA., FL.+
MD., DC., VA., NY.»
MD., DC., VA., LA.¤
MD., DC., VA.♦
MD., DC., NY.∝
MD., VA., NC.★
DC., PA., NJ.π
MD., DC.*
MD. ONLY°

E. ANDREW COLE*
JAMES W. DAWSON, JR.*
FRANK W. DUNHAM, III∝
JEFFREY FENSTER*
ROBERT J. GARAGIOLA*
MELIHA PÉREZ HALPERN♦
MONICA G. HARMS°
JONATHAN F. LIEBERMAN*
IVONNE C. LINDLEY♦
MARY C. LOMBARDOπ
DARLA J. MCCLURE°
DEANNA L. PETERS★
EUGENE W. POLICASTRI¤
KAREN N. SHAPIRO*

OF COUNSEL:
KEVIN P. FAY*
ALAN S. KERXTON*
SUE ANN MAHAFFEY°
BETH H. MCINTOSH*
DAVID R. PODOLSKY*
WILLIAM J. SCOTT°

June 6, 2006

OUR FILE NUMBER
2020459-8

***VIA FACSIMILE***
Nathan Lewin, Esq.
Alyza D. Lewin, Esq.
Lewin & Lewin, LLP
1828 L Street, N.W., Suite 901
Washington, DC 20036

RE:    *Siegel, et al. v. Ridgewells, Inc.*
       Case No. 1:05CV01717

Dear Counsel:

As you know, I twice agreed to extend your deadline on what is now overdue discovery responses. When I extended these courtesies, I made clear that I could not get the responses and the documents any later than yesterday, given my schedule and Ivonne's schedule. I have received nothing from you, nor have I received any communication about this. I find this particularly frustrating, in light of the two extensions I provided at your office's specific requests. Please get me the overdue discovery responses this afternoon.

Very truly yours,

Jeffrey M. Schwaber

JMS:cgv
L:\CLIENTS\R\Ridgewells\Siegel.008\correspondence\opposing counsel\54-3 lewin.ltr.doc

TOTAL P.02

# LEWIN & LEWIN LLP

Nathan Lewin
nat@lewinlewin.com

Alyza D. Lewin
alyza@lewinlewin.com

1828 L Street, N.W.
Suite 901
Washington, D.C. 20036
(202) 828-1000 phone
(202) 828-0909 fax
www.lewinlewin.com

June 6, 2006

**VIA FACSIMILE**

Jeffrey M. Schwaber, Esq.
Ivonne C. Lindley, Esq.
Stein, Sperling, Bennett,
    De Jong, Driscoll & Greenfeig, PC
25 West Middle Lane
Rockville, MD 20850

Re:    *Siegel, et al., v. Ridgewell's Inc.*

Dear Counsel:

I have received your faxed letter of June 6, and I consider it both extremely offensive and false. We have granted you very liberal extensions on various discovery requests and view your current statement as gross bad faith.

Your lengthy discovery requests simply duplicate questions you asked at the plaintiffs' depositions and they were designed to harass because they duplicated material covered in the depositions of the plaintiffs. In order to avoid wasting the resources of counsel, we advised your office repeatedly after receiving these discovery requests that we were deferring a response to these requests while possible settlement was being discussed. In addition, as you knew, Alyza was expecting the birth of a child in mid-April. You were in Israel for an extended visit and Ivonne told us that you would not be available for any settlement discussions until you returned.

Settlement discussions broke down shortly after you returned from your extended trip to Israel. Give my own travel and litigation schedules and Alyza's limited availability, we realistically asked you for an extension until June 12 to respond to the discovery. You refused to agree beyond June 5. As you are aware, Alyza gave birth on April 16 and ran a fever last week. We advised you that the Siegels and Barons were away over an extended Memorial Day holiday. And this past Friday was the religious holiday of Shavuot that Alyza and I observe. Ms. Lynda Prior of our office spoke repeatedly with your office to advise you that while we were working on these discovery requests, they could not be provided until later this week because of these unanticipated circumstances.

LEWIN & LEWIN LLP

Mr. Jeffrey M. Schwaber
Ms. Ivonne C. Lindley
June 6, 2006
Page 2

      In light of the above, there is no truth to the statement in your letter that you have received "nothing from you, *nor have I received any communication about this.*" If, on the basis of this record, you wish to apply to the Court, please be my guest. We will seek attorneys' fees for your submission of harassing and vexatious discovery requests.

      Sincerely,

      Nathan Lewin