# EXHIBIT A

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - - - - +

5    MARK A. SIEGEL, et al,                    |

6        Plaintiff/Counter-Defendants,  |

7      vs.                                     |   Civil No.:

8    RIDGEWELL'S, INC.,                        |   1:05-CV-01717

9        Defendant/Counter-Plaintiff.   |

10   - - - - - - - - - - - - - -- - +

11        Videotaped Deposition of Ridgewell's, Inc.

12           Through its Designated Representative

13                   DAVID C. KEENER

14                   Washington, D.C.

15                   March 30th, 2006

16                     9:36 a.m.

17

18

19

20   Job No.: 1-74835

21   Pages: 1 - 144

22   Reported by:  Laurie Bangart-Smith



1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

60

| | |
|---|---|
| 1 | at it specifically. | 10:31:33 |
| 2 | Q    Well, looking at Page 2 of that, it | 10:31:35 |
| 3 | says, kind of halfway down the page says, "Sushi | 10:31:38 |
| 4 | station:  Your guests will enjoy both sushi and | 10:31:42 |
| 5 | California rolls."  Okay, now I'm educated.  Those | 10:31:46 |
| 6 | are two different things.  "Made to order: | 10:31:50 |
| 7 | Assorted freshly rolled sushi, sashimi and maki to | 10:31:52 |
| 8 | include yellow fin tuna, salmon, crisp veggie | 10:31:58 |
| 9 | assortment."  So did you know before the event | 10:32:03 |
| 10 | that the sushi was to include yellow fin tuna and | 10:32:06 |
| 11 | salmon? | 10:32:15 |
| 12 | A    Those are standard, so they pretty much | 10:32:15 |
| 13 | go without saying.  We always provide that. | 10:32:17 |
| 14 | Q    Well, going back -- if you still have | 10:32:19 |
| 15 | this Exhibit 4 before you, look at the bottom of | 10:32:21 |
| 16 | 181 of Exhibit 4, the last, the last item at the | 10:32:24 |
| 17 | bottom of 181.  That says, "Sushi assorted, not | 10:32:32 |
| 18 | rolls; a hundred piece minimum, four-day notice." | 10:32:38 |
| 19 | What does that mean? | 10:32:44 |
| 20 | A    This is a -- we don't make -- the maki | 10:32:46 |
| 21 | that I was talking about, which is like a cylinder | 10:32:49 |
| 22 | of rolled-up rice that you cut, we make that at | 10:32:53 |

VIDEOTAPED DEPOSITION OF DAVID C. KEENER
CONDUCTED ON THURSDAY, MARCH 30, 2006

61

| | |
|---|---|
| 1 | Ridgewell's.  The sushi which is the ngiri that | 10:32:56 |
| 2 | has the rice on the bottom and the fish on top, we | 10:33:00 |
| 3 | don't make that at Ridgewell's.  That we always | 10:33:03 |
| 4 | subcontract out. | 10:33:06 |
| 5 | Q    So what does that "minimum four-day | 10:33:07 |
| 6 | notice" mean? | 10:33:11 |
| 7 | A    That means I need to be given a heads-up | 10:33:12 |
| 8 | so I can give it to our vendor on time to make | 10:33:15 |
| 9 | sure the date, they carry out what I need. | 10:33:18 |
| 10 | Q    Do you recall giving an instruction to | 10:33:19 |
| 11 | the vendor? | 10:33:21 |
| 12 | A    Yes, I do. | 10:33:21 |
| 13 | Q    Under there it says "Production Notes: | 10:33:25 |
| 14 | No pork." | 10:33:26 |
| 15 | A    Yeah. | 10:33:31 |
| 16 | Q    Is that correct? | 10:33:32 |
| 17 | A    Yes, it is. | 10:33:32 |
| 18 | Q    Is that the instruction you gave the | 10:33:33 |
| 19 | vendor? | 10:33:34 |
| 20 | A    What I did with the vendor is we have a | 10:33:37 |
| 21 | Vendor Request form that the sales people fill | 10:33:40 |
| 22 | out, because we -- there's different, a lot of | 10:33:44 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

141

ACKNOWLEDGEMENT OF WITNESS

I, DAVID C. KEENER, do hereby
acknowledge that I have read and examined the
foregoing testimony, and the same is a true,
correct and complete transcription of the
testimony given by me, and any corrections appear
on the attached Errata sheet signed by me.

