FILED

SEP 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARK A. SIEGEL, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No.  05-1717 (RJL)** |
| | ) | |
| **RIDGEWELLS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 30th , day of September, 2007, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment (Dkt. #52) is GRANTED as to plaintiffs' claims for negligent infliction of emotional distress and battery; and it is hereby

**ORDERED** that defendant's Motion for Summary Judgment (Dkt. #52) is DENIED as to all other claims; and it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment (Dkt. #54) is GRANTED as to defendant's counterclaim for intentional interference with prospective economic advantage; and it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment (Dkt. #54) is DENIED as to all other claims;

**SO ORDERED.**

RICHARD J. LEON
United States District Judge