THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant is hereby requesting that the Court enter an Order rescheduling the Status Conference from the currently scheduled date of November 29, 2007 to December 4, 2007 at 11:00 a.m., which date has been consented to by counsel for Plaintiff, and in further support of the request Defendant states as follows:

1. Lead attorney for Defendant, Jeffrey M. Schwaber, will be out of the country on a previously scheduled trip to Israel for which he leaves on November 27, 2007 and does not return to the United States until December 3, 2007.

2. Co-Chair attorney for Defendant, Ivonne C. Lindley, has a court appearance the morning of November 27, 2007 in a case currently pending in Fairfax County Circuit Court for Virginia.

WHEREFORE, for the foregoing reasons and with consent of Plaintiff's counsel, Defendant's counsel respectfully requests that this Honorable Court grant the Consent Motion to Reschedule Status Conference and grant such other and further relief as this Court deems just and proper.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

By: _____/s/_____
Jeffrey M. Schwaber (D.C. Bar No. 419681)
Ivonne C. Lindley (D.C. Bar No. 485577)
25 West Middle Lane
Rockville, MD 20850
(301) 340-2020
Attorneys for Ridgewells, Inc.

LEWIN & LEWIN, LLP

By: _____/s/_____
Nathan Lewin
1828 L Street, N.W.
Suite 901
Washington, D.C. 20036
(202) 828-1000

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\10 consent motion to reschedule status conf.doc