THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge: John Garrett Penn

### ORDER

UPON CONSIDERATION of the Consent Motion to Reschedule Status Conference, it is this _____ day of _____, 2007 hereby,

ORDERED that the Consent Motion to Reschedule Status Conference be GRANTED, and it is further

ORDERED that the Status Conference currently scheduled for November 29, 2007 at 11:00 a.m., be rescheduled to **December 4, 2007 at 11:00 a.m.**

Date: _____

_____
John Garrett Penn
United States District Judge

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\10 consent motion to reschedule status conf.ORDER.doc