## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

     Plaintiffs/Counter-Defendants,

v.
                              Case No. 1:05CV01717
                              Judge Richard J. Leon

RIDGEWELL'S, INC.,

     Defendant/Counter-Plaintiff.

### ORDER

     The Court having held a Status Conference on May 8, 2008, it is by the United States

District Court for the District of Columbia this _____ day of _____, 2008, hereby

     ORDERED that the parties shall file with the Court voir dire, jury instructions, pre-trial

statements and any submissions pursuant to <u>Daubert</u> by September 15, 2008, and it further is,

     ORDERED that a Pre-Trial Conference shall be held on September 22, 2008 at 2:30 p.m.

at which time the Court shall set a <u>Daubert</u> hearing for a date between October 29, 2008 and

November 17, 2008; and it further is,

     ORDERED, that trial shall set for five (5) days beginning on November 17, 2008.

     IT IS SO ORDERED.

                                    _____

                                    Judge Richard J. Leon,
                                    United States District Court
                                    for the District of Columbia

L:\CLIENTS\R\Ridgewells\Siegel.008\litigation\250.Sched Order.5.9.08.rev.doc