THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge Richard J. Leon

### ORDER

The Court having held a Status Conference on May 8, 2008, it is by the United States District Court for the District of Columbia this 13th day of May, 2008, hereby

ORDERED that the parties shall file with the Court voir dire, jury instructions, pre-trial statements and any submissions pursuant to Daubert by September 15, 2008, and it further is,

ORDERED that a Pre-Trial Conference shall be held on September 22, 2008 at 2:30 p.m. at which time the Court shall set a Daubert hearing for a date between October 29, 2008 and November 17, 2008; and it further is,

ORDERED, that trial shall set for five (5) days beginning on November 17, 2008.

IT IS SO ORDERED.

                                          Judge Richard J. Leon,
                                          United States District Court
                                          for the District of Columbia

L \CLIENTS\R\Ridgewells\Siegel 008\litigation\250 Sched Order 5 9 08 rev doc