THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. SIEGEL, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RIDGEWELL'S, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:05CV01717
Judge Richard J. Leon
Trial Date: November 17, 2008

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, all parties, by undersigned counsel, hereby request that the United States District Court for the District of Columbia hereby dismiss with prejudice all pending claims and counter claims filed in the above captioned matter.

    STEIN, SPERLING, BENNETT, DE JONG,
        DRISCOLL & GREENFEIG, P.C.

By:       / s /
    Jeffrey M. Schwaber (D.C. Bar No. 419681)
    Ivonne C. Lindley (D.C. Bar No. 485577)
    25 West Middle Lane
    Rockville, MD 20850
    (301) 340-2020
    (301) 838-3250 (facsimile)
    Attorneys for Ridgewell's, Inc.

    LEWIN & LEWIN, L.L.P.

By:       / s /
    Nathan Lewin (D.C. Bar No. 38299)
    Alyza D. Lewin (D.C. Bar No. 445506)
    1828 L Street, N.W., Suite 901
    Washington, DC 20036
    Attorneys for the Plaintiffs