_5/3/06_
(DATE)

_David C. Keen_
(SIGNATURE)

# EXHIBIT B

1

```
1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF COLUMBIA
3
4      _____
                                      )
5      MARK A. SIEGEL, et al.,        )      Case No. 1:05cv01717
                                      )
6           Plaintiffs,               )
                                      )      ORIGINAL
7      vs.                            )
                                      )
8      RIDGEWELLS, INC.,              )
                                      )
9           Defendant/               )
            Counter Plaintiff. )
10     _____)
11
12
13                     DEPOSITION OF
14                 RABBI LEONARD GORDON
15                   Washington, D.C.
16                Thursday, June 8, 2006
17                     1:37 p.m.
18
19
20
21     Job No.:   1-79457
       Pages 1 through 137
22     Reported by:  John L. Harmonson, RPR
```


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

DEPOSITION OF RABBI LEONARD GORDON
CONDUCTED ON THURSDAY, JUNE 8, 2006

55

1    people, including in the rabbinic community, might

2    differ.  I can give examples, but I think people might

3    differ.

4    BY MR. SCHWABER:

5        Q.    Well, let me give you an example

6    hypothetically.  Are you familiar with the Corcoran

7    Gallery?

8        A.    Yes.

9        Q.    If a caterer who is not a strictly kosher

10   caterer, using their non-kosher cookware, including

11   all utensils, food preparation dishes, pots, pans,

12   whatever they use, and this is a caterer, I'll ask you

13   to assume, that serves pork, overtly unkosher

14   products, pork, shellfish, et cetera.  If that caterer

15   uses their non-kosher dishes and prepares a meal in a

16   clearly and undisputedly non-kosher kitchen at the

17   Corcoran Gallery, and it's hot food, and the kitchen

18   is not limited -- the food within the kitchen facility

19   is not limited to just this event, and the food is

20   also prepared in advance at Ridgewells', at the

21   caterer's non-kosher commissary, and it includes

22   strictly kosher meat, is there any way that you as a

DEPOSITION OF RABBI LEONARD GORDON
CONDUCTED ON THURSDAY, JUNE 8, 2006

56

1    conservative rabbi could call that food, that meat,

2    kosher?

3              MR. LEWIN:  Objection.

4              THE WITNESS:  Agreeing with -- or taking

5    your premise that the pot or the plate was, as you

6    say, non-kosher, by which we mean capable of imparting

7    either dairy or non-kosherness to the meat, then no.

8    But --

9    BY MR. SCHWABER:

10       Q.    "No" meaning it would not be kosher?

11       A.     It would not be kosher.  But is it possible

12   that I might walk into that kitchen, let's say, and

13   take a look and say, "Look, everything is being served

14   on glass, all the pots and utensils are metal," and be

15   told certain facts by the caterer about how it was

16   used and that there was no dairy in the kitchen while

17   this meat was prepared, I think someone could say that

18   that meat -- again, someone meaning someone who takes

19   kashrut seriously and is a thoughtful conservative

20   Jew, could say, "This is within bounds; this is within

21   the bounds of kashrut."

22       Q.    Could you, Leonard Gordon say that?

DEPOSITION OF RABBI LEONARD GORDON
CONDUCTED ON THURSDAY, JUNE 8, 2006

135

```
 1                  WITNESS CERTIFICATE

 2

 3        I, RABBI LEONARD GORDON, have read or have had

 4   the foregoing testimony read to me and hereby certify

 5   that it is a true and correct transcription of my

 6   testimony with the exception of any attached

 7   corrections or changes.

 8

 9        Leonard Gordon

10                  RABBI LEONARD GORDON

11   [ ] No corrections

12   [✓] Correction sheet(s) enclosed

13

14        SUBSCRIBED AND SWORN TO BEFORE ME, the

15   undersigned authority, by the witness, RABBI LEONARD

16   GORDON, on this the 21st day of June        ,

17   2006.

18

19        Jonathan J Oriole

20                  NOTARY PUBLIC IN AND FOR

21                  THE STATE OF _____

22   My Commission Expires:  _____
```

NOTARIAL SEAL
JONATHAN J ORIOLE
Notary Public
PHILADELPHIA CITY
PHILADELPHIA COUNTY
My Commission Expires Apr 8, 2010

# EXHIBIT C

1

1    IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3    --------------------------------x

4    MARK A. SIEGEL, et al.,            :

5                    Plaintiffs    :    COPY

6        v.                             :    Case No.

7    RIDGEWELLS, INC.,                  :    1:05CV01717

8        Defendant/Counter-Plaintiff   :

9    --------------------------------x

10

11    Videotaped Deposition of TOBY NANN SILBERSTEIN

12                Washington, D.C.

13            Tuesday, April 4, 2006

14                  9:39 a.m.

15

16

17

18

19

20    Job No. 1-74839

21    Pages 1 - 226

22    Reported By:  Jacquelyn C. Jarboe, R.P.R.


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

83

| | |
|---|---|
| 1 | BY MR. LEWIN: | 11:27:07 |

1   BY MR. LEWIN:                                          11:27:07

2       Q    Any other conversations beyond the one that   11:27:08

3   you've described.                                     11:27:08

4       A    Yes.                                          11:27:10

5       Q    What were they?                               11:27:12

6       A    At one point Mrs. Siegel came downstairs,     11:27:13

7   highly agitated.                                      11:27:15

8       Q    Downstairs, you mean to the kitchen?          11:27:21

9       A    Came downstairs to the kitchen, after         11:27:22

10  the -- after we had started serving the main -- the   11:27:24

11  main dinner.  We started with the salad and such.     11:27:36

12           And she came down yelling and screaming       11:27:40

13  that -- again, forgive me language -- "the fucking     11:27:47

14  bread baskets hadn't been put on the tables."         11:27:52

15           We had just served -- we had just served the  11:27:55

16  salad, and bread baskets were supposed to go out for   11:27:58

17  salad, and they hadn't gone out.  Normally we put      11:28:05

18  bread out for the main meal.                           11:28:10

19           We had the challah out on the tables.         11:28:12

20      Q    Challah, C-H-A-L-L-A-H.                        11:28:15

21      A    And Judy came down asking for the --          11:28:21

22  the -- you know, "why is the fucking bread baskets not 11:28:23

84

1  on the tables," they were all just there.  She yelled,    11:28:27

2  "Don't you know your job, do I have to come down here    11:28:32

3  and run everything for you?  I've worked with    11:28:35

4  Ridgewells a lot in the past, and this isn't the way    11:28:39

5  things are done.  You better not use my credit card to    11:28:42

6  charge anything else.  And by the way, you ran out of    11:28:48

7  sushi.  You promised us that you wouldn't run out of    11:28:52

8  sushi.  And I didn't see one hors d'oeuvres being    11:28:55

9  passed, and where were they and what did you do with    11:29:01

10  them?"    11:29:03

11       And, you know, I said, "We ran out of sushi    11:29:04

12  because the band took an additional 20, 25 minutes for    11:29:08

13  setup, so cocktail was extended."  Yes, we had to    11:29:13

14  remove certain sushi from it, so instead of having 950    11:29:20

15  pieces they probably had 900.  The bread just hadn't    11:29:26

16  made it out yet.  And at that point I said, you know,    11:29:36

17  "We'll put it out."  So we grabbed the baskets as the    11:29:44

18  people were coming back from the salad, we grabbed the    11:29:47

19  baskets and put them out on the table.    11:29:49

20       Q    You personally put them out on the table?    11:29:51

21       A    Yes, I did.    11:29:54

22       Q    You took the bread baskets and carried them    11:30:00

223

1    deposition of Ms. Silberstein.  The total number of          15:50:49

2    tapes used today was three.  We are going off the            15:50:52

3    record.  The time is 3:50 p.m.                               15:50:54

4              (Signature not having been waived, the

5    deposition of TOBY NANN SILBERSTEIN was concluded at

6    3:50 p.m.)

7

8

9

10             ACKNOWLEDGMENT OF DEPONENT

11        I, TOBY NANN SILBERSTEIN, do hereby

12   acknowledge that I have read and examined the

13   foregoing testimony, and the same is a true, correct

14   and complete transcription of the testimony given by

15   me and any corrections appear on the attached Errata

16   sheet signed by me.

17

18   ___5/18/06_____          _____

19        (Date)                      (Signature)

20

21

22